**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ Western District of Texas _____

Case number (if known): _____  Chapter ___11___

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| **1. Debtor's name** | Wells Solar & Electrical Services LLC |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as names*

**3. Debtor's federal Employer Identification Number (EIN)**

4  6 – 4  6  9  5  1  1  6

**4. Debtor's address**

**Principal place of business**

3805 Bee Creek Road
Number      Street

Spicewood, TX 78669
City                          State      ZIP Code

Travis
County

**Mailing address, if different from principal place of business**

Number           Street

City                          State      ZIP Code

**Location of principal assets, if different from principal place of business**

Number           Street

City                          State      ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | Wells Solar & Electrical Services LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
MM / DD / YYYY

District _____ When _____ Case number _____
MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

District _____ When _____
MM / DD / YYYY

Case number, if known _____

Debtor    Wells Solar & Electrical Services LLC
       Name

Case number *(if known)*

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other<br>**Where is the property?** _____<br><br>    Number    Street<br><br>    City    State    ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes.    Insurance agency _____<br>          Contact name _____<br>          Phone _____ |

## Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☐ 1-49  ☐ 50-99    ☐ 1,000-5,000  ☐ 5,001-10,000    ☐ 25,001-50,000  ☐ 50,000-100,000<br>☐ 100-199  ☑ 200-999    ☐ 10,001-25,000    ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000    ☑ $1,000,001-$10 million    ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000    ☐ $10,000,001-$50 million    ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000    ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million    ☐ $100,000,001-$500 million    ☐ More than $50 billion |

| Debtor | Wells Solar & Electrical Services LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02/26/2024
MM/ DD/ YYYY

**X**  /s/ Carl Robert Wells
Signature of authorized representative of debtor

Carl Robert Wells
Printed name

Title  CEO

**18. Signature of attorney**

**X**  /s/ Stephen W Sather
Signature of attorney for debtor

Date  02/26/2024
MM/ DD/ YYYY

Stephen W Sather
Printed name

Barron & Newburger, P.C.
Firm name

7320 N. MoPac Expressway 400
Number    Street

Austin
City

TX
State

78731
ZIP Code

(512) 649-3243
Contact phone

ssather@bn-lawyers.com
Email address

17657520
Bar number

TX
State

**Fill in this information to identify the case:**

Debtor name      Wells Solar & Electrical Services LLC

United States Bankruptcy Court for the:

Western District of Texas

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    **12/15**

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   02/26/2024
     MM/ DD/ YYYY

**X** /s/ Carl Robert Wells
Signature of individual signing on behalf of debtor

Carl Robert Wells
Printed name

CEO
Position or relationship to debtor

Fill in this information to identify the case:

Debtor Name  **Wells Solar & Electrical Services LLC**

United States Bankruptcy Court for the:  **Western**  District of  **Texas**
(State)

Case number (If known):

☐ Check if this is an amended filing

### Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor** — **Current value of debtor's interest**

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   Name of institution (bank or brokerage firm) — Type of account — Last 4 digits of account number

   | | Name of institution | Type of account | Last 4 digits | Current value |
   | --- | --- | --- | --- | --- |
   | 3.1. | **Wells Fargo Business Checking** | **Checking account** | 5  3  3  8 | $0.00 |
   | 3.2. | **Wells Fargo Business Checking** | **Checking account** | 6  1  7  6 | $0.00 |
   | 3.3. | **Cadence Bank** | **Checking account** | 1  9  2  7 | $15,000.00 |
   | 3.4. | **Wells Fargo Business** | **Savings account** | 0  2  4  7 | $0.00 |

4. **Other cash equivalents** *(Identify all)*

   4.1

   4.2

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   **$15,000.00**

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

   **Current value of debtor's interest**

Debtor    **Wells Solar & Electrical Services LLC**        Case number *(if known)* _____
        Name

---

7.    **Deposits, including security deposits and utility deposits**

    Description, including name of holder of deposit

    7.1  _____    _____

    7.2  _____    _____

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

    8.1  _____    _____

    8.2  _____    _____

9.    **Total of Part 2**

    Add lines 7 through 8. Copy the total to line 81.        | _____ |

---

**Part 3:**    Accounts receivable

10.  **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☑ Yes. Fill in the information below.

                               **Current value of debtor's interest**

11.  **Accounts receivable**

    11a. 90 days old or less:  _____ - _____ =.....➡  _____
                           face amount      doubtful or uncollectible accounts

    11b. Over 90 days old:  **$87,054.20** - **$47,054.20** =.....➡  **$87,054.20**
                        face amount      doubtful or uncollectible accounts

12.  **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.    | **$87,054.20** |

---

**Part 4:**    Investments

13.  **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

                            **Valuation method used for current value**    **Current value of debtor's interest**

14.  **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1  _____    _____    _____

    14.2  _____    _____    _____

15.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                        % of ownership:

---

Debtor  **Wells Solar & Electrical Services LLC**
  Name

Case number *(if known)* _____

| | | | |
|---|---|---|---|
| 15.1. _____ | _____ | _____ | _____ |
| 15.2. _____ | _____ | _____ | _____ |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| | | |
|---|---|---|
| 16.1 _____ | _____ | _____ |
| 16.2 _____ | _____ | _____ |

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

| _____ |
|---|

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
|  | MM / DD / YYYY | | | |
| 20. **Work in progress** | | | | |
|  | MM / DD / YYYY | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
|  | MM / DD / YYYY | | | |
| 22. **Other inventory or supplies** | | | | |
| Tesla 420W | MM / DD / YYYY | unknown | | $2,052.40 |
| Tesla Glass | MM / DD / YYYY | unknown | | $23,999.56 |
| Tesla Misc Inventory | MM / DD / YYYY | unknown | | $45,696.69 |
| Tesla Zep | MM / DD / YYYY | unknown | | $38,394.10 |
| Tesla Safety Equipment | MM / DD / YYYY | unknown | | $4,558.19 |
| Tesla Training Kit | MM / DD / YYYY | unknown | | $74,847.69 |
| Batteries & Accessories | MM / DD / YYYY | unknown | | $58,183.80 |

Debtor    **Wells Solar & Electrical Services LLC**                Case number *(if known)* _____
                Name

| | MM / DD / YYYY | unknown | | $15,179.25 |
|---|---|---|---|---|
| **Circuit Breakers** | | | | |
| **Disconnects+** | MM / DD / YYYY | unknown | | $7,783.01 |
| **Electrical Inventory** | MM / DD / YYYY | unknown | | $60,959.93 |
| **EMT & Connectors** | MM / DD / YYYY | unknown | | $12,173.49 |
| **Enphase+** | MM / DD / YYYY | unknown | | $6,461.53 |
| **Fuses+** | MM / DD / YYYY | unknown | | $7,127.23 |
| **Generators*** | MM / DD / YYYY | unknown | | $17,156.42 |
| **Inverters*** | MM / DD / YYYY | unknown | | $8,364.91 |
| **Load Centers+** | MM / DD / YYYY | unknown | | $1,806.07 |
| **Main Breakers+** | MM / DD / YYYY | unknown | | $3,593.17 |
| **Meter Cans/Sockets+** | MM / DD / YYYY | unknown | | $1,178.62 |
| **Modules - NLM** | MM / DD / YYYY | unknown | | $3,105.68 |
| **Optimizers:** | MM / DD / YYYY | unknown | | $670.13 |
| **PV Items** | MM / DD / YYYY | unknown | | $25,585.42 |
| **PV Modules*** | MM / DD / YYYY | unknown | | $12,297.45 |
| **PVC & EMT Conduits** | MM / DD / YYYY | unknown | | $17,770.07 |
| **SE Monitoring+** | MM / DD / YYYY | unknown | | $108,177.07 |
| **Span+** | MM / DD / YYYY | unknown | | $384.28 |
| **Strut Straps+** | MM / DD / YYYY | unknown | | $1,402.53 |
| **Wire & Tape** | MM / DD / YYYY | unknown | | $27,340.78 |

23. **Total of Part 5**                                                        $586,249.47

    Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**

    ☑ No

    ☐ Yes

Debtor    **Wells Solar & Electrical Services LLC**                                              Case number *(if known)* _____
          Name

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

&#9745; No

&#9744; Yes.  Book value _____  Valuation method _____  Current value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

&#9745; No

&#9744; Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|-------------------------------------------------------------------------------|

27.  **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

&#9745; No. Go to Part 7.

&#9744; Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|-----------------------------------------|-------------------------------------|
| 28.  **Crops—either planted or harvested** | | | |
| _____ | _____ | _____ | _____ |
| 29.  **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | _____ | _____ | _____ |
| 30.  **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | _____ | _____ | _____ |
| 31.  **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | _____ | _____ | _____ |
| 32.  **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | _____ | _____ | _____ |

33.  **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.                                                             _____

34.  **Is the debtor a member of an agricultural cooperative?**

&#9745; No

&#9744; Yes. Is any of the debtor's property stored at the cooperative?

    &#9744; No

    &#9744; Yes

35.  **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

&#9745; No

&#9744; Yes.  Book value _____  Valuation method _____  Current value _____

36.  **Is a depreciation schedule available for any of the property listed in Part 6?**

&#9745; No

&#9744; Yes

Debtor    **Wells Solar & Electrical Services LLC**                                    Case number *(if known)* _____
_____
Name

---

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment: and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| Furniture & Fixtures - Dallas | unknown | | $5,609.81 |
| 40. **Office fixtures** | | | |
| Furniture & Fixtures - Drossett | unknown | | $8,968.50 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | | | |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | | | |
| 42.2 | | | |
| 42.3 | | | |

43. **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.                                    | $14,578.31 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | (Where available) | | |

| Debtor | Wells Solar & Electrical Services LLC | | Case number *(if known)* |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **47.** | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | |
| | 47.1 **Ford 450 / VIN: 1FD0W4GT3MED97987 Ford F450 (Leased Vehicle)** | unknown | $46,984.00 |
| | 47.2 **2016 Chevrolet Cruze / VIN: 1G1Be5SM9G7272712 2016 Chevy Cruze Sedan** | unknown | $3,000.00 |
| **48.** | **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | |
| | 48.1 | | |
| | 48.2 | | |
| **49.** | **Aircraft and accessories** | | |
| | 49.1 | | |
| | 49.2 | | |
| **50.** | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | |
| | **Key Cafe** | unknown | $1,458.00 |
| | **Air Compressor** | unknown | $1,130.16 |
| | **Kubota Skid Steer (Equipment Financed)** | unknown | $113,301.93 |
| | **Drones** | unknown | $8,123.55 |
| | **Bobcat Excavator** | unknown | $69,157.00 |
| | **Elevator Ladder** | unknown | $3,580.46 |
| | **Grapple Bucket** | unknown | $4,995.00 |
| | **Gas Compressor** | unknown | $1,287.39 |
| | **Installation Tester** | unknown | $1,466.72 |
| | **Ladder Hoist** | unknown | $2,399.99 |
| | **Lifting Equipment** | unknown | $1,025.76 |
| | **Module Cleaner** | unknown | $5,665.98 |
| | **Paladin Rock Saw** | unknown | $23,728.18 |
| | **Pallet Truck - Long Fork** | unknown | $1,136.41 |
| | **Saddleboxes** | unknown | $4,078.86 |
| | **Tools** | unknown | $9,326.60 |
| | **Trenching Machine** | unknown | $17,477.42 |
| | **Trim Mark Brake** | unknown | $2,599.50 |
| | **Warehouse Equipment** | unknown | $3,667.13 |
| | **Computer Assets** | unknown | $56,704.74 |
| | **Fixed Asset Camera** | unknown | $1,199.00 |
| | **Fixed Asset Phone** | unknown | $8,860.28 |

Debtor  **Wells Solar & Electrical Services LLC**                    Case number (if known) _____
        Name

| | | |
|---|---|---|
| **Kubota Skidsteer** | unknown | $105,000.00 |
| **Bobcat 2023 Skidsteer Track; Loader Model T76, Pin: B4CE26456** | unknown | $105,362.76 |
| **2023 CH0224082 / VIN: 58SBM2421PE036376 Year / Make: 2023 East Texas Trailers** | unknown | $11,081.81 |
| **Trencher Implement** | unknown | $7,300.00 |
| **Hyundia Forklift** | unknown | $26,995.00 |
| **Forklift Mitsubishi** | unknown | $17,211.75 |

51. **Total of Part 8**

    Add lines 47 through 50. Copy the total to line 87.

    $665,305.38

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☑ No

    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

| **Part 9:** | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

    ☑ No. Go to Part 10.

    ☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 | | | | |
| 55.2 | | | | |
| 55.3 | | | | |
| 55.4 | | | | |
| 55.5 | | | | |
| 55.6 | | | | |

56. **Total of Part 9**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

    ☑ No

    ☐ Yes

Debtor  **Wells Solar & Electrical Services LLC**                                              Case number *(if known)* _____
              Name

---

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 10:**   Intangibles and intellectual property

59.  **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| TECL 30051 | unknown | | unknown |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66.  **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

| _____ |
|---|

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 11:**   All other assets

---

Debtor   **Wells Solar & Electrical Services LLC**                    Case number *(if known)*
         _____
         Name

---

70. **Does the debtor own any other assets that have not yet been reported on this form?**

    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.

    ☑ Yes. Fill in the information below.

    |  | **Current value of debtor's interest** |
    |---|---|

71. **Notes receivable**

    Description (include name of obligor)

    _____   _____  −  _____  = →   _____
                                  Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

    _____   Tax year _____   _____

    _____   Tax year _____   _____

    _____   Tax year _____   _____

73. **Interests in insurance policies or annuities**

    _____                         _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    **Suit vs. Patrick Baxter, et al**                                   _____ unknown

    **Nature of claim**      **Breach of Contract**

    **Amount requested**        **$70,000.00**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

    _____                         _____

    **Nature of claim**      _____

    **Amount requested**     _____

76. **Trusts, equitable or future interests in property**

    _____                         _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

    **Next Insurance - General Liability Policy # NXT7HP3FC3-00-GL**      _____ unknown

    **Geico Auto Insurance Policy # 9300038230-00**                      _____ unknown

    **Installed Customer Lists**                                         _____ unknown

    **Purchased Lead Lists**                                             _____ unknown

    **Organic Leads Lists**                                              _____ unknown

---

Debtor    **Wells Solar & Electrical Services LLC**                 Case number *(if known)* _____
             Name

---

78. **Total of Part 11**

   Add lines 71 through 77. Copy the total to line 90.                   _____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

   ☑ No

   ☐ Yes

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $15,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $87,054.20 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $586,249.47 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $14,578.31 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $665,305.38 | |
| 88. **Real property.** *Copy line 56, Part 9* ....................................................➜ | | _____ |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | unknown | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + unknown | |
| 91. **Total.** *Add lines 80 through 90 for each column*............91a. | $1,368,187.36 | + 91b. _____ |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................    $1,368,187.36

---

**Fill in this information to identify the case:**

Debtor name    Wells Solar & Electrical Services LLC

United States Bankruptcy Court for the:    Western    District of    Texas

                                                      (State)

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

**Part 1:**    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Creditor's name**<br>Cloudfund LLC (Delta)<br><br>**Creditor's mailing address**<br>400 Rella Blvd. 165-101<br><br>Suffern, NY 10901<br><br>**Creditor's email address, if known**<br><br><br>**Date debt was incurred**   03/28/2023<br><br>**Last 4 digits of account number**   __ __ __ __<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes. Specify each creditor, including this creditor, and its relative priority.<br>     **See continuation page.** | **Describe debtor's property that is subject to a lien**<br>Advanced Lasater Meter - Overdue Invoice for completed work, Alex Mercado - Overdue Invoice for Completed Work, Kenneth Holloway - Overdue Invoice for Completed Work, Derric Suesberry - Overdue Invoice for Completed Work, Michael Murphy - Overdue Invoice for Completed Work, Kathleen Jackson - Overdue Invoice for Completed Work, Ted Codney - Overdue Invoice for Completed Work, Fortunate Foundations<br><br>**Describe the lien**<br><br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $206,210.00 | $87,054.20 |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $2,874,966.45

| Debtor | Wells Solar & Electrical Services LLC | Case number (if known) |
|---|---|---|
| | Name | |

## Part 1:   Additional Page

| | Column A | Column B |
|---|---|---|
| **Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.** | Amount of claim<br>Do not deduct the value of collateral. | Value of collateral that supports this claim |

**2.2  Creditor's name**

DE LAGE LANDEN

**Creditor's mailing address**

FINACIAL SERVICES, INC

5046 Mainway Unit 1

Burlington,

**Creditor's email address, if known**

**Date debt was incurred**    09/29/2023

**Last 4 digits of account number**   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Hyundia Forklift

**Describe the lien**

Hyundai Forklift Equipment Financing

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: $9,951.21

Column B: $26,995.00

| | |
|---|---|
| Debtor | Wells Solar & Electrical Services LLC |
| | Name |

Case number (if known) _____

| **Part 1:** | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A — **Amount of claim** — Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

**2.3** **Creditor's name**

First Citizen Bank

**Creditor's mailing address**

155 Commerce Way

Portsmouth, NH 03801

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Bobcat Excavater, Bobcat 2023 Skidsteer Track: Loader Model T76, Pin: B4CE26456, Trencher Implement, Grapple Bucket, 2023 CH0224082

**Describe the lien**

Equipment

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Amount of claim: $226,744.40

Value of collateral: $197,896.57

| Debtor | Wells Solar & Electrical Services LLC | Case number (if known) |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.4** **Creditor's name**

Kubota Credit Corporation, USA

**Creditor's mailing address**

P.O. Box 2046

Grapevine, TX 76099

**Creditor's email address, if known**

**Date debt was incurred**   11/15/2023

**Last 4 digits of account number**   __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☑ No.  Specify each creditor, including this creditor, and its relative priority.

        **1) Kubota Credit Corporation, USA**; 2) US SBA Loan

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Kubota Skidsteer

**Describe the lien**

Kubota Skid Steer Equipment

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: $100,473.69

Column B: $0.00

Debtor   Wells Solar & Electrical Services LLC
_____    Case number (if known) _____
         Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.5**  **Creditor's name**

LG Funding LLC

**Creditor's mailing address**

1218 Union Street

Brooklyn, NY 11225

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**   5  3  6  7

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

_____

   ☑ Yes. The relative priority of creditors is specified on lines _2.1_

**Describe debtor's property that is subject to a lien**

Advanced Lasater Meter - Overdue Invoice for completed work, Alex Mercado - Overdue Invoice for Completed Work, Kenneth Holloway - Overdue Invoice for Completed Work, Derric Suesberry - Overdue Invoice for Completed Work, Michael Murphy - Overdue Invoice for Completed Work, Kathleen Jackson - Overdue Invoice for Completed Work, Ted Codney - Overdue Invoice for Completed Work, Fortunate Foundations

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

$198,555.00

$87,054.20

Debtor    Wells Solar & Electrical Services LLC                     Case number (if known) _____
_____
           Name

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.6** **Creditor's name**

Retail Capital LLC (Credibly)

**Creditor's mailing address**

Credibly

25200 Telegraph Road Suite 350

Southfield, MI 48033

**Creditor's email address, if known**

**Date debt was incurred**    08/31/2023

**Last 4 digits of account**    3  3  4  4
**number**

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

_____

   ☑ Yes. The relative priority of creditors is specified on lines  2.1

**Describe debtor's property that is subject to a lien**

Advanced Lasater Meter - Overdue Invoice for completed work, Alex Mercado - Overdue Invoice for Completed Work, Kenneth Holloway - Overdue Invoice for Completed Work, Derric Suesberry - Overdue Invoice for Completed Work, Michael Murphy - Overdue Invoice for Completed Work, Kathleen Jackson - Overdue Invoice for Completed Work, Ted Codney - Overdue Invoice for Completed Work, Fortunate Foundations

**Describe the lien**

Personal Property

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $99,089.02    Column B: $87,054.20

Debtor    Wells Solar & Electrical Services LLC        Case number (if known) _____

Name

| Part 1: | Additional Page | | Column A | Column B |
|---------|-----------------|---|----------|----------|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A — **Amount of claim** — Do not deduct the value of collateral.

Column B — **Value of collateral that supports this claim**

**2.7** Creditor's name

South Arlington Industrial, LLC

**Describe debtor's property that is subject to a lien**

$33,943.13      unknown

**Creditor's mailing address**

c/o Natalie Overbey

1301 W 7th Street Suite 141

Fort Worth, TX 76102

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

     ☐ No. Specify each creditor, including this creditor, and its relative priority.

     ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor | Wells Solar & Electrical Services LLC | Case number (if known) | |
|--------|----------------------------------------|------------------------|---|
| | Name | | |

---

**Part 1:  Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column A | Column B |
|--|----------|----------|
| | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.8  Creditor's name**

US SBA Loan

**Creditor's mailing address**

Little Rock Commercial
Loan Servicing

Center 2120 Riverfront Drive Suite 100

Little Rock, AR 72202

**Creditor's email address, if known**

_____

Date debt was incurred      01/08/2022

Last 4 digits of account      9 _ 1 _ 0 _ 0
number

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☑ No. Specify each creditor, including this creditor, and its relative priority.

    For Kubota Skidsteer: 1) Kubota Credit Corporation, USA; **2) US SBA Loan**

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Checking account, 2016 Chevy Cruze Sedan Vehicle VIN: 1G1Be5SM9G7272712, Air Compressor, Batteries & Accessories, Bobcat 2023 Skidsteer Track; Loader Model T76, Pin: B4CE26456, Bobcat Excavater, Circuit Breakers, Computer Assets, Disconnects+, Drones, Electrical Inventory, Elevator Ladder, EMT & Connectors, Enphase+, Fixed Asset Camera, Fixed Asset Phone, Ford F450
Vehicle VIN: 1FD0W4GT3MED97987, Forklift Mitsubishi, Furniture & Fixtures - Dallas, Furniture & Fixtures - Drossett, Fuses+, Gas Compressor, Generators*, Grapple Bucket, Hyundia Forklift, Inverters*, Installation Tester, Key Cafe, Kubota Skidsteer, Ladder Hoist, Lifting Equipment, Load Centers+, Main Breakers+, Meter Cans/Sockets+, Module Cleaner, Modules - NLM, Optimizers:, Paladin Rock Saw, PV Items, Pallet Truck - Long Fork, PV Modules*, PVC & EMT Conduits, Saddleboxes, SE Monitoring+, Service Inventory, Span+, Strut Straps+, Tesla 395W, Tesla 400W, Tesla Zep, Tesla 420W, Tesla Glass, Tesla Misc Inventory, Tesla Powerwalls, Tesla Safety Equipment, Tools, Tesla Training Kit, Trencher Implement, Trenching Machine, Trim Mark Brake, Warehouse Equipment, Uncategorized Inventory, Wells Fargo, Wells Fargo , Wells Fargo, Wire & Tape, Year / Make: 2023 East Texas Trailers, Model: CH0224082, VIN: 58SBM2421PE036376

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| | |
|---|---|
| $2,000,000.00 | $788,604.17 |

Debtor    Wells Solar & Electrical Services LLC       Case number (if known) _____

Name

| Part 1: | Additional Page |
|---|---|

**2.1 Creditor's name**

Cloudfund LLC (Delta)

**Specify each creditor, including this creditor, and its relative priority.**

For Advanced Lasater Meter - Overdue Invoice for completed work: **1) Cloudfund LLC (Delta)**; 2) LG Funding LLC; 3) Retail Capital LLC (Credibly); For Alex Mercado - Overdue Invoice for Completed Work: **1) Cloudfund LLC (Delta)**; 2) LG Funding LLC; 3) Retail Capital LLC (Credibly); For Kenneth Holloway - Overdue Invoice for Completed Work: **1) Cloudfund LLC (Delta)**; 2) LG Funding LLC; 3) Retail Capital LLC (Credibly); For Derric Suesberry - Overdue Invoice for Completed Work: **1) Cloudfund LLC (Delta)**; 2) LG Funding LLC; 3) Retail Capital LLC (Credibly); For Michael Murphy - Overdue Invoice for Completed Work: **1) Cloudfund LLC (Delta)**; 2) LG Funding LLC; 3) Retail Capital LLC (Credibly); For Kathleen Jackson - Overdue Invoice for Completed Work: **1) Cloudfund LLC (Delta)**; 2) LG Funding LLC; 3) Retail Capital LLC (Credibly); For Ted Codney - Overdue Invoice for Completed Work: **1) Cloudfund LLC (Delta)**; 2) LG Funding LLC; 3) Retail Capital LLC (Credibly); For Fortunate Foundations : **1) Cloudfund LLC (Delta)**; 2) LG Funding LLC; 3) Retail Capital LLC (Credibly)

| Debtor | Wells Solar & Electrical Services LLC | Case number (if known) |
|---|---|---|
| | Name | |

<table>
<tr><td colspan="3"><strong>Part 2:</strong>    List Others to Be Notified for a Debt Already Listed in Part 1</td></tr>
</table>

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Lieberman and Klestzick, LLP<br>c/o Joe Liberman, Esq.<br>P.O. Box 356<br>Cedarhurst, NY 11516 | Line 2. _5_ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |

Fill in this information to identify the case:

Debtor name      Wells Solar & Electrical Services LLC

United States Bankruptcy Court for the:

     Western District of Texas

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims      12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim $1,974.06 | Priority amount $1,974.06 |
|---|---|---|---|

Alexander Lu

1143 Shady Lane Apt 2301

Austin, TX 78721

Date or dates debt was incurred

_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

**2.2**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $120.00 | $120.00 |
|---|---|---|---|

Andrew Brannock

5821 Tracyne Drive

Fort Worth, TX 76114

Date or dates debt was incurred

_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor   **Wells Solar & Electrical Services LLC**

Name

Case number *(if known)*

---

**Part 1:**  Additional Page

---

**2.3**  Priority creditor's name and mailing address

Andrew Edwardsen

820 Camino Vaguero Parkway Apt 6104

Austin, TX 78748

Date or dates debt was incurred

Last 4 digits of account
number ___ ___ ___ ___
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:       $143.35       $143.35
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.4**  Priority creditor's name and mailing address

Andrew Page

3211 Canter Lane

Austin, TX 78759

Date or dates debt was incurred

Last 4 digits of account
number ___ ___ ___ ___
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:       $2,225.65       $2,225.65
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.5**  Priority creditor's name and mailing address

Andrew Spears

740 Wyle Street

Crowley, TX 76036

Date or dates debt was incurred

Last 4 digits of account
number ___ ___ ___ ___
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:       $1,233.25       $1,233.25
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Wells Solar & Electrical Services LLC** | Case number *(if known)* |
| --- | --- | --- |
| | Name | |

**Part 1:** Additional Page

**2.6** Priority creditor's name and mailing address

Angelena Collier

9024 Northgate Blvd Apt 2178

Austin, TX 78758

Date or dates debt was incurred

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:    $817.99    $817.99
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.7** Priority creditor's name and mailing address

Ashley Simmons

5002 Sandalwood Lane

Arlington, TX 76017

Date or dates debt was incurred

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:    $120.00    $120.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.8** Priority creditor's name and mailing address

Benjamin Collier

220 Dashelle Run

Kyle, TX 78640

Date or dates debt was incurred

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:    $817.99    $817.99
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | Wells Solar & Electrical Services LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**Part 1:** Additional Page

---

**2.9** Priority creditor's name and mailing address

Brian R Salgado

6506 Santos Street Apt B

Austin, TX 78741-5200

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is: $1,174.44        $1,174.44
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.10** Priority creditor's name and mailing address

Cade M Adkins

1802 Barton Hills Dr

Austin, TX 78704-3216

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is: $3,512.50        $3,512.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.11** Priority creditor's name and mailing address

Caleb Llanas

13212 Mizzen Street

Manor, TX 78653

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is: $1,319.09        $1,319.09
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor  **Wells Solar & Electrical Services LLC**
_____
Name

Case number *(if known)* _____

---

| Part 1: | Additional Page |

---

**2.12** | Priority creditor's name and mailing address

Christopher Warren
_____

3221 River Lodge Trail S Apt 1317
_____

76116
_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account**
number ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is: | $1,671.69 | $1,671.69
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.13** | Priority creditor's name and mailing address

Cindy J Gomez Soto
_____

15008 Ryman Road
_____

Pflugerville, TX 78660
_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account**
number ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is: | $1,539.11 | $1,539.11
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.14** | Priority creditor's name and mailing address

Dan L Eagleman
_____

407 Fourth Street
_____

Marble Falls, TX 78654
_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account**
number ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is: | $2,266.55 | $2,266.55
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Wells Solar & Electrical Services LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

**Part 1:** Additional Page

---

**2.15**

**Priority creditor's name and mailing address**

**Dexter Garza**

**7613 Meador Avenue**

**Austin, TX 78752**

**Date or dates debt was incurred**

_____

**Last 4 digits of account**
**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**  $789.28     $789.28
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.16**

**Priority creditor's name and mailing address**

**Divante L Goodsby**

**1505 Dakota Trce Apt B**

**Georgetown, TX 78628**

**Date or dates debt was incurred**

_____

**Last 4 digits of account**
**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**  $120.00     $120.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.17**

**Priority creditor's name and mailing address**

**Edward Martinez**

**12820 North Lamar Boulevard**

**Austin, TX 78753**

**Date or dates debt was incurred**

_____

**Last 4 digits of account**
**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**  $1,644.78     $1,644.78
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  **Wells Solar & Electrical Services LLC**

Name

Case number *(if known)* _____

| | |
|---|---|
| **Part 1:** | Additional Page |

---

**2.18**

**Priority creditor's name and mailing address**

Elizabeth Jaimes

10320 Boulder lane Apt 1715

78726

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

number ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,007.73          $1,007.73

---

**2.19**

**Priority creditor's name and mailing address**

Emmanuel Flores

2706 Cherry Blossom Court

San Marcos, TX 78666

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

number ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,705.29          $2,705.29

---

**2.20**

**Priority creditor's name and mailing address**

Enrique Bonilla

5009 Lott Avenue

Austin, TX 78721

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

number ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,884.42          $1,884.42

---

| Debtor | **Wells Solar & Electrical Services LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 1:** Additional Page

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $120.00 | $120.00 |
|---|---|---|---|---|

**2.21**

Priority creditor's name and mailing address

Eric O Highsmith

173 W Oak Loop

Cedar Creek, TX 78612

**Date or dates debt was incurred**

_____

**Last 4 digits of account**
number ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is: $120.00    $120.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.22**

Priority creditor's name and mailing address

Fernando Monroy

210 Merribrook Trail

Duncanville, TX 75116

**Date or dates debt was incurred**

_____

**Last 4 digits of account**
number ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is: $120.00    $120.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.23**

Priority creditor's name and mailing address

Frank Smith

766 Ceilo Springs

Blanco, TX 78606

**Date or dates debt was incurred**

_____

**Last 4 digits of account**
number ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is: $3,668.18    $3,668.18
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor **Wells Solar & Electrical Services LLC**
Name

Case number *(if known)* _____

---

| Part 1: | Additional Page |
|---|---|

---

**2.24** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,370.31 | $1,370.31
| **Gabriel Bernal** | *Check all that apply.* | |

**406 Piccadilly Circle**

**Burleson, TX 76028**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

_____

Basis for the Claim:

_____

Last 4 digits of account
number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

---

**2.25** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $120.00 | $120.00
| **Gabriel Deleon** | *Check all that apply.* | |

**3221 Keller Springs Road Apt 2204**

**75006**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

_____

Basis for the Claim:

_____

Last 4 digits of account
number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

---

**2.26** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,670.13 | $1,670.13
| **Genecia Joiner** | *Check all that apply.* | |

**15950 Paramount Way Apt 4208**

**Frisco, TX 75033**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

_____

Basis for the Claim:

_____

Last 4 digits of account
number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

---

| Debtor | **Wells Solar & Electrical Services LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

**Part 1:** Additional Page

**2.27** Priority creditor's name and mailing address

Guadalupe Garcia

1430 Frontier Valley 102

Austin, TX 78741

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is: $1,359.20    $1,359.20
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.28** Priority creditor's name and mailing address

Gustavo Gonzalez

1605 Village Park Trail

Burleson, TX 76028

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is: $352.60    $352.60
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.29** Priority creditor's name and mailing address

Hugo O Vidal Santiago

2921 Mohawk Trail

76135

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is: $2,081.14    $2,081.14
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Wells Solar & Electrical Services LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 1: Additional Page

**2.30**

Priority creditor's name and mailing address

Internal Revenue Service

Centralized Insolvency Office

P.O. Box 7346

Philadelphia, PA 19101-7346

Date or dates debt was incurred

_____

Last 4 digits of account
number  **3   2   V   1**

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ____

As of the petition filing date, the claim is:  **$73,398.33**      **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.31**

Priority creditor's name and mailing address

J Guadalupe Villagrana

1841 Wooten Park Drive Apt 101

Austin, TX 78757

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:  **$1,907.49**      **$1,907.49**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.32**

Priority creditor's name and mailing address

Jacob D Ramirez

5005 Freidrich Lane

Austin, TX 78744

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:  **$1,443.00**      **$1,443.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor **Wells Solar & Electrical Services LLC**
Name

Case number *(if known)*

---

**Part 1:** Additional Page

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,598.37 | $1,598.37 |
|---|---|---|---|---|

**2.33**

Priority creditor's name and mailing address

Jamica Jackson

3702 Antelope Trail

Temple, TX 76504

Date or dates debt was incurred

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is: $1,598.37   $1,598.37
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.34**

Priority creditor's name and mailing address

Jared Moehring

5529 Santa Barbara Avenue

76114

Date or dates debt was incurred

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is: $1,171.76   $1,171.76
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.35**

Priority creditor's name and mailing address

Jared P Million

501 Lakemont Drive

78634

Date or dates debt was incurred

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is: $4,569.96   $4,569.96
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Wells Solar & Electrical Services LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 1: Additional Page

| **2.36** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,735.43 | $1,735.43 |
|---|---|---|---|---|

**2.36**

Priority creditor's name and mailing address

Javier De La Rosa

1414 Ransom Street

Pflugerville, TX 78660

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is: **$1,735.43**   **$1,735.43**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.37**

Priority creditor's name and mailing address

Javier Pecina

1649 Army Drive

78640

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is: **$2,227.47**   **$2,227.47**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.38**

Priority creditor's name and mailing address

Jay P Robillard

6806 Langston Drive

Austin, TX 78723

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is: **$1,892.28**   **$1,892.28**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

Is the claim subject to offset?
☑ No
☐ Yes

Debtor  **Wells Solar & Electrical Services LLC**
_____
Name

Case number *(if known)* _____

---

| Part 1: | Additional Page |
|---|---|

---

**2.39** | Priority creditor's name and mailing address

Johan Acosta Vasquez
_____

8001 South Frontage Road Apt 933
_____

78744
_____

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,140.73 | $2,140.73

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.40** | Priority creditor's name and mailing address

Jonathan Carroll
_____

2906 E MLK Jr. Blvd Apt 3311
_____

Austin, TX 78702
_____

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$620.00 | $620.00

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.41** | Priority creditor's name and mailing address

Jose Gerardo Conde Gomez
_____

8028 Wichita Street # 116
_____

Fort Worth, TX 76140
_____

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,642.08 | $2,642.08

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Wells Solar & Electrical Services LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 1: Additional Page

### 2.42

**Priority creditor's name and mailing address**

Juan Delgado

5805 Truett Street

Fort Worth, TX 76119

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

number ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**    $1,839.61     $1,839.61
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

### 2.43

**Priority creditor's name and mailing address**

Manuel Pallares

1809 Bunker Hill Drive

Irving, TX 75061

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

number ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**    $3,484.08     $3,484.08
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

### 2.44

**Priority creditor's name and mailing address**

Marc A Sanchez

1116 S Brighton Avenue

Dallas, TX 75208

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

number ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**    $1,849.95     $1,849.95
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor  **Wells Solar & Electrical Services LLC**

Name

Case number *(if known)*

---

| Part 1: | Additional Page |
|---|---|

---

**2.45**

**Priority creditor's name and mailing address**

Marco Juarez

144 Balch Road Unit B

Elgin, TX 78621

**Date or dates debt was incurred**

_____

**Last 4 digits of account**
**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,631.55        $2,631.55

---

**2.46**

**Priority creditor's name and mailing address**

Mark D Bedell

200 Songwood

Spicewood, TX 78669

**Date or dates debt was incurred**

_____

**Last 4 digits of account**
**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,518.38        $3,518.38

---

**2.47**

**Priority creditor's name and mailing address**

Martin Rodriguez

37041 Conway Street Apt 121

Dallas, TX 75224

**Date or dates debt was incurred**

_____

**Last 4 digits of account**
**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,624.74        $1,624.74

---

Official Form 206E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **Wells Solar & Electrical Services LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 1:** Additional Page

---

**2.48** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,627.54 | $1,627.54

Matthew Alms

6150 Alma Road

Mckinney, TX 75070

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**2.49** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,052.47 | $5,052.47

Miguel Fernandez

2415 Towerwood Drive

Carrollton, TX 75006

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**2.50** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $120.00 | $120.00

Morgan Potter

1411 Oak Grove Drive

Cedar Park, TX 78613

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| Debtor | **Wells Solar & Electrical Services LLC** | Case number *(if known)* |
|--------|------------------------------------------|--------------------------|
| | Name | |

## Part 1: Additional Page

**2.51**

**Priority creditor's name and mailing address**

Nathan T Hanes

3450 River Park Drive Unite 832b

Fort Worth, TX 76116

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,459.17          $2,459.17

---

**2.52**

**Priority creditor's name and mailing address**

Nicholas G Hayes

4506 Turnstone Drive

Austin, TX 78744

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,942.39          $2,942.39

---

**2.53**

**Priority creditor's name and mailing address**

Paul C Camp

2517 Crazy Horse Pass

Austin, TX 78734

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,728.84          $3,728.84

| Debtor | **Wells Solar & Electrical Services LLC** | Case number *(if known)* |
|--------|-------------------------------------------|--------------------------|
| | Name | |

---

| **Part 1:** | Additional Page |
|---|---|

---

**2.54** Priority creditor's name and mailing address

Rajib Joshi Khaitu

262 Harvest Creek

Kyle, TX 78640

Date or dates debt was incurred

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:     $2,045.49     $2,045.49
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.55** Priority creditor's name and mailing address

Stephanie Gilbert

5240 B Pvt Walley

El Paso, TX 79906

Date or dates debt was incurred

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:     $1,672.24     $1,672.24
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.56** Priority creditor's name and mailing address

Stephanie Goodwin

10505 S IH 35 1735

Austin, TX 78747

Date or dates debt was incurred

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:     $1,178.10     $1,178.10
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Wells Solar & Electrical Services LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 1:** Additional Page

---

**2.57** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,684.21 | $5,684.21

**Texas Comptroller**

**Bankruptcy Section**

**PO Box Box 13528**

**Austin, TX 78711**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the Claim:**

**Last 4 digits of account number** 3  2  8  5

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

---

**2.58** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $64,695.58 | $64,695.58

**Texas Comptroller**

**Bankruptcy Section**

**PO Box 13528**

**Austin, TX 78711**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the Claim:**

**Last 4 digits of account number** 2  8  -  5

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

---

**2.59** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $120.00 | $120.00

**Ty Shriver**

**322 CR 3670**

**China Spring, TX 76633**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the Claim:**

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

---

Debtor  **Wells Solar & Electrical Services LLC**

Name

Case number *(if known)* _____

---

## Part 1: Additional Page

**2.60**

| | |
|---|---|
| **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $4,018.14    $4,018.14 |

Zachary Mauldin

218 Amber Oak Drive

78640

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

number ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**2.61**

| | |
|---|---|
| **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $3,993.17    $3,993.17 |

Zachary Settlles

3901 Robert Burns Drive

78749

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

number ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    page 21 of 60

Debtor  **Wells Solar & Electrical Services LLC**

Name

Case number *(if known)* _____

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** Nonpriority creditor's name and mailing address

**ABC Home & Commercial Services**

**9475 E HWY 290**

**Austin, TX 78724**

Date or dates debt was incurred _____

Last 4 digits of account number  **6  7  5  2**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,090.31**

**3.2** Nonpriority creditor's name and mailing address

**ActiveProspect, Inc.**

**PO Box Box 151136**

**Austin, TX 78715-1146**

Date or dates debt was incurred _____

Last 4 digits of account number  **o  l  a  r**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$4,797.00**

**3.3** Nonpriority creditor's name and mailing address

**Alex Sabatier**

**5212 Welcome Glen**

**Austin, TX 78759**

Date or dates debt was incurred _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$14,500.00**

**3.4** Nonpriority creditor's name and mailing address

**Allstate Insurance Company**

**P.O. Box 4344**

**Carol Stream, IL 60197-4344**

Date or dates debt was incurred _____

Last 4 digits of account number  **1  2  7  6**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Auto Insurance Premium**

Is the claim subject to offset?
☑ No
☐ Yes

**$14,106.16**

Debtor   **Wells Solar & Electrical Services LLC**

Name

Case number *(if known)*

---

<span style="background:black;color:white">**Part 2:**</span> Additional Page

---

**3.5** Nonpriority creditor's name and mailing address

American Express

P.O. Box 570622

Atlanta, GA 30357

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit Card

Is the claim subject to offset?
☑ No
☐ Yes

$244,232.78

---

**3.6** Nonpriority creditor's name and mailing address

Andre Da Silva

4412 Apollonia Way

Leander, TX 78641

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Customer Debt

Is the claim subject to offset?
☑ No
☐ Yes

$1,000.00

---

**3.7** Nonpriority creditor's name and mailing address

Andrew Salti

1701 Berger Road

La Grange, TX 78945

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Customer Debt

Is the claim subject to offset?
☑ No
☐ Yes

$1,000.00

---

**3.8** Nonpriority creditor's name and mailing address

AngieLeads aka HomeAdvisor

c/o McCarthy, Burgess & Wolf,

26000 Cannon Rd.

Bedford, OH 44146

Date or dates debt was incurred

Last 4 digits of account number  2  7  7  3

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Marketing Leads

Is the claim subject to offset?
☑ No
☐ Yes

$13,585.14

---

Debtor    **Wells Solar & Electrical Services LLC**

Name

Case number *(if known)*

| Part 2: | Additional Page |
| --- | --- |

**3.9** Nonpriority creditor's name and mailing address

Anna Allen & Allen Vanlandingham

17887 FM 56

Kopperl, TX

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Customer Deposit

Is the claim subject to offset?

☑ No
☐ Yes

$39,000.00

---

**3.10** Nonpriority creditor's name and mailing address

Annie Nelson

1100 Bee Creek, Road

Spicewood, TX

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Customer Debt

Is the claim subject to offset?

☑ No
☐ Yes

$54,404.43

---

**3.11** Nonpriority creditor's name and mailing address

Armando Fernandez

8005 Scotland Yard

Austin, TX 78759

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Customer Debt

Is the claim subject to offset?

☑ No
☐ Yes

$681.00

---

**3.12** Nonpriority creditor's name and mailing address

Armbrust & Brown, PLLC

100 Congress Avenue Suite 1300

Austin, TX 78701

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Legal Services

Is the claim subject to offset?

☑ No
☐ Yes

$22,201.50

Debtor   **Wells Solar & Electrical Services LLC**

Name

Case number *(if known)* _____

| Part 2: | Additional Page |
|---|---|

---

**3.13** Nonpriority creditor's name and mailing address

Arthur Tenny

250 Los Encinos Ranch Road

Wimberley, TX 78676

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  Customer Debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$10,270.00

---

**3.14** Nonpriority creditor's name and mailing address

AT&T

PO Box 6463

Carol Stream, IL 60197

Date or dates debt was incurred _____

Last 4 digits of account number  8  7  4  7

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Unsecured Debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$15,277.26

---

**3.15** Nonpriority creditor's name and mailing address

Austin Energy

PO Box 2267

Austin, TX 78703

Date or dates debt was incurred _____

Last 4 digits of account number  8  7  4  7

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Unsecured Debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$2,152.47

---

**3.16** Nonpriority creditor's name and mailing address

Austin Kemper

5502 Tipton Drive

Austin, TX 78723

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  Customer Debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$6,500.00

---

Official Form 206E/F         **Schedule E/F: Creditors Who Have Unsecured Claims**         page 25 of 60

Debtor  **Wells Solar & Electrical Services LLC**                          Case number *(if known)* _____

Name

---

**Part 2:**  Additional Page

---

**3.17**  Nonpriority creditor's name and mailing address

Better Business Bureau

1805 Rutherford Lane Suite 100

Austin, TX 78754

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Unsecured Debt

Is the claim subject to offset?
☑ No
☐ Yes

$1,410.00

---

**3.18**  Nonpriority creditor's name and mailing address

Bill.com

6220 America Center Drive Suite 100

San Jose, CA 95002

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Unsecured Debt

Is the claim subject to offset?
☑ No
☐ Yes

$8,953.56

---

**3.19**  Nonpriority creditor's name and mailing address

Breck Landry

7324 County Road 3224

Lone Oak, TX 75453

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Customer Debt

Is the claim subject to offset?
☑ No
☐ Yes

$15,565.00

---

**3.20**  Nonpriority creditor's name and mailing address

Brenda Wilson

926 Chulie Drive

San Antonio, TX 78216

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Customer Debt

Is the claim subject to offset?
☑ No
☐ Yes

$3,500.00

---

Official Form 206E/F                  **Schedule E/F: Creditors Who Have Unsecured Claims**                  page 26 of 60

Debtor  **Wells Solar & Electrical Services LLC**

Name

Case number *(if known)* _____

---

**Part 2:**  Additional Page

---

**3.21**  Nonpriority creditor's name and mailing address

**Capital One**

**Po Box 60519**

**City of Industry, CA 91716-0519**

Date or dates debt was incurred   **11/03/2023**

Last 4 digits of account number   **9  8  0  8**

As of the petition filing date, the claim is:   **$26,088.36**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.22**  Nonpriority creditor's name and mailing address

**Charles House**

**3010 Polk Street**

**Killeen, TX 76543**

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:   **$7,113.50**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Debt**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.23**  Nonpriority creditor's name and mailing address

**Charles Penny**

**3532 Guadalupe Road**

**Fort Worth, TX 76116**

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:   **$4,640.00**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Debt**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.24**  Nonpriority creditor's name and mailing address

**Chindedu Kenneth Chuka - Obah**

**646 Patriot Lane**

**Irving, TX 75060**

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:   **$1,000.00**
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposit**

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Wells Solar & Electrical Services LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2: Additional Page

**3.25** Nonpriority creditor's name and mailing address
Christopher Majka

501 Ocean View Drive

Port Aransas, TX 78373

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,000.00

---

**3.26** Nonpriority creditor's name and mailing address
Cintas

P.O. Box 631025

Cincinnati, OH 45263-1025

Date or dates debt was incurred _____

Last 4 digits of account number 1 5 0 6

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unsecured Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$464.16

---

**3.27** Nonpriority creditor's name and mailing address
City of Austin

PO Box 2267

Austin, TX 78768-2267

Date or dates debt was incurred _____

Last 4 digits of account number 8 7 4 7

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unsecured Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$902.25

---

**3.28** Nonpriority creditor's name and mailing address
Clark Roofing and Construction Inc.

221 Cotton Drive

Woodway, TX 76712

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unsecured Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$13,800.00

---

Debtor  **Wells Solar & Electrical Services LLC**
       Name

Case number *(if known)* _____

---

| **Part 2:** | Additional Page |
|---|---|

---

**3.29** Nonpriority creditor's name and mailing address

**Clayton Foster**

**1709 Glade Street**

**College Station, TX 77840**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  **Customer Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$2,763.00

---

**3.30** Nonpriority creditor's name and mailing address

**Comdata Universal - FleetCor Tech**

**3280 Peachtree Road Suite 2400**

**Atlanta, GA 30359-0279**

Date or dates debt was incurred _____

Last 4 digits of account number  **L   8   6   3**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Unsecured Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$20,755.73

---

**3.31** Nonpriority creditor's name and mailing address

**Cons. Elec. Distributors, Inc.**

**1033 Meister Lane Suite600**

**Pflugerville, TX 78660**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Credit Account**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$205,000.00

---

**3.32** Nonpriority creditor's name and mailing address

**Dann Zimmer**

**115 Mokolea**

**Bastrop, TX 78602**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  **Customer Debt**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$1,000.00

---

Debtor  **Wells Solar & Electrical Services LLC**
Name

Case number *(if known)*

| Part 2: | Additional Page |
| --- | --- |

**3.33** Nonpriority creditor's name and mailing address

David A. Nicastro

7 Grove Court

78746

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Arbitration Claim

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.34** Nonpriority creditor's name and mailing address

David Meyer

803 Northview Drive

New Braunfels, TX 78130

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Customer Debt

Is the claim subject to offset?
☑ No
☐ Yes

$14,242.75

---

**3.35** Nonpriority creditor's name and mailing address

De Sossamon

520 Stephens Drive

Fort Worth, TX 76126

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Customer Debt

Is the claim subject to offset?
☑ No
☐ Yes

$14,449.85

---

**3.36** Nonpriority creditor's name and mailing address

Deanna Andes

366 Barbara Drive

San Antonio, TX 78216

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Customer Debt

Is the claim subject to offset?
☑ No
☐ Yes

$3,787.96

---

Debtor   **Wells Solar & Electrical Services LLC**

Case number *(if known)* _____

Name

## Part 2: Additional Page

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |
|---|---|---|---|

**Derek Adams**

**4055 Turning Leaf**

**Nolanville, TX 76559**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:**  Customer Debt

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,000.00 |
|---|---|---|---|

**Didier Micoud**

**125 Craigs Road**

**Buchanan Dam, TX 78609**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:**  Customer Debt

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,400.00 |
|---|---|---|---|

**Dror Baldinger**

**3014 Oneida Drive**

**San Antonio, TX 78230**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:**  Lawsuit Debt

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,535.00 |
|---|---|---|---|

**Elizabeth Moon**

**202 West Caskey Street**

**Florence, TX 76527**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:**  Customer Debt

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor  **Wells Solar & Electrical Services LLC**

Name

Case number *(if known)*

---

| **Part 2:** | Additional Page |

---

**3.41** Nonpriority creditor's name and mailing address

**Elliot Electric Supply**

**PO Box 206524**

**Dallas, TX 75320-6524**

Date or dates debt was incurred

Last 4 digits of account number  **1  0  2  0**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Account**

Is the claim subject to offset?
☑ No
☐ Yes

$10,111.07

---

**3.42** Nonpriority creditor's name and mailing address

**EnFin/Qcells**

**c/o PARSONS BEHILE & LATIMER**

**201 South Main Street Suite 1800**

**Salt Lake City, UT 84111**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Remarks: Amount Disputed is $579,180,485

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **Unsecured Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$1,168,246.00

---

**3.43** Nonpriority creditor's name and mailing address

**Faith Bushen**

**4650 County Road 212**

**Bertram, TX 78605**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$6,000.00

---

**3.44** Nonpriority creditor's name and mailing address

**FPC Office Soltuions**

**2035 Royal Lane Suite 202**

**Dallas, TX 75229**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$1,549.60

---

Debtor **Wells Solar & Electrical Services LLC**
Name

Case number *(if known)* _____

| Part 2: | Additional Page |
|---|---|

---

**3.45** Nonpriority creditor's name and mailing address

Gabriele Steffen

1861 Timber Ridge Road

Marble Falls, TX 78654

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Customer Debt

Is the claim subject to offset?
☑ No
☐ Yes

$5,000.00

---

**3.46** Nonpriority creditor's name and mailing address

Gilberto Soto

1804 Pradera Path

Leander, TX 78641

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Customer Debt

Is the claim subject to offset?
☑ No
☐ Yes

$22,475.00

---

**3.47** Nonpriority creditor's name and mailing address

Grant Carroll

134 Meadowlark Lane

China Spring, TX 76633

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Customer Debt

Is the claim subject to offset?
☑ No
☐ Yes

$1,800.00

---

**3.48** Nonpriority creditor's name and mailing address

Great America Financial Services

P.O. Box 660831

Dallas, TX 75266-0831

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Equipment Rentals

Is the claim subject to offset?
☑ No
☐ Yes

$847.55

---

| Debtor | **Wells Solar & Electrical Services LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

## Part 2: Additional Page

---

**3.49** Nonpriority creditor's name and mailing address

Hernandez Trucking

8344 Vista Del Rio

Downey, CA 90240

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Delivery Services

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$21,390.00**

---

**3.50** Nonpriority creditor's name and mailing address

Home Solutions

4777 Sharon Rd.

Charlotte, NC 28210

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Remarks: 1122 Oberline Rd.
Raleigh, NC 27605

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Marketing Leads

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$7,446.50**

---

**3.51** Nonpriority creditor's name and mailing address

HomeAdvisor

MB&W Bldg. Davina Fredrick, Coll Dept

26000 Cannon Road

Bedford, OH 44146

Date or dates debt was incurred _____

Last 4 digits of account number  0  9  1  5

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Marketing Leads

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$13,585.14**

---

**3.52** Nonpriority creditor's name and mailing address

Howard Kalish

405 Philco Drive

Austin, TX 78745

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customer Debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$2,319.00**

---

Debtor **Wells Solar & Electrical Services LLC**

Name

Case number *(if known)* _____

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,792.00 |
|---|---|---|---|

**Intent Driver Inc**

**9692 Melinda Circle**

**Huntington Beach, CA 92646-8427**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:** Marketing Leads

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $204,454.66 |
|---|---|---|---|

**Intuit**

**2800 E. Commerce Center Place**

**Tucson, AZ 85706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:** Unsecured Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  1  3  4  8

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,962.00 |
|---|---|---|---|

**James Baker**

**330 Estate West Road**

**Sherman, TX 75092**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:** Customer Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |
|---|---|---|---|

**James Ortega**

**2260 FM 215**

**Gatesville, TX 76528**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:** Customer Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| Debtor | **Wells Solar & Electrical Services LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

**Part 2:** Additional Page

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,000.00 |
|---|---|---|---|
| | James Shultz | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | 300 Double M Drive | | |
| | Wimberley, TX 78676 | | |
| | | **Basis for the claim:** Customer Debt | |
| | Date or dates debt was incurred | **Is the claim subject to offset?** | |
| | Last 4 digits of account number ___ ___ ___ ___ | ☑ No<br>☐ Yes | |

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $34,262.00 |
|---|---|---|---|
| | Jane Greenberg | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | 2237 Quenby Street | | |
| | Houston, TX 77005 | | |
| | | **Basis for the claim:** Customer Debt | |
| | Date or dates debt was incurred | **Is the claim subject to offset?** | |
| | Last 4 digits of account number ___ ___ ___ ___ | ☑ No<br>☐ Yes | |

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,000.00 |
|---|---|---|---|
| | Jayme & John Sadlier | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | 19204 Boulder Crest Drive | | |
| | Pflugerville, TX 78660 | | |
| | | **Basis for the claim:** Customer Debt | |
| | Date or dates debt was incurred | **Is the claim subject to offset?** | |
| | Last 4 digits of account number ___ ___ ___ ___ | ☑ No<br>☐ Yes | |

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $7,113.50 |
|---|---|---|---|
| | Jeff Hoffman | ☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | |
| | 3704 Bonnie Road | | |
| | Austin, TX 78703 | | |
| | | **Basis for the claim:** Customer Debt | |
| | Date or dates debt was incurred | **Is the claim subject to offset?** | |
| | Last 4 digits of account number ___ ___ ___ ___ | ☑ No<br>☐ Yes | |

| Debtor | **Wells Solar & Electrical Services LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

<div style="background:black">Part 2:</div> Additional Page

---

**3.61** Nonpriority creditor's name and mailing address

Jeri Hilsabeck

18607 White Rim Trail

Leander, TX 78645

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** Customer Debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$1,000.00

---

**3.62** Nonpriority creditor's name and mailing address

Jim Tomlin

111 Oakridge Drive

Whitney, TX 76692

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** Customer Debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$2,900.00

---

**3.63** Nonpriority creditor's name and mailing address

Jobber

2121 Airline Drive Suite 520

Metairie, LA 70001

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** Unsecured Debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$3,251.02

---

**3.64** Nonpriority creditor's name and mailing address

Joe Pohlman

10730 Rose Bud Court

75072

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** Lawsuit Debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$33,274.00

---

| Debtor | **Wells Solar & Electrical Services LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

### Part 2: Additional Page

**3.65** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,000.00**

John Williams

401 Grandview Place

San Antonio, TX 78209

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Basis for the claim:** Unsecured Debt

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.66** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,047.50**

John Klausner

817 Habitat Trail

Mckinney, TX 75071

☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Basis for the claim:** Customer Debt

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.67** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,000.00**

John Lewis

159 Hill Top Drive

Red Rock, TX 78662

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Basis for the claim:** Deposit Claim

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.68** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15,000.00**

John Seixas

1719 Oak Circle

Scurry, TX 75158

☐ Contingent
☑ Unliquidated
☐ Disputed

**Date or dates debt was incurred** _____

**Basis for the claim:** Customer Debt

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Wells Solar & Electrical Services LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

**3.69** Nonpriority creditor's name and mailing address

John Walters Jr.

484 Vine Hill Road

Dale, TX 78616

Date or dates debt was incurred

Last 4 digits of account number _ _ _ _

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Customer Debt

Is the claim subject to offset?
☑ No
☐ Yes

$7,113.50

---

**3.70** Nonpriority creditor's name and mailing address

John Williams

401 Grandview Place

San Antonio, TX 78209

Date or dates debt was incurred

Last 4 digits of account number _ _ _ _

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Customer Deposit

Is the claim subject to offset?
☑ No
☐ Yes

$1,000.00

---

**3.71** Nonpriority creditor's name and mailing address

Julian Cates

514 Saunooke Street

Harker Heights, TX 76548

Date or dates debt was incurred

Last 4 digits of account number _ _ _ _

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Equipment Re-Installation

Is the claim subject to offset?
☑ No
☐ Yes

$11,672.00

---

**3.72** Nonpriority creditor's name and mailing address

Karen Guerrero

14010 Mint Trail Drive

San Antonio, TX 78232

Date or dates debt was incurred

Last 4 digits of account number _ _ _ _

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Customer Debt

Is the claim subject to offset?
☑ No
☐ Yes

$10,000.00

Debtor  **Wells Solar & Electrical Services LLC**
Name

Case number *(if known)*

---

**Part 2:**  Additional Page

---

**3.73** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,264.00
--- | --- | --- | ---

Nonpriority creditor's name and mailing address
**Kristen G Shumway, Timothy D Shumway**

**5101 Brownstone Drive**

**Houston, TX 77077-1023**

Date or dates debt was incurred

Last 4 digits of account number      **2   0   2   3**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:  Lawsuit Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,264.00

---

**3.74**

Nonpriority creditor's name and mailing address
**Ky Nguyen**

**1116 Northwood Circle**

**Nacogdoches, TX 75965**

Date or dates debt was incurred

Last 4 digits of account number      ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:  Customer Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,620.00

---

**3.75**

Nonpriority creditor's name and mailing address
**Lamb's Auto**

**6813 McNeil Drive**

**Austin, TX 78729**

Date or dates debt was incurred

Last 4 digits of account number      **9   1   0   6**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Unsecured Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,898.14

---

**3.76**

Nonpriority creditor's name and mailing address
**Leonarda Tracy**

**5303 Verbena Street**

**San Antonio, TX**

Date or dates debt was incurred

Last 4 digits of account number      ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:  Customer Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,000.00

---

Debtor **Wells Solar & Electrical Services LLC**

Name

Case number *(if known)*

---

**Part 2:** Additional Page

---

**3.77** Nonpriority creditor's name and mailing address

Makoto Saigusa

62 Comal Street

Austin, TX 78702

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Customer Debt

Is the claim subject to offset?
☑ No
☐ Yes

$9,000.00

---

**3.78** Nonpriority creditor's name and mailing address

Marilyn Meriage

171 County Road 486

Lott, TX 76656

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Customer Debt

Is the claim subject to offset?
☑ No
☐ Yes

$10,350.00

---

**3.79** Nonpriority creditor's name and mailing address

Mark Howell

709 Lakeside Pass

New Braunfels, TX 78130

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Customer Debt

Is the claim subject to offset?
☑ No
☐ Yes

$19,256.00

---

**3.80** Nonpriority creditor's name and mailing address

Mary Puryear

11109 Sea Hero Lane

Austin, TX 78748

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Customer Debt

Is the claim subject to offset?
☑ No
☐ Yes

$26,800.00

---

Debtor   **Wells Solar & Electrical Services LLC**

Name

Case number *(if known)* _____

---

| Part 2: | Additional Page |
| --- | --- |

| **3.81** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,000.00 |
| --- | --- | --- | --- |

**3.81** Nonpriority creditor's name and mailing address

Matt Bischoff

111 Wagon Wheel Trail

Bertram, TX 78605

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  Customer Debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$1,000.00

---

**3.82** Nonpriority creditor's name and mailing address

Michael Hart

1905 Crooked Lane

Austin, TX 78741

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  Customer Debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$7,846.00

---

**3.83** Nonpriority creditor's name and mailing address

Michael Judge

3225 U.S. 290

Paige, TX 78659

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  Customer Debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$12,250.00

---

**3.84** Nonpriority creditor's name and mailing address

Michael Vent

1350 Live Oak Road

Leander, TX 78641

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  Customer Debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$1,000.00

---

Debtor **Wells Solar & Electrical Services LLC**                Case number *(if known)* _____

Name

---

| Part 2: | Additional Page |
|---|---|

---

**3.85** | Nonpriority creditor's name and mailing address

Monday.com

6 Yitzhak Sadeh Street

Tel Aviv,

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unsecured Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$14,683.20

---

**3.86** | Nonpriority creditor's name and mailing address

Muhammad Abedin

12920 Honey Locust Circle

Euless, TX 76040

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$12,000.00

---

**3.87** | Nonpriority creditor's name and mailing address

Nippon Life Insurance Co.

655 Third Avenue, 16th Floor

New York, NY 10017

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unsecured Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,422.95

---

**3.88** | Nonpriority creditor's name and mailing address

Pep Boys / Fleet Dept

34 Seymour Street

Tonawanda, NY 14150

Date or dates debt was incurred _____

Last 4 digits of account number  6  3  7  3

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Automobile Repair

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,174.97

---

| Debtor | **Wells Solar & Electrical Services LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 2:** Additional Page

---

**3.89** Nonpriority creditor's name and mailing address

**Power Labor Staffing LLC**

**206 W Main Street**

**Round Rock, TX 78664**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  Unsecured Debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$7,175.25

---

**3.90** Nonpriority creditor's name and mailing address

**Primer Repair Services LR, LLC**

**1019 Stoney Hill Drive**

**Houston, TX 77077-1023**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  Unsecured Debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$2,850.00

---

**3.91** Nonpriority creditor's name and mailing address

**Pro Refrigeration Assay LLC**

**4717 Priem Lane Suite 101**

**Pflugerville, TX 78660**

Date or dates debt was incurred _____

Last 4 digits of account number  1  5  5  3

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  Unsecured Debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$495.02

---

**3.92** Nonpriority creditor's name and mailing address

**Quick Roofing LLC**

**925 E Kennedale Pkwy**

**Kennedale, TX 76060**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  Unsecured Debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$83,946.50

---

| Debtor | **Wells Solar & Electrical Services LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 2:** Additional Page

---

**3.93** Nonpriority creditor's name and mailing address

Quinstreet (Modernize Home Services)

804 Congress Avenue

Austin, TX 78701

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Marketing Leads

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,515.00

---

**3.94** Nonpriority creditor's name and mailing address

Ramon Bocanegra

3709 Bluegrass Drive

Grand Prairie, TX 75052

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,500.00

---

**3.95** Nonpriority creditor's name and mailing address

Randall Coffey

4508 Tejas Trail

Austin, TX 78745

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,000.00

---

**3.96** Nonpriority creditor's name and mailing address

Rebecca & Benny Koonce

208 Alpine Lane

Bertram, TX 78605

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Legal Demand

**Is the claim subject to offset?**
☑ No
☐ Yes

$25,125.00

---

Debtor   **Wells Solar & Electrical Services LLC**          Case number *(if known)* _____
         Name

| Part 2: | Additional Page |
|---|---|

---

**3.97** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,000.00**

Rene Hollan

324 Eden Drive

Royse City, TX 75189

*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Customer Debt

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.98** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$434.04**

Republic Services

1212 Harrison Avenue

Arlington, TX 76011

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Unsecured Debt

Date or dates debt was incurred   _____

Last 4 digits of account number   4  8  8  7

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.99** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$473,182.09**

Rexel

ATTN: CREDIT DEPARTMENT

PO Box 766

Addison, TX 75001-0766

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Lawsuit Debt

Date or dates debt was incurred   _____

Last 4 digits of account number   5  8  4  0

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.100** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$12,770.76**

Richard Evans

207 Herweck Drive

San Antonio, TX 78213

*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Customer Debt

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Wells Solar & Electrical Services LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 2:** Additional Page

---

**3.101** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,000.00**
Richard Marchuk

3360 Standard Loop

Belton, TX 76513

*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unsecured Debt

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

**3.102** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$20,595.81**
Ridge Roofing

11782 Jollyville Road

Austin, TX 78759

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unsecured Debt

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

**3.103** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$6,828.52**
Risk Agency

12240 Inwood Road Suite 501

Dallas, TX 75244

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Liability Insurance

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

**3.104** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$11,500.00**
Robert Schwenkler

2333 Wards Church Road

La Grange, TX 78945

*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Deposit

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| Debtor | **Wells Solar & Electrical Services LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

### Part 2: Additional Page

**3.105** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,300.00**

Rocky Manning

1205 Erie Street

Carrollton, TX 75006

*Check all that apply.*
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim:  Customer Debt

Date or dates debt was incurred _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.106** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,275.00**

Roger Blair, Caiman Engineering Inc.

16922 Old Washington Road

Nevada City, CA 95959

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  Unsecured Debt

Date or dates debt was incurred _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.107** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,000.00**

Rosalyn Tuggle

10028 Palmbrook Drive

Austin, TX 78717

*Check all that apply.*
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim:  Customer Debt

Date or dates debt was incurred _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.108** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,000.00**

RTM Engineers & Consultants

7550 Amy Avenue

Fair Oaks, CA 95628

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:  Unsecured Debt

Date or dates debt was incurred _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number ___ ___ ___ ___

---

| Debtor | **Wells Solar & Electrical Services LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2: Additional Page

**3.109** Nonpriority creditor's name and mailing address

Ruben Fernandez

261 Cascade Trail

Castroville, TX 78009

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:     **$33,000.00**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Customer Debt**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.110** Nonpriority creditor's name and mailing address

Sally Hicks

749 Vista Ridge

Canyon Lake, TX 78133

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:     **$1,000.00**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Customer Debt**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.111** Nonpriority creditor's name and mailing address

Sally Paulson

197 Dove Hollow Trail

Georgetown, TX 78633

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:     **$7,114.00**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Customer Debt**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.112** Nonpriority creditor's name and mailing address

Sally Paulson

197 Dove Hollow Trail

Georgetown, TX 78633

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:     **$7,485.00**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: **Customer Debt**

Is the claim subject to offset?
☑ No
☐ Yes

Debtor  **Wells Solar & Electrical Services LLC**

Name

Case number *(if known)* _____

| **Part 2:** | Additional Page |
|---|---|

| **3.113** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,000.00** |
|---|---|---|---|

Samuel Stenger

8019 Navajo Pass

Leander, TX 78641

*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Debt

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| **3.114** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$9,450.00** |
|---|---|---|---|

Sandeep Shah

639 Point Loma Drive

Frisco, TX 75036

*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Debt

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| **3.115** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$32,956.25** |
|---|---|---|---|

Scott Dorf

6506 Halsey Court

Austin, TX 78739

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund on Deposit

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| **3.116** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$30,000.00** |
|---|---|---|---|

Sean Khorram

7602 Buck Meadow Drive

Georgetown, TX 78628

*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Debt

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| Debtor | **Wells Solar & Electrical Services LLC** | | Case number *(if known)* _____ |
| --- | --- | --- | --- |
| | Name | | |

## Part 2: Additional Page

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,592.95 |
| --- | --- | --- | --- |

**Sharon Gilbert**

**5702 Thunder Oaks**

**San Antonio, TX 78261**

*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Debt

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,250.00 |
| --- | --- | --- | --- |

**Shawn Funk**

**3015 Spider Lily**

**San Antonio, TX 78231**

*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Debt

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $28,456.91 |
| --- | --- | --- | --- |

**Solar Mosaic LLC**

**601 12th Street Suite 325**

**Oakland, CA 94607**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unsecured Debt

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $24,908.42 |
| --- | --- | --- | --- |

**SOLIGENT DISTRIBUTION, LLC**

**Attn: CES Legal Department**

**400 S. RECORD STREET SUITE 1500**

**Dallas, TX 75202**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Account

Date or dates debt was incurred  _____

Last 4 digits of account number  **3  9  2  0**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor  **Wells Solar & Electrical Services LLC**

Name

Case number *(if known)*

---

**Part 2:** Additional Page

---

**3.121** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,209.54**

Spectrum Enterprise

1900 Blue Crest Lane

San Antonio, TX 78247

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Internet Services

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  6  0  0  1

---

**3.122** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$14,520.00**

Steve Jernigan

6703 Mt. Vernon Road

Burton, TX 77835

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Debt

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

**3.123** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$17,720.00**

Steve Jernigan

6703 Mt. Vernon Road

Burton, TX 77835

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Debt

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

**3.124** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,701.17**

Sun Auto Tire & Service

1201 S Alma School Road Suite 14000

Mesa, AZ 85210

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unsecured Debt

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

Debtor  **Wells Solar & Electrical Services LLC**

Name

Case number *(if known)* _____

| Part 2: | Additional Page |

---

**3.125** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $18,485.52
Sunbelt Rentals, Inc. | *Check all that apply.*
| | ☐ Contingent
1275 W. Mound Street | | ☐ Unliquidated
Columbus, OH 43223 | | ☐ Disputed
| | **Basis for the claim:** Equipment Rentals
Date or dates debt was incurred _____ | **Is the claim subject to offset?**
| ☑ No
Last 4 digits of account number   8  9  9  1 | ☐ Yes

---

**3.126** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $335,256.00
Sunnova Energy Corporation | *Check all that apply.*
| | ☐ Contingent
20 Greenway Plaza Suite 540 | | ☐ Unliquidated
Houston, TX 77046 | | ☐ Disputed
| | **Basis for the claim:** Unsecured Debt
Date or dates debt was incurred _____ | **Is the claim subject to offset?**
| ☑ No
Last 4 digits of account number   __ __ __ __ | ☐ Yes

---

**3.127** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,150.00
Suzanne Mullane | *Check all that apply.*
| | ☐ Contingent
5 Sparrowglen Lane | | ☑ Unliquidated
Austin, TX 78738 | | ☐ Disputed
| | **Basis for the claim:** Customer Debt
Date or dates debt was incurred _____ | **Is the claim subject to offset?**
| ☑ No
Last 4 digits of account number   __ __ __ __ | ☐ Yes

---

**3.128** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,000.00
Terri Welch | *Check all that apply.*
| | ☐ Contingent
501 Stadium Drive | | ☑ Unliquidated
Glen Rose, TX 76043 | | ☐ Disputed
| | **Basis for the claim:** Customer Debt
Date or dates debt was incurred _____ | **Is the claim subject to offset?**
| ☑ No
Last 4 digits of account number   __ __ __ __ | ☐ Yes

---

Debtor   **Wells Solar & Electrical Services LLC**
Name

Case number *(if known)* _____

## Part 2: Additional Page

**3.129** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$649.50**
--- | --- | --- | ---

**Nonpriority creditor's name and mailing address**
Texas Ice Machine Company, Inc.

729 3rd Avenue

Dallas, TX 75226

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**  **$649.50**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Unsecured Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.130**

**Nonpriority creditor's name and mailing address**
Texas Mutual Insurance Company

PO Box 841843

Dallas, TX 75284-1843

Date or dates debt was incurred  _____

Last 4 digits of account number   5   0   2   1

**As of the petition filing date, the claim is:**  **$8,768.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Worker's Compensation Insurance

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.131**

**Nonpriority creditor's name and mailing address**
Thad Marsh

24800 U.S. 83

Mountain Home, TX 78058

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**  **$2,920.00**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Customer Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.132**

**Nonpriority creditor's name and mailing address**
Thomas Gaines

8414 Woodland Parkway

Boerne, TX 78015

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**  **$8,500.00**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Lawsuit Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   **Wells Solar & Electrical Services LLC**

Name

Case number *(if known)* _____

---

**Part 2:** Additional Page

---

**3.133** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,000.00
| Todd Tibbett | *Check all that apply.* |
| | ☐ Contingent |
| 804 Evans Avenue | ☑ Unliquidated |
| San Antonio, TX 78209 | ☐ Disputed |
| | **Basis for the claim:** Customer Debt |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number __ __ __ __ | ☑ No |
| | ☐ Yes |

**3.134** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $33,708.83
| Tom Mustaine | *Check all that apply.* |
| | ☐ Contingent |
| 42 Vanguard Way | ☑ Unliquidated |
| Dallas, TX 75243 | ☐ Disputed |
| | **Basis for the claim:** Customer Debt |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number __ __ __ __ | ☑ No |
| | ☐ Yes |

**3.135** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,000.00
| Tonette Burnam | *Check all that apply.* |
| | ☑ Contingent |
| 2304 Amen Corner Road | ☑ Unliquidated |
| Pflugerville, TX 78660 | ☑ Disputed |
| | **Basis for the claim:** Lawsuit Debt |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number __ __ __ __ | ☑ No |
| | ☐ Yes |

**3.136** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $11,000.00
| Tonette Burnam | *Check all that apply.* |
| | ☑ Contingent |
| 2304 Amen Corner Road | ☑ Unliquidated |
| Pflugerville, TX 78660 | ☑ Disputed |
| | **Basis for the claim:** Lawsuit Debt |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| Last 4 digits of account number __ __ __ __ | ☑ No |
| | ☐ Yes |

---

| Debtor | **Wells Solar & Electrical Services LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

| **Part 2:** | Additional Page |
|---|---|

---

**3.137** Nonpriority creditor's name and mailing address

Trung Nguyen

3416 Killala Court

Arlington, TX 76014

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  Customer Debt

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$4,000.00

---

**3.138** Nonpriority creditor's name and mailing address

Tully Brown

400 E. Nakoma

Hutto, TX 78634

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  Referral Fees

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$7,089.45

---

**3.139** Nonpriority creditor's name and mailing address

Valerie Myers

8513 Bell Mountain Drive

Austin, TX 78730

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  Customer Deposit

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$20,759.00

---

**3.140** Nonpriority creditor's name and mailing address

Vanguard Lease Co

14100 Inwood Rd.

Dallas, TX 75244

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:  Returned Leased Vehicles

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$453,554.05

---

Debtor  **Wells Solar & Electrical Services LLC**
Name

Case number *(if known)*

---

**Part 2:** Additional Page

---

**3.141** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,244.39
| **Verizon Wireless** | *Check all that apply.* |
| | ☐ Contingent |
| P.O. Box 16810 | ☐ Unliquidated |
| Newark, NJ 07101-6810 | ☐ Disputed |
| | Basis for the claim: **Wireless Phone Service** |
| Date or dates debt was incurred | Is the claim subject to offset? |
| | ☑ No |
| Last 4 digits of account number  0  0  0  1 | ☐ Yes |

**3.142** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,000.00
| **Victor Parker** | *Check all that apply.* |
| | ☐ Contingent |
| 2505 Muzzie Lane | ☑ Unliquidated |
| Leander, TX 78641 | ☐ Disputed |
| | Basis for the claim: **Customer Debt** |
| Date or dates debt was incurred | Is the claim subject to offset? |
| | ☑ No |
| Last 4 digits of account number  __ __ __ __ | ☐ Yes |

**3.143** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,500.00
| **Wayne Matson** | *Check all that apply.* |
| | ☐ Contingent |
| 6242 Palmetto Way | ☑ Unliquidated |
| San Antonio, TX 78253 | ☐ Disputed |
| | Basis for the claim: **Customer Debt** |
| Date or dates debt was incurred | Is the claim subject to offset? |
| | ☑ No |
| Last 4 digits of account number  __ __ __ __ | ☐ Yes |

**3.144** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $110,621.73
| **Wells Fargo Commercial Banking** | *Check all that apply.* |
| | ☐ Contingent |
| 600 S 4th St Fl 13 | ☐ Unliquidated |
| Minneapolis, MN 55415-1526 | ☐ Disputed |
| | Basis for the claim: **Credit Card** |
| Date or dates debt was incurred | Is the claim subject to offset? |
| | ☑ No |
| Last 4 digits of account number  0  2  1  7 | ☐ Yes |

| Debtor | **Wells Solar & Electrical Services LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

| Part 2: | Additional Page |
|---|---|

**3.145** **Nonpriority creditor's name and mailing address**

Willie & Gwendolyn Shaw

4152 Riata Ranch Road

Waco, TX 76705

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:** $5,817.50
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customer Debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

**3.146** **Nonpriority creditor's name and mailing address**

Zach Nash

24007 Vecchio

San Antonio, TX 78260

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:** $1,000.00
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Basis for the claim:** Customer Debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

| Debtor | Wells Solar & Electrical Services LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 3: List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **C. Michael Judd**<br>**PARSONS BEHLE & LATIMER**<br>**201 South Main Street Suite 1800**<br>**Salt Lake City, UT 84111** | Line **3.42**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.2 **Commercial Collection Corp. of NY, Inc.**<br>**34 Seymour Street**<br>**Tonawanda, NY 14150** | Line **3.88**<br>☐ Not listed. Explain _____ | 6  3  7  3 |
| 4.3 **Erin Carmean**<br>**Address Missing**<br>**Address Missing,** | Line **3.144**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.4 **John C Williams & Associates**<br>**P.O. Box 29279**<br>**Atlanta, GA 30359-0279** | Line **3.30**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.5 **McCarthy, Burgess & Wolff**<br>**26000 Cannon Rd**<br>**Cleveland, OH 44146** | Line **3.51**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.6 **Mosaic**<br>**P.O. Box 78080**<br>**Phoenix, AZ 85062-8080** | Line **3.119**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.7 **Rudy Escamilla**<br>**Address Missing**<br>**Address Missing,** | Line **3.41**<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor  **Wells Solar & Electrical Services LLC**

Name

Case number *(if known)* _____

---

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.**  **Add the amounts of priority and nonpriority unsecured claims.**

| | | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | **$247,581.28** |
| 5b. **Total claims from Part 2** | 5b. **+** | **$4,513,227.67** |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$4,760,808.95** |

---

**Fill in this information to identify the case:**

Debtor name _____ Wells Solar & Electrical Services LLC _____

United States Bankruptcy Court for the:

_____ Western District of Texas _____

Case number (if known): _____  Chapter ___11___

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement | Ron Sturgeon Real Estate, L.P. |
| | | | 5940 Eden Drive |
| | State the term remaining | 0 months | Haltom City, TX 76117 |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Vehicle Lease - F450 w/ Flatbed | Vanguard Leasing |
| | | | Rob Rogers |
| | State the term remaining | 0 months | 14100 Inwood Road |
| | List the contract number of any government contract | | Dallas, TX 75244-3917 |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name __**Wells Solar & Electrical Services LLC**__

United States Bankruptcy Court for the: _____**Western**_____ District of _____**Texas**_____
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors
12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 Carl Wells | 3805 Bee Creek Road<br>Street<br><br>Spicewood, TX 78669<br>City          State          ZIP Code | US SBA Loan | ☑ D<br>☐ E/F<br>☐ G |
| | | Cloudfund LLC (Delta) | ☑ D<br>☐ E/F<br>☐ G |
| | | LG Funding LLC | ☑ D<br>☐ E/F<br>☐ G |
| | | Retail Capital LLC (Credibly) | ☑ D<br>☐ E/F<br>☐ G |
| | | Wells Fargo Commercial Banking | ☐ D<br>☑ E/F<br>☐ G |
| | | Rexel | ☐ D<br>☑ E/F<br>☐ G |
| | | EnFin/Qcells | ☐ D<br>☑ E/F<br>☐ G |
| | | Kristen G Shumway, Timothy D Shumway | ☐ D<br>☑ E/F<br>☐ G |
| | | Thomas Gaines | ☐ D<br>☑ E/F<br>☐ G |

| Debtor | Wells Solar & Electrical Services LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| | | | Rebecca & Benny Koonce | ☐ D  ☑ E/F  ☐ G |
| | | | Joe Pohlman | ☐ D  ☑ E/F  ☐ G |
| | | | Dror Baldinger | ☐ D  ☑ E/F  ☐ G |
| | | | Cons. Elec. Distributors, Inc. | ☐ D  ☑ E/F  ☐ G |
| | | | First Citizen Bank | ☑ D  ☐ E/F  ☐ G |
| 2.2 | Ferrin DeLoach | 3805 Bee Creek Road<br>Street<br><br>Spicewood, TX 78669-6596<br>City　　State　　ZIP Code | EnFin/Qcells | ☐ D  ☑ E/F  ☐ G |
| | | | Kristen G Shumway, Timothy D Shumway | ☐ D  ☑ E/F  ☐ G |
| | | | Thomas Gaines | ☐ D  ☑ E/F  ☐ G |
| | | | Rebecca & Benny Koonce | ☐ D  ☑ E/F  ☐ G |
| | | | Joe Pohlman | ☐ D  ☑ E/F  ☐ G |
| | | | Dror Baldinger | ☐ D  ☑ E/F  ☐ G |
| 2.3 | Sam Ehrnstein | 3805 Bee Creek Road<br>Street<br><br>Spicewood, TX 78669<br>City　　State　　ZIP Code | Dror Baldinger | ☐ D  ☑ E/F  ☐ G |

| | | |
|---|---|---|
| Official Form 206H | Schedule H: Codebtors | page __2__ of __3__ |

| Debtor | **Wells Solar & Electrical Services LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.4 | | | | ❑ D ❑ E/F ❑ G |
| | | Street | | |
| | | City      State      ZIP Code | | |
| 2.5 | | | | ❑ D ❑ E/F ❑ G |
| | | Street | | |
| | | City      State      ZIP Code | | |
| 2.6 | | | | ❑ D ❑ E/F ❑ G |
| | | Street | | |
| | | City      State      ZIP Code | | |

```
Fill in this information to identify the case:

Debtor name          Wells Solar & Electrical Services LLC

United States Bankruptcy Court for the:
                     Western District of Texas

Case number (if known): _____    Chapter    11
```

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals                12/15

### Part 1:  Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   **1a. Real Property:**
   Copy line 88 from *Schedule A/B*........................................................................................  | $0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*.....................................................................................  | $1,401,047.62

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.......................................................................................  | $1,401,047.62

### Part 2:  Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................  | $2,874,966.45

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................  | $247,581.28

   **3b. Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................  | + $4,513,227.67

4. **Total liabilities**.................................................................................................................  | $7,635,775.40
   Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name _____Wells Solar & Electrical Services LLC_____

United States Bankruptcy Court for the:
_____Western District of Texas_____

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1: Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2024 to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☑ Other _____ | $10,144.75 |
| **For prior year:** | From 01/01/2023 to 12/31/2023<br>MM/ DD/ YYYY      MM/ DD/ YYYY | ☑ Operating a business<br>☑ Other Debtor | $13,014,702.72 |
| **For the year before that:** | From 01/01/2022 to 12/31/2022<br>MM/ DD/ YYYY      MM/ DD/ YYYY | ☑ Operating a business<br>☑ Other Debtor | $28,057,883.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2024 to Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** | From 01/01/2023 to 12/31/2023<br>MM/ DD/ YYYY      MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** | From 01/01/2022 to 12/31/2022<br>MM/ DD/ YYYY      MM/ DD/ YYYY | _____ | _____ |

| Debtor | Wells Solar & Electrical Services LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Part 2:</strong></td><td colspan="2">List Certain Transfers Made Before Filing for Bankruptcy</td></tr>
</table>

**3.**     **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. Vanguard Leasing <br> *Creditor's name* <br> 14100 Inwood Road <br> *Street* <br> Rob Rogers <br><br> Dallas, TX 75244-3917 <br> *City    State   ZIP Code* | 11/2023 | $10,000.00 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☑ Other Lease |
| 3.2. Kubota Credit Corporation, USA <br> *Creditor's name* <br> P.O. Box 2046 <br> *Street* <br><br> Grapevine, TX 76099 <br> *City    State   ZIP Code* | 11/2023 <br><br> 12/2023 <br><br> 1/2024 | $6,000.00 | ☑ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other |
| 3.3. First Citizen Bank <br> *Creditor's name* <br> 155 Commerce Way <br> *Street* <br><br> Portsmouth, NH 03801 <br> *City    State   ZIP Code* | | $8,425.78 | ☑ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other |

**4.**     **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| | | | |

Debtor  Wells Solar & Electrical Services LLC                                    Case number *(if known)* _____
     Name

4.1. _____    _____  _____    _____
     Creditor's name

     _____    _____          _____
     Street

     _____    _____          _____
     City      State  ZIP Code

| **Relationship to debtor** |
|---|
|  |

## 5. Repossessions, foreclosures, and returns

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

5.1. _____    _____    _____    _____
     Creditor's name

     _____
     Street

     _____
     City      State  ZIP Code

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

6.1. _____    _____    _____    _____
     Creditor's name

     _____    XXXX–__ __ __ __
     Street

     _____
     City      State  ZIP Code

**Part 3:** Legal Actions or Assignments

## 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

Debtor  Wells Solar & Electrical Services LLC

Name

Case number *(if known)*

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Wells Solar & Electrical Services, LLC v. Patrick Baxter, Nehemiah Young d/b/a Austin Commercial Roofing Company, | Wells Solar filed this matter agains a subcontractor who was engaged to iunstall a solar energy system at multiple properties in Austin, Texas. Wells Solar paid deposits of half the contract sum for all projects toatling approximately $70,000.00. However, Defendant never performed. Wells Solar has asserted claims for Breach of Contract. The petition and answer have been submitted, but Defendant responded Pro Se and has since refused to respond to any correspondence. Defendant's entity appears to now be defunct and judgements have been entered against Defendant in other matters for failing to perform. | In the 53rd Judicial District, Travis County, Texas <br><br> Name <br><br> Street <br><br> City        State      ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| | **Case number** | | | |
| | D-1-GN-21-006920 | | | |
| 7.2. | Henrietta Conyers v. Wells Solar & Electrical Services, LLC | This matter involved a residential customer dispute over the requirements of a contract for the installation of solar panels. The dispute was successfully resolved and the case was dismissed with prejudice as of 7/26/23. | In the Court Court at Law No. 1, Travis County, Texas <br><br> Name <br><br> Street <br><br> City        State      ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| | **Case number** | | | |
| | C-1-CV-22-003231 | | | |
| 7.3. | Tully W. Brown v. Wells Solar/Carl Wells | This is a Small Claims matter wherein a disgruntled customer is claiming they are owed referral fees for referring himself on multiple occassions. Carl Wells is handling Pro Se. Judgment entered: $7,089.45 | In the Justice Court, Precinct 4, Williamson County, Texas <br><br> Name <br><br> Street <br><br> City        State      ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| | **Case number** | | | |
| | 4SC-23-0020 | | | |

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.4. | Jose L. Saldivar and Vanessa Salazar v. Wells Solar & Electrical Services, LLC | This matter was filed against Wells Solar by a residential customer who entered into a contract with Wells for Wells to install and provide a solar electricity system on their home located at 1014 Clark Street, Mexia, Limestone County, Texas. During the site survey, prior to installation, a Wells representative came to Plaintiffs home on April 7, 2022 and believed the roof to have damage and asked Plaintiffs to file a claim on their homeowners insurance to have the roof replaced prior to installation of the solar panels. While Wells Solar was attempting to cure the claimed problem, a rainstorm occurred damaging the interior of the home. Plaintiffs have filed claims under the Deceptive Trade Practices Act , for breach of contract, and under negligence causes of action for their damages. Wells Solar's insurance provider has adopted defense of the matter and is in the process of attempting to resolve the matter with Plaintiffs. The Insurance Defense attorney has settled this case and dismissal is pending. | In the 7th Judicial District, Limestone County, Texas<br>Name<br><br>Street<br><br>City          State     ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>32738-A | | | |
| 7.5. | Rexel USA, Inc. v. Wells Solar & Electrical Services, LLC and Carl Wells | This matter was filed against Wells Solar by a subcontractor of Wells Solar, Rexel USA, seeking payment pursuant to the terms of a Credit Application dated June 8, 2018 for consturction materials and improvembets for certain construction projects in Texas. Rexel is asserting they are currently owed $473,192.90 by Wells Solar. The petition and answer have been submitted, but no formal discovery has taken place. Wells Solar is in the process of auditing the invoices submitted by REXEL and issuing payment under a payment plan to resolve this matter. No formal settlement offer has been exchanged to date. Rexel filed for Summary Judgment against Defendants on Jan. 29, 2024. | In the 334th Judicial District, Harris County, Texas<br>Name<br><br>Street<br><br>City          State     ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| | **Case number**<br>202342985 | | | |

Debtor | Wells Solar & Electrical Services LLC | Case number *(if known)*
Name

| | | | | |
|---|---|---|---|---|
| 7.6. | **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
| | Lam Chan v. Wells Solar & Elecrical Services, LLC | Petition to Compel Arbitration | In the 53rd Judicial District, Travis County, Texas | ☑ Pending |
| | | | Name | ☐ On appeal |
| | **Case number** | | | ☐ Concluded |
| | D-1-GN-23-003685 | | Street | |
| | | | City          State     ZIP Code | |

| | | | | |
|---|---|---|---|---|
| 7.7. | **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
| | Dror Baldinger v. Wells Solar & Electrical Services, LLC, Carl Wells, Ferrin Deloach and Sam Ehrnstein | This matter was filed against Wells Solar by a residential customer who contracted with Wells Solar to deliver and install two Tesla Powerawalls to his home in San Antonio. Plaintiff made a deposit of $14,400, half the contract amount. The poweralls were allegedly never delivered or installed. Plaintiff is claiming breach of contract, Deceptive Trade Pracitces, Fraud, Negligent Misrepresentation, Promissory Estoppel, and violations of the Texas Construction Trust Funds Statute. The petition and answer have beens submitted, but no formal discovery has taken place. Initial settlement discussions have taken place, but no resolution has been reached. Discovery was served on Defendants on 12-14-23 | In the 224th Judicial District, Bexar County, Texas | ☑ Pending |
| | | | Name | ☐ On appeal |
| | **Case number** | | | ☐ Concluded |
| | 2023CI14620 | | Street | |
| | | | City          State     ZIP Code | |

| | | | | |
|---|---|---|---|---|
| 7.8. | **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
| | Joseph A. Pohlman v. Wells Solar Electrical Services, LLC, Carl Wells, and Ferrin Deloach | | In the 493rd Judical District, Collin County, Texas | ☑ Pending |
| | | | Name | ☐ On appeal |
| | **Case number** | | | ☐ Concluded |
| | 493-06434-2023 | | Street | |
| | | | City          State     ZIP Code | |

| | | | | |
|---|---|---|---|---|
| 7.9. | **Case title** | **Nature of case** | **Court or agency's name and address** | **Status of case** |
| | David H. Nicastro v. Wells Solar & Electrical Services, LLC | Seeks performance of delivery and installation of a 45kw Generac Generator for Contract Price: $25,000 | AAA Arbitration | ☑ Pending |
| | | | Name | ☐ On appeal |
| | **Case number** | | | ☐ Concluded |
| | AAA Arbitration | | Street | |
| | | | City          State     ZIP Code | |

Debtor   Wells Solar & Electrical Services LLC                                    Case number *(if known)*
         Name

| 7.10. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | Ben "Benny" Koonce and Rebecca "Becky" Koonce v. Wells Solar & Electrical Servcies, LLC, Carl Wells, Ferrin Deloach, and Jared Million | Deposit | in the 200th Judicial Distirct, Travis County, Texas<br>Name<br><br>Street | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number** | | | |
| | D-1-GN-23-008391 | | City          State     ZIP Code | |

| 7.11. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | Tonette Burnam v. Wells Solar & Electrical Services, LLC | Deposit | In the County Court at Law No. 2, Travis County, Texas<br>Name<br><br>Street | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number** | | | |
| | C-1-CV-23-005527 | | City          State     ZIP Code | |

| 7.12. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | Thomas Gaines v. Wells Solar Electrial Services, LLC | Deposit | in the Justice Court, Precinct 3, Place 1, Bexar County, Texas<br>Name<br><br>Street | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number** | | | |
| | 31DC2304467 | | City          State     ZIP Code | |

| 7.13. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | Kristen G. Shumway and Timothy D. Shumway v. Wells Solar & Electrical Services, LLC, Ferrin Deloach and Carl Wells | | in the Justice Court, Precinct 3, Travis County, Texas<br>Name<br><br>Street | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number** | | | |
| | J3-CV-23-002023 | | City          State     ZIP Code | |

| 7.14. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | Consolidated Electrical Distributors v. Wells Solar & Electrical Services, LLC, Ferrin Deloach and Carl Wells | Promissory Note | in the 261st Judicial District, Travis County, Texas<br>Name<br><br>Street | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number** | | | |
| | D-1-GN-23-009077 | | City          State     ZIP Code | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

Debtor  Wells Solar & Electrical Services LLC                                     Case number *(if known)*
_____
Name

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|

Custodian's name
_____

| | Case title | Court name and address |
|---|---|---|

Street
_____

Name
_____

| | Case number | Street |
|---|---|---|

City                State    ZIP Code
_____

| | Date of order or assignment | City          State    ZIP Code |
|---|---|---|

---

## Part 4: Certain Gifts and Charitable Contributions

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|

Recipient's name
_____

Street
_____

City                State    ZIP Code
_____

**Recipient's relationship to debtor**
_____

---

## Part 5: Certain Losses

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| 10.1. Kubota Skidsteer; THEFT OF VEHICLE $150,000<$300,000 | F2 | 31.03 PC from client jobsite Offense Location: 7910 BARLITE BLVD, SAN ANTONIO, TX 78224 Offense Date: May 15, 2023 Loss not covered by insurance due to equipment financing recently being pa | N/A | 05/15/2023 | 150000.00<300000.00 |

Wells Solar & Electrical Services LLC

Name                                                                Case number *(if known)*

| Part 6: | Certain Payments or Transfers |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

11.1.

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| Barron & Newburger, P.C. | Payment | 10/26/2023 | $2,500.00 |
| | Payment | 1/17/2024 | $15,000.00 |
| **Address** | | | |
| 7320 N Mopac Expy Ste 400 | | | |
| Street | | | |
| Austin, TX 78731-2347 | | | |
| City                    State        ZIP Code | | | |
| **Email or website address** | | | |
| | | | |
| **Who made the payment, if not debtor?** | | | |
| Carl Wells | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

12.1.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |
| **Trustee** | | | |
| | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

Debtor    Wells Solar & Electrical Services LLC                                    Case number *(if known)*
          Name

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | See attached List | | | (Unknown) |

| **Address** |
| Street |
| |
| City          State     ZIP Code |

| **Relationship to debtor** |
| |

---

| Part 7: | Previous Locations |

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | | Dates of occupancy | | |
|---|---|---|---|---|
| 14.1. | 390 Drossett Drive, Bldg. C & Bldg. H | From | 04/26/2017 | To 10/2023 |
| | Street | | | |
| | Austin, TX 78744 | | | |
| | City          State     ZIP Code | | | |
| 14.1. | 1209 Sturgeon Court Suite 107 | From | 01/01/202 | To 01/24/2024 |
| | Street | | | |
| | Arlington, TX | | | |
| | City          State     ZIP Code | | | |
| 14.1. | 1777 NE Interstate 410 Loop Suite 600 | From | | To |
| | Street | | | |
| | 78217 | | | |
| | City          State     ZIP Code | | | |

---

| Part 8: | Health Care Bankruptcies |

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

---

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page **10**

Debtor _____     Case number *(if known)* _____
     Wells Solar & Electrical Services LLC
     Name

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ <br> Facility name | _____ | _____ |
| _____ <br> Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| _____ <br> City    State   ZIP Code | _____ <br> _____ | *Check all that apply:* <br> ☐ Electronically <br> ☐ Paper |

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

     Does the debtor have a privacy policy about that information?

     ☐ No

     ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

     ☐ No. Go to Part 10.

     ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

     Has the plan been terminated?

     ☐ No

     ☐ Yes

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____ <br> Name <br><br> _____ <br> Street <br><br> _____ <br> City  State  ZIP Code | XXXX– _ _ _ _ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other <br> _____ | _____ | _____ |

Debtor _____Wells Solar & Electrical Services LLC_____ Case number *(if known)*_____
      Name

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | Address | | |
| | City    State   ZIP Code | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | Address | | |
| | City    State   ZIP Code | | | |

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | |
| Name | | | |
| Street | | | |
| City   State  ZIP Code | | | |

**Part 12:** Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

Debtor   Wells Solar & Electrical Services LLC                                    Case number *(if known)* _____
_____
Name

■   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly
harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | _____ | ☐ Pending |
| **Case number** | Name _____ | _____ | ☐ On appeal |
| _____ | Street _____ | _____ | ☐ Concluded |
| | _____ | _____ | |
| | City          State     ZIP Code | _____ | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an
environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | _____ | _____ |
| Name _____ | Name _____ | _____ | |
| Street _____ | Street _____ | _____ | |
| _____ | _____ | _____ | |
| City          State     ZIP Code | City          State     ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | _____ | _____ |
| Name _____ | Name _____ | _____ | |
| Street _____ | Street _____ | _____ | |
| _____ | _____ | _____ | |
| City          State     ZIP Code | City          State     ZIP Code | | |

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this
information even if already listed in the Schedules.

☐ None

Official Form 207                    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                    page **13**

Debtor   Wells Solar & Electrical Services LLC _____   Case number *(if known)* _____
     Name

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

25.1. Wells Solar & Electrical Services LLC

    Name

    3805 Bee Creek Road

    Street

    c/o Carl Wells

    Spicewood, TX 78669

    City    State    ZIP Code

EIN: 4 6 – 4 6 9 5 1 1 6

**Dates business existed**

From _____   To _____

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|

26a.1. Ferrin Deloach

    Name

    3805 Bee Creek Road

    Street

    Spicewood, TX 78669

    City    State    ZIP Code

From 2016   To Present

| Name and address | Dates of service |
|---|---|

26a.2. Tara Trigg

    Name

    2613 Indian Creek Road

    Street

    Austin, TX 78734

    City    State    ZIP Code

From 10/07/2019   To 10/07/2023

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|

26b.1.

    Name

    Street

    City    State    ZIP Code

From _____   To _____

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

Debtor    Wells Solar & Electrical Services LLC                                    Case number *(if known)*
          Name

| 26c.1. | **Name and address** | **If any books of account and records are unavailable, explain why** |
|---|---|---|
| | George Dimov CPA | |
| | Name | |
| | | |
| | Street | |
| | | |
| | | |
| | City           State           ZIP Code | |

| 26c.2. | **Name and address** | **If any books of account and records are unavailable, explain why** |
|---|---|---|
| | | Quickbooks - bookkeeping software |
| | Name | |
| | | |
| | Street | |
| | | |
| | | |
| | City           State           ZIP Code | |

**26d.** List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

26d.1.  CheckMate Capital
Name
595 East Colorado Blvd., Suite 530
Street

Pasadena, CA 91101
City                    State                    ZIP Code

**Name and address**

26d.2.  Madison Street Capital
Name
175 North Franklin Street Suite 305
Street

Chicago, IL 60606
City                    State                    ZIP Code

**Name and address**

26d.3.  Cloudfund LLC (Delta)
Name
400 Rella Blvd. 165-101
Street

Suffern, NY 10901
City                    State                    ZIP Code

Debtor  Wells Solar & Electrical Services LLC     Case number *(if known)* _____
Name

| Name and address | | |
|---|---|---|

**26d.4.** LG Funding LLC
Name

1218 Union Street
Street

_____

Brooklyn, NY 11225
City     State     ZIP Code

| Name and address | | |
|---|---|---|

**26d.5.** Crown Power, Inc. ("Crown Power")
Name

850 Oak Grove
Street

_____

Menlo Park, CA 94025
City     State     ZIP Code

| Name and address | | |
|---|---|---|

**26d.6.** Bright Solar Capital LLC ("Bright Solar")
Name

3107 Flanagan Drive
Street

_____

Simi Valley, CA 93063-5708
City     State     ZIP Code

| Name and address | | |
|---|---|---|

**26d.7.** EnFin
Name

400 Spectrum Center Drive Suite 1400
Street

_____

Irvine, CA 92618
City     State     ZIP Code

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Danny Alvarez | 09/14/2023 | $623,924.21 |

| Name and address of the person who has possession of inventory records | | |
|---|---|---|

**27.1.** Carl Wells
Name

3805 Bee Creek Road
Street

_____

Spicewood, TX 78669
City     State     ZIP Code

Debtor  Wells Solar & Electrical Services LLC                                      Case number *(if known)*
         Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Danny Alvarez | 09/29/2023 | $506,843.59 |

| Name and address of the person who has possession of inventory records |
|---|

27.2.  Carl Wells
       Name

       3805 Bee Creek Road
       Street

       Spicewood, TX 78669
       City                          State              ZIP Code

**28.  List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Carl Wells | 3805 Bee Creek Road Spicewood, TX 78669 | Owner / Officer, | 100.00% |

**29.  Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | , | From _____  To _____ |

**30.  Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Carl Wells<br>Name<br><br>3805 Bee Creek Road<br>Street<br><br>Spicewood, TX 78669<br>City  State  ZIP Code | $105,365.28 | 02/08/2024 | Owner Draw, Owner Income See Attached Owner Draw Transaction Report 2023 List |

| Relationship to debtor |
|---|
| 100 % Owner |

**31.  Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

Debtor  Wells Solar & Electrical Services LLC                                    Case number *(if known)*
        Name

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

**Part 14:  Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____02/26/2024_____
             MM/  DD/  YYYY

**X** /s/ Carl Robert Wells_____          Printed name _____Carl Robert Wells_____
    Signature of individual signing on behalf of the debtor

    Position or relationship to debtor _____CEO_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

☐ Yes

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Wells Solar & Electrical Services LLC |
| United States Bankruptcy Court for the: | Western District of Texas |
| Case number (if known): | |

☐ Check if this is an
amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | American Express P.O. Box 570622 Atlanta, GA 30357 | | Credit Card | | | | $244,232.78 |
| 2 | Anna Allen & Allen Vanlandingham 17887 FM 56 Kopperl, TX | | Customer Deposit | Unliquidated | | | $39,000.00 |
| 3 | Annie Nelson 1100 Bee Creek, Road Spicewood, TX | | Customer Debt | Unliquidated | | | $54,404.43 |
| 4 | Cloudfund LLC (Delta) 400 Rella Blvd. 165-101 Suffern, NY 10901 | | | | $206,210.00 | $87,054.20 | $119,155.80 |
| 5 | Cons. Elec. Distributors, Inc. 1033 Meister Lane Suite600 Pflugerville, TX 78660 | | Credit Account | | | | $205,000.00 |
| 6 | EnFin/Qcells c/o PARSONS BEHILE & LATIMER 201 South Main Street Suite 1800 Salt Lake City, UT 84111 | (801) 532-1234 c. MICHAEL JUDD (801) 532-1234 mjudd@parsonsbehle.com | Unsecured Debt | Disputed | | | $1,168,246.00 |
| 7 | Internal Revenue Service Centralized Insolvency Office P.O. Box 7346 Philadelphia, PA 19101-7346 | | | | | | $73,398.33 |
| 8 | Intuit 2800 E. Commerce Center Place Tucson, AZ 85706 | | Unsecured Debt | | | | $204,454.66 |

| Debtor | Wells Solar & Electrical Services LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Jane Greenberg 2237 Quenby Street Houston, TX 77005 | | Customer Debt | Unliquidated | | | $34,262.00 |
| 10 | Kubota Credit Corporation, USA P.O. Box 2046 Grapevine, TX 76099 | | Kubota Skid Steer Equipment | | $100,473.69 | $156,688.00 | $100,473.69 |
| 11 | LG Funding LLC 1218 Union Street Brooklyn, NY 11225 | | | Unliquidated | $198,555.00 | $87,054.20 | $198,555.00 |
| 12 | Quick Roofing LLC 925 E Kennedale Pkwy Kennedale, TX 76060 | | Unsecured Debt | | | | $83,946.50 |
| 13 | Retail Capital LLC (Credibly) Credibly 25200 Telegraph Road Suite 350 Southfield, MI 48033 | | Personal Property | | $99,089.02 | $87,054.20 | $99,089.02 |
| 14 | Rexel ATTN: CREDIT DEPARTMENT PO Box 766 Addison, TX 75001-0766 | | Lawsuit Debt | | | | $473,182.09 |
| 15 | South Arlington Industrial, LLC c/o Natalie Overbey 1301 W 7th Street Suite 141 Fort Worth, TX 76102 | (817) 618-6040 | | | | | $33,943.13 |
| 16 | Sunnova Energy Corporation 20 Greenway Plaza Suite 540 Houston, TX 77046 | | Unsecured Debt | | | | $335,256.00 |
| 17 | Texas Comptroller Bankruptcy Section PO Box 13528 Austin, TX 78711 | | | | | | $64,695.58 |
| 18 | US SBA Loan Little Rock Commercial Loan Servicing Center 2120 Riverfront Drive Suite 100 Little Rock, AR 72202 | | | | $2,000,000.00 | $1,246,379.49 | $1,207,098.67 |
| 19 | Vanguard Lease Co 14100 Inwood Rd. Dallas, TX 75244 | | Returned Leased Vehicles | Disputed Unliquidated | | | $453,554.05 |
| 20 | Wells Fargo Commercial Banking 600 S 4th St Fl 13 Minneapolis, MN 55415-1526 | (612) 217-7083 | Credit Card | | | | $110,621.73 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Western District of Texas

**In re**    Wells Solar & Electrical Services LLC

Case No. _____

**Debtor**                                              Chapter _____ 11 _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ................................................................................ _____ $0.00

Prior to the filing of this statement I have received ................................................................... _____ $0.00

Balance Due ............................................................................................................................. _____ $0.00

2.   The source of the compensation paid to me was:

☑ Debtor              ☐ Other (specify)

3.   The source of compensation to be paid to me is:

☑ Debtor              ☐ Other (specify)

4.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.   Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

02/26/2024                              /s/ Stephen W Sather
*Date*                                  Stephen W Sather
                                        *Signature of Attorney*
                                        Bar Number: 17657520
                                        Barron & Newburger, P.C.
                                        7320 N. MoPac Expressway 400
                                        Austin, TX 78731
                                        Phone: (512) 476-9103 x220

                                        Barron & Newburger, P.C.
                                        *Name of law firm*

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE: **Wells Solar & Electrical Services LLC**                    CASE NO

                                                                                                                CHAPTER **11**


### VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date _____02/26/2024_____     Signature _____/s/ Carl Robert Wells_____

                                                                                            Carl Robert Wells, CEO

ABC Home & Commercial
Services
9475 E HWY 290
Austin, TX 78724


ActiveProspect, Inc.
PO Box Box 151136
Austin, TX 78715-1146


Alex Sabatier
5212 Welcome Glen
Austin, TX 78759


Alexander Lu
1143 Shady Lane Apt 2301
Austin, TX 78721


Allstate Insurance Company
P.O. Box 4344
Carol Stream, IL 60197-4344


American Express
P.O. Box 570622
Atlanta, GA 30357


Andre Da Silva
4412 Apollonia Way
Leander, TX 78641


Andrew Brannock
5821 Tracyne Drive
Fort Worth, TX 76114

Andrew Edwardsen
820 Camino Vaguero Parkway Apt 6104
Austin, TX 78748


Andrew Page
3211 Canter Lane
Austin, TX 78759


Andrew Salti
1701 Berger Road
La Grange, TX 78945


Andrew Spears
740 Wyle Street
Crowley, TX 76036


Angelena Collier
9024 Northgate Blvd Apt 2178
Austin, TX 78758


AngieLeads aka HomeAdvisor
c/o McCarthy, Burgess & Wolf,
26000 Cannon Rd.
Bedford, OH 44146


Anna Allen & Allen
Vanlandingham
17887 FM 56
Kopperl, TX


Annie Nelson
1100 Bee Creek, Road
Spicewood, TX

Armando Fernandez
8005 Scotland Yard
Austin, TX 78759

Armbrust & Brown, PLLC
100 Congress Avenue Suite 1300
Austin, TX 78701

Arthur Tenny
250 Los Encinos Ranch Road
Wimberley, TX 78676

Ashley Simmons
5002 Sandalwood Lane
Arlington, TX 76017

AT&T
PO Box 6463
Carol Stream, IL 60197

Austin Energy
PO Box 2267
Austin, TX 78703

Austin Kemper
5502 Tipton Drive
Austin, TX 78723

Benjamin Collier
220 Dashelle Run
Kyle, TX 78640

Better Business Bureau
1805 Rutherford Lane Suite 100
Austin, TX 78754


Bill.com
6220 America Center Drive Suite 100
San Jose, CA 95002


Breck Landry
7324 County Road 3224
Lone Oak, TX 75453


Brenda Wilson
926 Chulie Drive
San Antonio, TX 78216


Brian R Salgado
6506 Santos Street Apt B
Austin, TX 78741-5200


C. Michael Judd
PARSONS BEHLE & LATIMER
201 South Main Street Suite 1800
Salt Lake City, UT 84111


Cade M Adkins
1802 Barton Hills Dr
Austin, TX 78704-3216


Caleb Llanas
13212 Mizzen Street
Manor, TX 78653

Capital One
Po Box 60519
City of Industry, CA 91716-0519

Carl R Wells
3805 Bee Creek Road
Spicewood, TX 78669

Charles House
3010 Polk Street
Killeen, TX 76543

Charles Penny
3532 Guadalupe Road
Fort Worth, TX 76116

Chindedu Kenneth Chuka -
Obah
646 Patriot Lane
Irving, TX 75060

Christopher Majka
501 Ocean View Drive
Port Aransas, TX 78373

Christopher Warren
3221 River Lodge Trail S Apt 1317
76116

Cindy J Gomez Soto
15008 Ryman Road
Pflugerville, TX 78660

Cintas
P.O. Box 631025
Cincinnati, OH 45263-1025

City of Austin
PO Box 2267
Austin, TX 78768-2267

Clark Roofing and
Construction Inc.
221 Cotton Drive
Woodway, TX 76712

Clayton Foster
1709 Glade Street
College Station, TX 77840

Cloudfund LLC (Delta)
400 Rella Blvd. 165-101
Suffern, NY 10901

Comdata Universal - FleetCor
Tech
3280 Peachtree Road Suite 2400
Atlanta, GA 30359-0279

Commercial Collection Corp.
of NY, Inc.
34 Seymour Street
Tonawanda, NY 14150

Cons. Elec. Distributors, Inc.
1033 Meister Lane Suite600
Pflugerville, TX 78660

Dan L Eagleman
407 Fourth Street
Marble Falls, TX 78654


Dann Zimmer
115 Mokolea
Bastrop, TX 78602


David A. Nicastro
7 Grove Court
78746


David Meyer
803 Northview Drive
New Braunfels, TX 78130


DE LAGE LANDEN
FINACIAL SERVICES, INC
5046 Mainway Unit 1
Burlington


De Sossamon
520 Stephens Drive
Fort Worth, TX 76126


Deanna Andes
366 Barbara Drive
San Antonio, TX 78216


Derek Adams
4055 Turning Leaf
Nolanville, TX 76559

Dexter Garza
7613 Meador Avenue
Austin, TX 78752


Didier Micoud
125 Craigs Road
Buchanan Dam, TX 78609


Divante L Goodsby
1505 Dakota Trce Apt B
Georgetown, TX 78628


Dror Baldinger
3014 Oneida Drive
San Antonio, TX 78230


Edward Martinez
12820 North Lamar Boulevard
Austin, TX 78753


Elizabeth Jaimes
10320 Boulder lane Apt 1715
78726


Elizabeth Moon
202 West Caskey Street
Florence, TX 76527


Elliot Electric Supply
PO Box 206524
Dallas, TX 75320-6524

Emmanuel Flores
2706 Cherry Blossom Court
San Marcos, TX 78666


EnFin/Qcells
c/o PARSONS BEHILE
& LATIMER
201 South Main Street Suite 1800
Salt Lake City, UT 84111

Enrique Bonilla
5009 Lott Avenue
Austin, TX 78721


Eric O Highsmith
173 W Oak Loop
Cedar Creek, TX 78612


Erin Carmean
Address Missing
Address Missing


Faith Bushen
4650 County Road 212
Bertram, TX 78605


Fernando Monroy
210 Merribrook Trail
Duncanville, TX 75116


Ferrin DeLoach
3805 Bee Creek Road
Spicewood, TX 78669-6596

First Citizen Bank
155 Commerce Way
Portsmouth, NH 03801

FPC Office Soltuions
2035 Royal Lane Suite 202
Dallas, TX 75229

Frank Smith
766 Ceilo Springs
Blanco, TX 78606

Gabriel Bernal
406 Piccadilly Circle
Burleson, TX 76028

Gabriel Deleon
3221 Keller Springs Road Apt 2204
75006

Gabriele Steffen
1861 Timber Ridge Road
Marble Falls, TX 78654

Genecia Joiner
15950 Paramount Way Apt 4208
Frisco, TX 75033

Gilberto Soto
1804 Pradera Path
Leander, TX 78641

Grant Carroll
134 Meadowlark Lane
China Spring, TX 76633

Great America Financial Services
P.O. Box 660831
Dallas, TX 75266-0831

Guadalupe Garcia
1430 Frontier Valley 102
Austin, TX 78741

Gustavo Gonzalez
1605 Village Park Trail
Burleson, TX 76028

Hernandez Trucking
8344 Vista Del Rio
Downey, CA 90240

Home Solutions
4777 Sharon Rd.
Charlotte, NC 28210

HomeAdvisor
MB&W Bldg. Davina Fredrick, Coll Dept
26000 Cannon Road
Bedford, OH 44146

Howard Kalish
405 Philco Drive
Austin, TX 78745

Hugo O Vidal Santiago
2921 Mohawk Trail
76135


Intent Driver Inc
9692 Melinda Circle
Huntington Beach, CA 92646-8427


Internal Revenue Service
Centralized Insolvency Office
P.O. Box 7346
Philadelphia, PA 19101-7346


Intuit
2800 E. Commerce Center Place
Tucson, AZ 85706


J Guadalupe Villagrana
1841 Wooten Park Drive Apt 101
Austin, TX 78757


Jacob D Ramirez
5005 Freidrich Lane
Austin, TX 78744


James Baker
330 Estate West Road
Sherman, TX 75092


James Ortega
2260 FM 215
Gatesville, TX 76528

James Shultz
300 Double M Drive
Wimberley, TX 78676


Jamica Jackson
3702 Antelope Trail
Temple, TX 76504


Jane Greenberg
2237 Quenby Street
Houston, TX 77005


Jared Moehring
5529 Santa Barbara Avenue
76114


Jared P Million
501 Lakemont Drive
78634


Javier De La Rosa
1414 Ransom Street
Pflugerville, TX 78660


Javier Pecina
1649 Army Drive
78640


Jay P Robillard
6806 Langston Drive
Austin, TX 78723

Jayme & John Sadlier
19204 Boulder Crest Drive
Pflugerville, TX 78660

Jeff Hoffman
3704 Bonnie Road
Austin, TX 78703

Jeri Hilsabeck
18607 White Rim Trail
Leander, TX 78645

Jim Tomlin
111 Oakridge Drive
Whitney, TX 76692

Jobber
2121 Airline Drive Suite 520
Metairie, LA 70001

Joe Pohlman
10730 Rose Bud Court
75072

Johan Acosta Vasquez
8001 South Frontage Road Apt 933
78744

John Williams
401 Grandview Place
San Antonio, TX 78209

John C Williams & Associates
P.O. Box 29279
Atlanta, GA 30359-0279


John Klausner
817 Habitat Trail
Mckinney, TX 75071


John Lewis
159 Hill Top Drive
Red Rock, TX 78662


John Seixas
1719 Oak Circle
Scurry, TX 75158


John Walters Jr.
484 Vine Hill Road
Dale, TX 78616


John Williams
401 Grandview Place
San Antonio, TX 78209


Jonathan Carroll
2906 E MLK Jr. Blvd Apt 3311
Austin, TX 78702


Jose Gerardo Conde Gomez
8028 Wichita Street # 116
Fort Worth, TX 76140

Juan Delgado
5805 Truett Street
Fort Worth, TX 76119


Julian Cates
514 Saunooke Street
Harker Heights, TX 76548


Karen Guerrero
14010 Mint Trail Drive
San Antonio, TX 78232


Kristen G Shumway, Timothy
D Shumway
5101 Brownstone Drive
Houston, TX 77077-1023


Kubota Credit Corporation,
USA
P.O. Box 2046
Grapevine, TX 76099


Ky Nguyen
1116 Northwood Circle
Nacogdoches, TX 75965


Lamb's Auto
6813 McNeil Drive
Austin, TX 78729


Leonarda Tracy
5303 Verbena Street
San Antonio, TX

LG Funding LLC
1218 Union Street
Brooklyn, NY 11225

Lieberman and Klestzick, LLP
c/o Joe Liberman, Esq.
P.O. Box 356
Cedarhurst, NY 11516

Makoto Saigusa
62 Comal Street
Austin, TX 78702

Manuel Pallares
1809 Bunker Hill Drive
Irving, TX 75061

Marc A Sanchez
1116 S Brighton Avenue
Dallas, TX 75208

Marco Juarez
144 Balch Road Unit B
Elgin, TX 78621

Marilyn Meriage
171 County Road 486
Lott, TX 76656

Mark D Bedell
200 Songwood
Spicewood, TX 78669

Mark Howell
709 Lakeside Pass
New Braunfels, TX 78130

Martin Rodriguez
37041 Conway Street Apt 121
Dallas, TX 75224

Mary Puryear
11109 Sea Hero Lane
Austin, TX 78748

Matt Bischoff
111 Wagon Wheel Trail
Bertram, TX 78605

Matthew Alms
6150 Alma Road
Mckinney, TX 75070

McCarthy, Burgess & Wolff
26000 Cannon Rd
Cleveland, OH 44146

Michael Hart
1905 Crooked Lane
Austin, TX 78741

Michael Judge
3225 U.S. 290
Paige, TX 78659

Michael Vent
1350 Live Oak Road
Leander, TX 78641

Miguel Fernandez
2415 Towerwood Drive
Carrollton, TX 75006

Monday.com
6 Yitzhak Sadeh Street
Tel Aviv

Morgan Potter
1411 Oak Grove Drive
Cedar Park, TX 78613

Mosaic
P.O. Box 78080
Phoenix, AZ 85062-8080

Muhammad Abedin
12920 Honey Locust Circle
Euless, TX 76040

Nathan T Hanes
3450 River Park Drive Unite 832b
Fort Worth, TX 76116

Nicholas G Hayes
4506 Turnstone Drive
Austin, TX 78744

Nippon Life Insurance Co.
655 Third Avenue, 16th Floor
New York, NY 10017


Paul C Camp
2517 Crazy Horse Pass
Austin, TX 78734


Pep Boys / Fleet Dept
34 Seymour Street
Tonawanda, NY 14150


Power Labor Staffing LLC
206 W Main Street
Round Rock, TX 78664


Primer Repair Services LR,
LLC
1019 Stoney Hill Drive
Houston, TX 77077-1023


Pro Refrigeration Assay LLC
4717 Priem Lane Suite 101
Pflugerville, TX 78660


Quick Roofing LLC
925 E Kennedale Pkwy
Kennedale, TX 76060


Quinstreet (Modernize Home
Services)
804 Congress Avenue
Austin, TX 78701

Rajib Joshi Khaitu
262 Harvest Creek
Kyle, TX 78640

Ramon Bocanegra
3709 Bluegrass Drive
Grand Prairie, TX 75052

Randall Coffey
4508 Tejas Trail
Austin, TX 78745

Rebecca & Benny Koonce
208 Alpine Lane
Bertram, TX 78605

Rene Hollan
324 Eden Drive
Royse City, TX 75189

Republic Services
1212 Harrison Avenue
Arlington, TX 76011

Retail Capital LLC (Credibly)
Credibly
25200 Telegraph Road Suite 350
Southfield, MI 48033

Rexel
ATTN: CREDIT DEPARTMENT
PO Box 766
Addison, TX 75001-0766

Richard Evans
207 Herweck Drive
San Antonio, TX 78213

Richard Marchuk
3360 Standard Loop
Belton, TX 76513

Ridge Roofing
11782 Jollyville Road
Austin, TX 78759

Risk Agency
12240 Inwood Road Suite 501
Dallas, TX 75244

Robert Schwenkler
2333 Wards Church Road
La Grange, TX 78945

Rocky Manning
1205 Erie Street
Carrollton, TX 75006

Roger Blair, Caiman
Engineering Inc.
16922 Old Washington Road
Nevada City, CA 95959

Ron Sturgeon Real Estate,
L.P.
5940 Eden Drive
Haltom City, TX 76117

Rosalyn Tuggle
10028 Palmbrook Drive
Austin, TX 78717


RTM Engineers & Consultants
7550 Amy Avenue
Fair Oaks, CA 95628


Ruben Fernandez
261 Cascade Trail
Castroville, TX 78009


Rudy Escamilla
Address Missing
Address Missing


Sally Hicks
749 Vista Ridge
Canyon Lake, TX 78133


Sally Paulson
197 Dove Hollow Trail
Georgetown, TX 78633


Sam Ehrnstein
3805 Bee Creek Road
Spicewood, TX 78669


Samuel Stenger
8019 Navajo Pass
Leander, TX 78641

Sandeep Shah
639 Point Loma Drive
Frisco, TX 75036

Scott Dorf
6506 Halsey Court
Austin, TX 78739

Sean Khorram
7602 Buck Meadow Drive
Georgetown, TX 78628

Sharon Gilbert
5702 Thunder Oaks
San Antonio, TX 78261

Shawn Funk
3015 Spider Lily
San Antonio, TX 78231

Solar Mosaic LLC
601 12th Street Suite 325
Oakland, CA 94607

SOLIGENT DISTRIBUTION, LLC
Soligent Distribution, LLC
P.O. Box 888012
Los Angeles, CA 90088-8012

South Arlington Industrial, LLC
c/o Natalie Overbey
1301 W 7th Street Suite 141
Fort Worth, TX 76102

Spectrum Enterprise
1900 Blue Crest Lane
San Antonio, TX 78247


Stephanie Gilbert
5240 B Pvt Walley
El Paso, TX 79906


Stephanie Goodwin
10505 S IH 35 1735
Austin, TX 78747


Steve Jernigan
6703 Mt. Vernon Road
Burton, TX 77835


Sun Auto Tire & Service
1201 S Alma School Road Suite 14000
Mesa, AZ 85210


Sunbelt Rentals, Inc.
1275 W. Mound Street
Columbus, OH 43223


Sunnova Energy Corporation
20 Greenway Plaza Suite 540
Houston, TX 77046


Suzanne Mullane
5 Sparrowglen Lane
Austin, TX 78738

Terri Welch
501 Stadium Drive
Glen Rose, TX 76043

Texas Comptroller
Bankruptcy Section
PO Box Box 13528
Austin, TX 78711

Texas Comptroller
Bankruptcy Section
PO Box 13528
Austin, TX 78711

Texas Ice Machine Company,
Inc.
729 3rd Avenue
Dallas, TX 75226

Texas Mutual Insurance
Company
PO Box 841843
Dallas, TX 75284-1843

Thad Marsh
24800 U.S. 83
Mountain Home, TX 78058

Thomas Gaines
8414 Woodland Parkway
Boerne, TX 78015

Todd Tibbett
804 Evans Avenue
San Antonio, TX 78209

Tom Mustaine
42 Vanguard Way
Dallas, TX 75243


Tonette Burnam
2304 Amen Corner Road
Pflugerville, TX 78660


Trung Nguyen
3416 Killala Court
Arlington, TX 76014


Tully Brown
400 E. Nakoma
Hutto, TX 78634


Ty Shriver
322 CR 3670
China Spring, TX 76633


US SBA Loan
Little Rock Commercial
Loan Servicing
Center 2120 Riverfront Drive Suite 100
Little Rock, AR 72202

Valerie Myers
8513 Bell Mountain Drive
Austin, TX 78730


Vanguard Lease Co
14100 Inwood Rd.
Dallas, TX 75244

Vanguard Leasing
Rob Rogers
14100 Inwood Road
Dallas, TX 75244-3917


Verizon Wireless
P.O. Box 16810
Newark, NJ 07101-6810


Victor Parker
2505 Muzzie Lane
Leander, TX 78641


Wayne Matson
6242 Palmetto Way
San Antonio, TX 78253


Wells Fargo Commercial Banking
600 S 4th St Fl 13
Minneapolis, MN 55415-1526


Willie & Gwendolyn Shaw
4152 Riata Ranch Road
Waco, TX 76705


Zach Nash
24007 Vecchio
San Antonio, TX 78260


Zachary Mauldin
218 Amber Oak Drive
78640

Zachary Settlles
3901 Robert Burns Drive
78749