# UNITED STATES BANKRUPTCY COURT
# Western District of Texas

Bankruptcy Case No.: 24−10193−cgb
Chapter No.: 11
Judge: Christopher G Bradley

IN RE: **Wells Solar & Electrical Services LLC** , Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at us−courts.webex.com/meet/Bradley

on **6/18/24 at 10:30 AM**

Hearing to Consider and Act Upon the Following: (Related Document(s): 69 Motion for Relief from Stay (14 Day Objection Language) ( Filing Fee: $ 199.00 ) filed by Misty Ann Segura for Creditor EnFin Corp. Hearing Scheduled For 6/18/2024 at 10:30 AM at us−courts.webex.com/meet/Bradley. Any exhibits to be considered by the Court should be emailed to the law clerks and courtroom deputy 5 calendar days before the hearing by 4 p.m. (CT). Two hard copies of the exhibits, bound and tabbed, should also be sent to the Courtroom Deputy at Ronda Farrar, U.S. Bankruptcy Court, 903 San Jacinto Blvd., #322, Austin, TX 78701. (Farrar, Ronda) . **A TIMELY−FILED RESPONSE TO THE MOTION IS NECESSARY FOR A HEARING TO BE HELD**.....If a reset is requested and approved or an Agreed Order is submitted prior to the hearing, no appearance is required.

Dated: 5/15/24

Barry D. Knight
Clerk, U. S. Bankruptcy Court

**[Hearing Notice (BK)−HCM]** [NtchrgBKhcmap]