# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 24−10193−cgb

Chapter No.: 11

Judge: Christopher G Bradley

IN RE: **Wells Solar & Electrical Services LLC** , Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at   us−courts.webex.com/meet/Bradley

on   **6/18/24  at  10:30 AM**

Hearing to Consider and Act Upon the Following: (Related Document(s): 69 Motion for Relief from Stay (14 Day Objection Language) ( Filing Fee: $ 199.00 ) filed by Misty Ann Segura for Creditor EnFin Corp. Hearing Scheduled For 6/18/2024 at 10:30 AM at us−courts.webex.com/meet/Bradley. Any exhibits to be considered by the Court should be emailed to the law clerks and courtroom deputy 5 calendar days before the hearing by 4 p.m. (CT). Two hard copies of the exhibits, bound and tabbed, should also be sent to the Courtroom Deputy at Ronda Farrar, U.S. Bankruptcy Court, 903 San Jacinto Blvd., #322, Austin, TX 78701. (Farrar, Ronda) . **A TIMELY−FILED RESPONSE TO THE MOTION IS NECESSARY FOR A HEARING TO BE HELD**.....If a reset is requested and approved or an Agreed Order is submitted prior to the hearing, no appearance is required.

Dated:  5/15/24

Barry D. Knight
Clerk, U. S. Bankruptcy Court

[Hearing Notice (BK)−HCM] [NtchrgBKhcmap]

United States Bankruptcy Court

Western District of Texas

| | |
|---|---|
| In re: | Case No. 24-10193-cgb |
| Wells Solar & Electrical Services LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-1 | User: admin | Page 1 of 2 |
| Date Rcvd: May 15, 2024 | Form ID: 510 | Total Noticed: 8 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Wells Solar & Electrical Services LLC, 3805 Bee Creek Road, Spicewood, TX 78669-6596 |
| cr | + | Ben Benny Koonce, 208 Alpine Lane, Bertram, TX 78605-4688 |
| cr | + | Dror Baldinger, 3431 Oakdale, #2610, San Antonio, TX 78229-2407 |
| cr | + | EnFin Corp., c/o Misty A. Segura, Spencer Fane LLP, 3040 Post Oak Blvd., Ste. 1400, Houston, TX 77056 UNITED STATES 77056-6584 |
| cr | + | Jane Greenberg, c/o Daniels & Tredennick PLLC, Attn: J. Maxwell Beatty, 6363 Woodway Dr., Suite 700, Houston, TX 77057-1713 |
| cr | + | Rebecca Becky Koonce, 208 Alpine Lane, Bertram, TX 78605, UNITED STATES 78605-4688 |
| cr | + | Rexel USA, Inc., c/o Coats Rose, P.C., 9 Greenway Plaza, Suite 1000, Houston, TX 77046-0900 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | ^ MEBN | May 15 2024 21:56:56 | Texas Comptroller of Public Accounts, Revenue Acco, Jamie Kirk, PO Box 12548, Austin, TX 78711-2548 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: May 17, 2024 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|

24-10193-cgb Doc#73 Filed 05/17/24 Entered 05/17/24 23:21:34 Imaged Certificate of Notice Pg 3 of 3

| District/off: 0542-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 15, 2024 | Form ID: 510 | Total Noticed: 8 |

| | |
|---|---|
| Abigail Ventress | on behalf of Creditor Rebecca "Becky" Koonce abigail@vbpenalaw.com paralegal@vbpenalaw.com;Blayre@vbpenalaw.com |
| Abigail Ventress | on behalf of Creditor Ben "Benny" Koonce abigail@vbpenalaw.com paralegal@vbpenalaw.com;Blayre@vbpenalaw.com |
| Andrew Lamb Pattillo | on behalf of Creditor Clark Roofing and Construction Inc. pattillo@thetexasfirm.com |
| Charles Murnane | on behalf of Debtor Wells Solar & Electrical Services LLC cmurnane@bn-lawyers.com cchristensen@bn-lawyers.com;plevine@bn-lawyers.com;mcalderon@bn-lawyers.com |
| David D. Ritter | on behalf of Creditor M Judge dritter@ritterspencer.com |
| David D. Ritter | on behalf of Creditor Dror Baldinger dritter@ritterspencer.com |
| David D. Ritter | on behalf of Creditor Faith Bushen dritter@ritterspencer.com |
| David D. Ritter | on behalf of Creditor De Sossamon dritter@ritterspencer.com |
| David D. Ritter | on behalf of Creditor Joe Pohlman dritter@ritterspencer.com |
| David D. Ritter | on behalf of Creditor Steve Jernigan dritter@ritterspencer.com |
| Gary W. Wright | on behalf of U.S. Trustee United States Trustee - AU12 gary.wright3@usdoj.gov |
| Jamie Kirk | on behalf of Creditor Texas Comptroller of Public Accounts Revenue Accounting Division bk-jkirk@texasattorneygeneral.gov, sherri.simpson@oag.texas.gov |
| Jon Maxwell Beatty | on behalf of Creditor Jane Greenberg max@dtlawyers.com 7671921420@filings.docketbird.com |
| Michael G. Colvard | on behalf of Trustee Michael G. Colvard mcolvard@mdtlaw.com mcolvard@ecf.axosfs.com;amartinez@mdtlaw.com |
| Michael G. Colvard | mcolvard@mdtlaw.com mcolvard@ecf.axosfs.com;amartinez@mdtlaw.com |
| Michelle E. Shriro | on behalf of Creditor PS Business Parks L.P. mshriro@singerlevick.com, scotton@singerlevick.com;tguillory@singerlevick.com |
| Misty Ann Segura | on behalf of Creditor EnFin Corp. msegura@spencerfane.com misty-segura-9690@ecf.pacerpro.com |
| Richard Alan Fulton | on behalf of Creditor Rexel USA Inc. rfulton@coatsrose.com, vhernandez@coatsrose.com |
| Stephen W. Sather | on behalf of Debtor Wells Solar & Electrical Services LLC ssather@bn-lawyers.com phammer@bn-lawyers.com;cmurnane@bn-lawyers.com;plevine@bn-lawyers.com;cchristensen@bn-lawyers.com;BarronNewburgerPCAustin@jubileebk.net;mcalderon@bn-lawyers.com;kparsley@bn-lawyers.com |
| Steven B. Bass | on behalf of Creditor United States Small Business Administration Steven.Bass@usdoj.gov tina.travieso@usdoj.gov |
| Tara LeDay | on behalf of Creditor Edouard-Alexandre Sabatier tara.leday@chamberlainlaw.com lisa.adair@chamberlainlaw.com;vcovington@mvbalaw.com;bankruptcy@mvbalaw.com;Crystal.eudy@mvbalaw.com;Karla.alexander@mvbalaw.com;valerie.herrera@chamberlainlaw.com;lara.coleman@chamberlainlaw.com |
| Tara LeDay | on behalf of Creditor Astrid Roos Sabatier tara.leday@chamberlainlaw.com lisa.adair@chamberlainlaw.com;vcovington@mvbalaw.com;bankruptcy@mvbalaw.com;Crystal.eudy@mvbalaw.com;Karla.alexander@mvbalaw.com;valerie.herrera@chamberlainlaw.com;lara.coleman@chamberlainlaw.com |
| United States Trustee - AU12 | ustpregion07.au.ecf@usdoj.gov |

TOTAL: 23