## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

|  |  |  |
|---|---|---|
| | § | |
| | § | |
| In re: | § | Chapter 11 |
| | § | Case No. 24-10193 |
| WELLS SOLAR & ELECTRICAL, | § | |
| SERVICES, LLC | § | |
| | § | |
| | § | |
| Debtor | | |

### **DEBTOR'S RESPONSE TO MOTION FOR RELIEF FROM AUTOMATIC STAY**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW Wells Solar & Electrical Services, LLC, Debtor herein, and files this Response to Motion for Relief from Automatic Stay and would show the following:

1. Debtor denies the allegations of para. 1.

2. Debtor denies the allegations of para. 2.

3. Debtor admits the allegations of para. 3.

4. Debtor admits that EnFin made the allegation.

5. Debtor admits that EnFin made the allegation.

6. Debtor admits that it is not named as a defendant in the action.

7. Debtor admits the allegations of para. 7.

8. Debtor denies the allegations of para. 8. That is not a fair reading of rhe complaint.

Paragraphs 18-30 all refer to misrepresentations by Wells Solar or Defendants and their

employees. There are not any allegations of specific misrepresentations made by Carl

Wells or Ferrin Deloach. Immediately prior to para. 40, there is a heading titled "Wells

Solar and the Defendants' Alter-Ego Relationship." Para. 55 states "Accordingly the

corporate veil should be pierced and the Defendants are liable for any judgments owed by

Wells Solar, and vice versa, as a matter of equity." The subsequent paragraphs refer to actions by "Defendants." However, there are no specific allegations as to anything done by either Defendant. Instead, the factual background only refers to actions by Wells Solar. This is particularly true with regard to para. 84 which alleges that EnFin conferred a benefit of $769,811.14 on the Defendants, when para. 25 refers to payments made to Wells Solar of approximately $770,000. The only specific allegation related to either individual is one phone call that someone at EnFin had with Ferrin Deloach after the fact. (See para. 26-27).

9. Debtor lacks information sufficient to admit or deny the allegations of para. 9.

10. Debtor lacks information sufficient to admit or deny the allegations of para. 10.

11. Debtor denies the allegations of para. 11.

12. Debtor denies the allegations of para. 12.

13. Debtor denies the allegations of para. 13.

14. Debtor denies the allegations of para. 14.

15. Debtor denies the allegations of para. 15.

16. Debtor denies the allegations of para. 16.

17. Debtor denies the allegations of para. 17. Any time that Debtor's principals have to spend responding to lawsuits is time that they are not attending to the business of Wells Solar.

18. Debtor denies the allegations of para. 18.

19. Debtor denies the allegations of para. 19.

20. Debtor denies the allegations of para. 20.

21. Debtor denies the allegations of para. 21.EnFin seeks to take a claim which belongs to the bankruptcy estate and take that claim for its own benefit. The direct harm vs. indirect

harm test does not apply. The Complaint does not describe any wrongdoing committed by either Defendant. Instead, it refers to harm caused by the Debtor. Movant is clearly attempting to pursue Debtor's principals for a claim against the Debtor.

22.   Debtor admits that it has no sought to pursue claims against Carl Wells or Ferrin Deloach.

23. Debtor denies the allegations of para. 23.

24. Debtor denies the allegations of para. 24.

25. Debtor denies the allegations of para. 25. EnFin clearly did not bring "narrowly focused claims based on strong evidence of fraud."

26. Debtor denies the allegations of para. 26.

27. Debtor denies the allegations of para. 27. The bankruptcy was not filed or timed to prevent EnFin from suing Carl Wells and Ferrin Deloach.

28. Debtor denies the allegations of para. 28.

29. Debtor denies the allegations of para. 29.

Respectfully Submitted,

**BARRON & NEWBURGER, P.C.**
7320 N. Mopac Expy, Suite 400
Austin, Texas 78731
(866) 476-9103

/s/ Stephen Sather
Stephen Sather
State Bar No 17657520
**ATTORNEY FOR DEBTOR**

## <u>CERTIFICATE OF SERVICE</u>

I certify that a copy of the foregoing Response was served by first class mail, postage prepaid and properly addressed, on May 22, 2024 to all parties listed on the attached Service List, to the persons listed below by email and electronically by the Court's ECF system to all parties registered to receive such service.


*/s/ Stephen Sather*
Stephen Sather

## Wells Solar & Electrical Services, LLC 24-10193
### Limited Service List

**Cloudfund LLC (Delta)**
400 Rella Blvd. 165-101
Suffern, NY 10901

**DE LAGE LANDEN**
Financial Cervices, Inc.
5046 Mainway Unit 1
Burlington, ON L7L 5Z1,
Canada

**First Citizen Bank**
155 Commerce Way
Portsmouth, NH 03801-3243

**KUBOTA CREDIT
CORPORATION, USA**
P.O. Box 2046
Grapevine, TX 76099

**Retail Capital LLC (Credibly**
Credibly 25200 Telegraph
Road, Suit 350
Southfield, MI 48033

**South Arlington Industrial,
LLC**
c/o Natalie Overbey
1301 W 7th Street, Suite 141
Fort Worth, TX 76102

**US SBA Loan**
Little Rock Commercial Loan
Servicing Center
2120 Riverfront Drive, Suite
100
Little Rock, AR 72202

**EnFin/Qcells**
c/o Parsons Behile & Latimer
201 South Main Street, Suite
1800
Salt Lake City, UT 84111

**Rexel**
Attn: Credit Department
P.O. Box 766
Addison, TX 75001-0766

**Vanguard Lease Co.**
14100 Inwood Road
Dallas, TX 75244

**Sunnova Energy** Corporation
20 Greenway Plaza, Suite 540
Houston, TX 77046

**American Express**
P.O. Box 570622
Atlanta, GA 30357

**Cons. Elec. Distributors, Inc.**
1033 Meister Lane, Suite 600
Pflugerville, TX 78660

**Intuit**
2800 E. Commerce Center
Place
Tucson, AZ 85706

**Wells Fargo Commercial
Banking**
600 S 4th Street, Floor 13
Minneapolis, MN 55415-1526

**Quick Roofing LLC**
925 E Kennedale Pkwy
Kennedale, TX 76060

**Annie Nelson**
1100 Bee Creek Road
Spicewood, TX 78669

**Anna Allen & Allen
Vanlandingham**
17887 FM 56
Kopperl, TX 76652

**Jane Greenberg**
2237 Quenby Street
Houston, TX 77005

**Tom Mustaine**
42 Vanguard Way
Dallas, TX 75243

**John Pohlman**
10730 Rose Bud Court
McKinney, TX 75072

**Ruben Fernandez**
261 Cascade Trail
Castroville, TX 78009

**Scott Dorf**
6506 Halsey Court
Austin, TX 78739

**Sean Khorram**
7602 Buck Meadow Drive
Georgetown, TX 78628

**Solar Mosaic LLC**
601 12th Street, Suite 325
Oakland, CA 94607

**Mary Puryear**
11109 Sea Hero Lane
Austin, TX 78748

**Capital One**
P.O. Box 60519
City of Industry, CA 91716-
0519

**Internal Revenue Service**
Centralized Insolvency Office
P.O. Box 7346
Philadelphia, PA 19101-7346

**Texas Comptroller**
Bankruptcy Section
P.O. Box 13528
Austin, TX 78711

**Gary W. Wright**
DOJ-UST
United States Trustee's Office
903 San Jacinto Blvd., Suite 230
Austin, TX 78701

**Jamie Kirk**
Assistant Attorney General
12221 Merit Drive, Suite 825
Dallas, TX 75251-2244

**Abigail Ventress**
406 N. Lee Street, Suite 103
Round Rock, TX 78664-4313

**David D. Ritter**
Ritter Spencer Cheng PLLC
15455 Dallas Parkway, Suite 600
Addison, TX 75001

**Tara LeDay**
Chamberlain Hrdlicka White
Williams
1200 Smith Street, Suite 1400
Houston, TX 77002

**Steven B. Bass**
U.S. Attorney's Office
903 San Jacinto, Suite 334
Austin, TX 78701