**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

|  |  |  |
|---|---|---|
| | § | |
| | § | |
| In re: | § | Chapter 11 |
| | § | Case No. 24-10193-cgb |
| WELLS SOLAR & ELECTRIC, LLC | § | |
| | § | |
| Debtor | § | |
| | § | |

## PLAN OF REORGANIZATION, DATED MAY 28, 2024

### A.  Background for Case Filed Under Subchapter V

1.	Wells Solar & Electric filed its petition for relief under Subchapter V of Title 11 on February 27, 2024.

2.	Wells Solar & Electrical Services, LLC was formed as a Texas limited liability company on February 2, 2014. It is owned by Carl Wells. The company previously focused its business on solar installations. It now focuses its business on electrical maintenance, repair, upgrades and diagnostics and archeological preservation.

3.	The Debtor's solar installation business was not successful. The Debtor lost money on many jobs and was unable to complete projects for multiple customers. When a proposed acquisition of the Debtor's business fell through, the Debtor was forced to lay off its employees and cut back its business.

4.	The Debtor filed bankruptcy in response to multiple suits from customers and vendors.

### B. Liquidation Analysis

To confirm the Plan, the Court must find that all creditors and equity interest holders who do not accept the Plan will receive at least as much under the Plan as such claim and equity-

interest holders would receive in a chapter 7 liquidation. The liquidation analysis required by 11 U.S.C. § 1190 is attached to the Plan as Exhibit A. Debtor estimates that in a liquidation, there would be funds of $10,160.64 to be paid to priority and unsecured creditors. Because the amount of priority claims greatly exceeds the amount of cash that would be available to a Chapter 7 Trustee, the Debtor estimates that unsecured creditors would receive 0% in a chapter 7 liquidation.

**C. Ability to Make Future Plan Payments and Operate Without Further Reorganization**

The Plan Proponent must also show that it will have enough cash over the life of the Plan to make the required Plan payments and operate the debtor's business. Projections that support the Debtor's ability to make all payments required by the Plan are attached to the Plan as Exhibit B. See 11 U.S.C. § 1190.

The Plan Proponent's financial projections show that the Debtor will have projected disposable income (as defined by § 1191(d) of the Bankruptcy Code) for the period described in § 1191(c)(2) of $104,220.

The final Plan payment is expected to be paid on September 1, 2029.

**You should consult with your accountant or other financial advisor if you have any questions pertaining to these projections**.

**ARTICLE 1: SUMMARY**

This Plan of Reorganization (the "Plan") under chapter 11 of the Bankruptcy Code (the "Code") proposes to pay creditors of the Debtor from revenues received from operating its business.

This Plan provides for:

| [4 ] | Classes of priority claims; |
|------|------------------------------|
| [6 ] | Classes of secured claims |
| [ 1 ] | classes of non-priority unsecured claims; and |
| [ 1 ] | Classes of equity security holders. |

**Payment of non-priority unsecured claims.** Non-priority unsecured creditors holding allowed claims will receive distributions, which the proponent of this Plan has valued at .1 cents on the dollar based on total unsecured claims of up to $10,593,180.49 and projected payments to unsecured creditors of $100,000.00.   However, this is based on estimates which will vary depending on administrative expenses and claims ultimately allowed.

**Payment of administrative expenses and priority claims:** This Plan provides for full payment of administrative expenses and priority claims.

All creditors and equity security holders should refer to Articles 3 through 6 of this Plan for information regarding the precise treatment of their claim.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)**

### ARTICLE 2: CLASSIFICATION OF CLAIMS AND INTERESTS

| Class | Creditor | Amount | Type | Collateral (for secured creditors only) |
|-------|----------|--------|------|------------------------------------------|
| 1 | U.S. Small Business Administration | $2,000,000.00 | S | Blanket Lien |
| 2 | Kubota Credit | $80,666.93 | S | Specific collateral |
| 3 | First Citizens Bank & Trust | $11,922.82 | S | Specific collateral |
| 4 | Cloudfund, LLC | $206,210.00 | S | Blanket Lien |

| 5 | LG Funding, LLC | $199,228.75 | S | Blanket lien |
| 6 | Retail Capital, LLC | $$99,982.21 | S | Blanket lien |
| 7 | Employee Wages | $103,803.16 | P | |
| 8 | Customer Deposits | $126,599.07 | P | |
| 9 | Priority Claim of IRS | $70,628.27 | P | |
| 10 | Priority Claims of Texas Comptroller | $78,523.98 | P* | |
| 11 | Unsecured Claims | $10,593,180.49 | U | |
| 12 | Equity | | E | |
| | | | | |
| | | | | |

*--These claims were filed as secured. However, under 11 U.S.C. Sec. 506(a), there is no value to support a secured claim so the claims are treated as priority.

Debtors' analysis of the claims in this case is attached as Exhibit C.

## ARTICLE 3: TREATMENT OF ADMINISTRATIVE EXPENSES AND PRIORITY TAX CLAIM

**3.01: Administrative expenses.** Administrative expenses allowed under § 503 of the Code will be paid as allowed. Administrative claimants may include:

Barron & Newburger, P.C., Debtors' Counsel
Michael Colvard, SubV Trustee

Professional fees incurred prior to confirmation of the Plan as well as any other requests for payment of administrative expenses shall be subject to approval by the Court. Any applications for allowance of administrative expenses, including professional fees, shall be filed within twenty-eight (28) days after the Effective Date or shall be barred.

The Debtor shall pay $1,500.00 per month to be allocated between the SubV Trustee and Barron & Newburger, P.C. until such fees are paid in full. The fees owing to the SubV Trustee shall be paid first followed by the fees owed to Barron & Newburger, P.C. The administrative claims owed to Michael Colvard are estimated to be $9,000.00-$4,500.00=$4,500.00), The administrative

claims owed to Barron & Newburger, P.C. are estimated to be $27,500.00-$8,345.00 retainer = $19,155.00. At a payment of $1,500.00 per month, it should take 16 months to pay these fees.

## ARTICLE 4: TREATMENT OF CLAIMS AND INTERESTS UNDER THE PLAN

### 4.01: Claims and interests are treated as follows under this Plan:

| Class | Impairment | | Treatment |
|---|---|---|---|
| Class 1—US SBA | X | Impaired | The SBA shall be treated as a long term debt. It shall receive the contractual payments of $10,298.00 beginning the on the Effective Date, including interest at the contractual rate of 3.75%. The SBA shall retain its liens upon the Debtor's assets. Because this is a long term debt, it shall not be discharged by the discharge in this case. Debtor reserves the right to apply for any programs offered by the SBA which offer relief to borrowers. |
| | ☐ | Unimpaired | |
| Class 2—Kubota Credit | X | Impaired | The secured claim of Kubota Credit Corp. shall be valued at $80,666.93 based upon the proof of claim. The remaining claim of Kubota Credit shall be an unsecured claim. The secured claim of Kubota Credit shall be paid in sixty (60) equal monthly installments including interest at the contract rate of $1.67%. Kubota shall retain its liens. The Debtor estimates that the amount of these payments will be $1,402.30 |
| | ☐ | Unimpaired | |
| Class 3—First Citizens Bank & Trust | X | Impaired | The secured claim of First Citizens Bank & Trust. shall be valued at $11,922.82 based upon the proof of claim. The remaining claim of First Citizens Bank & Trust shall be an unsecured claim. The secured claim of First Citizens Bank & Trust shall be paid in sixty (60) equal monthly installments including interest at the contract rate of 0.25%%. First Citizens Bank & Trust shall retain its liens. The Debtor estimates that the amount of these payments will be $199.98. |
| | ☐ | Unimpaired | |
| Class 4—Cloudfund, LLC | X | Impaired | Cloudfund, LLC asserts a secured claim in the amount of $206,210.00. Pursuant to 11 U.S.C. §506(a), the amount of its secured claim is $0 based on the value of the collateral. Class 4 shall not retain its liens and shall be treated as a fully unsecured class. |
| | ☐ | Unimpaired | |

| Class 5—LG Funding, LLC | X | Impaired | LG Funding, LLC asserts a secured claim in the amount of $199,228.75. Pursuant to 11 U.S.C. §506(a), the amount of its secured claim is $0 based on the value of the collateral. Class 5 shall not retain its liens and shall be treated as a fully unsecured class. |
| | ☐ | Unimpaired | |
| Class 6—Retail Capital, LLC | X | Impaired | Retail Capital, LLC asserts a secured claim in the amount of $99,982.21. Pursuant to 11 U.S.C. §506(a), the amount of its secured claim is $0 based on the value of the collateral. Class 6 shall not retain its liens and shall be treated as a fully unsecured class. |
| | ☐ | Unimpaired | |
| Class 7—Priority Claims for Employee Wages | X | Impaired | Class 7 consists of claims for employee wages entitled to priority under 11 U.S.C. §507(a)(4). There are 58 claims totaling $103803.16 in this class.  The Class 7 creditors shall receive payment of the amount of their Allowed Claims without interest in sixty (60) equal monthly installments. The Debtor estimates that the payments to this class shall total $1,730.05 per month. |
| | ☐ | Unimpaired | |
| Class 8—Priority Claims for Customer Deposits | X | Impaired | Class 8 consists of claims for customer deposits entitled to priority under 11 U.S.C. §507(a)(7). There are 79 claims totaling $126,599.07 in this class.  The Class 8 creditors shall receive payment of the amount of their Allowed Claims without interest in sixty (60) equal monthly installments. The Debtor estimates that the payments to this class shall total $2,109.98 per month. |
| | ☐ | Unimpaired | |
| Class 9—Priority Claims for Taxes Owed to Internal Revenue Service | X | Impaired | Class 9 consists of the priority claim of the Internal Revenue Service under 11 U.S.C. §507(a)(8). Based upon the filed proof of claim, the amount of this claim is $70,628.27. The Class 9 creditor shall receive payment of its Allowed Priority Claim in sixty (60) equal monthly installments including interest at the rate of 6% per annum. The Debtor estimates that the payments to this class shall equal $1,346.11 per month. |
| | ☐ | Unimpaired | |
| Class 10—Priority Claims for Taxes Owed to Texas Comptroller | X | Impaired | Class 10 consists of the priority claim of the Texas Comptroller under 11 U.S.C. §507(a)(8). Based upon the filed proofs of claim, the amount of this claim is $78,523.98. This claim was filed as secured. However, pursuant to 11 U.S.C. §506(a), the amount of the secured claim is $0. |
| | ☐ | Unimpaired | |

| | | | |
|---|---|---|---|
| | | | As a result, these claims shall be treated as priority claims and shall not retain their liens. The Class 9 creditor shall receive payment of its Allowed Priority Claim in sixty (60) equal monthly installments including interest at the rate of 6% per annum. The Debtor estimates that the payments to this class shall equal $1,498.76_ per month. |
| Class 11—Unsecured Claims | X | Impaired | The class 11 creditors shall receive the Debtor's Projected Disposable Income after payments to Administrative Claimants and Class 1-11.  Debtor shall make the following payments to unsecured creditors:<br><br>December 2025    $20,000.00<br>December 2026    $20,000.00<br>December 2027    $20,000.00<br>December 2028    $20,000.00<br>September 2029    $24,000.00 |
| | ☐ | Unimpaired | |
| Class 12—Equity Interests | ☐ | Impaired | The Class 12 equity holders shall retain their interests. |
| | X | Unimpaired | |

## ARTICLE 5: ALLOWANCE AND DISALLOWANCE OF CLAIMS

**5.01:  Allowed Claims.**  An Allowed Claim is a claim which is scheduled by the Debtor without being noted as contingent, disputed or unliquidated or as to which the creditor has filed a proof of claim which has not been objected to within the period allowed by the Plan. If a claim has been objected to and has been allowed by a final and non-appealable order it shall also be an Allowed Claim.

**5.02: Disputed claim**.  A disputed claim is a claim that has not been allowed or disallowed and as to which either:

     i.    A proof of claim has been filed or deemed filed, and the Debtor or another party in interest has filed an objection; or

    ii.    No proof of claim has been filed, and the Debtor has scheduled such claim as disputed, contingent, or unliquidated.

Any objections to claims shall be filed within thirty (30) days after the Effective Date. Objections to claims may be filed by any party in interest including the SubV Trustee. Parties in interest may object to scheduled claims in the same manner as they would object to a proof of claim.

     **5.03: Delay of distribution on a disputed claim.** No distribution will be made on account of a disputed claim unless and until it is allowed.

     **5.04: Settlement of disputed claims.** The Debtor shall have the power and authority to settle and compromise a disputed claim with court approval and compliance with Federal Rule of Bankruptcy Procedure 9019.

## ARTICLE 6: PROVISIONS FOR EXECUTORY CONTRACTS AND UNEXPIRED LEASES

a. The Debtor shall assume the following executory contracts and unexpired leases:

Vanguard Leasing

Confirmation of the Plan shall constitute an order assuming the unexpired leases and executory contracts.

b. Except for executory contracts and unexpired leases that have been assumed, either before the Effective Date or under section 6(a) of this Plan, or that are the subject of a pending motion to assume, and if applicable assign, the Debtor will be conclusively deemed to have rejected all executory contracts and unexpired leases as of the Effective

Date.  A proof of a claim arising from the rejection of an executory contract or unexpired lease shall be filed within 30 days after the date on which the court enters the order confirming this Plan.

## ARTICLE 7: MEANS FOR IMPLEMENTATION OF THE PLAN

7.01:  Operation of Business. The Debtor shall continue to operate its business.

7.02    Provisions with Regard to Disbursements. Unless ordered otherwise, the Debtor shall act as the disbursing agent and will be responsible for making all payments to creditors and other parties in interest under the Plan, pursuant to 11 U.S.C. § 1183, as set forth below.

7.04    Source of Funds:   Debtor's Projected Disposable Income.

7.05:  Preservation of Causes of Action. All Estate Causes of Action shall be preserved. Estate Causes of Action shall include (i) all causes of action arising under Chapter 5 of the Bankruptcy Code; and (ii) all rights to collect accounts receivable owed to the Debtor. The Reorganized Debtor shall employ counsel to pursue any Chapter 5 causes of action in return for a contingent fee of 30% plus reimbursement of expenses. Any net amounts recovered shall be paid to the Debtor for distribution to unsecured creditors as may be appropriate. Such amounts shall be in addition to the fixed payments provided for above.

## ARTICLE 8:  DEFAULT

8.01:   It shall be an event of default if the Disbursing Agent shall fail to make any payment when due under the Plan. A payment to an administrative claimant shall be deemed to be due twenty-eight (28) days after entry of an order allowing the administrative claim  provided that the order allowing such claim has not been stayed pending appeal. Payments to the Class 11 unsecured creditors shall be due on the specific dates provided for above.

8.02:    In the event of a default under the Plan, any creditor not receiving a timely payment may file a motion to compel the Disbursing Agent to make payment under the Plan or may move to convert or dismiss the case.

## ARTICLE 9: GENERAL PROVISIONS

**9.01: Definitions and rules of construction.**  The definitions and rules of construction set forth in §§ 101 and 102 of the Code shall apply when terms defined or construed in the Code are used in this Plan.

**9.02: Effective date.**  The Effective Date of this Plan shall be the day that is 14 days after the entry of the confirmation order. If, however, a stay of the confirmation order is in effect on that date, the Effective Date will be the day after the date on which the stay expires or is otherwise terminated. These periods are calculated as provided in Federal Rule of Bankruptcy Procedure 9006(a)(1).

**9.03: Severability.**  If any provision in this Plan is determined to be unenforceable, the determination will in no way limit or affect the enforceability and operative effect of any other provision of this Plan.

**9.04: Binding effect.**  The rights and obligations of any entity named or referred to in this Plan will be binding upon and will inure to the benefit of the successors or assigns of such entity.

**9.05: Captions.**  The headings contained in this Plan are for convenience of reference only and do not affect the meaning or interpretation of this Plan.

**9.06: Controlling effect.**  Unless a rule of law or procedure is supplied by federal law (including the Code or the Federal Rules of Bankruptcy Procedure), the laws of the State of Texas govern this Plan and any agreements, documents, and instruments executed in connection with this Plan, except as otherwise provided in this Plan.

**9.07: Retention of Jurisdiction.** The court confirming the Plan may exercise jurisdiction to the full extent necessary to administer this case after Plan confirmation and to adjudicate any related adversary proceedings or contested matters, including those relating to the Plan, such as concerning the Plan's construction, implementation, or modification. Neither this provision nor anything in this Plan constitutes a limitation on or an expansion of the jurisdiction authorized by title 28 of the United States Code.

**9.08:  Post-Confirmation Noticing.**  Any notices required to be sent post-confirmation shall be sent to the following:  (i) Debtor's counsel; (ii) the SubV Trustee if this case is confirmed pursuant to 11 U.S.C. Sec. 1191(b); (iii) the U.S. Trustee; and (iv) any party directly affected by the pleading or notice; provided that fee applications, motions to compromise and the Plan Trustee's final report shall be served upon all creditors and parties in interest.

## ARTICLE 10: DISCHARGE

If this Plan is confirmed under 11 U.S.C. Sec. 1191(a), the Debtor shall receive a discharge upon substantial consummation of the Plan. Otherwise, the Debtor shall only receive a discharge upon completion of payments under the Plan.

## ARTICLE 11: OTHER PROVISIONS

**The Order confirming the Plan shall constitute a temporary injunction prohibiting any creditor with a scheduled claim or a filed proof of claim from filing or continuing to pursue a lawsuit against Carl Wells or Ferrin Deloach for the shorter of: (i) September 1, 2029, (ii) the date this case is converted to one under Chapter 7 or dismissed; or (iii) the date that a default under this plan has been noticed and has not been timely cured with regard to a specific creditor. The statute of limitations for any claim subject to this provision shall be tolled for the period that this injunction is in force and effect.   In the alternative, if the Court**

**does not approve the temporary injunction provided for above, no creditor may sue Carl Wells or Ferrin Deloach unless they first apply to the Court and establish that the Proposed Claims are not without foundation, not without merit, and not being pursued for an improper purpose.**

Respectfully Submitted,

**BARRON & NEWBURGER, P.C.**
7320 N. Mopac Expy, Suite 400
Austin, Texas 78731
(512) 649-3243
(512) 476-9253 Facsimile

/s/ Stephen Sather
Stephen Sather
State Bar No 17657520
**ATTORNEY FOR DEBTOR**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 29, 2024, a true and correct copy of the above and foregoing ***Subchapter V Small Business Plan*** was served upon the parties on the attached Matrix by United States Mail, first class, postage prepaid, or by electronic transmission through the Court's ECF noticing system to those parties-in-interest registered to receive such service and by email to the parties listed below.

*/s/ Stephen Sather*
Stephen Sather

Label Matrix for local noticing
0542-1
Case 24-10193-cgb
Western District of Texas
Austin
Wed Apr 10 16:15:27 CDT 2024

Wells Solar & Electrical Services LLC
3805 Bee Creek Road
Spicewood, TX 78669-6596

U.S. BANKRUPTCY COURT
903 SAN JACINTO, SUITE 322
AUSTIN, TX 78701-2450

ABC Home & Commercial Services
9475 E HWY 290
Austin, TX 78724-2303

AT&T
PO Box 6463
Carol Stream, IL 60197-6463

Abigail Ventress
406 N. Lee St.
#103
Round Rock, TX 78664-4313

ActiveProspect, Inc.
PO Box Box 151136
Austin, TX 78715-1136

Alex Sabatier
5212 Welcome Glen
Austin, TX 78759-5613

Alexander Lu
1143 Shady Lane Apt 2301
Austin, TX 78721-3044

Allstate Insurance Company
P.O. Box 4344
Carol Stream, IL 60197-4344

Ally Bank
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

American Express
P.O. Box 570622
Atlanta, GA 30357-3110

Andre Da Silva
4412 Apollonia Way
Leander, TX 78641-4703

Andrew Brannock
5821 Tracyne Drive
Fort Worth, TX 76114-4123

Andrew Edwardsen
820 Camino Vaguero Parkway Apt 6104
Austin, TX 78748-3313

Andrew Page
3211 Canter Lane
Austin, TX 78759-3111

Andrew Salti
1701 Berger Road
La Grange, TX 78945-6165

Andrew Spears
740 Wyle Street
Crowley, TX 76036-3668

Angelena Collier
9024 Northgate Blvd Apt 2178
Austin, TX 78758-8514

AngieLeads aka HomeAdvisor
c/o McCarthy, Burgess & Wolf,
26000 Cannon Rd.
Bedford, OH 44146-1807

Anna Allen & Allen Vanlandingham
17887 FM 56
Kopperl, TX 76652-4744

Annie Nelson
1100 Bee Creek, Road
Spicewood, TX 78669-2124

Armando Fernandez
8005 Scotland Yard
Austin, TX 78759-4312

Armbrust & Brown, PLLC
100 Congress Avenue Suite 1300
Austin, TX 78701-2744

Arthur Tenny
250 Los Encinos Ranch Road
Wimberley, TX 78676-2942

Ashley Simmons
5002 Sandalwood Lane
Arlington, TX 76017-6046

Astrid Roos Sabatier
c/o Tara LeDay
Chamberlain Hrdlicka
1200 Smith Street, Suite 1400
Houston, TX 77002-4496

Attn Recovery: First Citizens Bank & Trust
10201 Centurion Parkway N
Jacksonville, FL 32256-0541

Austin Energy
PO Box 2267
Austin, TX 78768-2267

Austin Kemper
5502 Tipton Drive
Austin, TX 78723-5442

Benchmark International
2009 S Capital of Texas Hwy Suite 300
Austin TX 78746-7740

Benjamin Collier
220 Dashelle Run
Kyle, TX 78640-4946

Better Business Bureau
1805 Rutherford Lane Suite 100
Austin, TX 78754-5185

Bill.com
6220 America Center Drive Suite 100
San Jose, CA 95002

Breck Landry
7324 County Road 3224
Lone Oak, TX 75453-0027

Brenda Wilson
926 Chulie Drive
San Antonio, TX 78216-6522

Brian R Salgado
6506 Santos Street Apt B
Austin, TX 78741-5200

C. Michael Judd
PARSONS BEHLE & LATIMER
201 South Main Street Suite 1800
Salt Lake City, UT 84111-2218

Cade M Adkins
1802 Barton Hills Dr
Austin, TX 78704-3216

Caleb Llanas
13212 Mizzen Street
Manor, TX 78653-3670

Capital One
Po Box 60519
City of Industry, CA 91716-0519

Carl R Wells
3805 Bee Creek Road
Spicewood, TX 78669-6596

Charles House
3010 Polk Street
Killeen, TX 76543-3002

Charles Penny
3532 Guadalupe Road
Fort Worth, TX 76116-6830

Chindedu Kenneth Chuka - Obah
646 Patriot Lane
Irving, TX 75060-4836

Christopher Majka
501 Ocean View Drive
Port Aransas, TX 78373

Christopher Warren
3221 River Lodge Trail S Apt 76116-0873

Cindy J Gomez Soto
15008 Ryman Road
Pflugerville, TX 78660-6243

Cintas
P.O. Box 631025
Cincinnati, OH 45263-1025

City of Austin
PO Box 2267
Austin, TX 78768-2267

Clark Roofing and Construction Inc.
221 Cotton Drive
Woodway, TX 76712-6724

Clayton Foster
1709 Glade Street
College Station, TX 77840-4341

Cloudfund LLC (Delta)
400 Rella Blvd. 165-101
Suffern, NY 10901-4241

Comdata Universal - FleetCor Tech
3280 Peachtree Road Suite 2400
Atlanta, GA 30305-2453

Commercial Collection Corp. of NY, Inc.
34 Seymour Street
Tonawanda, NY 14150-2126

Cons. Elec. Distributors, Inc.
1033 Meister Lane Suite600
Pflugerville, TX 78660-6401

Dan L Eagleman
407 Fourth Street
Marble Falls, TX 78654-5806

Dann Zimmer
115 Mokolea
Bastrop, TX 78602-7104

David A. Nicastro
7 Grove Court 78746-5600

David Meyer
803 Northview Drive
New Braunfels, TX 78130-8329

De Sossamon
520 Stephens Drive
Fort Worth, TX 76126-4401

Deanna Andes
366 Barbara Drive
San Antonio, TX 78216-7405

Derek Adams
4055 Turning Leaf
Nolanville, TX 76559-0010

Dexter Garza
7613 Meador Avenue
Austin, TX 78752-1725

Didier Micoud
125 Craigs Road
Buchanan Dam, TX 78609-4387

Divante L Goodsby
1505 Dakota Trce Apt B
Georgetown, TX 78628

Dror Baldinger
3014 Oneida Drive
San Antonio, TX 78230-3431

Edouard-Alexandre Sabatier
c/o Tara LeDay
Chamberlain Hrdlicka
1200 Smith Street, Suite 1400
Houston, TX 77002-4496

Edward Martinez
12820 North Lamar Boulevard
Austin, TX 78753-1200

Elizabeth Jaimes
10320 Boulder lane Apt 78726-1875

Elizabeth Moon
202 West Caskey Street
Florence, TX 76527-4187

Elliot Electric Supply
PO Box 206524
Dallas, TX 75320-6524

Emmanuel Flores
2706 Cherry Blossom Court
San Marcos, TX 78666-9316

EnFin/Qcells
c/o PARSONS BEHILE
& LATIMER
201 South Main Street Suite 1800
Salt Lake City, UT 84111-2218

Enrique Bonilla
5009 Lott Avenue
Austin, TX 78721-2141

Eric O Highsmith
173 W Oak Loop
Cedar Creek, TX 78612-3267

Euler Hermes agent for SOLIGENT DISTRIBUTION
100 International Dr 22nd Floor
Baltimore, MD 21202-4783

FPC Office Soltuions
2035 Royal Lane Suite 202
Dallas, TX 75229-7205

Faith Bushen
4650 County Road 212
Bertram, TX 78605-4770

Fernando Monroy
210 Merribrook Trail
Duncanville, TX 75116-4615

Ferrin DeLoach
3805 Bee Creek Road
Spicewood, TX 78669-6596

First Citizen Bank
155 Commerce Way
Portsmouth, NH 03801-3243

Frank C. Smith
766 Cielo Springs Dr
Blanco, TX 78606-5564

Frank Smith
766 Ceilo Springs
Blanco, TX 78606-5564

Gabriel Bernal
406 Piccadilly Circle
Burleson, TX 76028-2700

Gabriel Deleon
3221 Keller Springs Road Apt 75006-5144

Gabriele Steffen
1861 Timber Ridge Road
Marble Falls, TX 78654-7803

Genecia Joiner
15950 Paramount Way Apt 4208
Frisco, TX 75033-7288

Gilbert Soto
c/o Jenna Beller Donatiello
Vacek, Kiecke & Colmenero, LLP
PO Box 1845
Austin, TX 78767-1845

Gilberto Soto
1804 Pradera Path
Leander, TX 78641-2643

Grant Carroll
134 Meadowlark Lane
China Spring, TX 76633-2778

(p)GREATAMERICA FINANCIAL SERVICES CORPORATIO
PO BOX 609
CEDAR RAPIDS IA 52406-0609

Guadalupe Garcia
1430 Frontier Valley 102
Austin, TX 78741-5319

Gustavo Gonzalez
1605 Village Park Trail
Burleson, TX 76028-7580

Hernandez Trucking
8344 Vista Del Rio
Downey, CA 90240-2823

Home Solutions
4777 Sharon Rd.
Charlotte, NC 28210-3759

HomeAdvisor
MB&W Bldg. Davina Fredrick, Coll Dept
26000 Cannon Road
Bedford, OH 44146-1807

Howard Kalish
405 Philco Drive
Austin, TX 78745-1917

Hugo O Vidal Santiago
2921 Mohawk Trail 76135-3913

Intent Driver Inc
9692 Melinda Circle
Huntington Beach, CA 92646-8427

Intent Drivers Inc.
9692 Melinda Cir
Huntington Beach, CA 92646-8427

Internal Revenue Service
Centralized Insolvency Office
P.O. Box 7346
Philadelphia, PA 19101-7346

Intuit
2800 E. Commerce Center Place
Tucson, AZ 85706-4560

J Guadalupe Villagrana
1841 Wooten Park Drive  Apt 101
Austin, TX 78757-8255

Jacob D Ramirez
5005 Freidrich Lane
Austin, TX 78744-2710

James Baker
330 Estate West Road
Sherman, TX 75092-4472

James Ortega
2260 FM 215
Gatesville, TX 76528-3383

James Shultz
300 Double M Drive
Wimberley, TX 78676-4301

Jamica Jackson
3702 Antelope Trail
Temple, TX 76504-3604

Jamie Kirk
Assistant Attorney General
12221 Merit Drive, Suite 825
Dallas, Texas 75251-2244

Jane Greenberg
2237 Quenby Street
Houston, TX 77005-1501

Jared Moehring
5529 Santa Barbara Avenue 76114-4545

Jared P Million
501 Lakemont Drive 78634-5356

Javier De La Rosa
1414 Ransom Street
Pflugerville, TX 78660-3109

Javier Pecina
1649 Army Drive 78640-2167

Jay P Robillard
6806 Langston Drive
Austin, TX 78723-2218

Jayme & John Sadlier
19204 Boulder Crest Drive
Pflugerville, TX 78660-3633

Jeff Hoffman
3704 Bonnie Road
Austin, TX 78703-2003

Jenna B. Donatiello, Esq.
PO Box 1845
Austin, TX 78767-1845

Jeri Hilsabeck
18607 White Rim Trail
Leander, TX 78645-2955

Jim Tomlin
111 Oakridge Drive
Whitney, TX 76692-5049

Jobber
2121 Airline Drive  Suite 520
Metairie, LA 70001-5987

Joe Pohlman
10730 Rose Bud Court 75072-6541

Johan Acosta Vasquez
8001 South Frontage Road Apt 933
78744

John  Williams
401 Grandview Place
San Antonio, TX 78209-5405

John C Williams & Associates
P.O. Box 29279
Atlanta, GA 30359-0279

John Klausner
817 Habitat Trail
Mckinney, TX 75071-1908

John Lewis
159 Hill Top Drive
Red Rock, TX 78662-4529

John Seixas
1719 Oak Circle
Scurry, TX 75158-4574

John Walters Jr.
484 Vine Hill Road
Dale, TX 78616

Jonathan Carroll
2906 E MLK Jr. Blvd Apt 3311
Austin, TX 78702-1673

(c)JOSE GERARDO CONDE GOMEZ
3008 DAYSPRING DR
FORT WORTH TX  76140-1764

Juan Delgado
5805 Truett Street
Fort Worth, TX 76119-6754

Julian Cates
514 Saunooke Street
Harker Heights, TX 76548-7501

Karen Guerrero
14010 Mint Trail Drive
San Antonio, TX 78232-3509

Kristen G Shumway, Timothy D Shumway
5101 Brownstone Drive
Houston, TX 77077-1023

Kubota Credit Corporation, USA
P.O. Box 2046
Grapevine, TX 76099-2046

Ky Nguyen
1116 Northwood Circle
Nacogdoches, TX 75965-1983

LG Funding LLC
1218 Union Street
Brooklyn, NY 11225-1512

Lamb's Auto
6813 McNeil Drive
Austin, TX 78729-7683

Leonarda C. Tracy
5303 Verbena Rd
San Antonio, TX 78240-1738

Leonarda Tracy
5303 Verbena Street
San Antonio, TX 78240-1738

Lieberman and Klestzick, LLP
c/o Joe Liberman, Esq.
P.O. Box 356
Cedarhurst, NY 11516-0356

Makoto Saigusa
62 Comal Street
Austin, TX 78702-5343

Manuel Pallares
1809 Bunker Hill Drive
Irving, TX 75061-1803

Marc A Sanchez
1116 S Brighton Avenue
Dallas, TX 75208-7636

Marco Juarez
144 Balch Road  Unit B
Elgin, TX 78621-5642

Marilyn Meriage
171 County Road 486
Lott, TX 76656-3876

Mark D Bedell
200 Songwood
Spicewood, TX 78669-4080

Mark Howell
709 Lakeside Pass
New Braunfels, TX 78130-8232

Martin Rodriguez
37041 Conway Street Apt 121
Dallas, TX 75224

Mary Puryear
11109 Sea Hero Lane
Austin, TX 78748-2918

Matt Bischoff
111 Wagon Wheel Trail
Bertram, TX 78605-4708

Matthew Alms
6150 Alma Road
Mckinney, TX 75070-6855

(p)MCCARTHY  BURGESS & WOLFF
26000 CANNON RD
CLEVELAND OH 44146-1807

Michael Hart
1905 Crooked Lane
Austin, TX 78741-3907

Michael Judge
3225 U.S. 290
Paige, TX 78659

Michael Vent
1350 Live Oak Road
Leander, TX 78641-8479

Miguel Fernandez
2415 Towerwood Drive
Carrollton, TX 75006-7731

Morgan Potter
1411 Oak Grove Drive
Cedar Park, TX 78613-7035

Mosaic
P.O. Box 78080
Phoenix, AZ 85062-8080

Muhammad Abedin
12920 Honey Locust Circle
Euless, TX 76040-7152

Nathan T Hanes
3450 River Park Drive Unite 832b
Fort Worth, TX 76116-0894

Nicholas G Hayes
4506 Turnstone Drive
Austin, TX 78744-4548

Nippon Life  Insurance Co.
655 Third Avenue, 16th Floor
New York, NY 10017-9113

Paul C Camp
2517 Crazy Horse Pass
Austin, TX 78734-2811

Pep Boys / Fleet Dept
34 Seymour Street
Tonawanda, NY 14150-2126

Power Labor Staffing LLC
206 W Main Street
Round Rock, TX 78664-5874

Primer Repair Services LR, LLC
1019 Stoney Hill Drive
Houston, TX 77077-1023

Pro Refrigeration Assay LLC
4717 Priem Lane Suite 101
Pflugerville, TX 78660-7892

Quick Roofing LLC
925 E Kennedale Pkwy
Kennedale, TX 76060-3225

Quinstreet (Modernize Home Services)
804 Congress Avenue
Austin, TX 78701-2651

RTM Engineers & Consultants
7550 Amy Avenue
Fair Oaks, CA 95628-6826

Rajib Joshi Khaitu
262 Harvest Creek
Kyle, TX 78640-3061

Ramon Bocanegra
3709 Bluegrass Drive
Grand Prairie, TX 75052-6800

Randall Coffey
4508 Tejas Trail
Austin, TX 78745-1541

Rebecca & Benny Koonce
208 Alpine Lane
Bertram, TX 78605-4688

Rebecca Becky Koonce and Ben &qu
c/o Abigail Ventress, Attorney
VBPena Law, PLLC
406 N. Lee St., Ste. 103
Round Rock, TX 78664-4313

Rene Hollan
324 Eden Drive
Royse City, TX 75189-4945

Republic Services
1212 Harrison Avenue
Arlington, TX 76011-7332

Retail Capital LLC (Credibly)
Credibly
25200 Telegraph Road Suite 350
Southfield, MI 48033-7416

Rexel
ATTN: CREDIT DEPARTMENT
PO Box 766
Addison, TX 75001-0766

Rexel USA, Inc.
c/o Richard A. Fulton, Coats Rose
9 Greenway Plaza, Suite 1000
Houston, Texas 77046-0900


Richard Evans
207 Herweck Drive
San Antonio, TX 78213-3362

Richard Marchuk
3360 Standard Loop
Belton, TX 76513-6534

Ridge Roofing
11782 Jollyville Road
Austin, TX 78759-3938


Risk Agency
12240 Inwood Road Suite 501
Dallas, TX 75244-8030

Robert Schwenkler
2333 Wards Church Road
La Grange, TX 78945-2263

Rocky Manning
1205 Erie Street
Carrollton, TX 75006-6225


Roger Blair, Caiman Engineering Inc.
16922 Old Washington Road
Nevada City, CA 95959-2342

Ron Sturgeon Real Estate, L.P.
5940 Eden Drive
Haltom City, TX 76117-6121

Rosalyn Tuggle
10028 Palmbrook Drive
Austin, TX 78717-3994


Ruben Fernandez
261 Cascade Trail
Castroville, TX 78009-3600

SOLIGENT DISTRIBUTION, LLC
Soligent Distribution, LLC
P.O. Box 888012
Los Angeles, CA 90088-8012

STEVEN B. BASS
Assistant United States Attorney
903 San Jacinto Blvd., Suite 334
Austin, Texas 78701-2449


Sally Hicks
749 Vista Ridge
Canyon Lake, TX 78133-5450

Sally Paulson
197 Dove Hollow Trail
Georgetown, TX 78633-4880

Sam Ehrnstein
3805 Bee Creek Road
Spicewood, TX 78669-6596


Samuel D Myers
165 N. Buckhorn Drive
Bastrop, TX 78602-5654

Samuel Stenger
8019 Navajo Pass
Leander, TX 78641-4061

Sandeep Shah
639 Point Loma Drive
Frisco, TX 75036-8893


Scott Dorf
6506 Halsey Court
Austin, TX 78739-1508

Sean Khorram
7602 Buck Meadow Drive
Georgetown, TX 78628-3709

Sharon Gilbert
5702 Thunder Oaks
San Antonio, TX 78261-2491


Shawn Funk
3015 Spider Lily
San Antonio, TX 78258-1617

(p)SOLAR MOSAIC LLC
601 12TH STREET STE 325
OAKLAND CA 94607-3296

South Arlington Industrial, LLC
c/o Natalie Overbey
1301 W 7th Street Suite 141
Fort Worth, TX 76102-2652


Spectrum Enterprise
1900 Blue Crest Lane
San Antonio, TX 78247-4315

Stephanie Gilbert
5240 B Pvt Walley
El Paso, TX 79906-3364

Stephanie Goodwin
10505 S IH 35 1735
Austin, TX 78747-2646

Steve Jernigan
6703 Mt. Vernon Road
Burton, TX 77835-5543

Sun Auto Tire & Service
1201 S Alma School Road  Suite 14000
Mesa, AZ 85210-2096

Sunbelt Rentals, Inc.
1275 W. Mound Street
Columbus, OH 43223-2213

(p)SUNNOVA ENERGY CORPORATION
ATTN ATTN LEGAL DEPARTMENT
20 EAST GREENWAY PLAZA
#475
HOUSTON TX 77046-2015

Suzanne Mullane
5 Sparrowglen Lane
Austin, TX 78738-1426

Suzanne Mullane
5 Sparrowglen Lane
The Hills, TX 78738-1426

Terri Welch
501 Stadium Drive
Glen Rose, TX 76043-4635

(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

Texas Ice Machine Company, Inc.
729 3rd Avenue
Dallas, TX 75226-2017

Texas Mutual Insurance Company
PO Box 841843
Dallas, TX 75284-1843

Thad Marsh
24800 U.S. 83
Mountain Home, TX 78058

Thomas Gaines
8414 Woodland Parkway
Boerne, TX 78015

Todd Tibbett
804 Evans Avenue
San Antonio, TX 78209-3649

Tom Mustaine
42 Vanguard Way
Dallas, TX 75243-6510

Tonette Burnam
2304 Amen Corner Road
Pflugerville, TX 78660-5062

Trung Nguyen
3416 Killala Court
Arlington, TX 76014-3215

Tully Brown
400 E. Nakoma
Hutto, TX 78634-5565

Ty Shriver
322 CR 3670
China Spring, TX 76633-4551

US SBA Loan
Little Rock Commercial
Loan Servicing
Center 2120 Riverfront Drive Suite 100
Little Rock, AR 72202-1794

United States Trustee - AU12
United States Trustee
903 San Jacinto Blvd, Suite 230
Austin, TX 78701-2450

Valerie Myers
8513 Bell Mountain Drive
Austin, TX 78730-2831

Vanguard Lease Co
14100 Inwood Rd.
Dallas, TX 75244-3917

Vanguard Leasing
Rob Rogers
14100 Inwood Road
Dallas, TX 75244-3917

Verizon Wireless
P.O. Box 16810
Newark, NJ 07101-6810

Victor Parker
2505 Muzzie Lane
Leander, TX 78641-4421

Wayne Matson
6242 Palmetto Way
San Antonio, TX 78253-5549

Wells Fargo Bank Small Business Lending Divi
PO Box 29482 MAC S4101-08C
Phoenix, AZ 85038-9482

Wells Fargo Commercial Banking
600 S 4th St Fl 13
Minneapolis, MN 55415-1526

Willie & Gwendolyn Shaw
4152 Riata Ranch Road
Waco, TX 76705-3810

Zach Nash
24007 Vecchio
San Antonio, TX 78260-3505

Zachary Mauldin
218 Amber Oak Drive 78640-5270

Zachary Settles
3901 Robert Burns Drive 78749-2424

Charles Murnane
Barron & Newburger PC
7320 N. MoPac Expressway, Ste. 400
Austin, TX 78731-2347

Michael G. Colvard
Martin & Drought, PC
Weston Centre
112 E Pecan St, Suite 1616
San Antonio, TX 78205-8902

Stephen W. Sather
Barron & Newburger, PC
7320 N MoPac Expy, Suite 400
Austin, TX 78731-2347

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Great America Financial Services
P.O. Box 660831
Dallas, TX 75266-0831

McCarthy, Burgess & Wolff
26000 Cannon Rd
Cleveland, OH 44146

Solar Mosaic LLC
601 12th Street Suite 325
Oakland, CA 94607

Sunnova Energy Corporation
20 Greenway Plaza Suite 540
Houston, TX 77046

Texas Comptroller
Bankruptcy Section
PO Box 13528
Austin, TX 78711

(d)Texas Comptroller
Bankruptcy Section
PO Box Box 13528
Austin, TX 78711

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Jose Gerardo Conde Gomez
8028 Wichita Street # 116
Fort Worth, TX 76140

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)DE LAGE LANDEN
FINAICAL SERVICES, INC
5046 Mainway Unit 1
Burlington

(u)Erin Carmean
Address Missing
Address Missing

(d)Jay P. Robillard
6806 Langston Dr
Austin TX 78723-2218

(d)John Williams
401 Grandview Place
San Antonio, TX 78209-5405

(u)Monday.com
6 Yitzhak Sadeh Street
Tel Aviv

(d)RTM Engineers and Consultants
7550 amy ave
Fair Oaks, CA 95628-6826

(u)Rudy Escamilla
Address Missing
Address Missing

End of Label Matrix
Mailable recipients    244
Bypassed recipients      7
Total                  251

Exhibit A
Wells Solar Liquidation Analysis

| Assets: | | | Liquidation Pct. | | Liquidation Amount |
|---|---|---|---|---|---|
| Bank Accounts (as of 4/30) | $ | 10,160.64 | 100% | $ | 10,160.64 |
| Accounts Receivable | $ | 87,054.20 | 25% | $ | 21,763.55 |
| Inventory and Supplies | $ | 586,249.47 | 50% | $ | 293,124.74 |
| Ford F450 | $ | 46,984.00 | 50% | $ | 23,492.00 |
| 2016 Chevrolet Cruze | $ | 3,000.00 | 50% | $ | 1,500.00 |
| Machinery and Equipment | $ | 665,305.38 | 50% | $ | 332,652.69 |
| Total | | | | $ | 682,693.62 |
| | | | | | |
| Less Paid to Secured Creditors | | | | $ | 672,532.98 |
| | | | | | |
| Net | | | | $ | 10,160.64 |

| WELLS SOLAR & ELECTRICAL SERVICES LLC: Year 1 of 5 | Jan-24 | Feb-24 | Mar-24 | Apr-24 | May-24 | Jun-24 | Jul-24 | Aug-24 | Sep-24 | Oct-24 | Nov-24 | Dec-24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Starting Cash | | | | | | | | $ - | $ 209 | $ 418 | $ 627 | $ 836 |
| | | | | | | | | | | | | |
| Projected Income | | | | | | | | | | | | |
| Electrical Contracting Services | | | | | | | | $ 21,000 | $ 21,000 | $ 21,000 | $ 21,000 | $ 21,000 |
| Inventory Sales & Re-Sale | | | | | | | | $ 20,000 | $ 20,000 | $ 20,000 | $ 20,000 | $ 20,000 |
| Solar & Storage Sales - Pending Fed Int. Rate Changes | | | | | | | | $ - | $ - | $ - | $ - | $ - |
| TOTAL PROJECTED INCOME | | | | | | | $ - | $ 41,000 | $ 41,000 | $ 41,000 | $ 41,000 | $ 41,000 |
| | | | | | | | | | | | | |
| Projected Expenses | | | | | | | | | | | | |
| State Taxes | | | | | | | | $ - | $ - | $ - | $ - | $ - |
| Vehicle Lease (1 Vehicle) | | | | | | | | $ 1,515 | $ 1,515 | $ 1,515 | $ 1,515 | $ 1,515 |
| Fuel | | | | | | | | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 |
| Shipping Fees | | | | | | | | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 |
| Warehouse Rent | | | | | | | | $ - | $ - | $ - | $ - | $ - |
| Payroll | | | | | | | | $ - | $ - | $ - | $ - | $ - |
| Subcontractor Fees | | | | | | | | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 |
| Carl Wells Personal Compensation | | | | | | | | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 |
| Inventory | | | | | | | | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 |
| Repairs & Maitenance | | | | | | | | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 |
| Utilities | | | | | | | | $ - | $ - | $ - | $ - | $ - |
| Phone & Internet | | | | | | | | $ - | $ - | $ - | $ - | $ - |
| Insurance - Workers Comp | | | | | | | | $ - | $ - | $ - | $ - | $ - |
| Insurance - General Liability | | | | | | | | $ 200 | $ 200 | $ 200 | $ 200 | $ 200 |
| Insurance - Auto | | | | | | | | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 |
| Platform Fees - Google Admin | | | | | | | | $ 326 | $ 326 | $ 326 | $ 326 | $ 326 |
| Warehouse Expense | | | | | | | | $ - | $ - | $ - | $ - | $ - |
| Professional Services | | | | | | | | $ - | $ - | $ - | $ - | $ - |
| Advertising and Promotion | | | | | | | | $ - | $ - | $ - | $ - | $ - |
| Office expenses | | | | | | | | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 |
| Travel Meals & Lodging | | | | | | | | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 |
| Other Expenses | | | | | | | | $ - | $ - | $ - | $ - | $ - |
| TOTAL PROJECTED EXPENSES | | | $ - | $ - | $ - | $ - | $ - | $ 17,691 | $ 17,691 | $ 17,691 | $ 17,691 | $ 17,691 |
| Payment to Trustee/Attys Fees | | | | | | | | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 |
| Payment to Secured/Priority Creditors | | | | | | | | $ 21,600 | $ 21,600 | $ 21,600 | $ 21,600 | $ 21,600 |
| Projected Ending Cash | | | $ - | $ - | $ - | $ - | $ - | $ 209 | $ 418 | $ 627 | $ 836 | $ 1,045 |

| WELLS SOLAR & ELECTRICAL SERVICES LLC: Year 2 of 5 | Jan-25 | Feb-25 | Mar-25 | Apr-25 | May-25 | Jun-25 | Jul-25 | Aug-25 | Sep-25 | Oct-25 | Nov-25 | Dec-25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Starting Cash | $ 1,045 | $ 1,530 | $ 2,015 | $ 2,500 | $ 2,985 | $ 6,470 | $ 9,955 | $ 13,440 | $ 16,925 | $ 20,410 | $ 20,895 | $ 21,380 |
| | | | | | | | | | | | | |
| Projected Income | | | | | | | | | | | | |
| Electrical Contracting Services | $ 30,000 | $ 30,000 | $ 30,000 | $ 30,000 | $ 35,000 | $ 35,000 | $ 35,000 | $ 35,000 | $ 35,000 | $ 30,000 | $ 30,000 | $ 30,000 |
| Inventory Sales & Re-Sale | $ 20,000 | $ 20,000 | $ 20,000 | $ 20,000 | $ 20,000 | $ 20,000 | $ 20,000 | $ 20,000 | $ 20,000 | $ 20,000 | $ 20,000 | $ 20,000 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Solar & Storage Sales - Pending Fed Int. Rate Changes | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| TOTAL PROJECTED INCOME | $ 50,000 | $ 50,000 | $ 50,000 | $ 50,000 | $ 55,000 | $ 55,000 | $ 55,000 | $ 55,000 | $ 55,000 | $ 50,000 | $ 50,000 | $ 50,000 |
| | | | | | | | | | | | | |
| Projected Expenses | | | | | | | | | | | | |
| State Taxes | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Vehicle Lease | $ 1,515 | $ 1,515 | $ 1,515 | $ 1,515 | $ 1,515 | $ 1,515 | $ 1,515 | $ 1,515 | $ 1,515 | $ 1,515 | $ 1,515 | 1,515 |
| Fuel | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | 1,000 |
| Shipping Fees - Paid through eBay | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | 1,500 |
| Warehouse Rent | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | - |
| Payroll | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | 5,000 |
| Subcontractor Fees | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 4,000 | $ 4,000 | $ 4,000 | $ 4,000 | $ 4,000 | $ 2,000 | $ 2,000 | 2,000 |
| Carl Wells Personal Compensation | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | 8,000 |
| Inventory | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | 2,000 |
| Repairs & Maitenance | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | 250 |
| Utilities | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | - |
| Phone & Internet | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | 500 |
| Insurance - Workers Comp | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | 500 |
| Insurance - General Liability | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | 500 |
| Insurance - Auto | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | 500 |
| Platform Fees - Google Admin | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | 500 |
| Warehouse Expense | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | - |
| Professional Services | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | - |
| Advertising and Promotion | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | 100 |
| Office expenses | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | 50 |
| Travel Meals & Lodging | $ 2,500 | $ 2,500 | $ 2,500 | $ 2,500 | $ 2,500 | $ 2,500 | $ 2,500 | $ 2,500 | $ 2,500 | $ 2,500 | $ 2,500 | 2,500 |
| Other Expenses (HOA, Permit, Utility Fees) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | - |
| TOTAL PROJECTED EXPENSES | $ 26,415 | $ 26,415 | $ 26,415 | $ 26,415 | $ 28,415 | $ 28,415 | $ 28,415 | $ 28,415 | $ 28,415 | $ 26,415 | $ 26,415 | 26,415 |
| Payment to Trustee/Atty Fees | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | 1,500 |
| Payment to Secured/Priority Creditors | $ 21,600 | $ 21,600 | $ 21,600 | 21,600 | $ 21,600 | 21,600 | $ 21,600 | 21,600 | $ 21,600 | 21,600 | $ 21,600 | 21,600 |
| Projected Ending Cash | $ 1,530 | $ 2,015 | $ 2,500 | $ 2,985 | $ 6,470 | $ 9,955 | $ 13,440 | $ 16,925 | $ 20,410 | $ 20,895 | $ 21,380 | $ 21,865 |

| WELLS SOLAR & ELECTRICAL SERVICES LLC: Year 3 of 5 | Jan-26 | Feb-26 | Mar-26 | Apr-26 | May-26 | Jun-26 | Jul-26 | Aug-26 | Sep-26 | Oct-26 | Nov-26 | Dec-26 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Starting Cash | $ 21,865 | $ 22,350 | $ 22,835 | 23,320 | $ 23,805 | $ 27,290 | $ 30,775 | $ 34,260 | $ 37,745 | $ 41,230 | $ 41,715 | $ 42,200 |
| | | | | | | | | | | | | |
| Projected Income | | | | | | | | | | | | |
| Electrical Contracting Services | $ 30,000 | $ 30,000 | $ 30,000 | $ 30,000 | $ 35,000 | $ 35,000 | $ 35,000 | $ 35,000 | $ 35,000 | $ 30,000 | $ 30,000 | $ 30,000 |
| Inventory Sales & Re-Sale | $ 20,000 | $ 20,000 | $ 20,000 | $ 20,000 | $ 20,000 | $ 20,000 | $ 20,000 | $ 20,000 | $ 20,000 | $ 20,000 | $ 20,000 | $ 20,000 |
| Solar & Storage Sales - Pending Fed Int. Rate Changes | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| TOTAL PROJECTED INCOME | $ 50,000 | $ 50,000 | $ 50,000 | $ 50,000 | $ 55,000 | $ 55,000 | $ 55,000 | $ 55,000 | $ 55,000 | $ 50,000 | $ 50,000 | $ 50,000 |
| | | | | | | | | | | | | |
| Projected Expenses | | | | | | | | | | | | |
| State Taxes | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Vehicle Lease | $ 1,515 | $ 1,515 | $ 1,515 | $ 1,515 | $ 1,515 | $ 1,515 | $ 1,515 | $ 1,515 | $ 1,515 | $ 1,515 | $ 1,515 | 1,515 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fuel | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 |
| Shipping Fees - Paid through eBay | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 |
| Warehouse Rent | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Payroll | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 |
| Subcontractor Fees | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 4,000 | $ 4,000 | $ 4,000 | $ 4,000 | $ 4,000 | $ 2,000 | $ 2,000 | $ 2,000 |
| Carl Wells Personal Compensation | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 |
| Inventory | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 |
| Repairs & Maintenance | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 |
| Utilities | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Phone & Internet | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 |
| Insurance - Workers Comp | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 |
| Insurance - General Liability | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 |
| Insurance - Auto | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 |
| Platform Fees - Google Admin | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 |
| Warehouse Expense | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Professional Services | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Advertising and Promotion | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 |
| Office expenses | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 |
| Travel Meals & Lodging | $ 2,500 | $ 2,500 | $ 2,500 | $ 2,500 | $ 2,500 | $ 2,500 | $ 2,500 | $ 2,500 | $ 2,500 | $ 2,500 | $ 2,500 | $ 2,500 |
| Other Expenses (HOA, Permit, Utility Fees) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **TOTAL PROJECTED EXPENSES** | $ 26,415 | $ 26,415 | $ 26,415 | $ 26,415 | $ 28,415 | $ 28,415 | $ 28,415 | $ 28,415 | $ 28,415 | $ 26,415 | $ 26,415 | $ 26,415 |
| Payment to Trustee/Atty Fees | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 |
| Payment to Secured/Priority Creditors | $ 21,600 | $ 21,600 | $ 21,600 | $ 21,600 | $ 21,600 | $ 21,600 | $ 21,600 | $ 21,600 | $ 21,600 | $ 21,600 | $ 21,600 | $ 21,600 |
| **Projected Ending Cash** | $ 22,350 | $ 22,835 | $ 23,320 | $ 23,805 | $ 27,290 | $ 30,775 | $ 34,260 | $ 37,745 | $ 41,230 | $ 41,715 | $ 42,200 | $ 42,685 |

| **WELLS SOLAR & ELECTRICAL SERVICES LLC: Year 4 of 5** | **Jan-27** | **Feb-27** | **Mar-27** | **Apr-27** | **May-27** | **Jun-27** | **Jul-27** | **Aug-27** | **Sep-27** | **Oct-27** | **Nov-27** | **Dec-27** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Starting Cash** | $ 42,685 | $ 43,170 | $ 43,655 | 44,140 | $ 44,625 | $ 48,110 | $ 51,595 | $ 55,080 | $ 58,565 | $ 62,050 | $ 62,535 | $ 63,020 |
| | | | | | | | | | | | | |
| **Projected Income** | | | | | | | | | | | | |
| Electrical Contracting Services | $ 30,000 | $ 30,000 | $ 30,000 | $ 30,000 | $ 35,000 | $ 35,000 | $ 35,000 | $ 35,000 | $ 35,000 | $ 30,000 | $ 30,000 | $ 30,000 |
| Inventory Sales & Re-Sale | $ 20,000 | $ 20,000 | $ 20,000 | $ 20,000 | $ 20,000 | $ 20,000 | $ 20,000 | $ 20,000 | $ 20,000 | $ 20,000 | $ 20,000 | $ 20,000 |
| Solar & Storage Sales - Pending Fed Int. Rate Changes | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **TOTAL PROJECTED INCOME** | $ 50,000 | $ 50,000 | $ 50,000 | $ 50,000 | $ 55,000 | $ 55,000 | $ 55,000 | $ 55,000 | $ 55,000 | $ 50,000 | $ 50,000 | $ 50,000 |
| | | | | | | | | | | | | |
| **Projected Expenses** | | | | | | | | | | | | |
| State Taxes | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Vehicle Lease | $ 1,515 | $ 1,515 | $ 1,515 | $ 1,515 | $ 1,515 | $ 1,515 | $ 1,515 | $ 1,515 | $ 1,515 | $ 1,515 | $ 1,515 | $ 1,515 |
| Fuel | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 |
| Shipping Fees - Paid through eBay | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 |
| Warehouse Rent | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Payroll | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 |
| Subcontractor Fees | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 4,000 | $ 4,000 | $ 4,000 | $ 4,000 | $ 4,000 | $ 2,000 | $ 2,000 | $ 2,000 |
| Carl Wells Personal Compensation | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Inventory | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 |
| Repairs & Maintenance | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 |
| Utilities | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Phone & Internet | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 |
| Insurance - Workers Comp | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 |
| Insurance - General Liability | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 |
| Insurance - Auto | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 |
| Platform Fees - Google Admin | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 |
| Warehouse Expense | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Professional Services | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Advertising and Promotion | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 |
| Office expenses | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 |
| Travel Meals & Lodging | $ 2,500 | $ 2,500 | $ 2,500 | $ 2,500 | $ 2,500 | $ 2,500 | $ 2,500 | $ 2,500 | $ 2,500 | $ 2,500 | $ 2,500 | $ 2,500 |
| Other Expenses | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **TOTAL PROJECTED EXPENSES** | $ 26,415 | $ 26,415 | $ 26,415 | $ 26,415 | $ 28,415 | $ 28,415 | $ 28,415 | $ 28,415 | $ 28,415 | $ 26,415 | $ 26,415 | $ 26,415 |
| Payment to Trustee/Atty Fees | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 |
| Payment to Secured/Priority Creditors | $ 21,600 | $ 21,600 | $ 21,600 | $ 21,600 | $ 21,600 | $ 21,600 | $ 21,600 | $ 21,600 | $ 21,600 | $ 21,600 | $ 21,600 | $ 21,600 |
| **Projected Ending Cash** | $ 43,170 | $ 43,655 | $ 44,140 | $ 44,625 | $ 48,110 | $ 51,595 | $ 55,080 | $ 58,565 | $ 62,050 | $ 62,535 | $ 63,020 | $ 63,505 |

| WELLS SOLAR & ELECTRICAL SERVICES LLC: Year 5 of 5 | Jan-28 | Feb-28 | Mar-28 | Apr-28 | May-28 | Jun-28 | Jul-28 | Aug-28 | Sep-28 | Oct-28 | Nov-28 | Dec-28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Starting Cash** | $ 63,505 | $ 63,990 | $ 64,475 | $ 64,960 | $ 65,445 | $ 68,930 | $ 72,415 | $ 75,900 | $ 80,885 | $ 85,870 | $ 87,855 | $ 89,840 |
| | | | | | | | | | | | | |
| **Projected Income** | | | | | | | | | | | | |
| Electrical Contracting Services | $ 30,000 | $ 30,000 | $ 30,000 | $ 30,000 | $ 35,000 | $ 35,000 | $ 35,000 | $ 35,000 | $ 35,000 | $ 30,000 | $ 30,000 | $ 30,000 |
| Inventory Sales & Re-Sale | $ 20,000 | $ 20,000 | $ 20,000 | $ 20,000 | $ 20,000 | $ 20,000 | $ 20,000 | $ 20,000 | $ 20,000 | $ 20,000 | $ 20,000 | $ 20,000 |
| Solar & Storage Sales - Pending Fed Int. Rate Changes | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| **TOTAL PROJECTED INCOME** | $ 50,000 | $ 50,000 | $ 50,000 | $ 50,000 | $ 55,000 | $ 55,000 | $ 55,000 | $ 55,000 | $ 55,000 | $ 50,000 | $ 50,000 | $ 50,000 |
| | | | | | | | | | | | | |
| **Projected Expenses** | | | | | | | | | | | | |
| State Taxes | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Vehicle Lease | $ 1,515 | $ 1,515 | $ 1,515 | $ 1,515 | $ 1,515 | $ 1,515 | $ 1,515 | $ 1,515 | $ 1,515 | $ 1,515 | $ 1,515 | $ 1,515 |
| Fuel | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 |
| Shipping Fees - Paid through eBay | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 |
| Warehouse Rent | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Payroll | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 |
| Subcontractor Fees | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 4,000 | $ 4,000 | $ 4,000 | $ 4,000 | $ 4,000 | $ 2,000 | $ 2,000 | $ 2,000 |
| Carl Wells Personal Compensation | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 |
| Inventory | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 |
| Repairs & Maitenance | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 |
| Utilities | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Phone & Internet | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 |
| Insurance - Workers Comp | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 |
| Insurance - General Liability | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Insurance - Auto | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 |
| Platform Fees - Google Admin | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 |
| Warehouse Expense | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Professional Services | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Advertising and Promotion | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 |
| Office expenses | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 |
| Travel Meals & Lodging | $ 2,500 | $ 2,500 | $ 2,500 | $ 2,500 | $ 2,500 | $ 2,500 | $ 2,500 | $ 2,500 | $ 2,500 | $ 2,500 | $ 2,500 | $ 2,500 |
| Other Expenses | $ - | | | | | | | | | | | |
| **TOTAL PROJECTED EXPENSES** | $ 26,415 | $ 26,415 | $ 26,415 | $ 26,415 | $ 28,415 | $ 28,415 | $ 28,415 | $ 28,415 | $ 28,415 | $ 26,415 | $ 26,415 | $ 26,415 |
| Payment to Trustee/Atty Fees | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | | | | | |
| Payment to Secured/Priority Creditors | $ 21,600 | $ 21,600 | $ 21,600 | 21,600 | $ 21,600 | 21,600 | $ 21,600 | $ 21,600 | $ 21,600 | $ 21,600 | $ 21,600 | $ 21,600 |
| **Projected Ending Cash** | $ 63,990 | $ 64,475 | $ 64,960 | 65,445 | $ 68,930 | $ 72,415 | $ 75,900 | $ 80,885 | $ 85,870 | $ 87,855 | $ 89,840 | $ 91,825 |

| WELLS SOLAR & ELECTRICAL SERVICES LLC: Year 5 of 5 | Jan-29 | Feb-29 | Mar-29 | Apr-29 | May-29 | Jun-29 | Jul-29 | Aug-29 | Sep-29 | Oct-29 | Nov-29 | Dec-29 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Starting Cash** | $ 91,825 | $ 92,310 | $ 92,795 | $ 93,280 | $ 93,765 | $ 97,250 | $ 100,735 | $ 104,220 | $ 104,220 | $ 104,220 | $ 104,220 | $ 104,220 |
| | | | | | | | | | | | | |
| **Projected Income** | | | | | | | | | | | | |
| Electrical Contracting Services | $ 30,000 | $ 30,000 | $ 30,000 | $ 30,000 | $ 35,000 | $ 35,000 | $ 35,000 | | | | | |
| Inventory Sales & Re-Sale | $ 20,000 | $ 20,000 | $ 20,000 | $ 20,000 | $ 20,000 | $ 20,000 | $ 20,000 | | | | | |
| Solar & Storage Sales - Pending Fed Int. Rate Changes | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | | | | |
| **TOTAL PROJECTED INCOME** | $ 50,000 | $ 50,000 | $ 50,000 | $ 50,000 | $ 55,000 | $ 55,000 | $ 55,000 | $ - | $ - | $ - | $ - | $ - |
| | | | | | | | | | | | | |
| **Projected Expenses** | | | | | | | | | | | | |
| State Taxes | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | | | | |
| Vehicle Lease | $ 1,515 | $ 1,515 | $ 1,515 | $ 1,515 | $ 1,515 | $ 1,515 | $ 1,515 | | | | | |
| Fuel | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | $ 1,000 | | | | | |
| Shipping Fees - Paid through eBay | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | | | | | |
| Warehouse Rent | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | | | | |
| Payroll | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | $ 5,000 | | | | | |
| Subcontractor Fees | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 4,000 | $ 4,000 | $ 4,000 | | | | | |
| Carl Wells Personal Compensation | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | $ 8,000 | | | | | |
| Inventory | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | $ 2,000 | | | | | |
| Repairs & Maintenance | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | $ 250 | | | | | |
| Utilities | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | | | | |
| Phone & Internet | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | | | | | |
| Insurance - Workers Comp | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | | | | | |
| Insurance - General Liability | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | | | | | |
| Insurance - Auto | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | | | | | |
| Platform Fees - Google Admin | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | $ 500 | | | | | |
| Warehouse Expense | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | | | | |
| Professional Services | $ - | $ - | $ - | $ - | $ - | $ - | $ - | | | | | |
| Advertising and Promotion | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | $ 100 | | | | | |
| Office expenses | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | $ 50 | | | | | |
| Travel Meals & Lodging | $ 2,500 | $ 2,500 | $ 2,500 | $ 2,500 | $ 2,500 | $ 2,500 | $ 2,500 | | | | | |

| Other Expenses | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **TOTAL PROJECTED EXPENSES** | $ 26,415 | $ 26,415 | $ 26,415 | $ 26,415 | $ 28,415 | $ 28,415 | $ 28,415 | $ - | $ - | $ - | $ - | $ - |
| Payment to Trustee/Atty Fees | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | $ 1,500 | | | | | |
| Payment to Secured/Priority Creditors | $ 21,600 | $ 21,600 | $ 21,600 | $ 21,600 | $ 21,600 | $ 21,600 | $ 21,600 | | | | | |
| **Projected Ending Cash** | $ 92,310 | $ 92,795 | $ 93,280 | $ 93,765 | $ 97,250 | $ 100,735 | $ 104,220 | $ 104,220 | $ 104,220 | $ 104,220 | $ 104,220 | $ 104,220 |

## Wells Solar & Electrical, LLC Claims Analysis 24-10193

| Creditor Name | Column2 | Scheduled | POC | POC# | Secured? | Priority? | Unsecured? |
|---|---|---|---|---|---|---|---|
| ABC Home & Commercial Services | | $2,090.31 | $422.87 | Claim 35-1 | | | $422.87 |
| Abedin, Muhammad | | $3,350.00 | | | | $3,350.00 | |
| Abedin, Muhammad | | $8,650.00 | | | | | $8,650.00 |
| ActiveProspect, Inc. | | $4,797.00 | | | | | $4,797.00 |
| Adams, Derek | | $1,000.00 | | | | $1,000.00 | |
| Adkins, Cade M | | $3,512.50 | | | | $3,512.50 | |
| Allen, Anna  ( & Allen Vanlandingham) | | $3,350.00 | | | | $3,350.00 | |
| Allstate Insurance Company | | $14,106.16 | | | | | $14,106.16 |
| Ally Bank c/o AIS Portfolio Services, LLC | | | $6,812.03 | Claim 41-1 | | | $6,812.03 |
| Ally Bank c/o AIS Portfolio Services, LLC | | | $7,106.84 | Claim 46-1 | | | $7,106.84 |
| Alms, Matthew | | $1,627.54 | | | | $1,627.54 | |
| American Express | | $244,232.78 | | | | | $244,232.78 |
| Andes, Deanna | | $3,350.00 | | | | $3,350.00 | |
| Andes, Deanna | | $437.96 | | | | | $437.96 |
| AngieLeads aka HomeAdvisor | | $13,585.14 | | | | | $13,585.14 |
| Anna Allen & Allen Vanlandingham | | $33,650.00 | | | | | $33,650.00 |
| Armbrust & Brown, PLLC | | $22,201.50 | $21,715.00 | Claim 58-1 | | | $21,715.00 |
| AT&T | | $15,277.26 | | | | | $15,277.26 |
| Austin Energy | | $2,152.47 | | | | | $2,152.47 |
| Austin II SIV, LLC | | | $56,184.77 | Claim 5-1 | | | $56,184.77 |
| Baker,  James | | $3,612.00 | $6,962.00 | Claim 39-1 | | | $3,612.00 |
| Baker, James | | $3,350.00 | | | | $3,350.00 | |
| Baldinger, Dror | | $14,400.00 | $24,509.01 | Claim 49-1 | | $     3,350.00 | $21,159.01 |
| Bedell, Mark D | | $3,518.38 | $104,313.12 | Claim 53-1 | | $3,350.00 | $100,963.12 |
| Benchmark International | | | $150,000.00 | Claim 20-1 | | | $150,000.00 |
| Bernal, Gabriel | | $1,370.31 | | | | $1,370.31 | |
| Better Business Bureau | | $1,410.00 | | | | | $1,410.00 |
| Bill.com | | $8,953.56 | | | | | $8,953.56 |
| Bischoff, Matt | | $1,000.00 | | | | $1,000.00 | |
| Bocanegra, Ramon | | $3,350.00 | | | | $3,350.00 | |
| Bocanegra, Ramon | | $4,150.00 | | | | | $4,150.00 |
| Bonilla, Enrique | | $1,884.42 | | | | $1,884.42 | |
| Bosque Creek Ranch, LLC | | | $37,000.00 | Claim 47-1 | | | $37,000.00 |
| Brannock, Andrew | | $120.00 | | | | $120.00 | |

| Name | Amount | Amount | Claim | Amount | Amount |
|---|---|---|---|---|---|
| Brown, Tully | $7,089.45 | | | | $7,089.45 |
| Burnam, Tonette | $1,000.00 | | | | $1,000.00 |
| Burnam, Tonette | $11,000.00 | | | | $11,000.00 |
| Bushen, Faith | $3,350.00 | $72,947.15 | Claim 59-1 | $3,350.00 | $ 69,597.15 |
| Camp, Paul C | $3,728.84 | | | $3,728.84 | |
| Capital One | $26,088.36 | $28,093.52 | Claim 31-1 | | $26,088.36 |
| Carroll, Grant | $1,800.00 | | | $1,800.00 | |
| Carroll, Jonathan | $620.00 | | | $620.00 | |
| Cates, Julian | $11,672.00 | $11,672.00 | Claim 8-1 | | $11,672.00 |
| Chuka-Obah, Chindedu Kenneth | $1,000.00 | | | $1,000.00 | |
| Cintas | $464.16 | | | | $464.16 |
| City of Austin | $902.25 | | | | $902.25 |
| Clark Roofing and Construction Inc. | $13,800.00 | $13,800.00 | Claim 43-1 | | $13,800.00 |
| Cloudfund, LLC | $206,210.00 | | | $206,210.00 | |
| Coffey, Randall | $1,000.00 | | | $1,000.00 | |
| Collier, Angelena | $817.99 | | | $817.99 | |
| Collier, Benjamin | $817.99 | | | $817.99 | |
| Comdata Universal - FleetCor Tech | $20,755.73 | | | | $20,755.73 |
| Cons. Elec. Distributors, Inc. | $205,000.00 | | | | $205,000.00 |
| Crum & Forster Specialty Insurance Company | | $0.00 | Claim 57-1 | | |
| Da Silva, Andre | $1,000.00 | | | $1,000.00 | |
| De La Rosa, Javier | $1,735.43 | | | $1,735.43 | |
| De Lage Landen | $9,951.21 | | | $9,951.21 | |
| Deleon, Gabriel | $120.00 | | | $120.00 | |
| Delgado, Juan | $1,839.61 | | | $1,839.61 | |
| Deloach, Ferrin | | $14,400.00 | Claim 62-1 | | $14,400.00 |
| Deloach, Ferrin | | $8,500.00 | Claim 63-1 | | $8,500.00 |
| Deloach, Ferrin | | $769,811.14 | Claim 64-1 | | $769,811.14 |
| Deloach, Ferrin | | $50,000.00 | Claim 65-1 | | $50,000.00 |
| Deloach, Ferrin | | $7,264.00 | Claim 66-1 | | $7,264.00 |
| Dorf, Scott | $32,956.25 | | | | $32,956.25 |
| Eagleman, Dan L | $2,266.55 | | | $2,266.55 | |
| Edwardsen, Andrew | $143.35 | | | $143.35 | |
| Elliot Electric Supply | $10,111.07 | | | | $10,111.07 |
| Emoon, lizabeth | $6,185.00 | | | | $6,185.00 |
| EnFin/Qcells | $1,168,246.00 | | | | $1,168,246.00 |
| Evans, Richard | $3,350.00 | | | $3,350.00 | |

| | | | | | |
|---|---|---|---|---|---|
| Evans, Richard | $9,420.00 | | | | $9,420.00 |
| Fernandez, Armando | $681.00 | | | | $681.00 |
| Fernandez, Ruben | $3,350.00 | | | $3,350.00 | |
| Fernandez, Ruben | $29,650.00 | | | | $29,650.00 |
| FernandezMiguel | $5,052.47 | | | $5,052.47 | |
| First Citizens Bank | $226,744.40 | $14,319.69 | Claim 15-1 | | $14,319.69 |
| First Citizens Bank | | $11,922.82 | Claim 16-2 | $11,922.82 | |
| Flores, Emmanuel | $2,705.29 | | | $2,705.29 | |
| Foster, Clayton | $2,763.00 | | | $2,763.00 | |
| FPC Office Soltuions | $1,549.60 | | | | $1,549.60 |
| Funk, Shawn | $2,250.00 | | | $2,250.00 | |
| Gaines, Thomas | $8,500.00 | | | | $8,500.00 |
| Garcia, Guadalupe | $1,359.20 | | | $1,359.20 | |
| Garza, Dexter | $789.28 | | | $789.28 | |
| Gilbert, Sharon | $3,350.00 | | | $3,350.00 | |
| Gilbert, Sharon | $2,242.95 | | | | $2,242.95 |
| Gilbert, Stephanie | $1,672.24 | | | $1,672.24 | |
| Gomez, Jose Gerardo Conde | $2,642.08 | | | $2,642.08 | |
| Gonzalez, Gustavo | $352.60 | | | $352.60 | |
| Goodsby, Divante L | $120.00 | | | $120.00 | |
| Goodwin, Stephanie | $1,178.10 | | | $1,178.10 | |
| Great America Financial Services | $847.55 | | | | $847.55 |
| Greenberg, Jane | $3,350.00 | $34,262.00 | Claim 33-1 | $3,350.00 | |
| Greenberg, Jane | $30,892.00 | | | | $30,892.00 |
| Guerrero, Karen | $3,350.00 | | | $3,350.00 | |
| Guerrero, Karen | $6,650.00 | $10,000.00 | Claim 2-1 | | $6,650.00 |
| Hanes, Nathan T | $2,459.17 | | | $2,459.17 | |
| Hart, Michael | $3,350.00 | | | $3,350.00 | |
| Hart, Michael | $4,496.00 | | | | $4,496.00 |
| Hayes, Nicholas G | $2,942.39 | $3,807.69 | Claim 78-1 | $3,350.00 | $457.69 |
| Hernandez Trucking | $21,390.00 | | | | $21,390.00 |
| Hicks, Sally | $1,000.00 | | | $1,000.00 | |
| Highsmith, Eric O | $120.00 | | | $120.00 | |
| Hilsabeck, Jeri | $1,000.00 | | | $1,000.00 | |
| Hoffman, Jeff | $3,350.00 | | | $3,350.00 | |
| Hoffman, Jeff | $3,763.50 | | | | $3,763.50 |
| Hollan, Rene | $1,000.00 | | | $1,000.00 | |

| | | | | | |
|---|---|---|---|---|---|
| Home Solutions | $7,446.50 | | | | $7,446.50 |
| HomeAdvisor | $13,585.14 | | | | $13,585.14 |
| House, Charles | $3,350.00 | | | $3,350.00 | |
| House, Charles | $3,763.50 | | | | $3,763.50 |
| Howell, Mark | $3,350.00 | | | $3,350.00 | |
| Howell, Mark | $15,906.00 | | | | $15,906.00 |
| Intent Driver Inc | $13,792.00 | $17,253.00 | Claim 24-1 | | $17,253.00 |
| Internal Revenue Service | $73,398.33 | $83,572.82 | Claim 36-2 | $70,628.27 | $12,944.55 |
| Intuit | $204,454.66 | | | | $204,454.66 |
| Jackson, Jamica | $1,598.37 | | | $1,598.37 | |
| Jaimes, Elizabeth | $1,007.73 | | | $1,007.73 | |
| Jernigan, Steve | $32,240.00 | $35,396.39 | Claim 54-1 | $    3,350.00 | $32,046.39 |
| Jobber | $3,251.02 | | | | $3,251.02 |
| Joiner, Genecia | $1,670.13 | | | $1,670.13 | |
| Juarez, Marco | $2,631.55 | | | $2,631.55 | |
| Judge, Michael | $12,250.00 | $15,570.81 | Claim 50-1 | $    3,350.00 | $12,220.81 |
| Kalish, Howard | $2,319.00 | | | $2,319.00 | |
| Kemper, Austin | $3,350.00 | | | $3,350.00 | |
| Kemper, Austin | $3,150.00 | | | | $3,150.00 |
| Khaitu, Rajib Joshi | $2,045.49 | | | $2,045.49 | |
| Khorram, Sean | $26,650.00 | | | | $26,650.00 |
| Khorram, Sean | $3,350.00 | | | $3,350.00 | |
| Klausner, John | $3,350.00 | | | $3,350.00 | |
| Klausner, John | $3,697.50 | | | | $3,697.50 |
| Koonce, Rebecca & Benny | $25,125.00 | $32,950.89 | Claim 1-1 | $    3,350.00 | $29,600.89 |
| Kubota Credit Corp | $100,473.69 | $99,184.98 | Claim 32-1 | $80,666.93 | $18,518.05 |
| Lamb's Auto | $3,898.14 | | | | $3,898.14 |
| Landry, Breck | $3,350.00 | | | $3,350.00 | |
| Landry, Breck | $12,215.00 | | | | $12,215.00 |
| Lewis, John | $1,000.00 | | | $1,000.00 | |
| LG Funding, LLC | $198,555.00 | $199,228.75 | Claim 34-1 | $199,228.75 | |
| Llanas, Caleb | $1,319.09 | | | $1,319.09 | |
| Lu, Alexander | $1,974.06 | | | $1,974.06 | |
| Majka, Christopher | $1,000.00 | | | $1,000.00 | |
| Manning, Rocky | $1,300.00 | | | $1,300.00 | |
| Marchuk, Richard | $1,000.00 | | | $1,000.00 | |
| Marsh, Thad | $2,920.00 | | | $2,920.00 | |

| Name | Amount | | | | |
|---|---|---|---|---|---|
| Martinez, Edward | $1,644.78 | | | $1,644.78 | |
| Matson, Wayne | $3,350.00 | | | $3,350.00 | |
| Matson, Wayne | $150.00 | | | | $150.00 |
| Mauldin, Zachary | $4,018.14 | | | $4,018.14 | |
| Meriage, Marilyn | $10,350.00 | $10,350.00 | Claim 22-1 | $3,350.00 | $7,000.00 |
| Meyer, David | $3,350.00 | | | $3,350.00 | |
| Meyer, David | $10,892.75 | | | | $10,892.75 |
| Micoud, Didier | $12,000.00 | | | | $12,000.00 |
| Million, Jared P | $4,569.96 | | | $4,569.96 | |
| Moehring, Jared | $1,171.76 | | | $1,171.76 | |
| Monday.com | $14,683.20 | | | | $14,683.20 |
| Monroy, Fernando | $120.00 | | | $120.00 | |
| Moon, Elizabeth | $3,350.00 | | | $3,350.00 | |
| Mrodriguez, artin | $1,624.74 | | | $1,624.74 | |
| Mullane, Suzanne | $1,150.00 | $1,150.00 | Claim 9-1 | $1,150.00 | |
| Mustaine, Tom | $3,350.00 | | | $3,350.00 | |
| Mustaine, Tom | $30,358.83 | | | | $30,358.83 |
| Myers, Samuel D | $20,759.00 | $10,846.17 | Claim 18-1 | $    3,350.00 | $7,496.17 |
| Nash, Zach | $1,000.00 | | | $1,000.00 | |
| Nelson, Annie | $3,350.00 | | | $3,350.00 | |
| Nelson, Willie | $51,054.43 | $54,403.43 | Claim 40-1 | $    3,350.00 | $51,053.43 |
| Nguyen , Ky | $3,350.00 | | | $3,350.00 | |
| Nguyen , Ky | $2,270.00 | | | | $2,270.00 |
| Nguyen, Trung | $3,350.00 | | | $3,350.00 | |
| Nguyen, Trung | $650.00 | | | | $650.00 |
| Nicastro, David A. | $0.00 | | | | $0.00 |
| Nippon Life  Insurance Co. | $1,422.95 | | | | $1,422.95 |
| Ortega, James | $1,000.00 | | | $1,000.00 | |
| Page, Andrew | $2,225.65 | | | $2,225.65 | |
| Pallares, Manuel | $3,484.08 | | | $3,484.08 | |
| Parker, Victor | $1,000.00 | | | $1,000.00 | |
| Paulson, Sally | $3,350.00 | | | $3,350.00 | |
| Paulson, Sally | $11,249.00 | | | | $11,249.00 |
| Pecina, Javier | $2,227.47 | | | $2,227.47 | |
| Penny, Charles | $3,350.00 | | | $3,350.00 | |
| Penny, Charles | $1,290.00 | | | | $1,290.00 |
| Pep Boys / Fleet Dept | $7,174.97 | | | | $7,174.97 |

| Name | | | | | |
|---|---|---|---|---|---|
| Pohlman, Joe | $33,274.00 | $44,927.73 | Claim 51-1 | $  3,350.00 | $41,577.73 |
| Potter, Morgan | $120.00 | | | $120.00 | |
| Power Labor Staffing LLC | $7,175.25 | | | | $7,175.25 |
| Primer Repair Services LR, LLC | $2,850.00 | | | | $2,850.00 |
| Pro Refrigeration Assay LLC | $495.02 | | | | $495.02 |
| PS Business Parks, L.P. | | $14,682.18 | Claim 56-1 | | $14,682.18 |
| Puryear, Mary | $26,800.00 | $26,800.00 | Claim 44-1 | $3,350.00 | $23,450.00 |
| Quick Roofing LLC | $83,946.50 | | | | $83,946.50 |
| Quinstreet (Modernize Home Services) | $3,515.00 | | | | $3,515.00 |
| Ramirez, Jacob D | $1,443.00 | | | $1,443.00 | |
| Republic Services | $434.04 | | | | $434.04 |
| Retail Capital, LLC | $99,089.02 | $99,982.21 | Claim 45-1 | $99,982.21 | |
| Rexel | $473,182.09 | $473,182.09 | Claim 12-1 | | $473,182.09 |
| Ridge Roofing | $20,595.81 | | | | $20,595.81 |
| Risk Agency | $6,828.52 | | | | $6,828.52 |
| Robillard, Jay P | $1,892.28 | $1,892.78 | Claim 25-1 | $1,892.28 | |
| Roger Blair, Caiman Engineering Inc. | $2,275.00 | $3,060.00 | Claim 7-1 | | $2,275.00 |
| RTM Engineers & Consultants | $2,000.00 | $2,600.00 | Claim 11-1 | | $2,000.00 |
| Sabatier, Alex | $14,500.00 | $14,500.00 | Claim 48-1 | $  3,350.00 | $11,150.00 |
| Sadlier, Jayme & John | $1,000.00 | $1,000.00 | Claim 29-1 | $1,000.00 | |
| Saigusa, Makoto | $9,000.00 | $9,000.00 | Claim 10-1 | $3,350.00 | $5,650.00 |
| Salgado, Brian R | $1,174.44 | | | $1,174.44 | |
| Salti, Andrew | $1,000.00 | | | $1,000.00 | |
| Sanchez, Marc A | $1,849.95 | | | $1,849.95 | |
| Santiago, Hugo O Vidal | $2,081.14 | | | $2,081.14 | |
| Schwenkler, Robert | $3,350.00 | | | $3,350.00 | |
| Schwenkler, Robert | $8,150.00 | | | | $8,150.00 |
| Seixas, John | $3,350.00 | | | $3,350.00 | |
| Seixas, John | $11,650.00 | | | | $11,650.00 |
| Setttles, Zachary | $3,993.17 | | | $3,993.17 | |
| Shah, Sandeep | $3,350.00 | | | $3,350.00 | |
| Shah, Sandeep | $6,100.00 | | | | $6,100.00 |
| Shaw, Willie & Gwendolyn | $3,350.00 | | | $3,350.00 | |
| Shaw, Willie & Gwendolyn | $2,467.50 | | | | $2,467.50 |
| Shriver, Ty | $120.00 | | | $120.00 | |
| Shultz, James | $1,000.00 | $1,000.00 | Claim 21-1 | $1,000.00 | |
| Shultz, James | | $1,000.00 | Claim 23-1 | | |

| | | | | | |
|---|---|---|---|---|---|
| Shumway, Kristen G & Timothy D | $7,264.00 | | | | $7,264.00 |
| Simmons, Ashley | $120.00 | | | $120.00 | |
| Smith, Frank | $3,668.18 | $13,837.01 | Claim 26-2 | $3,350.00 | $10,487.01 |
| Solar Mosaic LLC | $28,456.91 | | | | $28,456.91 |
| SOLIGENT DISTRIBUTION, LLC | $24,908.42 | $25,873.31 | Claim 14-1 | | $25,873.31 |
| Sossamon, De | $14,449.85 | $15,677.05 | Claim 60-1 | $3,350.00 | $12,327.05 |
| Soto, Cindy J Gomez | $1,539.11 | | | $1,539.11 | |
| Soto, Gilberto | $22,475.00 | $22,475.00 | Claim 13-1 | $3,350.00 | $ 19,125.00 |
| South Arlington Industrial | $33,943.13 | $181,361.35 | Claim 55-1 | | $181,361.35 |
| Spears, Andrew | $1,233.25 | | | $1,233.25 | |
| Spectrum Enterprise | $2,209.54 | $6,019.09 | Claim 3-1 | | $ 6,019.09 |
| Spectrum Enterprise | | $1,845.73 | Claim 4-1 | | $ 1,845.73 |
| Spectrum Enterprise | | $1,010.77 | Claim 5-1 | | $ 1,010.77 |
| Steffen, Gabriele | $3,350.00 | | | $3,350.00 | |
| Steffen, Gabriele | $1,650.00 | | | | $1,650.00 |
| Stenger, Samuel | $3,000.00 | | | $3,000.00 | |
| Sun Auto Tire & Service | $1,701.17 | $1,701.17 | Claim 27-1 | | $1,701.17 |
| Sunbelt Rentals, Inc. | $18,485.52 | | | | $18,485.52 |
| Sunnova Energy Corporation | $335,256.00 | $138,466.43 | Claim 77-1 | | $138,466.43 |
| Tenny, Arthur | $3,350.00 | | | $3,350.00 | |
| Tenny, Arthur | $6,920.00 | | | | $6,920.00 |
| Texas Comptroller | $5,684.21 | $5,937.58 | Claim 37-1 | $5,937.58 | |
| Texas Comptroller | $64,695.58 | $72,586.40 | Claim 38-1 | $72,586.40 | |
| Texas Ice Machine Company, Inc. | $649.50 | | | | $649.50 |
| Texas Mutual Insurance Company | $8,768.00 | $5,340.60 | Claim 28-1 | | $5,340.60 |
| Tibbett, Todd | $1,000.00 | | | $1,000.00 | |
| Tomlin, Jim | $2,900.00 | | | $2,900.00 | |
| Tracy, Leonarda | $1,000.00 | $1,000.00 | Claim 6-1 | $1,000.00 | |
| Tuggle, Rosalyn | $1,000.00 | | | $1,000.00 | |
| United States Small Business Administration | $2,000,000.00 | $2,000,000.00 | Claim 52-1 | $ 788,604.17 | $1,211,395.83 |
| Vanguard Lease Co | $453,554.05 | | | | $453,554.05 |
| Vasquez, Johan Acosta | $2,140.73 | | | $2,140.73 | |
| Vent, Michael | $1,000.00 | | | $1,000.00 | |
| Verizon Wireless | $0.00 | | | | $0.00 |
| Villagrana, J Guadalupe | $1,907.49 | | | $1,907.49 | |
| Walters, John  Jr. | $3,350.00 | | | $3,350.00 | |
| Walters, John  Jr. | $3,763.50 | | | | $3,763.50 |

| Name | | | | | |
|---|---|---|---|---|---|
| Warren, Christopher | $1,671.69 | | | $1,671.69 | |
| Welch, Terri | $1,000.00 | | | $1,000.00 | |
| Wells Fargo Commercial Banking | $110,621.73 | $110,621.73 | Claim 19-1 | | $110,621.73 |
| Wells, Carl | | $33,274.00 | Claim 67-1 | | $33,274.00 |
| Wells, Carl | | $8,500.00 | Claim 68-1 | | $8,500.00 |
| Wells, Carl | | $14,400.00 | Claim 69-1 | | $14,400.00 |
| Wells, Carl | | $769,811.14 | Claim 70-1 | | $769,811.14 |
| Wells, Carl | | $205,000.00 | Claim 71-1 | | $205,000.00 |
| Wells, Carl | | $50,000.00 | Claim 72-1 | | $50,000.00 |
| Wells, Carl | | $7,264.00 | Claim 73-1 | | $7,264.00 |
| Wells, Carl | | $7,089.45 | Claim 74-1 | | $7,089.45 |
| Wells, Carl | | $2,614,475.75 | Claim 75-1 | | $2,614,475.75 |
| Williams, John | $1,000.00 | | | $1,000.00 | |
| Williams, John | $1,000.00 | | | | $1,000.00 |
| Wilson, Brenda | $3,500.00 | $3,500.00 | Claim 30-1 | | $3,500.00 |
| Zimmer, Dann | $1,000.00 | | | $1,000.00 | |
| Zurich American Insurance Company | | $1.00 | Claim 76-1 | | |
| | | $ 1,475,090.07 | | $ 379,554.48 | $ 10,593,180.49 |