**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| WELLS SOLAR & ELECTRICAL, | § | Case No. 24-10193 |
| SERVICES, LLC | § | Chapter 11 |
| | § | |
| Debtor | | |

**CERTIFICATE OF SERVICE**

Please take notice that on May 30, 2024, a true and correct copy of Debtor's Chapter 11 Subchapter V Plan of Reorganization dated May 28, 2024 (ECF No. 77), the Order Setting Hearing on Confirmation of Plan and Related Deadlines with Notice Thereof (ECF No. 78), and the Ballot for Accepting or Rejecting Plan was served upon the parties on the attached matrix via First Class Mail, postage pre-paid.

Dated: May 30, 2024

Respectfully submitted,

**BARRON & NEWBURGER, P.C.**
7320 N. Mopac Expy, Suite 400
Austin, Texas 78731
(866) 476-9103

/s/ Stephen Sather
Stephen Sather
State Bar No 17657520

*ATTORNEY FOR DEBTOR*

```
Label Matrix for local noticing          Wells Solar & Electrical Services LLC    U.S. BANKRUPTCY COURT
0542-1                                   3805 Bee Creek Road                      903 SAN JACINTO, SUITE 322
Case 24-10193-cgb                        Spicewood, TX 78669-6596                 AUSTIN, TX 78701-2450
Western District of Texas
Austin
Thu May 30 08:17:28 CDT 2024

ABC Home & Commercial Services           AT&T                                     Abigail Ventress
9475 E HWY 290                           PO Box 6463                              406 N. Lee St.
Austin, TX 78724-2303                    Carol Stream, IL 60197-6463              #103
                                                                                  Round Rock, TX 78664-4313


ActiveProspect, Inc.                     Alex Sabatier                            Alex Sabatier
PO Box Box 151136                        5212 Welcome Glen                        c/o Tara LeDay
Austin, TX 78715-1136                    Austin, TX 78759-5613                    1200 Smith St #1200
                                                                                  Houston TX 77002-4372


Alexander Lu                             Allstate Insurance Company               Ally Bank
1143 Shady Lane Apt 2301                 P.O. Box 4344                            AIS Portfolio Services, LLC
Austin, TX 78721-3044                    Carol Stream, IL 60197-4344              4515 N Santa Fe Ave. Dept. APS
                                                                                  Oklahoma City, OK 73118-7901


Ally Bank c/o AIS Portfolio Services, LLC   American Express                      Andre Da Silva
4515 N. Santa Fe Ave. Dept. APS          P.O. Box 570622                          4412 Apollonia Way
Oklahoma City, OK 73118-7901             Atlanta, GA 30357-3110                   Leander, TX 78641-4703


Andrew Brannock                          Andrew Edwardsen                         Andrew Page
5821 Tracyne Drive                       820 Camino Vaquero Parkway Apt 6104      3211 Canter Lane
Fort Worth, TX 76114-4123                Austin, TX 78748-3313                    Austin, TX 78759-3111


Andrew Salti                             Andrew Spears                            Andy Pattillo
1701 Berger Road                         740 Wyle Street                          220 South Fourth Street
La Grange, TX 78945-6165                 Crowley, TX 76036-3668                   Waco, TX 76701-2225


Angelena Collier                         AngieLeads aka HomeAdvisor               Anna Allen & Allen Vanlandingham
9024 Northgate Blvd Apt 2178             c/o McCarthy, Burgess & Wolf,            17887 FM 56
Austin, TX 78758-8514                    26000 Cannon Rd.                         Kopperl, TX 76652-4744
                                         Bedford, OH 44146-1807


Annie Nelson                             Armando Fernandez                        Armbrust & Brown, PLLC
1100 Bee Creek, Road                     8005 Scotland Yard                       100 Congress Avenue Suite 1300
Spicewood, TX 78669-2124                 Austin, TX 78759-4312                    Austin, TX 78701-2744


Arthur Tenny                             Ashley Simmons                           Astrid Roos Sabatier
250 Los Encinos Ranch Road               5002 Sandalwood Lane                     c/o Tara LeDay
Wimberley, TX 78676-2942                 Arlington, TX 76017-6046                 Chamberlain Hrdlicka
                                                                                  1200 Smith Street, Suite 1400
                                                                                  Houston, TX 77002-4496
```

| | | |
|---|---|---|
| Attn Recovery: First Citizens Bank & Trust<br>10201 Centurion Parkway N<br>Jacksonville, FL 32256-0541 | (p)CITY OF AUSTIN   AUSTIN ENERGY<br>ATTN COLLECTIONS DEPARTMENT<br>4815 MUELLER BLVD<br>AUSTIN TX 78723-3573 | Austin Kemper<br>5502 Tipton Drive<br>Austin, TX 78723-5442 |
| Benchmark International<br>2009 S Capital of Texas Hwy Suite 300<br>Austin TX 78746-7740 | Benjamin Collier<br>220 Dashelle Run<br>Kyle, TX 78640-4946 | Better Business Bureau<br>1805 Rutherford Lane Suite 100<br>Austin, TX 78754-5185 |
| Bill.com<br>6220 America Center Drive Suite 100<br>San Jose, CA 95002 | Bosque Creek Ranch, LLC<br>17887 FM 56<br>Kopperl, TX 76652-4744 | Breck Landry<br>7324 County Road 3224<br>Lone Oak, TX 75453-0027 |
| Brenda Wilson<br>926 Chulie Drive<br>San Antonio, TX 78216-6522 | Brian R Salgado<br>6506 Santos Street Apt B<br>Austin, TX 78741-5200 | C. Michael Judd<br>PARSONS BEHLE & LATIMER<br>201 South Main Street Suite 1800<br>Salt Lake City, UT 84111-2218 |
| Cade M Adkins<br>1802 Barton Hills Dr<br>Austin, TX 78704-3216 | Caleb Llanas<br>13212 Mizzen Street<br>Manor, TX 78653-3670 | Capital One<br>Po Box 60519<br>City of Industry, CA 91716-0519 |
| Capital One N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Carl R Wells<br>3805 Bee Creek Road<br>Spicewood, TX 78669-6596 | Carl Wells<br>3805 Bee Creek Road<br>Spicewood, TX 78669-6596 |
| Cellco Partnership d/b/a Verizon Wireless<br>William M Vermette<br>22001 Loudoun County PKWY<br>Ashburn, VA 20147-6122 | Charles House<br>3010 Polk Street<br>Killeen, TX 76543-3002 | Charles Penny<br>3532 Guadalupe Road<br>Fort Worth, TX 76116-6830 |
| Chindedu Kenneth Chuka - Obah<br>646 Patriot Lane<br>Irving, TX 75060-4836 | Christopher Majka<br>501 Ocean View Drive<br>Port Aransas, TX 78373 | Christopher Warren<br>3221 River Lodge Trail S Apt 76116-0873 |
| Cindy J Gomez Soto<br>15008 Ryman Road<br>Pflugerville, TX 78660-6243 | Cintas<br>P.O. Box 631025<br>Cincinnati, OH 45263-1025 | Clark Roofing and Construction Inc.<br>221 Cotton Drive<br>Woodway, TX 76712-6724 |
| Clark Roofing and Construction, Inc.<br>221 Cotton Drive<br>Waco, TX 76712-6724 | Clark Roofing and Construction, Inc.<br>c/o Andy Pattillo<br>Beard Kultgen Brophy Bostwick & Dickson,<br>Waco, Texas 76701 | Clayton Foster<br>1709 Glade Street<br>College Station, TX 77840-4341 |

| | | |
|---|---|---|
| Cloudfund LLC (Delta)<br>400 Rella Blvd. 165-101<br>Suffern, NY 10901-4241 | Comdata Universal - FleetCor Tech<br>3280 Peachtree Road Suite 2400<br>Atlanta, GA 30305-2453 | Commercial Collection Corp. of NY, Inc.<br>34 Seymour Street<br>Tonawanda, NY 14150-2126 |
| Comptroller of Public Accounts<br>C/O Office of the Attorney General<br>Bankruptcy - Collections Division MC-008<br>PO Box 12548<br>Austin TX 78711-2548 | Cons. Elec. Distributors, Inc.<br>1033 Meister Lane Suite600<br>Pflugerville, TX 78660-6401 | Crum & Forster Specialty Insurance Company<br>305 Madison Avenue<br>Attn: Sydney J. Darling<br>Morristown, NJ 07960-6117 |
| Dan L Eagleman<br>407 Fourth Street<br>Marble Falls, TX 78654-5806 | Dann Zimmer<br>115 Mokolea<br>Bastrop, TX 78602-7104 | David A. Nicastro<br>7 Grove Court 78746-5600 |
| David Meyer<br>803 Northview Drive<br>New Braunfels, TX 78130-8329 | De Sossamon<br>520 Stephens Drive<br>Fort Worth, TX 76126-4401 | Deanna Andes<br>366 Barbara Drive<br>San Antonio, TX 78216-7405 |
| Derek Adams<br>4055 Turning Leaf<br>Nolanville, TX 76559-0010 | Dexter Garza<br>7613 Meador Avenue<br>Austin, TX 78752-1725 | Didier Micoud<br>125 Craigs Road<br>Buchanan Dam, TX 78609-4387 |
| Divante L Goodsby<br>1505 Dakota Trce Apt B<br>Georgetown, TX 78628 | Dror Baldinger<br>3014 Oneida Drive<br>San Antonio, TX 78230-3431 | Edouard-Alexandre Sabatier<br>c/o Tara LeDay<br>Chamberlain Hrdlicka<br>1200 Smith Street, Suite 1400<br>Houston, TX 77002-4496 |
| Edward Martinez<br>12820 North Lamar Boulevard<br>Austin, TX 78753-1200 | Elizabeth Jaimes<br>10320 Boulder lane Apt 78726-1875 | Elizabeth Moon<br>202 West Caskey Street<br>Florence, TX 76527-4187 |
| Elliot Electric Supply<br>PO Box 206524<br>Dallas, TX 75320-6524 | Emmanuel Flores<br>2706 Cherry Blossom Court<br>San Marcos, TX 78666-9316 | EnFin/Qcells<br>c/o PARSONS BEHILE<br>& LATIMER<br>201 South Main Street Suite 1800<br>Salt Lake City, UT 84111-2218 |
| Enrique Bonilla<br>5009 Lott Avenue<br>Austin, TX 78721-2141 | Eric O Highsmith<br>173 W Oak Loop<br>Cedar Creek, TX 78612-3267 | Euler Hermes agent for SOLIGENT DISTRIBUTION<br>100 International Dr 22nd Floor<br>Baltimore, MD 21202-4783 |
| FPC Office Soltuions<br>2035 Royal Lane Suite 202<br>Dallas, TX 75229-7205 | Faith Bushen<br>4650 County Road 212<br>Bertram, TX 78605-4770 | Fernando Monroy<br>210 Merribrook Trail<br>Duncanville, TX 75116-4615 |

| | | |
|---|---|---|
| Ferrin DeLoach<br>3805 Bee Creek Road<br>Spicewood, TX 78669-6596 | First Citizen Bank<br>155 Commerce Way<br>Portsmouth, NH 03801-3243 | Frank C. Smith<br>766 Cielo Springs Dr<br>Blanco, TX 78606-5564 |
| Frank Smith<br>766 Ceilo Springs<br>Blanco, TX 78606-5564 | Gabriel Bernal<br>406 Piccadilly Circle<br>Burleson, TX 76028-2700 | Gabriel Deleon<br>3221 Keller Springs Road Apt 75006-5144 |
| Gabriele Steffen<br>1861 Timber Ridge Road<br>Marble Falls, TX 78654-7803 | Gene Wurzel Rosen<br>200 Garden City Plaza<br>Suite 405<br>Garden City, NY 11530<br>Garden City, NY 11530-3338 | Genecia Joiner<br>15950 Paramount Way Apt 4208<br>Frisco, TX 75033-7288 |
| Gilbert Soto<br>c/o Jenna Beller Donatiello<br>Vacek, Kiecke & Colmenero, LLP<br>PO Box 1845<br>Austin, TX 78767-1845 | Gilberto Soto<br>1804 Pradera Path<br>Leander, TX 78641-2643 | Grant Carroll<br>134 Meadowlark Lane<br>China Spring, TX 76633-2778 |
| (p)GREATAMERICA FINANCIAL SERVICES CORPORATIO<br>PO BOX 609<br>CEDAR RAPIDS IA 52406-0609 | Guadalupe Garcia<br>1430 Frontier Valley 102<br>Austin, TX 78741-5319 | Gustavo Gonzalez<br>1605 Village Park Trail<br>Burleson, TX 76028-7580 |
| Hernandez Trucking<br>8344 Vista Del Rio<br>Downey, CA 90240-2823 | Home Solutions<br>4777 Sharon Rd.<br>Charlotte, NC 28210-3759 | HomeAdvisor<br>MB&W Bldg. Davina Fredrick, Coll Dept<br>26000 Cannon Road<br>Bedford, OH 44146-1807 |
| Howard Kalish<br>405 Philco Drive<br>Austin, TX 78745-1917 | Hugo O Vidal Santiago<br>2921 Mohawk Trail 76135-3913 | Intent Driver Inc<br>9692 Melinda Circle<br>Huntington Beach, CA 92646-8427 |
| Intent Drivers Inc.<br>9692 Melinda Cir<br>Huntington Beach, CA 92646-8427 | Internal Revenue Service<br>Centralized Insolvency Office<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Intuit<br>2800 E. Commerce Center Place<br>Tucson, AZ 85706-4560 |
| J Guadalupe Villagrana<br>1841 Wooten Park Drive Apt 101<br>Austin, TX 78757-8255 | Jacob D Ramirez<br>5005 Freidrich Lane<br>Austin, TX 78744-2710 | James Baker<br>330 Estate West Road<br>Sherman, TX 75092-4472 |
| James Ortega<br>2260 FM 215<br>Gatesville, TX 76528-3383 | James Shultz<br>300 Double M Drive<br>Wimberley, TX 78676-4301 | Jamica Jackson<br>3702 Antelope Trail<br>Temple, TX 76504-3604 |

Jamie Kirk
Assistant Attorney General
12221 Merit Drive, Suite 825
Dallas, Texas 75251-2244

Jane Greenberg
2237 Quenby Street
Houston, TX 77005-1501

Jane Greenberg
c/o Daniels & Tredennick PLLC
Attn: J. Maxwell Beatty
6363 Woodway Dr., Suite 700
Houston, TX 77057-1713

Jared Moehring
5529 Santa Barbara Avenue 76114-4545

Jared P Million
501 Lakemont Drive 78634-5356

Javier De La Rosa
1414 Ransom Street
Pflugerville, TX 78660-3109

Javier Pecina
1649 Army Drive 78640-2167

Jay K. Wieser
Wieser Law PLLC
3732 Hulen Street, Suite 100
Fort Worth, TX 76107-6816

Jay P Robillard
6806 Langston Drive
Austin, TX 78723-2218

Jayme & John Sadlier
19204 Boulder Crest Drive
Pflugerville, TX 78660-3633

Jeff Hoffman
3704 Bonnie Road
Austin, TX 78703-2003

Jenna B. Donatiello, Esq.
PO Box 1845
Austin, TX 78767-1845

Jeri Hilsabeck
18607 White Rim Trail
Leander, TX 78645-2955

Jim Tomlin
111 Oakridge Drive
Whitney, TX 76692-5049

Jobber
2121 Airline Drive Suite 520
Metairie, LA 70001-5987

Joe Pohlman
10730 Rose Bud Court 75072-6541

Johan Acosta Vasquez
8001 South Frontage Road Apt 933
78744

John Williams
401 Grandview Place
San Antonio, TX 78209-5405

John C Williams & Associates
P.O. Box 29279
Atlanta, GA 30359-0279

John Klausner
817 Habitat Trail
Mckinney, TX 75071-1908

John Lewis
159 Hill Top Drive
Red Rock, TX 78662-4529

John Seixas
1719 Oak Circle
Scurry, TX 75158-4574

John Walters Jr.
484 Vine Hill Road
Dale, TX 78616

Jonathan Carroll
2906 E MLK Jr. Blvd Apt 3311
Austin, TX 78702-1673

(c)JOSE GERARDO CONDE GOMEZ
3008 DAYSPRING DR
FORT WORTH TX 76140-1764

Juan Delgado
5805 Truett Street
Fort Worth, TX 76119-6754

Julian Cates
514 Saunooke Street
Harker Heights, TX 76548-7501

Karen Guerrero
14010 Mint Trail Drive
San Antonio, TX 78232-3509

Kristen G Shumway, Timothy D Shumway
5101 Brownstone Drive
Houston, TX 77077-1023

Kubota Credit Corporation
PO Box 9013
Addison, Texas 75001-9013

| | | |
|---|---|---|
| Kubota Credit Corporation, USA<br>P.O. Box 2046<br>Grapevine, TX 76099-2046 | Ky Nguyen<br>1116 Northwood Circle<br>Nacogdoches, TX 75965-1983 | LG Funding LLC<br>1218 Union Street<br>Brooklyn, NY 11225-1512 |
| LG Funding LLC<br>200 Garden City Plaza<br>Suite 405<br>Garden City, NY 11530<br>Garden City, NY 11530-3338 | Lamb's Auto<br>6813 McNeil Drive<br>Austin, TX 78729-7683 | Leonarda C. Tracy<br>5303 Verbena Rd<br>San Antonio, TX 78240-1738 |
| Leonarda Tracy<br>5303 Verbena Street<br>San Antonio, TX 78240-1738 | Lieberman and Klestzick, LLP<br>c/o Joe Liberman, Esq.<br>P.O. Box 356<br>Cedarhurst, NY 11516-0356 | Makoto Saigusa<br>62 Comal Street<br>Austin, TX 78702-5343 |
| Manuel Pallares<br>1809 Bunker Hill Drive<br>Irving, TX 75061-1803 | Marc A Sanchez<br>1116 S Brighton Avenue<br>Dallas, TX 75208-7636 | Marco Juarez<br>144 Balch Road Unit B<br>Elgin, TX 78621-5642 |
| Marilyn Meriage<br>171 County Road 486<br>Lott, TX 76656-3876 | Mark D Bedell<br>200 Songwood<br>Spicewood, TX 78669-4080 | Mark Howell<br>709 Lakeside Pass<br>New Braunfels, TX 78130-8232 |
| Martin Rodriguez<br>37041 Conway Street Apt 121<br>Dallas, TX 75224 | Mary Puryear<br>11109 Sea Hero Lane<br>Austin, TX 78748-2918 | Matt Bischoff<br>111 Wagon Wheel Trail<br>Bertram, TX 78605-4708 |
| Matthew Alms<br>6150 Alma Road<br>Mckinney, TX 75070-6855 | (p)MCCARTHY BURGESS & WOLFF<br>26000 CANNON RD<br>CLEVELAND OH 44146-1807 | Michael Hart<br>1905 Crooked Lane<br>Austin, TX 78741-3907 |
| Michael Judge<br>3225 U.S. 290<br>Paige, TX 78659 | Michael Judge<br>Nick Diez / Provident Financial Manageme<br>3130 Wilshire Blvd, Suite 600<br>Santa Monica, CA 90403-2349 | Michael Vent<br>1350 Live Oak Road<br>Leander, TX 78641-8479 |
| Miguel Fernandez<br>2415 Towerwood Drive<br>Carrollton, TX 75006-7731 | Morgan Potter<br>1411 Oak Grove Drive<br>Cedar Park, TX 78613-7035 | Mosaic<br>P.O. Box 78080<br>Phoenix, AZ 85062-8080 |
| Muhammad Abedin<br>12920 Honey Locust Circle<br>Euless, TX 76040-7152 | Nathan T Hanes<br>3450 River Park Drive Unite 832b<br>Fort Worth, TX 76116-0894 | Nicholas G Hayes<br>4506 Turnstone Drive<br>Austin, TX 78744-4548 |

| | | |
|---|---|---|
| Nippon Life Insurance Co.<br>655 Third Avenue, 16th Floor<br>New York, NY 10017-9113 | PS Business Parks, L.P.<br>c/o Michelle E. Shriro<br>Singer & Levick, P.C.<br>16200 Addison Road, Suite 140<br>Addison, TX 75001-5377 | Paul C Camp<br>2517 Crazy Horse Pass<br>Austin, TX 78734-2811 |
| Pep Boys / Fleet Dept<br>34 Seymour Street<br>Tonawanda, NY 14150-2126 | Power Labor Staffing LLC<br>206 W Main Street<br>Round Rock, TX 78664-5874 | Primer Repair Services LR, LLC<br>1019 Stoney Hill Drive<br>Houston, TX 77077-1023 |
| Pro Refrigeration Assay LLC<br>4717 Priem Lane Suite 101<br>Pflugerville, TX 78660-7892 | Quick Roofing LLC<br>925 E Kennedale Pkwy<br>Kennedale, TX 76060-3225 | Quinstreet (Modernize Home Services)<br>804 Congress Avenue<br>Austin, TX 78701-2651 |
| RTM Engineers & Consultants<br>7550 Amy Avenue<br>Fair Oaks, CA 95628-6826 | Rajib Joshi Khaitu<br>262 Harvest Creek<br>Kyle, TX 78640-3061 | Ramon Bocanegra<br>3709 Bluegrass Drive<br>Grand Prairie, TX 75052-6800 |
| Randall Coffey<br>4508 Tejas Trail<br>Austin, TX 78745-1541 | Rebecca & Benny Koonce<br>208 Alpine Lane<br>Bertram, TX 78605-4688 | Rebecca Becky Koonce and Ben &qu<br>c/o Abigail Ventress, Attorney<br>VBPena Law, PLLC<br>406 N. Lee St., Ste. 103<br>Round Rock, TX 78664-4313 |
| Rene Hollan<br>324 Eden Drive<br>Royse City, TX 75189-4945 | Republic Services<br>1212 Harrison Avenue<br>Arlington, TX 76011-7332 | Retail Capital LLC<br>1501 W Fountainhead Pkwy., Ste 630<br>Tempe, AZ 85282-1857 |
| Retail Capital LLC (Credibly)<br>Credibly<br>25200 Telegraph Road Suite 350<br>Southfield, MI 48033-7416 | Rexel<br>ATTN: CREDIT DEPARTMENT<br>PO Box 766<br>Addison, TX 75001-0766 | Rexel USA, Inc.<br>c/o Richard A. Fulton, Coats Rose<br>9 Greenway Plaza, Suite 1000<br>Houston, Texas 77046-0900 |
| Richard Evans<br>207 Herweck Drive<br>San Antonio, TX 78213-3362 | Richard Marchuk<br>3360 Standard Loop<br>Belton, TX 76513-6534 | Ridge Roofing<br>11782 Jollyville Road<br>Austin, TX 78759-3938 |
| Risk Agency<br>12240 Inwood Road Suite 501<br>Dallas, TX 75244-8030 | Robert Schwenkler<br>2333 Wards Church Road<br>La Grange, TX 78945-2263 | Rocky Manning<br>1205 Erie Street<br>Carrollton, TX 75006-6225 |
| Roger Blair, Caiman Engineering Inc.<br>16922 Old Washington Road<br>Nevada City, CA 95959-2342 | Ron Sturgeon Real Estate, L.P.<br>5940 Eden Drive<br>Haltom City, TX 76117-6121 | Rosalyn Tuggle<br>10028 Palmbrook Drive<br>Austin, TX 78717-3994 |

```
Ruben Fernandez                 SOLIGENT DISTRIBUTION, LLC      STEVEN B. BASS
261 Cascade Trail               Soligent Distribution, LLC      Assistant United States Attorney
Castroville, TX 78009-3600      P.O. Box 888012                 903 San Jacinto Blvd., Suite 334
                                Los Angeles, CA 90088-8012      Austin, Texas 78701-2449


Sally Hicks                     Sally Paulson                   Sam Ehrnstein
749 Vista Ridge                 197 Dove Hollow Trail           3805 Bee Creek Road
Canyon Lake, TX 78133-5450      Georgetown, TX 78633-4880       Spicewood, TX 78669-6596


Samuel D Myers                  Samuel Stenger                  Sandeep Shah
165 N. Buckhorn Drive           8019 Navajo Pass                639 Point Loma Drive
Bastrop, TX 78602-5654          Leander, TX 78641-4061          Frisco, TX 75036-8893


Scott Dorf                      Sean Khorram                    Sharon Gilbert
6506 Halsey Court               7602 Buck Meadow Drive          5702 Thunder Oaks
Austin, TX 78739-1508           Georgetown, TX 78628-3709       San Antonio, TX 78261-2491


Shawn Funk                      (p)SOLAR MOSAIC LLC             South Arlington Industrial LLC
3015 Spider Lily                601 12TH STREET STE 325         c/o Wieser Law
San Antonio, TX 78258-1617      OAKLAND CA 94607-3296           3732 Hulen Street Suite 100
                                                                Fort Worth, TX 76107-6816


South Arlington Industrial, LLC Spectrum Enterprise             Stephanie Gilbert
c/o Natalie Overbey             1900 Blue Crest Lane            5240 B Pvt Walley
1301 W 7th Street Suite 141     San Antonio, TX 78247-4315      El Paso, TX 79906-3364
Fort Worth, TX 76102-2652


Stephanie Goodwin               Steve Jernigan                  Sun Auto Tire & Service
10505 S IH 35 1735              6703 Mt. Vernon Road            1201 S Alma School Road  Suite 14000
Austin, TX 78747-2646           Burton, TX 77835-5543           Mesa, AZ 85210-2096


Sunbelt Rentals, Inc.           (p)SUNNOVA ENERGY CORPORATION   Suzanne Mullane
1275 W. Mound Street            ATTN ATTN LEGAL DEPARTMENT      5 Sparrowglen Lane
Columbus, OH 43223-2213         20 EAST GREENWAY PLAZA          Austin, TX 78738-1426
                                #475
                                HOUSTON TX 77046-2015


Suzanne Mullane                 Terri Welch                     (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
5 Sparrowglen Lane              501 Stadium Drive               REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
The Hills, TX 78738-1426        Glen Rose, TX 76043-4635        PO BOX 13528
                                                                AUSTIN TX 78711-3528


Texas Ice Machine Company, Inc. Texas Mutual Insurance Company  Thad Marsh
729 3rd Avenue                  PO Box 841843                   24800 U.S. 83
Dallas, TX 75226-2017           Dallas, TX 75284-1843           Mountain Home, TX 78058
```

| | | |
|---|---|---|
| Thomas Gaines<br>8414 Woodland Parkway<br>Boerne, TX 78015 | Todd Tibbett<br>804 Evans Avenue<br>San Antonio, TX 78209-3649 | Tom Mustaine<br>42 Vanguard Way<br>Dallas, TX 75243-6510 |
| Tonette Burnam<br>2304 Amen Corner Road<br>Pflugerville, TX 78660-5062 | Trung Nguyen<br>3416 Killala Court<br>Arlington, TX 76014-3215 | Tully Brown<br>400 E. Nakoma<br>Hutto, TX 78634-5565 |
| Ty Shriver<br>322 CR 3670<br>China Spring, TX 76633-4551 | US SBA Loan<br>Little Rock Commercial<br>Loan Servicing<br>Center 2120 Riverfront Drive Suite 100<br>Little Rock, AR 72202-1794 | United States Small Business Administration<br>615 E. Houston St., Ste 298<br>San Antonio, TX 78205-2046 |
| United States Trustee - AU12<br>United States Trustee<br>903 San Jacinto Blvd, Suite 230<br>Austin, TX 78701-2450 | Valerie Myers<br>8513 Bell Mountain Drive<br>Austin, TX 78730-2831 | Vanguard Lease Co<br>14100 Inwood Rd.<br>Dallas, TX 75244-3917 |
| Vanguard Leasing<br>Rob Rogers<br>14100 Inwood Road<br>Dallas, TX 75244-3917 | Verizon Wireless<br>P.O. Box 16810<br>Newark, NJ 07101-6810 | Victor Parker<br>2505 Muzzie Lane<br>Leander, TX 78641-4421 |
| Wayne Matson<br>6242 Palmetto Way<br>San Antonio, TX 78253-5549 | Wells Fargo Bank Small Business Lending Divi<br>PO Box 29482 MAC S4101-08C<br>Phoenix, AZ 85038-9482 | Wells Fargo Commercial Banking<br>600 S 4th St Fl 13<br>Minneapolis, MN 55415-1526 |
| Willie & Gwendolyn Shaw<br>4152 Riata Ranch Road<br>Waco, TX 76705-3810 | Willie Nelson<br>c/o Mark Rothbaum & Assoc<br>360 Mill Plain Rd Ste 406<br>Danbury, CT 06811 | Zach Nash<br>24007 Vecchio<br>San Antonio, TX 78260-3505 |
| Zachary Mauldin<br>218 Amber Oak Drive 78640-5270 | Zachary Settlles<br>3901 Robert Burns Drive 78749-2424 | Zurich American Insurace Company<br>ATTN Jessica Melesio<br>PO Box 68549<br>Schaumburg, IL 60168-0549 |
| Charles Murnane<br>Barron & Newburger PC<br>7320 N. MoPac Expressway, Ste. 400<br>Austin, TX 78731-2347 | Michael G. Colvard<br>Martin & Drought, PC<br>Weston Centre<br>112 E Pecan St, Suite 1616<br>San Antonio, TX 78205-8902 | Stephen W. Sather<br>Barron & Newburger, PC<br>7320 N MoPac Expy, Suite 400<br>Austin, TX 78731-2347 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Austin Energy<br>PO Box 2267<br>Austin, TX 78703 | (d)City of Austin<br>PO Box 2267<br>Austin, TX 78768-2267 | Great America Financial Services<br>P.O. Box 660831<br>Dallas, TX 75266-0831 |
| McCarthy, Burgess & Wolff<br>26000 Cannon Rd<br>Cleveland, OH 44146 | Solar Mosaic LLC<br>601 12th Street Suite 325<br>Oakland, CA 94607 | Sunnova Energy Corporation<br>20 Greenway Plaza Suite 540<br>Houston, TX 77046 |
| Texas Comptroller<br>Bankruptcy Section<br>PO Box 13528<br>Austin, TX 78711 | (d)Texas Comptroller<br>Bankruptcy Section<br>PO Box Box 13528<br>Austin, TX 78711 | |

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Jose Gerardo Conde Gomez
8028 Wichita Street # 116
Fort Worth, TX 76140

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)ABC Home and Commercial Services<br>9475 E Hwy 290<br>Austin, TX 78724-2303 | (u)DE LAGE LANDEN<br>FINACIAL SERVICES, INC<br>5046 Mainway Unit 1<br>Burlington | (u)Erin Carmean<br>Address Missing<br>Address Missing |
| (d)Jay P. Robillard<br>6806 Langston Dr<br>Austin TX 78723-2218 | (d)John Williams<br>401 Grandview Place<br>San Antonio, TX 78209-5405 | (u)Monday.com<br>6 Yitzhak Sadeh Street<br>Tel Aviv |
| (d)RTM Engineers and Consultants<br>7550 amy ave<br>Fair Oaks, CA 95628-6826 | (u)Rudy Escamilla<br>Address Missing<br>Address Missing | End of Label Matrix<br>Mailable recipients    266<br>Bypassed recipients      8<br>Total                  274 |