# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| In re: § § **WELLS SOLAR & ELECTRICAL** § **SERVICES, LLC,** § § Debtor. § | Chapter 11 Case No. 24-10193 |

## ENFIN CORP.'S EXHIBIT AND WITNESS LIST FOR THE JUNE 18, 2024 HEARING

| | |
|---|---|
| Lead Case No. 24-10193 | **Debtor:** Wells Solar & Electrical Services, LLC |
| **Witnesses**: None | **Judge:** Honorable Christopher G. Bradley |
| Any witness called or designated by any other party for this hearing | **Courtroom Deputy**: Ronda Farrar |
| Any rebuttal or impeachment witnesses, as necessary | **Hearing Date:** June 18, 2024 |
| Any person present in the courtroom or on the court's conference call line | **Hearing Time:** 10:30 a.m. CT |
| | **Attorney's Name and Contact Information:** C. Michael Judd (pro hac vice) and Misty A. Segura, counsel for EnFin Corp. (801) 536-6648/(713) 212-2643 mjudd@parsonsbehle.com msegura@spencerfane.com |
| EnFin Corp. reserves the right to amend and supplement this list, and it requests the Court take judicial notice of all pleadings and documents filed in the case. | **Nature of Proceedings:** Hearing on EnFin Corp.s' Motion for Relief from Automatic Stay [Docket No. 69] |

| NO.[1] | DESCRIPTION[2] | MARKED | OFFERED | OBJECT | ADMIT | DATE | DISPOSITION AFTER TRIAL |
|---|---|---|---|---|---|---|---|
| M-1 | Complaint filed in Case No. 1:24-CV-00149-DII; *EnFin Corp., vs. Carl Wells and Ferrin DeLoach*; In the United States District Court for the Western District of Texas (02/13/24) | | | | | | |
| | Rebuttal and Impeachment Exhibits | | | | | | |
| | All pleadings, filings, and other documents of record in the Bankruptcy Case | | | | | | |

Respectfully submitted on June 13, 2024.

**SPENCER FANE LLP**

By: /s/ *Misty A. Segura*
MISTY A. SEGURA
TX Bar No. 24033174
Fed. No. 30751
3040 Post Oak Blvd., Ste. 1300
Houston, TX 77056
Office: (713) 212-2643
E-mail: msegura@spencerfane.com

and

**PARSONS BEHLE & LATIMER**

*By: C. Michael Judd*
C. Michael Judd (pro hac vice)
UT Bar No. 14692
201 S. Main St., Ste. 1800
Salt Lake City, UT 84111
Telephone: (801) 536-6648

---

[1] Exhibits will be designated with "M" for Movant.
[2] Exhibits include all attachments, except for proposed orders, filed as part of the designated docket number.

DA 2170009.2

- 3 -

        Email: mjudd@parsonsbehle.com

        *Attorneys for EnFin Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served by the Court's CM/ECF electronic filing system on June 13, 2024, to all parties listed below (by the method indicated) and on all parties of record receiving electronic notice through the Court's electronic notification system (which includes the counsel of record listed below). Any additional method of service will be reflected with a supplemental certificate of service.

*Debtor:*
Wells Solar & Electrical Services, LLC     *Via First Class, U.S. Mail*
3805 Bee Creek Road
Spicewood, Texas 78669

*Debtor's Attorney:*
Stephen Sather     *Via E-mail: ssather@bn-lawyers.com*
Charles Murnane     *cmurnane@bn-lawyers.com*
Barron & Newburger, P.C.
7320 N. Mopac Expressway, Ste. 400
Austin, Texas 78731

*Subchapter V Trustee:*     *Via E-mail: mcolvard@mdtlaw.com*
Michael G. Colvard
Martin & Drought, PC
Weston Centre
112 E Pecan St., Ste. 1616
San Antonio, Texas 78205

**Parties With Filed Notices of Appearance**

*The Texas Comptroller of*
*Public Accounts:*     *Via E-mail: Jamie.kirk@oag.texas.gov*
Jamie Kirk
Texas Attorney General's Office
Bankruptcy & Collections Division
12221 Merit Drive, Suite 825
Dallas, Texas 75251

- 3 -

*Counsel for Ben and Rebecca Koonce:*    *Via E-mail: Blayre@VBPenaLaw.com*
V. Blayre Pena
VBPena Law, PLLC
406 N. Lee St., Ste. 103
Round Rock, Texas 78664

*Ally Bank:*
Attn: AIS Portfolio Services, LLC    *Via E-mail: ECFNotices@aisinfo.com*
Account: XXXXXXXX7138
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

*Counsel for Dror Baldinger:*    *Via E-mail: dritter@ritterspencercheng.com*
David D. Ritter
Ritter Spencer Cheng PLLC
15455 Dallas Parkway, Suite 600
Addison, Texas 75001

*Counsel for Steve Jernigan:*    *Via E-mail: dritter@ritterspencercheng.com*
David D. Ritter
Ritter Spencer Cheng PLLC
15455 Dallas Parkway, Suite 600
Addison, Texas 75001

*Counsel for Michael Judge:*    *Via E-mail: dritter@ritterspencercheng.com*
David D. Ritter
Ritter Spencer Cheng PLLC
15455 Dallas Parkway, Suite 600
Addison, Texas 75001

*Counsel for Joe Pohlman:*    *Via E-mail: dritter@ritterspencercheng.com*
David D. Ritter
Ritter Spencer Cheng PLLC
15455 Dallas Parkway, Suite 600
Addison, Texas 75001

*The United States of America*
*(Small Business Administration):*    *Via E-mail: steven.bass@usdoj.gov*
Steven B. Bass
Assistant United States Attorney
903 San Jacinto Blvd., Suite 334
Austin, Texas 78701

- 5 -

*Counsel for Edouard-Alexandre
Sabatier & Astrid Roos Sabatier:*    Via E-mail: tara.leday@chamberlainlaw.com
Tara T. LeDay
Chamberlain, Hrdlicka
1200 Smith Street, Suite 1400
Houston, TX 77002

*Counsel for Jane Greenberg:*    Via E-mail: max@dtlawyers.com
J. Maxwell Beatty
Daniels & Tredennick PLLC
6363 Woodway Dr., Suite 700
Houston, Texas 77057

*Counsel for PS Business Parks, L.P.:*    Via E-mail: mshriro@singerlevick.com
Michelle E. Shriro, Esq.
Singer & Levick, P.C.
16200 Addison Road, Suite 140
Addison, Texas 75001

*Counsel for Clark Roofing and
Construction, Inc.:*    Via E-mail: Pattillo@thetexasfirm.com
Andy Pattillo
Beard Kultgen Brophy
Bostwick & Dickson, PLLC
220 South Fourth Street
Waco, Texas 76701

*/s/ Misty A. Segura*
Misty A. Segura

DA 2170009.2