**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| In re: | § § § § § § § § | Chapter 11<br>Case No. 24-10193 |
| WELLS SOLAR & ELECTRICAL, SERVICES, LLC, | | |
| Debtor. | | |

**DEBTOR'S EXHIBIT AND WITNESS LIST
FOR STAY RELIEF HEARING ON JUNE 18, 2024**

Debtor Wells Solar & Electrical Services, LLC, identifies the following with respect to the hearing scheduled for June 18, 2024, at 10:30 a.m. CT [ECF No. 70] regarding the motion filed by creditor EnFin Corp. titled *EnFin Corp.'s Motion for Relief from the Automatic Stay* [ECF No. 69], and the response filed by the Debtor [ECF No. 75]:

EXHIBIT REGISTER

| NO. | DESCRIPTION | MARKED | OFFERED | OBJECTION | ADMITTED | DATE | DISPOSITION AFTER TRIAL |
|---|---|---|---|---|---|---|---|
| R-1 | *Complaint* filed in EnFin Corp. v. Carl Wells & Ferrin Deloach, W.D. Tex. Case No. 1:24-CV-00149-DII as D.E. 1 | | | | | | |
| | Rebuttal and Impeachment Exhibits | | | | | | |
| | Pleadings, filings, and other documents of record in the bankruptcy case | | | | | | |

1

<u>WITNESSES</u>

1. Any witness called or designated by any other party.

2. Any rebuttable or impeachment witnesses, as necessary.

3. Any person attending the remote hearing.

Respectfully Submitted,
**BARRON & NEWBURGER, P.C.**
7320 N. MoPac Expressway, Suite 400
Austin, Texas 78731
(512) 476-9103
(512) 279-0310 (Facsimile)
ssather@bn-lawyers.com
dstern@bn-lawyers.com

By: */s/ David N. Stern*
Stephen W. Sather
State Bar No. 17657520
David N. Stern
State Bar No. 24103634
**ATTORNEY FOR DEBTOR**

<u>**CERTIFICATE OF SERVICE**</u>

I certify that I am causing a copy of the foregoing to be filed through the Court's CM/ECF system and thereby automatically served upon all registered parties.

/s/ *David N. Stern*