

**SO ORDERED.**

**SIGNED this 18th day of June, 2024.**

_____
**CHRISTOPHER G. BRADLEY**
**UNITED STATES BANKRUPTCY JUDGE**

_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| **WELLS SOLAR & ELECTRICAL** | § | **Chapter 11** |
| **SERVICES, LLC,** | § | |
| | § | **Case No. 24-10193** |
| Debtor. | § | |



**ORDER GRANTING ENFIN CORP.'S MOTION FOR RELIEF**
**FROM AUTOMATIC STAY**

On this day came to be considered Creditor EnFin Corp.'s ("EnFin") Motion for Relief from Automatic Stay ("Motion"). After considering the Motion, its exhibits, any briefing supporting or opposing the relief sought therein, the arguments of counsel, and the Court's entire file, the Court finds that the Motion has merit and should be GRANTED.

It is therefore ORDERED that EnFin's Motion for Relief from Automatic Stay is GRANTED, lifting the stay for the claims that EnFin is pursuing outside of this Court against non-debtors Carl Wells and Ferrin DeLoach, and that any objections thereto are entirely OVERRULED.

1

It is further ORDERED that there shall be no 14-day stay after the entry of this Order under Federal Rule of Bankruptcy Procedure Rule 4001, and EnFin may proceed with the prosecution of its claims against non-debtors Carl Wells and Ferrin DeLoach immediately upon entry of this Order.

This is a final and appealable Order.

### 

