

**SO ORDERED.**

**SIGNED this 18th day of June, 2024.**

*Christopher G. Bradley*
_____
**CHRISTOPHER G. BRADLEY**
**UNITED STATES BANKRUPTCY JUDGE**

_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **In re:** | § § § § § § § § § | |
| **WELLS SOLAR & ELECTRICAL SERVICES, LLC,** | | **Chapter 11** |
| | | **Case No. 24-10193** |
| Debtor. | | |

**ORDER GRANTING ENFIN CORP.'S MOTION FOR RELIEF FROM AUTOMATIC STAY**

On this day came to be considered Creditor EnFin Corp.'s ("EnFin") Motion for Relief from Automatic Stay ("Motion"). After considering the Motion, its exhibits, any briefing supporting or opposing the relief sought therein, the arguments of counsel, and the Court's entire file, the Court finds that the Motion has merit and should be GRANTED.

It is therefore ORDERED that EnFin's Motion for Relief from Automatic Stay is GRANTED, lifting the stay for the claims that EnFin is pursuing outside of this Court against non-debtors Carl Wells and Ferrin DeLoach, and that any objections thereto are entirely OVERRULED.

*[DENIED stamp overlaid on order]*

1

It is further ORDERED that there shall be no 14-day stay after the entry of this Order under Federal Rule of Bankruptcy Procedure Rule 4001, and EnFin may proceed with the prosecution of its claims against non-debtors Carl Wells and Ferrin DeLoach immediately upon entry of this Order.

This is a final and appealable Order.

### 



United States Bankruptcy Court

Western District of Texas

| | |
|---|---|
| In re: | Case No. 24-10193-cgb |
| Wells Solar & Electrical Services LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 18, 2024 | Form ID: pdfintp | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| cr | + | EnFin Corp., c/o Misty A. Segura, Spencer Fane LLP, 3040 Post Oak Blvd., Ste. 1400, Houston, TX 77056 UNITED STATES 77056-6584 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2024        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abigail Ventress | on behalf of Creditor Ben "Benny" Koonce abigail@vbpenalaw.com paralegal@vbpenalaw.com;Blayre@vbpenalaw.com |
| Abigail Ventress | on behalf of Creditor Rebecca "Becky" Koonce abigail@vbpenalaw.com paralegal@vbpenalaw.com;Blayre@vbpenalaw.com |
| Andrew Lamb Pattillo | on behalf of Creditor Clark Roofing and Construction Inc. pattillo@thetexasfirm.com |
| Charles Murnane | on behalf of Debtor Wells Solar & Electrical Services LLC murnaneci@yahoo.com cchristensen@bn-lawyers.com;plevine@bn-lawyers.com;mcalderon@bn-lawyers.com |
| David D. Ritter | on behalf of Creditor Dror Baldinger dritter@ritterspencer.com |
| David D. Ritter | |

24-10193-cgb Doc#86 Filed 06/20/24 Entered 06/20/24 23:24:32 Imaged Certificate of Notice Pg 4 of 4

| District/off: 0542-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 18, 2024 | Form ID: pdfintp | Total Noticed: 1 |

David D. Ritter
    on behalf of Creditor Faith Bushen dritter@ritterspencer.com

David D. Ritter
    on behalf of Creditor De Sossamon dritter@ritterspencer.com

David D. Ritter
    on behalf of Creditor Joe Pohlman dritter@ritterspencer.com

David D. Ritter
    on behalf of Creditor Steve Jernigan dritter@ritterspencer.com

David D. Ritter
    on behalf of Creditor M Judge dritter@ritterspencer.com

David Neal Stern
    on behalf of Debtor Wells Solar & Electrical Services LLC dstern@bn-lawyers.com davidnstern@gmail.com;mcalderon@bn-lawyers.com;plevine@bn-lawyers.com;cchristensen@bn-lawyers.com

Gary W. Wright
    on behalf of U.S. Trustee United States Trustee - AU12 gary.wright3@usdoj.gov

Jamie Kirk
    on behalf of Creditor Texas Comptroller of Public Accounts Revenue Accounting Division bk-jkirk@texasattorneygeneral.gov, sherri.simpson@oag.texas.gov

Jon Maxwell Beatty
    on behalf of Creditor Jane Greenberg max@dtlawyers.com 7671921420@filings.docketbird.com

Michael G. Colvard
    on behalf of Trustee Michael G. Colvard mcolvard@mdtlaw.com mcolvard@ecf.axosfs.com;amartinez@mdtlaw.com

Michael G. Colvard
    mcolvard@mdtlaw.com mcolvard@ecf.axosfs.com;amartinez@mdtlaw.com

Michelle E. Shriro
    on behalf of Creditor PS Business Parks L.P. mshriro@singerlevick.com, scotton@singerlevick.com;tguillory@singerlevick.com

Misty Ann Segura
    on behalf of Creditor EnFin Corp. msegura@spencerfane.com misty-segura-9690@ecf.pacerpro.com

Richard Alan Fulton
    on behalf of Creditor Rexel USA Inc. rfulton@coatsrose.com, vhernandez@coatsrose.com

Stephen W. Sather
    on behalf of Debtor Wells Solar & Electrical Services LLC ssather@bn-lawyers.com phammer@bn-lawyers.com;cmurnane@bn-lawyers.com;plevine@bn-lawyers.com;cchristensen@bn-lawyers.com;BarronNewburgerPCAustin@jubileebk.net;mcalderon@bn-lawyers.com;kparsley@bn-lawyers.com

Steven B. Bass
    on behalf of Creditor United States Small Business Administration Steven.Bass@usdoj.gov tina.travieso@usdoj.gov

Tara T. LeDay
    on behalf of Creditor Astrid Roos Sabatier TARA.LEDAY@CHAMBERLAINLAW.COM lisa.adair@chamberlainlaw.com;vcovington@mvbalaw.com;bankruptcy@mvbalaw.com;Crystal.eudy@mvbalaw.com;Karla.alexander@mvbalaw.com;valerie.herrera@chamberlainlaw.com;lara.coleman@chamberlainlaw.com

Tara T. LeDay
    on behalf of Creditor Edouard-Alexandre Sabatier TARA.LEDAY@CHAMBERLAINLAW.COM lisa.adair@chamberlainlaw.com;vcovington@mvbalaw.com;bankruptcy@mvbalaw.com;Crystal.eudy@mvbalaw.com;Karla.alexander@mvbalaw.com;valerie.herrera@chamberlainlaw.com;lara.coleman@chamberlainlaw.com

United States Trustee - AU12
    ustpregion07.au.ecf@usdoj.gov

TOTAL: 24