**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | Case No. 24-10193 |
| WELLS SOLAR & ELECTRICAL | § | |
| SERVICES, LLC | § | |
| | § | |
| Debtor | | |

### NOTICE OF HEARING

**PLEASE TAKE NOTICE THAT,** a Hearing on the Debtor's Chapter 11 Subchapter V Plan **(Docket # 77)**, will take place on **July 18, 2024 at 11:00 A.M., at Austin Courtroom 2, located at 903 San Jacinto Blvd., Austin, TX 78701.**

**Dated: July 3, 2024**

                Respectfully Submitted,

                BARRON & NEWBURGER, P.C.
                7320 N. Mopac Expwy, Suite 400
                Austin, Texas 78731
                (512) 476-9103 Ext. 220
                (512) 476-9253 Facsimile

                /s/*Stephen W. Sather*
                Stephen W. Sather
                State Bar No. 17657520
                **ATTORNEY FOR DEBTOR**

## **CERTIFICATE OF SERVICE**

I certify that on July 3, 2024 a copy of the foregoing Notice was served by first class mail, postage prepaid and properly addressed, by the Court's CM/ECF system to all parties registered to receive such service, to all parties listed on the attached Service List.

                                                 */s/ Stephen W. Sather*
                                                 Stephen W. Sather

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-1<br>Case 24-10193-cgb<br>Western District of Texas<br>Austin<br>Wed Jul  3 09:18:41 CDT 2024 | United States Trustee (SMG111)<br>United States Trustee<br>903 San Jacinto Blvd, Suite 230<br>Austin, TX 78701-2450 | Wells Solar & Electrical Services LLC<br>3805 Bee Creek Road<br>Spicewood, TX 78669-6596 |
| U.S. BANKRUPTCY COURT<br>903 SAN JACINTO, SUITE 322<br>AUSTIN, TX 78701-2450 | ABC Home & Commercial Services<br>9475 E HWY 290<br>Austin, TX 78724-2303 | AT&T<br>PO Box 6463<br>Carol Stream, IL 60197-6463 |
| Abigail Ventress<br>406 N. Lee St.<br>#103<br>Round Rock, TX 78664-4313 | ActiveProspect, Inc.<br>PO Box Box 151136<br>Austin, TX 78715-1136 | Alex Sabatier<br>5212 Welcome Glen<br>Austin, TX 78759-5613 |
| Alex Sabatier<br>c/o Tara LeDay<br>1200 Smith St #1200<br>Houston TX 77002-4372 | Alexander Lu<br>1143 Shady Lane Apt 2301<br>Austin, TX 78721-3044 | Allstate Insurance Company<br>P.O. Box 4344<br>Carol Stream, IL 60197-4344 |
| Ally Bank<br>AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Ally Bank c/o AIS Portfolio Services, LLC<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | American Express<br>P.O. Box 570622<br>Atlanta, GA 30357-3110 |
| Andre Da Silva<br>4412 Apollonia Way<br>Leander, TX 78641-4703 | Andrew Brannock<br>5821 Tracyne Drive<br>Fort Worth, TX 76114-4123 | Andrew Edwardsen<br>820 Camino Vaguero Parkway Apt 6104<br>Austin, TX 78748-3313 |
| Andrew Page<br>3211 Canter Lane<br>Austin, TX 78759-3111 | Andrew Salti<br>1701 Berger Road<br>La Grange, TX 78945-6165 | Andrew Spears<br>740 Wyle Street<br>Crowley, TX 76036-3668 |
| Andy Pattillo<br>220 South Fourth Street<br>Waco, TX 76701-2225 | Angelena Collier<br>9024 Northgate Blvd Apt 2178<br>Austin, TX 78758-8514 | AngieLeads aka HomeAdvisor<br>c/o McCarthy, Burgess & Wolf,<br>26000 Cannon Rd.<br>Bedford, OH 44146-1807 |
| Anna Allen & Allen Vanlandingham<br>17887 FM 56<br>Kopperl, TX 76652-4744 | Annie Nelson<br>1100 Bee Creek, Road<br>Spicewood, TX 78669-2124 | Armando Fernandez<br>8005 Scotland Yard<br>Austin, TX 78759-4312 |
| Armbrust & Brown, PLLC<br>100 Congress Avenue Suite 1300<br>Austin, TX 78701-2744 | Arthur Tenny<br>250 Los Encinos Ranch Road<br>Wimberley, TX 78676-2942 | Ashley Simmons<br>5002 Sandalwood Lane<br>Arlington, TX 76017-6046 |

| | | |
|---|---|---|
| Astrid Roos Sabatier<br>c/o Tara LeDay<br>Chamberlain Hrdlicka<br>1200 Smith Street, Suite 1400<br>Houston, TX 77002-4496 | Attn Recovery: First Citizens Bank & Trust<br>10201 Centurion Parkway N<br>Jacksonville, FL 32256-0541 | (p)CITY OF AUSTIN    AUSTIN ENERGY<br>ATTN COLLECTIONS DEPARTMENT<br>4815 MUELLER BLVD<br>AUSTIN TX 78723-3573 |
| Austin Kemper<br>5502 Tipton Drive<br>Austin, TX 78723-5442 | Benchmark International<br>2009 S Capital of Texas Hwy Suite 300<br>Austin TX 78746-7740 | Benjamin Collier<br>220 Dashelle Run<br>Kyle, TX 78640-4946 |
| Better Business Bureau<br>1805 Rutherford Lane Suite 100<br>Austin, TX 78754-5185 | Bill.com<br>6220 America Center Drive Suite 100<br>San Jose, CA 95002 | Bosque Creek Ranch, LLC<br>17887 FM 56<br>Kopperl, TX 76652-4744 |
| Breck Landry<br>7324 County Road 3224<br>Lone Oak, TX 75453-0027 | Brenda Wilson<br>926 Chulie Drive<br>San Antonio, TX 78216-6522 | Brian R Salgado<br>6506 Santos Street Apt B<br>Austin, TX 78741-5200 |
| C. Michael Judd<br>PARSONS BEHLE & LATIMER<br>201 South Main Street Suite 1800<br>Salt Lake City, UT 84111-2218 | Cade M Adkins<br>1802 Barton Hills Dr<br>Austin, TX 78704-3216 | Caleb Llanas<br>13212 Mizzen Street<br>Manor, TX 78653-3670 |
| Capital One<br>Po Box 60519<br>City of Industry, CA 91716-0519 | Capital One N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Carl R Wells<br>3805 Bee Creek Road<br>Spicewood, TX 78669-6596 |
| Carl Wells<br>3805 Bee Creek Road<br>Spicewood, TX 78669-6596 | Cellco Partnership d/b/a Verizon Wireless<br>William M Vermette<br>22001 Loudoun County PKWY<br>Ashburn, VA 20147-6122 | Charles House<br>3010 Polk Street<br>Killeen, TX 76543-3002 |
| Charles Penny<br>3532 Guadalupe Road<br>Fort Worth, TX 76116-6830 | Chindedu Kenneth Chuka - Obah<br>646 Patriot Lane<br>Irving, TX 75060-4836 | Christopher Majka<br>501 Ocean View Drive<br>Port Aransas, TX 78373 |
| Christopher Warren<br>3221 River Lodge Trail S Apt 76116-0873 | Cindy J Gomez Soto<br>15008 Ryman Road<br>Pflugerville, TX 78660-6243 | Cintas<br>P.O. Box 631025<br>Cincinnati, OH 45263-1025 |
| Clark Roofing and Construction Inc.<br>221 Cotton Drive<br>Woodway, TX 76712-6724 | Clark Roofing and Construction, Inc.<br>221 Cotton Drive<br>Waco, TX 76712-6724 | Clark Roofing and Construction, Inc.<br>c/o Andy Pattillo<br>Beard Kultgen Brophy Bostwick & Dickson,<br>Waco, Texas 76701 |

| | | |
|---|---|---|
| Clayton Foster<br>1709 Glade Street<br>College Station, TX 77840-4341 | Cloudfund LLC (Delta)<br>400 Rella Blvd. 165-101<br>Suffern, NY 10901-4241 | Comdata Universal - FleetCor Tech<br>3280 Peachtree Road Suite 2400<br>Atlanta, GA 30305-2453 |
| Commercial Collection Corp. of NY, Inc.<br>34 Seymour Street<br>Tonawanda, NY 14150-2126 | Comptroller of Public Accounts<br>C/O Office of the Attorney General<br>Bankruptcy - Collections Division MC-008<br>PO Box 12548<br>Austin TX 78711-2548 | Cons. Elec. Distributors, Inc.<br>1033 Meister Lane Suite600<br>Pflugerville, TX 78660-6401 |
| Crum & Forster Specialty Insurance Company<br>305 Madison Avenue<br>Attn: Sydney J. Darling<br>Morristown, NJ 07960-6117 | Dan L Eagleman<br>407 Fourth Street<br>Marble Falls, TX 78654-5806 | Dann Zimmer<br>115 Mokolea<br>Bastrop, TX 78602-7104 |
| David A. Nicastro<br>7 Grove Court 78746-5600 | David Meyer<br>803 Northview Drive<br>New Braunfels, TX 78130-8329 | De Sossamon<br>520 Stephens Drive<br>Fort Worth, TX 76126-4401 |
| Deanna Andes<br>366 Barbara Drive<br>San Antonio, TX 78216-7405 | Derek Adams<br>4055 Turning Leaf<br>Nolanville, TX 76559-0010 | Dexter Garza<br>7613 Meador Avenue<br>Austin, TX 78752-1725 |
| Didier Micoud<br>125 Craigs Road<br>Buchanan Dam, TX 78609-4387 | Divante L Goodsby<br>1505 Dakota Trce Apt B<br>Georgetown, TX 78628 | Dror Baldinger<br>3014 Oneida Drive<br>San Antonio, TX 78230-3431 |
| Edouard-Alexandre Sabatier<br>c/o Tara LeDay<br>Chamberlain Hrdlicka<br>1200 Smith Street, Suite 1400<br>Houston, TX 77002-4496 | Edward Martinez<br>12820 North Lamar Boulevard<br>Austin, TX 78753-1200 | Elizabeth Jaimes<br>10320 Boulder lane Apt 78726-1875 |
| Elizabeth Moon<br>202 West Caskey Street<br>Florence, TX 76527-4187 | Elliot Electric Supply<br>PO Box 206524<br>Dallas, TX 75320-6524 | Emmanuel Flores<br>2706 Cherry Blossom Court<br>San Marcos, TX 78666-9316 |
| EnFin/Qcells<br>c/o PARSONS BEHILE<br>& LATIMER<br>201 South Main Street Suite 1800<br>Salt Lake City, UT 84111-2218 | Enrique Bonilla<br>5009 Lott Avenue<br>Austin, TX 78721-2141 | Eric O Highsmith<br>173 W Oak Loop<br>Cedar Creek, TX 78612-3267 |
| Euler Hermes agent for SOLIGENT DISTRIBUTION<br>100 International Dr 22nd Floor<br>Baltimore, MD 21202-4783 | FPC Office Soltuions<br>2035 Royal Lane Suite 202<br>Dallas, TX 75229-7205 | Faith Bushen<br>4650 County Road 212<br>Bertram, TX 78605-4770 |

Fernando Monroy
210 Merribrook Trail
Duncanville, TX 75116-4615

Ferrin DeLoach
3805 Bee Creek Road
Spicewood, TX 78669-6596

First Citizen Bank
155 Commerce Way
Portsmouth, NH 03801-3243

Frank C. Smith
766 Cielo Springs Dr
Blanco, TX 78606-5564

Frank Smith
766 Ceilo Springs
Blanco, TX 78606-5564

Gabriel Bernal
406 Piccadilly Circle
Burleson, TX 76028-2700

Gabriel Deleon
3221 Keller Springs Road Apt 75006-5144

Gabriele Steffen
1861 Timber Ridge Road
Marble Falls, TX 78654-7803

Gene Wurzel Rosen
200 Garden City Plaza
Suite 405
Garden City, NY 11530
Garden City, NY 11530-3338

Genecia Joiner
15950 Paramount Way Apt 4208
Frisco, TX 75033-7288

Gilbert Soto
c/o Jenna Beller Donatiello
Vacek, Kiecke & Colmenero, LLP
PO Box 1845
Austin, TX 78767-1845

Gilberto Soto
1804 Pradera Path
Leander, TX 78641-2643

Grant Carroll
134 Meadowlark Lane
China Spring, TX 76633-2778

(p)GREATAMERICA FINANCIAL SERVICES CORPORATIO
PO BOX 609
CEDAR RAPIDS IA 52406-0609

Guadalupe Garcia
1430 Frontier Valley 102
Austin, TX 78741-5319

Gustavo Gonzalez
1605 Village Park Trail
Burleson, TX 76028-7580

Hernandez Trucking
8344 Vista Del Rio
Downey, CA 90240-2823

Home Solutions
4777 Sharon Rd.
Charlotte, NC 28210-3759

HomeAdvisor
MB&W Bldg. Davina Fredrick, Coll Dept
26000 Cannon Road
Bedford, OH 44146-1807

Howard Kalish
405 Philco Drive
Austin, TX 78745-1917

Hugo O Vidal Santiago
2921 Mohawk Trail 76135-3913

Intent Driver Inc
9692 Melinda Circle
Huntington Beach, CA 92646-8427

Intent Drivers Inc.
9692 Melinda Cir
Huntington Beach, CA 92646-8427

Internal Revenue Service
Centralized Insolvency Office
P.O. Box 7346
Philadelphia, PA 19101-7346

Intuit
2800 E. Commerce Center Place
Tucson, AZ 85706-4560

J Guadalupe Villagrana
1841 Wooten Park Drive Apt 101
Austin, TX 78757-8255

Jacob D Ramirez
5005 Freidrich Lane
Austin, TX 78744-2710

James Baker
330 Estate West Road
Sherman, TX 75092-4472

James Ortega
2260 FM 215
Gatesville, TX 76528-3383

James Shultz
300 Double M Drive
Wimberley, TX 78676-4301

Jamica Jackson
3702 Antelope Trail
Temple, TX 76504-3604

Jamie Kirk
Assistant Attorney General
12221 Merit Drive, Suite 825
Dallas, Texas 75251-2244

Jane Greenberg
2237 Quenby Street
Houston, TX 77005-1501

Jane Greenberg
c/o Daniels & Tredennick PLLC
Attn: J. Maxwell Beatty
6363 Woodway Dr., Suite 700
Houston, TX 77057-1713

Jared Moehring
5529 Santa Barbara Avenue 76114-4545

Jared P Million
501 Lakemont Drive 78634-5356

Javier De La Rosa
1414 Ransom Street
Pflugerville, TX 78660-3109

Javier Pecina
1649 Army Drive 78640-2167

Jay K. Wieser
Wieser Law PLLC
3732 Hulen Street, Suite 100
Fort Worth, TX 76107-6816

Jay P Robillard
6806 Langston Drive
Austin, TX 78723-2218

Jayme & John Sadlier
19204 Boulder Crest Drive
Pflugerville, TX 78660-3633

Jeff Hoffman
3704 Bonnie Road
Austin, TX 78703-2003

Jenna B. Donatiello, Esq.
PO Box 1845
Austin, TX 78767-1845

Jeri Hilsabeck
18607 White Rim Trail
Leander, TX 78645-2955

Jim Tomlin
111 Oakridge Drive
Whitney, TX 76692-5049

Jobber
2121 Airline Drive  Suite 520
Metairie, LA 70001-5987

Joe Pohlman
10730 Rose Bud Court 75072-6541

Johan Acosta Vasquez
8001 South Frontage Road Apt 933
78744

John  Williams
401 Grandview Place
San Antonio, TX 78209-5405

John C Williams & Associates
P.O. Box 29279
Atlanta, GA 30359-0279

John Klausner
817 Habitat Trail
Mckinney, TX 75071-1908

John Lewis
159 Hill Top Drive
Red Rock, TX 78662-4529

John Seixas
1719 Oak Circle
Scurry, TX 75158-4574

John Walters Jr.
484 Vine Hill Road
Dale, TX 78616

Jonathan Carroll
2906 E MLK Jr. Blvd Apt 3311
Austin, TX 78702-1673

(c)JOSE GERARDO CONDE GOMEZ
3008 DAYSPRING DR
FORT WORTH TX  76140-1764

Juan Delgado
5805 Truett Street
Fort Worth, TX 76119-6754

Julian Cates
514 Saunooke Street
Harker Heights, TX 76548-7501

Karen Guerrero
14010 Mint Trail Drive
San Antonio, TX 78232-3509

Kristen G Shumway, Timothy D Shumway
5101 Brownstone Drive
Houston, TX 77077-1023

```
Kubota Credit Corporation          Kubota Credit Corporation, USA     Ky Nguyen
PO Box 9013                        P.O. Box 2046                      1116 Northwood Circle
Addison, Texas 75001-9013          Grapevine, TX 76099-2046           Nacogdoches, TX 75965-1983


LG Funding LLC                     LG Funding LLC                     Lamb's Auto
1218 Union Street                  200 Garden City Plaza              6813 McNeil Drive
Brooklyn, NY 11225-1512            Suite 405                          Austin, TX 78729-7683
                                   Garden City, NY 11530
                                   Garden City, NY 11530-3338


Leonarda C. Tracy                  Leonarda Tracy                     Lieberman and Klestzick, LLP
5303 Verbena Rd                    5303 Verbena Street                c/o Joe Liberman, Esq.
San Antonio, TX 78240-1738         San Antonio, TX 78240-1738         P.O. Box 356
                                                                      Cedarhurst, NY 11516-0356


Makoto Saigusa                     Manuel Pallares                    Marc A Sanchez
62 Comal Street                    1809 Bunker Hill Drive             1116 S Brighton Avenue
Austin, TX 78702-5343              Irving, TX 75061-1803              Dallas, TX 75208-7636


Marco Juarez                       Marilyn Meriage                    Mark D Bedell
144 Balch Road  Unit B             171 County Road 486                200 Songwood
Elgin, TX 78621-5642               Lott, TX 76656-3876                Spicewood, TX 78669-4080


Mark Howell                        Martin Rodriguez                   Mary Puryear
709 Lakeside Pass                  37041 Conway Street Apt 121        11109 Sea Hero Lane
New Braunfels, TX 78130-8232       Dallas, TX 75224                   Austin, TX 78748-2918


Matt Bischoff                      Matthew Alms                       (p)MCCARTHY  BURGESS & WOLFF
111 Wagon Wheel Trail              6150 Alma Road                     26000 CANNON RD
Bertram, TX 78605-4708             Mckinney, TX 75070-6855            CLEVELAND OH 44146-1807


Michael Hart                       Michael Judge                      Michael Judge
1905 Crooked Lane                  3225 U.S. 290                      Nick Diez / Provident Financial Manageme
Austin, TX 78741-3907              Paige, TX 78659                    3130 Wilshire Blvd, Suite 600
                                                                      Santa Monica, CA 90403-2349


Michael Vent                       Miguel Fernandez                   Morgan Potter
1350 Live Oak Road                 2415 Towerwood Drive                1411 Oak Grove Drive
Leander, TX 78641-8479             Carrollton, TX 75006-7731          Cedar Park, TX 78613-7035


Mosaic                             Muhammad Abedin                    Nathan T Hanes
P.O. Box 78080                     12920 Honey Locust Circle          3450 River Park Drive Unite 832b
Phoenix, AZ 85062-8080             Euless, TX 76040-7152              Fort Worth, TX 76116-0894
```

| | | |
|---|---|---|
| Nicholas G Hayes<br>4506 Turnstone Drive<br>Austin, TX 78744-4548 | Nippon Life Insurance Co.<br>655 Third Avenue, 16th Floor<br>New York, NY 10017-9113 | PS Business Parks, L.P.<br>c/o Michelle E. Shriro<br>Singer & Levick, P.C.<br>16200 Addison Road, Suite 140<br>Addison, TX 75001-5377 |
| Paul C Camp<br>2517 Crazy Horse Pass<br>Austin, TX 78734-2811 | Pep Boys / Fleet Dept<br>34 Seymour Street<br>Tonawanda, NY 14150-2126 | Power Labor Staffing LLC<br>206 W Main Street<br>Round Rock, TX 78664-5874 |
| Primer Repair Services LR, LLC<br>1019 Stoney Hill Drive<br>Houston, TX 77077-1023 | Pro Refrigeration Assay LLC<br>4717 Priem Lane Suite 101<br>Pflugerville, TX 78660-7892 | Quick Roofing LLC<br>925 E Kennedale Pkwy<br>Kennedale, TX 76060-3225 |
| Quinstreet (Modernize Home Services)<br>804 Congress Avenue<br>Austin, TX 78701-2651 | RTM Engineers & Consultants<br>7550 Amy Avenue<br>Fair Oaks, CA 95628-6826 | Rajib Joshi Khaitu<br>262 Harvest Creek<br>Kyle, TX 78640-3061 |
| Ramon Bocanegra<br>3709 Bluegrass Drive<br>Grand Prairie, TX 75052-6800 | Randall Coffey<br>4508 Tejas Trail<br>Austin, TX 78745-1541 | Rebecca & Benny Koonce<br>208 Alpine Lane<br>Bertram, TX 78605-4688 |
| Rebecca Becky Koonce and Ben &qu<br>c/o Abigail Ventress, Attorney<br>VBPena Law, PLLC<br>406 N. Lee St., Ste. 103<br>Round Rock, TX 78664-4313 | Rene Hollan<br>324 Eden Drive<br>Royse City, TX 75189-4945 | Republic Services<br>1212 Harrison Avenue<br>Arlington, TX 76011-7332 |
| Retail Capital LLC<br>1501 W Fountainhead Pkwy., Ste 630<br>Tempe, AZ 85282-1857 | Retail Capital LLC (Credibly)<br>Credibly<br>25200 Telegraph Road Suite 350<br>Southfield, MI 48033-7416 | Rexel<br>ATTN: CREDIT DEPARTMENT<br>PO Box 766<br>Addison, TX 75001-0766 |
| Rexel USA, Inc.<br>c/o Richard A. Fulton, Coats Rose<br>9 Greenway Plaza, Suite 1000<br>Houston, Texas 77046-0900 | Richard Evans<br>207 Herweck Drive<br>San Antonio, TX 78213-3362 | Richard Marchuk<br>3360 Standard Loop<br>Belton, TX 76513-6534 |
| Ridge Roofing<br>11782 Jollyville Road<br>Austin, TX 78759-3938 | Risk Agency<br>12240 Inwood Road Suite 501<br>Dallas, TX 75244-8030 | Robert Schwenkler<br>2333 Wards Church Road<br>La Grange, TX 78945-2263 |
| Rocky Manning<br>1205 Erie Street<br>Carrollton, TX 75006-6225 | Roger Blair, Caiman Engineering Inc.<br>16922 Old Washington Road<br>Nevada City, CA 95959-2342 | Ron Sturgeon Real Estate, L.P.<br>5940 Eden Drive<br>Haltom City, TX 76117-6121 |

| | | |
|---|---|---|
| Rosalyn Tuggle<br>10028 Palmbrook Drive<br>Austin, TX 78717-3994 | Ruben Fernandez<br>261 Cascade Trail<br>Castroville, TX 78009-3600 | SOLIGENT DISTRIBUTION, LLC<br>Soligent Distribution, LLC<br>P.O. Box 888012<br>Los Angeles, CA 90088-8012 |
| STEVEN B. BASS<br>Assistant United States Attorney<br>903 San Jacinto Blvd., Suite 334<br>Austin, Texas 78701-2449 | Sally Hicks<br>749 Vista Ridge<br>Canyon Lake, TX 78133-5450 | Sally Paulson<br>197 Dove Hollow Trail<br>Georgetown, TX 78633-4880 |
| Sam Ehrnstein<br>3805 Bee Creek Road<br>Spicewood, TX 78669-6596 | Samuel D Myers<br>165 N. Buckhorn Drive<br>Bastrop, TX 78602-5654 | Samuel Stenger<br>8019 Navajo Pass<br>Leander, TX 78641-4061 |
| Sandeep Shah<br>639 Point Loma Drive<br>Frisco, TX 75036-8893 | Scott Dorf<br>6506 Halsey Court<br>Austin, TX 78739-1508 | Sean Khorram<br>7602 Buck Meadow Drive<br>Georgetown, TX 78628-3709 |
| Sharon Gilbert<br>5702 Thunder Oaks<br>San Antonio, TX 78261-2491 | Shawn Funk<br>3015 Spider Lily<br>San Antonio, TX 78258-1617 | (p)SOLAR MOSAIC LLC<br>601 12TH STREET STE 325<br>OAKLAND CA 94607-3296 |
| South Arlington Industrial LLC<br>c/o Wieser Law<br>3732 Hulen Street Suite 100<br>Fort Worth, TX 76107-6816 | South Arlington Industrial, LLC<br>c/o Natalie Overbey<br>1301 W 7th Street Suite 141<br>Fort Worth, TX 76102-2652 | Spectrum Enterprise<br>1900 Blue Crest Lane<br>San Antonio, TX 78247-4315 |
| Stephanie Gilbert<br>5240 B Pvt Walley<br>El Paso, TX 79906-3364 | Stephanie Goodwin<br>10505 S IH 35 1735<br>Austin, TX 78747-2646 | Steve Jernigan<br>6703 Mt. Vernon Road<br>Burton, TX 77835-5543 |
| Sun Auto Tire & Service<br>1201 S Alma School Road Suite 14000<br>Mesa, AZ 85210-2096 | Sunbelt Rentals, Inc.<br>1275 W. Mound Street<br>Columbus, OH 43223-2213 | (p)SUNNOVA ENERGY CORPORATION<br>ATTN ATTN LEGAL DEPARTMENT<br>20 EAST GREENWAY PLAZA<br>#475<br>HOUSTON TX 77046-2015 |
| Suzanne Mullane<br>5 Sparrowglen Lane<br>Austin, TX 78738-1426 | Suzanne Mullane<br>5 Sparrowglen Lane<br>The Hills, TX 78738-1426 | Terri Welch<br>501 Stadium Drive<br>Glen Rose, TX 76043-4635 |
| (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION<br>PO BOX 13528<br>AUSTIN TX 78711-3528 | Texas Ice Machine Company, Inc.<br>729 3rd Avenue<br>Dallas, TX 75226-2017 | Texas Mutual Insurance Company<br>PO Box 841843<br>Dallas, TX 75284-1843 |

| | | |
|---|---|---|
| Thad Marsh<br>24800 U.S. 83<br>Mountain Home, TX 78058 | Thomas Gaines<br>8414 Woodland Parkway<br>Boerne, TX 78015 | Todd Tibbett<br>804 Evans Avenue<br>San Antonio, TX 78209-3649 |
| Tom Mustaine<br>42 Vanguard Way<br>Dallas, TX 75243-6510 | Tonette Burnam<br>2304 Amen Corner Road<br>Pflugerville, TX 78660-5062 | Trung Nguyen<br>3416 Killala Court<br>Arlington, TX 76014-3215 |
| Tully Brown<br>400 E. Nakoma<br>Hutto, TX 78634-5565 | Ty Shriver<br>322 CR 3670<br>China Spring, TX 76633-4551 | US SBA Loan<br>Little Rock Commercial<br>Loan Servicing<br>Center 2120 Riverfront Drive Suite 100<br>Little Rock, AR 72202-1794 |
| United States Small Business Administration<br>615 E. Houston St., Ste 298<br>San Antonio, TX 78205-2046 | United States Trustee - AU12<br>United States Trustee<br>903 San Jacinto Blvd, Suite 230<br>Austin, TX 78701-2450 | Valerie Myers<br>8513 Bell Mountain Drive<br>Austin, TX 78730-2831 |
| Vanguard Lease Co<br>14100 Inwood Rd.<br>Dallas, TX 75244-3917 | Vanguard Leasing<br>Rob Rogers<br>14100 Inwood Road<br>Dallas, TX 75244-3917 | Verizon Wireless<br>P.O. Box 16810<br>Newark, NJ 07101-6810 |
| Victor Parker<br>2505 Muzzie Lane<br>Leander, TX 78641-4421 | Wayne Matson<br>6242 Palmetto Way<br>San Antonio, TX 78253-5549 | Wells Fargo Bank Small Business Lending Divi<br>PO Box 29482 MAC S4101-08C<br>Phoenix, AZ 85038-9482 |
| Wells Fargo Commercial Banking<br>600 S 4th St Fl 13<br>Minneapolis, MN 55415-1526 | Willie & Gwendolyn Shaw<br>4152 Riata Ranch Road<br>Waco, TX 76705-3810 | Willie Nelson<br>c/o Mark Rothbaum & Assoc<br>360 Mill Plain Rd Ste 406<br>Danbury, CT 06811 |
| Zach Nash<br>24007 Vecchio<br>San Antonio, TX 78260-3505 | Zachary Mauldin<br>218 Amber Oak Drive 78640-5270 | Zachary Settlles<br>3901 Robert Burns Drive 78749-2424 |
| Zurich American Insurace Company<br>ATTN Jessica Melesio<br>PO Box 68549<br>Schaumburg, IL 60168-0549 | Charles Murnane<br>Laura Schut, P.C.<br>164 World of Tennis Square<br>Lakeway, TX 78738-1104 | David Neal Stern<br>Barron & Newburger, P.C.<br>7320 N. MoPac Expressway, Suite 400<br>Austin, TX 78731-2347 |
| Michael G. Colvard<br>Martin & Drought, PC<br>Weston Centre<br>112 E Pecan St, Suite 1616<br>San Antonio, TX 78205-8902 | Stephen W. Sather<br>Barron & Newburger, PC<br>7320 N MoPac Expy, Suite 400<br>Austin, TX 78731-2347 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Austin Energy<br>PO Box 2267<br>Austin, TX 78703 | (d)City of Austin<br>PO Box 2267<br>Austin, TX 78768-2267 | Great America Financial Services<br>P.O. Box 660831<br>Dallas, TX 75266-0831 |
| McCarthy, Burgess & Wolff<br>26000 Cannon Rd<br>Cleveland, OH 44146 | Solar Mosaic LLC<br>601 12th Street Suite 325<br>Oakland, CA 94607 | Sunnova Energy Corporation<br>20 Greenway Plaza Suite 540<br>Houston, TX 77046 |
| Texas Comptroller<br>Bankruptcy Section<br>PO Box 13528<br>Austin, TX 78711 | (d)Texas Comptroller<br>Bankruptcy Section<br>PO Box Box 13528<br>Austin, TX 78711 | |

Addresses marked (c) above for the following entity/entities were corrected as required by the USPS Locatable Address Conversion System (LACS).

Jose Gerardo Conde Gomez
8028 Wichita Street # 116
Fort Worth, TX 76140

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)ABC Home and Commercial Services<br>9475 E Hwy 290<br>Austin, TX 78724-2303 | (u)DE LAGE LANDEN<br>FINACIAL SERVICES, INC<br>5046 Mainway Unit 1<br>Burlington | (u)Erin Carmean<br>Address Missing<br>Address Missing |
| (d)Jay P. Robillard<br>6806 Langston Dr<br>Austin TX 78723-2218 | (d)John Williams<br>401 Grandview Place<br>San Antonio, TX 78209-5405 | (u)Monday.com<br>6 Yitzhak Sadeh Street<br>Tel Aviv |
| (d)RTM Engineers and Consultants<br>7550 amy ave<br>Fair Oaks, CA 95628-6826 | (u)Rudy Escamilla<br>Address Missing<br>Address Missing | End of Label Matrix<br>Mailable recipients   268<br>Bypassed recipients     8<br>Total                  276 |