**The relief described hereinbelow is SO ORDERED.**

**Signed July 08, 2024.**

_____
**CHRISTOPHER G. BRADLEY
UNITED STATES BANKRUPTCY JUDGE**

_____

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| In re:<br><br>WELLS SOLAR & ELECTRICAL,<br>SERVICES, LLC,<br><br>Debtor. | Chapter 11<br>Case No. 24-10193 |

### AGREED ORDER GRANTING IN PART AND DENYING IN PART DEBTOR'S MOTION TO WAIVE REQUIREMENT OF DEBTOR-IN-POSSESSION ACCOUNT

This cause came before the Court at a hearing on June 18, 2024, at 10:30 a.m. to consider the *Debtor's Motion to Waive Requirement of Debtor in Possession Account* [ECF No. 53] (the "Motion") filed by Debtor Wells Solar & Electrical Services, LLC (the "Debtor") and the *Limited Objection to Debtor's Motion to Waive Requirements of Debtor-in-Possession Account* [ECF No. 65] filed by Kevin M. Epstein, the United States Trustee for Region 7. The Court has considered

such filings, the record, and argument of counsel, and found good cause for granting in part and denying in part the Motion as set forth below. Accordingly,

IT IS ORDERED as follows:

A. The Debtor is authorized to continue utilizing its existing FDIC-insured bank account located at Cadence Bank with account number ending in 192-7 on the following terms and conditions:

1. at no time during the pendency of this bankruptcy case shall the balance of funds maintained in Cadence Bank account ending in 192-7, or any non-collateralized bank account belonging to the Debtor, exceed $250,000, or the current FDIC insured deposit limit;

2. The Debtor shall attach bank statements for all existing bank accounts to its monthly operating reports;

3. The Debtor shall open a debtor-in-possession account at an authorized depository if/when the balance in Debtor's Cadence Bank account ending in 192-7 exceeds the F.D.I.C. insured limit of $250,000;

4. The Debtor shall sweep all funds exceeding the F.D.I.C. insured limit of $250,000 held in the Cadence Bank with account number ending in 192-7 into the debtor-in-possession account within one business day when funds in the Cadence Bank with account number ending in 192-7 reach or exceed the FDIC insured balance of $250,000.00;

5. Nothing contained herein shall enable or authorize Debtor(s) to open or maintain any other bank accounts other than its debtor-in-possession account(s); and

      6. Nothing contained herein shall prevent Debtor from opening or closing such bank accounts as it may deem necessary and appropriate, upon further motion and as authorized by further order of this Court.

  B. Except as granted above, the Motion is denied.

###

Prepared and Submitted By:

*/s/ David N. Stern*
David N. Stern
Texas State Bar No. 24103634
BARRON & NEWBURGER, P.C.
7320 N. MoPac Expwy., Suite 400
Austin, TX 78731
Telephone: (512) 881-3821
Email: dstern@bn-lawyers.com
*Counsel for the Debtor*

Agreed To By:

*/s/ Gary Wright*
Gary Wright
Texas State Bar No 24047145
(by D. Stern with express consent)
Assistant United States Trustee
OFFICE OF THE UNITED STATES TRUSTEE FOR REGION 7
903 San Jacinto Blvd., Room 230
Austin, Texas 78701
(512) 916-5329
gary.wright3@usdoj.gov