IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| WELLS SOLAR & ELECTRIC, LLC, | § | CASE NO. 24-10193-cgb |
| | § | Chapter 11 |
| | § | |
| DEBTOR | § | |

**OBJECTION OF CONSOLIDATED ELECTRICAL DISTRIBUTORS, INC. D/B/A GREENTECH RENEWABLES, INC. TO PLAN (RE: DOCKET NO. 77)**

**TO THE HONORABLE CHRISTOPHER G. BRADLEY, U.S. BANKRUPTCY JUDGE:**

Consolidated Electrical Distributors, Inc. d/b/a Greentech Renewables, Inc., creditor and party in interest ("Consolidated") file this objection to confirmation of the *Plan of Reorganization Dated May 28, 2024 (Docket No. 77)* (the "Plan"), and in support thereof would show the Court the following.

1. Consolidated objects to the purported or attempted injunction contained in Article 11 of the Plan, which provision is copied below.

| Plan — Article 11 |
|---|
| The Order confirming the Plan shall constitute a temporary injunction prohibiting any creditor with a scheduled claim or a filed proof of claim from filing or continuing to pursue a lawsuit against Carl Wells or Ferrin Deloach for the shorter of: (i) September 1, 2029, (ii) the date this case is converted to one under Chapter 7 or dismissed; or (iii) the date that a default under this plan has been noticed and has not been timely cured with regard to a specific creditor. The statute of limitations for any claim subject to this provision shall be tolled for the period that this injunction is in force and effect. In the alternative, if the Court does not approve the temporary injunction provided for above, no creditor may sue Carl Wells or Ferrin Deloach unless they first apply to the Court and establish that the Proposed Claims are not without foundation, not without merit, and not being pursued for an improper purpose. |

2. Consolidated is the holder of a promissory note from the Debtor in the original principal amount of $220,000. Carl Wells individually

---

**OBJECTION OF CONSOLIDATED ELECTRICAL DISTRIBUTORS, INC. D/B/A GREENTECH RENEWABLES, INC. TO PLAN (RE: DOCKET NO. 77) — Page 1**

3. As of the petition date of this case, the outstanding principal balance of the note was not less than $205,000.

4. Consolidated wishes to pursue and/or continue to pursue the remedies available to Consolidated against the guarantor, Carl Wells, on the various remedies that Consolidated possesses against the guarantor.

5. A state court action by Consolidated as of and since the petition date is pending against Carl Wells as guarantor (Case No. D-1-GN-23-009077, 261st District Court, Travis Co., Texas).

6. Consolidated does not consent to the attempted injunction, and the Debtor must possess such consent to effectuate the injunction. *See Harrington v. Purdue Pharma L.P.*, No. 23-124, 2024 WL 3187799, at *7 (U.S. June 27, 2024) ("Viewed with that much in mind, we do not think [Code §1123(b)(6)] affords a bankruptcy court the authority the plan proponents suppose").

7. The proposed plan here is hardly the type of full payment plan that was envisioned as the basis of such an injunction under the oft-cited progeny of *Zale*. *See Feld v. Zale Corp. (In re Zale Corp.)*, 62 F.3d 746, 761 (5th Cir.1995); *In re Bernhard Steiner Pianos, USA, Inc.*, 292 B.R. 109, 116 (Bankr. N.D. Tex. 2002); *In re Seatco, Inc.,* 257 B.R. 469, 477 (Bankr. N.D. Tex. 2001).

8. Also, the Court should not disturb the pending action and apply the gate keeping function of Article 11. The Travis County lawsuit already is underway, and the Plan should not achieve what would be impermissible before confirmation as the continuation of that action.

9. Consolidated reserves the right to amend and/or supplement this objection prior to any hearing on the Plan.

WHEREFORE, Consolidated Electrical Distributors, Inc. d/b/a Greentech Renewables, Inc., creditor and party in interest, respectfully requests that the Court deny confirmation unless Consolidated is excluded from Article 11 of the Plan and otherwise excluded with respect to any other attempt to enjoin any action of Consolidated against Carl Wells, individually and/or any other non-debtor obligor. Creditor respectfully requests such other and further relief to which the creditor is entitled at law or in equity.

Dated: July 10, 2024

Respectfully submitted:

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

By:  Jeff Carruth
JEFF CARRUTH (TX SBN:. 24001846)
24 Greenway Plaza Suite 2050
Houston, Texas 77046
Telephone: (713) 341-1158
E-mail: jcarruth@wkpz.com

ATTORNEYS FOR
CONSOLIDATED ELECTRICAL DISTRIBUTORS,
INC. D/B/A GREENTECH RENEWABLES, INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served on July 10, 2024 by electronic notice to all ECF users who have appeared in this case to date, the address of which creditors are listed in the address list appearing below.

**ANY PARTY REQUESTING A FULL SIZED COPY OF THIS PLEADING OR COPIES OF ANY EXHIBITS SHOULD CONTACT THE UNDERSIGNED.**

　　　　　　　　　　　　　　　　　　　　　　/s/ *Jeff Carruth*
　　　　　　　　　　　　　　　　　　　　　　JEFF CARRUTH

## ECF Notice List

**24-10193 Notice will be electronically mailed to:**

| |
|---|
| Dror Baldinger |
| Faith Bushen |
| Clark Roofing and Construction Inc. |
| Michael G. Colvard |
| EnFin Corp. |
| Jane Greenberg |
| Steve Jernigan |
| M Judge |
| Ben "Benny" Koonce |
| Rebecca "Becky" Koonce |
| PS Business Parks, L.P. |
| Joe Pohlman |
| Rexel USA, Inc. |
| Astrid Roos Sabatier |
| Edouard-Alexandre Sabatier |
| De Sossamon |
| Texas Comptroller of Public Accounts, Revenue Accounting Division |
| United States Small Business Administration |
| United States Trustee - AU12 |
| Wells Solar & Electrical Services LLC |

## Regular Mail List

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-1<br>Case 24-10193-cgb<br>Western District of Texas<br>Austin<br>Wed Jul 10 15:59:41 CDT 2024 | Wells Solar & Electrical Services LLC<br>3805 Bee Creek Road<br>Spicewood, TX 78669-6596 | U.S. BANKRUPTCY COURT<br>903 SAN JACINTO, SUITE 322<br>AUSTIN, TX 78701-2450 |
| ABC Home & Commercial Services<br>9475 E HWY 290<br>Austin, TX 78724-2303 | AT&T<br>PO Box 6463<br>Carol Stream, IL 60197-6463 | Abigail Ventress<br>406 N. Lee St.<br>#103<br>Round Rock, TX 78664-4313 |
| ActiveProspect, Inc.<br>PO Box Box 151136<br>Austin, TX 78715-1136 | Alex Sabatier<br>5212 Welcome Glen<br>Austin, TX 78759-5613 | Alex Sabatier<br>c/o Tara LeDay<br>1200 Smith St #1200<br>Houston TX 77002-4372 |
| Alexander Lu<br>1143 Shady Lane Apt 2301<br>Austin, TX 78721-3044 | Allstate Insurance Company<br>P.O. Box 4344<br>Carol Stream, IL 60197-4344 | Ally Bank<br>AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Ally Bank c/o AIS Portfolio Services, LLC<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | American Express<br>P.O. Box 570622<br>Atlanta, GA 30357-3110 | Andre Da Silva<br>4412 Apollonia Way<br>Leander, TX 78641-4703 |
| Andrew Brannock<br>5821 Tracyne Drive<br>Fort Worth, TX 76114-4123 | Andrew Edwardsen<br>820 Camino Vaquero Parkway Apt 6104<br>Austin, TX 78748-3313 | Andrew Page<br>3211 Canter Lane<br>Austin, TX 78759-3111 |
| Andrew Salti<br>1701 Berger Road<br>La Grange, TX 78945-6165 | Andrew Spears<br>740 Wyle Street<br>Crowley, TX 76036-3668 | Andy Pattillo<br>220 South Fourth Street<br>Waco, TX 76701-2225 |
| Angelena Collier<br>9024 Northgate Blvd Apt 2178<br>Austin, TX 78758-8514 | AngieLeads aka HomeAdvisor<br>c/o McCarthy, Burgess & Wolf,<br>26000 Cannon Rd.<br>Bedford, OH 44146-1807 | Anna Allen & Allen Vanlandingham<br>17887 FM 56<br>Kopperl, TX 76652-4744 |
| Annie Nelson<br>1100 Bee Creek, Road<br>Spicewood, TX 78669-2124 | Armando Fernandez<br>8005 Scotland Yard<br>Austin, TX 78759-4312 | Armbrust & Brown, PLLC<br>100 Congress Avenue Suite 1300<br>Austin, TX 78701-2744 |
| Arthur Tenny<br>250 Los Encinos Ranch Road<br>Wimberley, TX 78676-2942 | Ashley Simmons<br>5002 Sandalwood Lane<br>Arlington, TX 76017-6046 | Astrid Roos Sabatier<br>c/o Tara LeDay<br>Chamberlain Hrdlicka<br>1200 Smith Street, Suite 1400<br>Houston, TX 77002-4496 |

| | | |
|---|---|---|
| Attn Recovery: First Citizens Bank & Trust<br>10201 Centurion Parkway N<br>Jacksonville, FL 32256-0541 | (p)CITY OF AUSTIN   AUSTIN ENERGY<br>ATTN COLLECTIONS DEPARTMENT<br>4815 MUELLER BLVD<br>AUSTIN TX 78723-3573 | Austin Kemper<br>5502 Tipton Drive<br>Austin, TX 78723-5442 |
| Benchmark International<br>2009 S Capital of Texas Hwy Suite 300<br>Austin TX 78746-7740 | Benjamin Collier<br>220 Dashelle Run<br>Kyle, TX 78640-4946 | Better Business Bureau<br>1805 Rutherford Lane Suite 100<br>Austin, TX 78754-5185 |
| Bill.com<br>6220 America Center Drive Suite 100<br>San Jose, CA 95002 | Bosque Creek Ranch, LLC<br>17887 FM 56<br>Kopperl, TX 76652-4744 | Breck Landry<br>7324 County Road 3224<br>Lone Oak, TX 75453-0027 |
| Brenda Wilson<br>926 Chulie Drive<br>San Antonio, TX 78216-6522 | Brian R Salgado<br>6506 Santos Street Apt B<br>Austin, TX 78741-5200 | C. Michael Judd<br>PARSONS BEHLE & LATIMER<br>201 South Main Street Suite 1800<br>Salt Lake City, UT 84111-2218 |
| Cade M Adkins<br>1802 Barton Hills Dr<br>Austin, TX 78704-3216 | Caleb Llanas<br>13212 Mizzen Street<br>Manor, TX 78653-3670 | Capital One<br>Po Box 60519<br>City of Industry, CA 91716-0519 |
| Capital One N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Carl R Wells<br>3805 Bee Creek Road<br>Spicewood, TX 78669-6596 | Carl Wells<br>3805 Bee Creek Road<br>Spicewood, TX 78669-6596 |
| Cellco Partnership d/b/a Verizon Wireless<br>William M Vermette<br>22001 Loudoun County PKWY<br>Ashburn, VA 20147-6122 | Charles House<br>3010 Polk Street<br>Killeen, TX 76543-3002 | Charles Penny<br>3532 Guadalupe Road<br>Fort Worth, TX 76116-6830 |
| Chindedu Kenneth Chuka - Obah<br>646 Patriot Lane<br>Irving, TX 75060-4836 | Christopher Majka<br>501 Ocean View Drive<br>Port Aransas, TX 78373 | Christopher Warren<br>3221 River Lodge Trail S Apt 76116-0873 |
| Cindy J Gomez Soto<br>15008 Ryman Road<br>Pflugerville, TX 78660-6243 | Cintas<br>P.O. Box 631025<br>Cincinnati, OH 45263-1025 | Clark Roofing and Construction Inc.<br>221 Cotton Drive<br>Woodway, TX 76712-6724 |
| Clark Roofing and Construction, Inc.<br>221 Cotton Drive<br>Waco, TX 76712-6724 | Clark Roofing and Construction, Inc.<br>c/o Andy Pattillo<br>Beard Kultgen Brophy Bostwick & Dickson,<br>Waco, Texas 76701 | Clayton Foster<br>1709 Glade Street<br>College Station, TX 77840-4341 |

| | | |
|---|---|---|
| Cloudfund LLC (Delta)<br>400 Rella Blvd. 165-101<br>Suffern, NY 10901-4241 | Comdata Universal - FleetCor Tech<br>3280 Peachtree Road Suite 2400<br>Atlanta, GA 30305-2453 | Commercial Collection Corp. of NY, Inc.<br>34 Seymour Street<br>Tonawanda, NY 14150-2126 |
| Comptroller of Public Accounts<br>C/O Office of the Attorney General<br>Bankruptcy - Collections Division MC-008<br>PO Box 12548<br>Austin TX 78711-2548 | Cons. Elec. Distributors, Inc.<br>1033 Meister Lane Suite600<br>Pflugerville, TX 78660-6401 | Crum & Forster Specialty Insurance Company<br>305 Madison Avenue<br>Attn: Sydney J. Darling<br>Morristown, NJ 07960-6117 |
| Dan L Eagleman<br>407 Fourth Street<br>Marble Falls, TX 78654-5806 | Dann Zimmer<br>115 Mokolea<br>Bastrop, TX 78602-7104 | David A. Nicastro<br>7 Grove Court 78746-5600 |
| David Meyer<br>803 Northview Drive<br>New Braunfels, TX 78130-8329 | De Sossamon<br>520 Stephens Drive<br>Fort Worth, TX 76126-4401 | Deanna Andes<br>366 Barbara Drive<br>San Antonio, TX 78216-7405 |
| Derek Adams<br>4055 Turning Leaf<br>Nolanville, TX 76559-0010 | Dexter Garza<br>7613 Meador Avenue<br>Austin, TX 78752-1725 | Didier Micoud<br>125 Craigs Road<br>Buchanan Dam, TX 78609-4387 |
| Divante L Goodsby<br>1505 Dakota Trce Apt B<br>Georgetown, TX 78628 | Dror Baldinger<br>3014 Oneida Drive<br>San Antonio, TX 78230-3431 | Edouard-Alexandre Sabatier<br>c/o Tara LeDay<br>Chamberlain Hrdlicka<br>1200 Smith Street, Suite 1400<br>Houston, TX 77002-4496 |
| Edward Martinez<br>12820 North Lamar Boulevard<br>Austin, TX 78753-1200 | Elizabeth Jaimes<br>10320 Boulder lane Apt 78726-1875 | Elizabeth Moon<br>202 West Caskey Street<br>Florence, TX 76527-4187 |
| Elliot Electric Supply<br>PO Box 206524<br>Dallas, TX 75320-6524 | Emmanuel Flores<br>2706 Cherry Blossom Court<br>San Marcos, TX 78666-9316 | EnFin/Qcells<br>c/o PARSONS BEHILE<br>& LATIMER<br>201 South Main Street Suite 1800<br>Salt Lake City, UT 84111-2218 |
| Enrique Bonilla<br>5009 Lott Avenue<br>Austin, TX 78721-2141 | Eric O Highsmith<br>173 W Oak Loop<br>Cedar Creek, TX 78612-3267 | Euler Hermes agent for SOLIGENT DISTRIBUTION<br>100 International Dr 22nd Floor<br>Baltimore, MD 21202-4783 |
| FPC Office Soltuions<br>2035 Royal Lane Suite 202<br>Dallas, TX 75229-7205 | Faith Bushen<br>4650 County Road 212<br>Bertram, TX 78605-4770 | Fernando Monroy<br>210 Merribrook Trail<br>Duncanville, TX 75116-4615 |

| | | |
|---|---|---|
| Ferrin DeLoach<br>3805 Bee Creek Road<br>Spicewood, TX 78669-6596 | First Citizen Bank<br>155 Commerce Way<br>Portsmouth, NH 03801-3243 | Frank C. Smith<br>766 Cielo Springs Dr<br>Blanco, TX 78606-5564 |
| Frank Smith<br>766 Ceilo Springs<br>Blanco, TX 78606-5564 | Gabriel Bernal<br>406 Piccadilly Circle<br>Burleson, TX 76028-2700 | Gabriel Deleon<br>3221 Keller Springs Road Apt 75006-5144 |
| Gabriele Steffen<br>1861 Timber Ridge Road<br>Marble Falls, TX 78654-7803 | Gene Wurzel Rosen<br>200 Garden City Plaza<br>Suite 405<br>Garden City, NY 11530<br>Garden City, NY 11530-3338 | Genecia Joiner<br>15950 Paramount Way Apt 4208<br>Frisco, TX 75033-7288 |
| Gilbert Soto<br>c/o Jenna Beller Donatiello<br>Vacek, Kiecke & Colmenero, LLP<br>PO Box 1845<br>Austin, TX 78767-1845 | Gilberto Soto<br>1804 Pradera Path<br>Leander, TX 78641-2643 | Grant Carroll<br>134 Meadowlark Lane<br>China Spring, TX 76633-2778 |
| (p)GREATAMERICA FINANCIAL SERVICES CORPORATIO<br>PO BOX 609<br>CEDAR RAPIDS IA 52406-0609 | Guadalupe Garcia<br>1430 Frontier Valley 102<br>Austin, TX 78741-5319 | Gustavo Gonzalez<br>1605 Village Park Trail<br>Burleson, TX 76028-7580 |
| Hernandez Trucking<br>8344 Vista Del Rio<br>Downey, CA 90240-2823 | Home Solutions<br>4777 Sharon Rd.<br>Charlotte, NC 28210-3759 | HomeAdvisor<br>MB&W Bldg. Davina Fredrick, Coll Dept<br>26000 Cannon Road<br>Bedford, OH 44146-1807 |
| Howard Kalish<br>405 Philco Drive<br>Austin, TX 78745-1917 | Hugo O Vidal Santiago<br>2921 Mohawk Trail 76135-3913 | Intent Driver Inc<br>9692 Melinda Circle<br>Huntington Beach, CA 92646-8427 |
| Intent Drivers Inc.<br>9692 Melinda Cir<br>Huntington Beach, CA 92646-8427 | Internal Revenue Service<br>Centralized Insolvency Office<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Intuit<br>2800 E. Commerce Center Place<br>Tucson, AZ 85706-4560 |
| J Guadalupe Villagrana<br>1841 Wooten Park Drive Apt 101<br>Austin, TX 78757-8255 | Jacob D Ramirez<br>5005 Freidrich Lane<br>Austin, TX 78744-2710 | James Baker<br>330 Estate West Road<br>Sherman, TX 75092-4472 |
| James Ortega<br>2260 FM 215<br>Gatesville, TX 76528-3383 | James Shultz<br>300 Double M Drive<br>Wimberley, TX 78676-4301 | Jamica Jackson<br>3702 Antelope Trail<br>Temple, TX 76504-3604 |

| | | |
|---|---|---|
| Jamie Kirk<br>Assistant Attorney General<br>12221 Merit Drive, Suite 825<br>Dallas, Texas 75251-2244 | Jane Greenberg<br>2237 Quenby Street<br>Houston, TX 77005-1501 | Jane Greenberg<br>c/o Daniels & Tredennick PLLC<br>Attn: J. Maxwell Beatty<br>6363 Woodway Dr., Suite 700<br>Houston, TX 77057-1713 |
| Jared Moehring<br>5529 Santa Barbara Avenue 76114-4545 | Jared P Million<br>501 Lakemont Drive 78634-5356 | Javier De La Rosa<br>1414 Ransom Street<br>Pflugerville, TX 78660-3109 |
| Javier Pecina<br>1649 Army Drive 78640-2167 | Jay K. Wieser<br>Wieser Law PLLC<br>3732 Hulen Street, Suite 100<br>Fort Worth, TX 76107-6816 | Jay P Robillard<br>6806 Langston Drive<br>Austin, TX 78723-2218 |
| Jayme & John Sadlier<br>19204 Boulder Crest Drive<br>Pflugerville, TX 78660-3633 | Jeff Hoffman<br>3704 Bonnie Road<br>Austin, TX 78703-2003 | Jenna B. Donatiello, Esq.<br>PO Box 1845<br>Austin, TX 78767-1845 |
| Jeri Hilsabeck<br>18607 White Rim Trail<br>Leander, TX 78645-2955 | Jim Tomlin<br>111 Oakridge Drive<br>Whitney, TX 76692-5049 | Jobber<br>2121 Airline Drive Suite 520<br>Metairie, LA 70001-5987 |
| Joe Pohlman<br>10730 Rose Bud Court 75072-6541 | Johan Acosta Vasquez<br>8001 South Frontage Road Apt 933<br>78744 | John Williams<br>401 Grandview Place<br>San Antonio, TX 78209-5405 |
| John C Williams & Associates<br>P.O. Box 29279<br>Atlanta, GA 30359-0279 | John Klausner<br>817 Habitat Trail<br>Mckinney, TX 75071-1908 | John Lewis<br>159 Hill Top Drive<br>Red Rock, TX 78662-4529 |
| John Seixas<br>1719 Oak Circle<br>Scurry, TX 75158-4574 | John Walters Jr.<br>484 Vine Hill Road<br>Dale, TX 78616 | Jonathan Carroll<br>2906 E MLK Jr. Blvd Apt 3311<br>Austin, TX 78702-1673 |
| (c)JOSE GERARDO CONDE GOMEZ<br>3008 DAYSPRING DR<br>FORT WORTH TX 76140-1764 | Juan Delgado<br>5805 Truett Street<br>Fort Worth, TX 76119-6754 | Julian Cates<br>514 Saunooke Street<br>Harker Heights, TX 76548-7501 |
| Karen Guerrero<br>14010 Mint Trail Drive<br>San Antonio, TX 78232-3509 | Kristen G Shumway, Timothy D Shumway<br>5101 Brownstone Drive<br>Houston, TX 77077-1023 | Kubota Credit Corporation<br>PO Box 9013<br>Addison, Texas 75001-9013 |

| | | |
|---|---|---|
| Kubota Credit Corporation, USA<br>P.O. Box 2046<br>Grapevine, TX 76099-2046 | Ky Nguyen<br>1116 Northwood Circle<br>Nacogdoches, TX 75965-1983 | LG Funding LLC<br>1218 Union Street<br>Brooklyn, NY 11225-1512 |
| LG Funding LLC<br>200 Garden City Plaza<br>Suite 405<br>Garden City, NY 11530<br>Garden City, NY 11530-3338 | Lamb's Auto<br>6813 McNeil Drive<br>Austin, TX 78729-7683 | Leonarda C. Tracy<br>5303 Verbena Rd<br>San Antonio, TX 78240-1738 |
| Leonarda Tracy<br>5303 Verbena Street<br>San Antonio, TX 78240-1738 | Lieberman and Klestzick, LLP<br>c/o Joe Liberman, Esq.<br>P.O. Box 356<br>Cedarhurst, NY 11516-0356 | Makoto Saigusa<br>62 Comal Street<br>Austin, TX 78702-5343 |
| Manuel Pallares<br>1809 Bunker Hill Drive<br>Irving, TX 75061-1803 | Marc A Sanchez<br>1116 S Brighton Avenue<br>Dallas, TX 75208-7636 | Marco Juarez<br>144 Balch Road  Unit B<br>Elgin, TX 78621-5642 |
| Marilyn Meriage<br>171 County Road 486<br>Lott, TX 76656-3876 | Mark D Bedell<br>200 Songwood<br>Spicewood, TX 78669-4080 | Mark Howell<br>709 Lakeside Pass<br>New Braunfels, TX 78130-8232 |
| Martin Rodriguez<br>37041 Conway Street Apt 121<br>Dallas, TX 75224 | Mary Puryear<br>11109 Sea Hero Lane<br>Austin, TX 78748-2918 | Matt Bischoff<br>111 Wagon Wheel Trail<br>Bertram, TX 78605-4708 |
| Matthew Alms<br>6150 Alma Road<br>Mckinney, TX 75070-6855 | (p)MCCARTHY  BURGESS & WOLFF<br>26000 CANNON RD<br>CLEVELAND OH 44146-1807 | Michael Hart<br>1905 Crooked Lane<br>Austin, TX 78741-3907 |
| Michael Judge<br>3225 U.S. 290<br>Paige, TX 78659 | Michael Judge<br>Nick Diez / Provident Financial Manageme<br>3130 Wilshire Blvd, Suite 600<br>Santa Monica, CA 90403-2349 | Michael Vent<br>1350 Live Oak Road<br>Leander, TX 78641-8479 |
| Miguel Fernandez<br>2415 Towerwood Drive<br>Carrollton, TX 75006-7731 | Morgan Potter<br>1411 Oak Grove Drive<br>Cedar Park, TX 78613-7035 | Mosaic<br>P.O. Box 78080<br>Phoenix, AZ 85062-8080 |
| Muhammad Abedin<br>12920 Honey Locust Circle<br>Euless, TX 76040-7152 | Nathan T Hanes<br>3450 River Park Drive Unite 832b<br>Fort Worth, TX 76116-0894 | Nicholas G Hayes<br>4506 Turnstone Drive<br>Austin, TX 78744-4548 |

| | | |
|---|---|---|
| Nippon Life Insurance Co.<br>655 Third Avenue, 16th Floor<br>New York, NY 10017-9113 | PS Business Parks, L.P.<br>c/o Michelle E. Shriro<br>Singer & Levick, P.C.<br>16200 Addison Road, Suite 140<br>Addison, TX 75001-5377 | Paul C Camp<br>2517 Crazy Horse Pass<br>Austin, TX 78734-2811 |
| Pep Boys / Fleet Dept<br>34 Seymour Street<br>Tonawanda, NY 14150-2126 | Power Labor Staffing LLC<br>206 W Main Street<br>Round Rock, TX 78664-5874 | Primer Repair Services LR, LLC<br>1019 Stoney Hill Drive<br>Houston, TX 77077-1023 |
| Pro Refrigeration Assay LLC<br>4717 Priem Lane Suite 101<br>Pflugerville, TX 78660-7892 | Quick Roofing LLC<br>925 E Kennedale Pkwy<br>Kennedale, TX 76060-3225 | Quinstreet (Modernize Home Services)<br>804 Congress Avenue<br>Austin, TX 78701-2651 |
| RTM Engineers & Consultants<br>7550 Amy Avenue<br>Fair Oaks, CA 95628-6826 | Rajib Joshi Khaitu<br>262 Harvest Creek<br>Kyle, TX 78640-3061 | Ramon Bocanegra<br>3709 Bluegrass Drive<br>Grand Prairie, TX 75052-6800 |
| Randall Coffey<br>4508 Tejas Trail<br>Austin, TX 78745-1541 | Rebecca & Benny Koonce<br>208 Alpine Lane<br>Bertram, TX 78605-4688 | Rebecca Becky Koonce and Ben &qu<br>c/o Abigail Ventress, Attorney<br>VBPena Law, PLLC<br>406 N. Lee St., Ste. 103<br>Round Rock, TX 78664-4313 |
| Rene Hollan<br>324 Eden Drive<br>Royse City, TX 75189-4945 | Republic Services<br>1212 Harrison Avenue<br>Arlington, TX 76011-7332 | Retail Capital LLC<br>1501 W Fountainhead Pkwy., Ste 630<br>Tempe, AZ 85282-1857 |
| Retail Capital LLC (Credibly)<br>Credibly<br>25200 Telegraph Road Suite 350<br>Southfield, MI 48033-7416 | Rexel<br>ATTN: CREDIT DEPARTMENT<br>PO Box 766<br>Addison, TX 75001-0766 | Rexel USA, Inc.<br>c/o Richard A. Fulton, Coats Rose<br>9 Greenway Plaza, Suite 1000<br>Houston, Texas 77046-0900 |
| Richard Evans<br>207 Herweck Drive<br>San Antonio, TX 78213-3362 | Richard Marchuk<br>3360 Standard Loop<br>Belton, TX 76513-6534 | Ridge Roofing<br>11782 Jollyville Road<br>Austin, TX 78759-3938 |
| Risk Agency<br>12240 Inwood Road Suite 501<br>Dallas, TX 75244-8030 | Robert Schwenkler<br>2333 Wards Church Road<br>La Grange, TX 78945-2263 | Rocky Manning<br>1205 Erie Street<br>Carrollton, TX 75006-6225 |
| Roger Blair, Caiman Engineering Inc.<br>16922 Old Washington Road<br>Nevada City, CA 95959-2342 | Ron Sturgeon Real Estate, L.P.<br>5940 Eden Drive<br>Haltom City, TX 76117-6121 | Rosalyn Tuggle<br>10028 Palmbrook Drive<br>Austin, TX 78717-3994 |

| | | |
|---|---|---|
| Ruben Fernandez<br>261 Cascade Trail<br>Castroville, TX 78009-3600 | SOLIGENT DISTRIBUTION, LLC<br>Soligent Distribution, LLC<br>P.O. Box 888012<br>Los Angeles, CA 90088-8012 | STEVEN B. BASS<br>Assistant United States Attorney<br>903 San Jacinto Blvd., Suite 334<br>Austin, Texas 78701-2449 |
| Sally Hicks<br>749 Vista Ridge<br>Canyon Lake, TX 78133-5450 | Sally Paulson<br>197 Dove Hollow Trail<br>Georgetown, TX 78633-4880 | Sam Ehrnstein<br>3805 Bee Creek Road<br>Spicewood, TX 78669-6596 |
| Samuel D Myers<br>165 N. Buckhorn Drive<br>Bastrop, TX 78602-5654 | Samuel Stenger<br>8019 Navajo Pass<br>Leander, TX 78641-4061 | Sandeep Shah<br>639 Point Loma Drive<br>Frisco, TX 75036-8893 |
| Scott Dorf<br>6506 Halsey Court<br>Austin, TX 78739-1508 | Sean Khorram<br>7602 Buck Meadow Drive<br>Georgetown, TX 78628-3709 | Sharon Gilbert<br>5702 Thunder Oaks<br>San Antonio, TX 78261-2491 |
| Shawn Funk<br>3015 Spider Lily<br>San Antonio, TX 78258-1617 | (p)SOLAR MOSAIC LLC<br>601 12TH STREET STE 325<br>OAKLAND CA 94607-3296 | South Arlington Industrial LLC<br>c/o Wieser Law<br>3732 Hulen Street Suite 100<br>Fort Worth, TX 76107-6816 |
| South Arlington Industrial, LLC<br>c/o Natalie Overbey<br>1301 W 7th Street Suite 141<br>Fort Worth, TX 76102-2652 | Spectrum Enterprise<br>1900 Blue Crest Lane<br>San Antonio, TX 78247-4315 | Stephanie Gilbert<br>5240 B Pvt Walley<br>El Paso, TX 79906-3364 |
| Stephanie Goodwin<br>10505 S IH 35 1735<br>Austin, TX 78747-2646 | Steve Jernigan<br>6703 Mt. Vernon Road<br>Burton, TX 77835-5543 | Sun Auto Tire & Service<br>1201 S Alma School Road  Suite 14000<br>Mesa, AZ 85210-2096 |
| Sunbelt Rentals, Inc.<br>1275 W. Mound Street<br>Columbus, OH 43223-2213 | (p)SUNNOVA ENERGY CORPORATION<br>ATTN ATTN LEGAL DEPARTMENT<br>20 EAST GREENWAY PLAZA<br>#475<br>HOUSTON TX 77046-2015 | Suzanne Mullane<br>5 Sparrowglen Lane<br>Austin, TX 78738-1426 |
| Suzanne Mullane<br>5 Sparrowglen Lane<br>The Hills, TX 78738-1426 | Terri Welch<br>501 Stadium Drive<br>Glen Rose, TX 76043-4635 | (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION<br>PO BOX 13528<br>AUSTIN TX 78711-3528 |
| Texas Ice Machine Company, Inc.<br>729 3rd Avenue<br>Dallas, TX 75226-2017 | Texas Mutual Insurance Company<br>PO Box 841843<br>Dallas, TX 75284-1843 | Thad Marsh<br>24800 U.S. 83<br>Mountain Home, TX 78058 |

| | | |
|---|---|---|
| Thomas Gaines<br>8414 Woodland Parkway<br>Boerne, TX 78015 | Todd Tibbett<br>804 Evans Avenue<br>San Antonio, TX 78209-3649 | Tom Mustaine<br>42 Vanguard Way<br>Dallas, TX 75243-6510 |
| Tonette Burnam<br>2304 Amen Corner Road<br>Pflugerville, TX 78660-5062 | Trung Nguyen<br>3416 Killala Court<br>Arlington, TX 76014-3215 | Tully Brown<br>400 E. Nakoma<br>Hutto, TX 78634-5565 |
| Ty Shriver<br>322 CR 3670<br>China Spring, TX 76633-4551 | US SBA Loan<br>Little Rock Commercial<br>Loan Servicing<br>Center 2120 Riverfront Drive Suite 100<br>Little Rock, AR 72202-1794 | United States Small Business Administration<br>615 E. Houston St., Ste 298<br>San Antonio, TX 78205-2046 |
| United States Trustee - AU12<br>United States Trustee<br>903 San Jacinto Blvd, Suite 230<br>Austin, TX 78701-2450 | Valerie Myers<br>8513 Bell Mountain Drive<br>Austin, TX 78730-2831 | Vanguard Lease Co<br>14100 Inwood Rd.<br>Dallas, TX 75244-3917 |
| Vanguard Leasing<br>Rob Rogers<br>14100 Inwood Road<br>Dallas, TX 75244-3917 | Verizon Wireless<br>P.O. Box 16810<br>Newark, NJ 07101-6810 | Victor Parker<br>2505 Muzzie Lane<br>Leander, TX 78641-4421 |
| Wayne Matson<br>6242 Palmetto Way<br>San Antonio, TX 78253-5549 | Wells Fargo Bank Small Business Lending Divi<br>PO Box 29482 MAC S4101-08C<br>Phoenix, AZ 85038-9482 | Wells Fargo Commercial Banking<br>600 S 4th St Fl 13<br>Minneapolis, MN 55415-1526 |
| Willie & Gwendolyn Shaw<br>4152 Riata Ranch Road<br>Waco, TX 76705-3810 | Willie Nelson<br>c/o Mark Rothbaum & Assoc<br>360 Mill Plain Rd Ste 406<br>Danbury, CT 06811 | Zach Nash<br>24007 Vecchio<br>San Antonio, TX 78260-3505 |
| Zachary Mauldin<br>218 Amber Oak Drive 78640-5270 | Zachary Settlles<br>3901 Robert Burns Drive 78749-2424 | Zurich American Insurance Company<br>ATTN Jessica Melesio<br>PO Box 68549<br>Schaumburg, IL 60168-0549 |
| Charles Murnane<br>Laura Schut, P.C.<br>164 World of Tennis Square<br>Lakeway, TX 78738-1104 | David Neal Stern<br>Barron & Newburger, P.C.<br>7320 N. MoPac Expressway, Suite 400<br>Austin, TX 78731-2347 | Michael G. Colvard<br>Martin & Drought, PC<br>Weston Centre<br>112 E Pecan St, Suite 1616<br>San Antonio, TX 78205-8902 |
| Stephen W. Sather<br>Barron & Newburger, PC<br>7320 N MoPac Expy, Suite 400<br>Austin, TX 78731-2347 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Austin Energy<br>PO Box 2267<br>Austin, TX 78703 | (d)City of Austin<br>PO Box 2267<br>Austin, TX 78768-2267 | Great America Financial Services<br>P.O. Box 660831<br>Dallas, TX 75266-0831 |
| McCarthy, Burgess & Wolff<br>26000 Cannon Rd<br>Cleveland, OH 44146 | Solar Mosaic LLC<br>601 12th Street Suite 325<br>Oakland, CA 94607 | Sunnova Energy Corporation<br>20 Greenway Plaza Suite 540<br>Houston, TX 77046 |
| Texas Comptroller<br>Bankruptcy Section<br>PO Box 13528<br>Austin, TX 78711 | (d)Texas Comptroller<br>Bankruptcy Section<br>PO Box Box 13528<br>Austin, TX 78711 | |

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Jose Gerardo Conde Gomez
8028 Wichita Street # 116
Fort Worth, TX 76140

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)ABC Home and Commercial Services<br>9475 E Hwy 290<br>Austin, TX 78724-2303 | (u)DE LAGE LANDEN<br>FINACIAL SERVICES, INC<br>5046 Mainway Unit 1<br>Burlington | (u)Erin Carmean<br>Address Missing<br>Address Missing |
| (d)Jay P. Robillard<br>6806 Langston Dr<br>Austin TX 78723-2218 | (d)John Williams<br>401 Grandview Place<br>San Antonio, TX 78209-5405 | (u)Monday.com<br>6 Yitzhak Sadeh Street<br>Tel Aviv |
| (d)RTM Engineers and Consultants<br>7550 amy ave<br>Fair Oaks, CA 95628-6826 | (u)Rudy Escamilla<br>Address Missing<br>Address Missing | End of Label Matrix<br>Mailable recipients    267<br>Bypassed recipients      8<br>Total                  275 |