**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| WELLS SOLAR & ELECTRICAL | § | CASE NO. 24-10193 |
| SERVICES, LLC | § | (Chapter 11) |
| | § | |
| *Debtor.* | § | |

**MR. AND MRS. KOONCE'S
OBJECTION TO CONFIRMATION OF DEBTOR'S
PLAN TO REORGANIZE UNDER CHAPTER 11**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Creditors Rebecca "Becky" Koonce and Ben "Benny" Koonce ("Mr. and Mrs. Koonce") hereby file this Objection to Confirmation of Debtor Wells Solar & Electrical Services, LLC ("Wells Solar")'s Plan to Reorganize Under Chapter 11, which was filed on May 28, 2024, (hereinafter, this "Objection"). In support of this Objection, Mr. and Mrs. Koonce respectfully show as follows:

1. Mr. and Mrs. Koonce concur with and join in the objection filed by Attorney David Ritter on behalf of other certain deposit claim creditors (Document 91) and incorporate the same herein by reference.

2. Similarly, Mr. and Mrs. Koonce are deposit claim creditors under both Class 8 and Class 11 of the Plan. On July 9, 2024, Mr. and Mrs. Koonce collectively completed and submitted two (2) ballots rejecting the Plan under both Class 8 and Class 11. However, it was not clear from Debtor's letter and instructions whether Mr. and Mrs. Koonce were required to submit their ballots collectively (i.e., two (2)

ballots or four (4) ballots). While they received two (2) copies of the Plan, there was only one (1) ballot attached to each copy. To the extent that they were entitled to four (4) votes, Mr. and Mrs. Koonce agree that the voting procedures were unfair and confusing and respectfully request that their additional two (2) votes to reject the Plan be considered.

3. This case has been flagrant with bad faith since its beginning, and Debtor's request for a temporary injunction lasting up to five (5) years only highlights the true intent behind its resort to this Court. The individual owners of Debtor should not be able to escape their personal liability for their own bad acts due to the financial status of their company – over which they had full control. Justice should not be delayed for the deposit claim creditors in this case. Having to wait five (5) years, even if the statute of limitations is tolled, is substantially prejudicial. By that time, the value of the claims will have most likely decreased, and any dollar amount they *may* see from this Plan does not include interest.

**WHEREFORE**, Rebecca "Becky" Koonce and Ben "Benny" Koonce respectfully pray that the Court sustain its objection and deny confirmation of the Plan, and that they may have such other and further relief as is proper.

Dated: July 10, 2024

        Respectfully Submitted,

        **VBPena Law, PLLC**
        406 N. Lee St., Ste 103
        Round Rock, Texas 78664
        Telephone: (512) 642-8585

        By: */s/ Abigail Ventress*

        V. Blayre Pena
        State Bar No. 24050372
        Blayre@VBPenaLaw.com
        Abigail Ventress
        State Bar No. 24122065
        Abigail@VBPenaLaw.com

        **ATTORNEY FOR REBECCA "BECKY"
        KOONCE AND BEN "BENNY" KOONCE**

## CERTIFICATE OF SERVICE

    I certify that I served this document through this Court's ECF system, and on the following parties by mail, on July 10, 2024.

        */s/Abigail Ventress*
        Abigail Ventress

## Wells Solar & Electrical Services, LLC 24-10193
## Limited Service List

Cloudfund LLC (Delta)
400 Rella Blvd. 165-101
Suffern, NY 10901

DE LAGE LANDEN
Financial Cervices, Inc.
5046 Mainway Unit 1
Burlington, ON L7L 5Z1,
Canada

First Citizen Bank
155 Commerce Way
Portsmouth, NH 03801-3243

KUBOTA CREDIT
CORPORATION, USA
P.O. Box 2046
Grapevine, TX 76099

Retail Capital LLC (Credibly
Credibly 25200 Telegraph
Road, Suit 350
Southfield, MI 48033

South Arlington Industrial, LLC
c/o Natalie Overbey
1301 W 7th Street, Suite 141
Fort Worth, TX 76102

US SBA Loan
Little Rock Commercial Loan
Servicing Center
2120 Riverfront Drive, Suite 100
Little Rock, AR 72202

EnFin/Qcells
c/o Parsons Behile & Latimer
201 South Main Street, Suite 1800
Salt Lake City, UT 84111

Rexel
Attn: Credit Department
P.O. Box 766
Addison, TX 75001-0766

Vanguard Lease Co.
14100 Inwood Road
Dallas, TX 75244

Sunnova Energy Corporation
20 Greenway Plaza, Suite 540
Houston, TX 77046

American Express
P.O. Box 570622
Atlanta, GA 30357

Cons. Elec. Distributors, Inc.
1033 Meister Lane, Suite 600
Pflugerville, TX 78660

Intuit
2800 E. Commerce Center Place
Tucson, AZ 85706

Wells Fargo Commercial Banking
600 S 4th Street, Floor 13
Minneapolis, MN 55415-1526

Quick Roofing LLC
925 E Kennedale Pkwy
Kennedale, TX 76060

Annie Nelson
1100 Bee Creek Road
Spicewood, TX 78669

Anna Allen & Allen Vanlandingham
17887 FM 56
Kopperl, TX 76652

Jane Greenberg
2237 Quenby Street
Houston, TX 77005

Tom Mustaine
42 Vanguard Way
Dallas, TX 75243

John Pohlman
10730 Rose Bud Court
McKinney, TX 75072

Ruben Fernandez
261 Cascade Trail
Castroville, TX 78009

Scott Dorf
6506 Halsey Court
Austin, TX 78739

Sean Khorram
7602 Buck Meadow Drive
Georgetown, TX 78628

Solar Mosaic LLC
601 12th Street, Suite 325
Oakland, CA 94607

Mary Puryear
11109 Sea Hero Lane
Austin, TX 78748

Capital One
P.O. Box 60519
City of Industry, CA 91716-0519

Internal Revenue Service
Centralized Insolvency Office
P.O. Box 7346
Philadelphia, PA 19101-7346

Texas Comptroller
Bankruptcy Section
P.O. Box 13528
Austin, TX 78711

Gary W. Wright
DOJ-UST
United States Trustee's Office
903 San Jacinto Blvd., Suite 230
Austin, TX 78701

| | | |
|---|---|---|
| **Jamie Kirk**<br>Assistant Attorney General<br>12221 Merit Drive, Suite 825<br>Dallas, TX 75251-2244 | **David D. Ritter**<br>Ritter Spencer Cheng PLLC<br>15455 Dallas Parkway, Suite 600<br>Addison, TX 75001 | **Steven B. Bass**<br>U.S. Attorney's Office<br>903 San Jacinto, Suite 334<br>Austin, TX 78701 |
| **Abigail Ventress**<br>406 N. Lee Street, Suite 103<br>Round Rock, TX 78664-4313 | **Tara LeDay**<br>Chamberlain Hrdlicka White Williams<br>1200 Smith Street, Suite 1400<br>Houston, TX 77002 | |