**Reset hearing shall be held on 8/27/2024 at 01:00 PM in Austin Courtroom 2. Movant is responsible for notice.**



**The relief described hereinbelow is SO ORDERED.**

**Signed July 16, 2024.**

_____
**CHRISTOPHER G. BRADLEY
UNITED STATES BANKRUPTCY JUDGE**
_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § § § § | Chapter 11 |
| | § | Case No. 24-10193 |
| WELLS SOLAR & ELECTRICAL, SERVICES, LLC | § § § § | |
| Debtor | | |

### ORDER GRANTING DEBTOR'S MOTION FOR CONTINUANCE OF HEARING ON CONFIRMATION OF PLAN

    CAME ON TO BE CONSIDERED Debtor's Motion for Continuance of Hearing on Confirmation of Plan. The Court finds that such motion should be GRANTED.

    IT IS THEREFORE ORDERED that the hearing on confirmation of Debtor's Plan of Reorganization is continued to the date and time set forth above. Debtor shall be responsible for notice.

# # #

Order Submitted By:

Stephen W. Sather
Barron & Newburger, P.C.
7320 N. MoPac Expwy., Suite 400
Austin, TX 78731