**Reset hearing shall be held on 8/27/2024 at 01:00 PM in Austin Courtroom 2. Movant is responsible for notice.**



The relief described hereinbelow is SO ORDERED.

Signed July 16, 2024.

_____
CHRISTOPHER G. BRADLEY
UNITED STATES BANKRUPTCY JUDGE
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 24-10193 |
| WELLS SOLAR & ELECTRICAL, SERVICES, LLC | |
| Debtor | |

### ORDER GRANTING DEBTOR'S MOTION FOR CONTINUANCE OF HEARING ON CONFIRMATION OF PLAN

CAME ON TO BE CONSIDERED Debtor's Motion for Continuance of Hearing on Confirmation of Plan. The Court finds that such motion should be GRANTED.

IT IS THEREFORE ORDERED that the hearing on confirmation of Debtor's Plan of Reorganization is continued to the date and time set forth above. Debtor shall be responsible for notice.

# # #

Order Submitted By:

Stephen W. Sather
Barron & Newburger, P.C.
7320 N. MoPac Expwy., Suite 400
Austin, TX 78731

United States Bankruptcy Court

Western District of Texas

| | |
|---|---|
| In re: | Case No. 24-10193-cgb |
| Wells Solar & Electrical Services LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 16, 2024 | Form ID: pdfintp | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Wells Solar & Electrical Services LLC, 3805 Bee Creek Road, Spicewood, TX 78669-6596 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 18, 2024         Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abigail Ventress | on behalf of Creditor Ben "Benny" Koonce abigail@vbpenalaw.com paralegal@vbpenalaw.com;Blayre@vbpenalaw.com |
| Abigail Ventress | on behalf of Creditor Rebecca "Becky" Koonce abigail@vbpenalaw.com paralegal@vbpenalaw.com;Blayre@vbpenalaw.com |
| Andrew Lamb Pattillo | on behalf of Creditor Clark Roofing and Construction Inc. pattillo@thetexasfirm.com |
| Charles Murnane | on behalf of Debtor Wells Solar & Electrical Services LLC murnaneci@yahoo.com cchristensen@bn-lawyers.com;plevine@bn-lawyers.com;mcalderon@bn-lawyers.com |
| David D. Ritter | on behalf of Creditor Dror Baldinger dritter@ritterspencer.com |
| David D. Ritter | on behalf of Creditor Faith Bushen dritter@ritterspencer.com |

24-10193-cgb Doc#99 Filed 07/18/24 Entered 07/18/24 23:25:06 Imaged Certificate of Notice Pg 4 of 4

| | | |
|---|---|---|
| District/off: 0542-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 16, 2024 | Form ID: pdfintp | Total Noticed: 1 |

David D. Ritter
    on behalf of Creditor De Sossamon dritter@ritterspencer.com

David D. Ritter
    on behalf of Creditor Joe Pohlman dritter@ritterspencer.com

David D. Ritter
    on behalf of Creditor Steve Jernigan dritter@ritterspencer.com

David D. Ritter
    on behalf of Creditor M Judge dritter@ritterspencer.com

David Neal Stern
    on behalf of Debtor Wells Solar & Electrical Services LLC dstern@bn-lawyers.com mcalderon@bn-lawyers.com;plevine@bn-lawyers.com;cchristensen@bn-lawyers.com

Gary W. Wright
    on behalf of U.S. Trustee United States Trustee - AU12 gary.wright3@usdoj.gov

Jamie Kirk
    on behalf of Creditor Texas Comptroller of Public Accounts Revenue Accounting Division bk-jkirk@texasattorneygeneral.gov, sherri.simpson@oag.texas.gov

Jeff Carruth
    on behalf of Creditor Consolidated Electrical Distributors Inc. d/b/a Greentech Renewables, Inc. jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@bluestylus.com;jcarruth@ecf.courtdrive.com

Jon Maxwell Beatty
    on behalf of Creditor Jane Greenberg max@dtlawyers.com 7671921420@filings.docketbird.com

Michael G. Colvard
    on behalf of Trustee Michael G. Colvard mcolvard@mdtlaw.com mcolvard@ecf.axosfs.com;amartinez@mdtlaw.com

Michael G. Colvard
    mcolvard@mdtlaw.com mcolvard@ecf.axosfs.com;amartinez@mdtlaw.com

Michelle E. Shriro
    on behalf of Creditor PS Business Parks L.P. mshriro@singerlevick.com, scotton@singerlevick.com;tguillory@singerlevick.com

Misty Ann Segura
    on behalf of Creditor EnFin Corp. msegura@spencerfane.com misty-segura-9690@ecf.pacerpro.com

Richard Alan Fulton
    on behalf of Creditor Rexel USA Inc. rfulton@coatsrose.com, vhernandez@coatsrose.com

Stephen W. Sather
    on behalf of Debtor Wells Solar & Electrical Services LLC ssather@bn-lawyers.com phammer@bn-lawyers.com;cmurnane@bn-lawyers.com;plevine@bn-lawyers.com;cchristensen@bn-lawyers.com;BarronNewburgerPCAustin@jubileebk.net;mcalderon@bn-lawyers.com;kparsley@bn-lawyers.com

Steven B. Bass
    on behalf of Creditor United States Small Business Administration Steven.Bass@usdoj.gov tina.travieso@usdoj.gov

Tara T. LeDay
    on behalf of Creditor Astrid Roos Sabatier TARA.LEDAY@CHAMBERLAINLAW.COM lisa.adair@chamberlainlaw.com;vcovington@mvbalaw.com;bankruptcy@mvbalaw.com;Crystal.eudy@mvbalaw.com;Karla.alexander@mvbalaw.com;valerie.herrera@chamberlainlaw.com;lara.coleman@chamberlainlaw.com

Tara T. LeDay
    on behalf of Creditor Edouard-Alexandre Sabatier TARA.LEDAY@CHAMBERLAINLAW.COM lisa.adair@chamberlainlaw.com;vcovington@mvbalaw.com;bankruptcy@mvbalaw.com;Crystal.eudy@mvbalaw.com;Karla.alexander@mvbalaw.com;valerie.herrera@chamberlainlaw.com;lara.coleman@chamberlainlaw.com

United States Trustee - AU12
    ustpregion07.au.ecf@usdoj.gov

TOTAL: 25