# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| **In re:** | § | **CHAPTER 11** |
| | § | |
| **WELLS SOLAR & ELECTRICAL SERVICES, LLC** | § | |
| | § | **CASE NO. 24-10193** |
| **Debtor(s).** | § | |

## TRAVIS COUNTY'S NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICE AND OTHER DOCUMENTS

Notice is hereby given that Jason A. Starks, Assistant Travis County Attorney, will appear as counsel for Travis County in the above-entitled case and requests that service of notices and other documents be made upon this attorney of record.

          **Respectfully submitted,**

          **DELIA GARZA**
          Travis County Attorney
          P.O. Box 1748
          Austin, TX 78767
          (512) 854-9092 Telephone
          (512) 854-9316 Telecopier

By:   */s/ Jason A. Starks*
          **JASON A. STARKS**
          Assistant County Attorney
          Texas Bar No. 24046903
          Jason.Starks@traviscountytx.gov

# CERTIFICATE OF SERVICE

      I, Jason A. Starks, Assistant County Attorney, hereby certify that a true and correct copy of **Travis County's Notice of Appearance and Request for Service of Notice and Other Documents** has been sent to all interested parties registered for electronic service with the U. S. Bankruptcy Clerk's Office on or about the time this document was electronically filed with the Clerk on this **31st day of July, 2024** and mailed by United States First Class Mail to any party listed below that is not registered.

                                                                     /s/ *Jason A. Starks*
                                                                   JASON A. STARKS

**DEBTOR**
Wells Solar & Electrical Services, LLC
3805 Bee Creek Road
Spicewood, Texas 78669

**DEBTOR'S ATTORNEYS**
Charles Murnane
Laura Schut, P.C.
164 World of Tennis Square
Lakeway, Texas 78738

Stephen W. Sather
David Neal Stern
Barron & Newburger, PC
7320 N MoPac Expy., Ste. 400
Austin, Texas 78731
(served electronically)

**TRUSTEE**
Michael G. Colvard
Martin & Drought, PC
Weston Centre
112 E Pecan St., Suite 1616
San Antonio, Texas 78205

**U.S. TRUSTEE**
United States Trustee
903 San Jacinto Blvd., Ste. 230
Austin, Texas 78701
(served electronically)

1218784-1