Fill in this information to identify the case:

Debtor Name **Wells Solar & Electrical Services LLC**

United States Bankruptcy Court for the: Western District of Texas

Case number: **24-10193-CGB**

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11          12/17

Month: __June 2024__                                    Date report filed: __07/29/2024__
                                                                        MM / DD / YYYY

Line of business: __Electrical Contractor__            NAISC code: __238210__

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:                    Carl Wells

Original signature of responsible party    _____

Printed name of responsible party    __Carl Wells__

## ■ 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  | If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.* | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☑ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
|  | If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.* |  |  |  |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than Inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☑ | ☐ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name _____          Case number_____

17. Have you paid any bills you owed before you filed bankruptcy?          ☐   ☐   ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?          ☐   ☐   ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

   This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.          $ _____

20. **Total cash receipts**

   Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

   Report the total from *Exhibit C* here.          See Exhibit C          $ _____

21. **Total cash disbursements**

   Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

   Report the total from *Exhibit D* here.          See Exhibit D          – $ _____

22. **Net cash flow**

   Subtract line 21 from line 20 and report the result here.
   This amount may be different from what you may have calculated as *net profit*.          + $ _____

23. **Cash on hand at the end of the month**

   Add line 22 + line 19. Report the result here.

   Report this figure as the *cash on hand at the beginning of the month* on your next operating report.          = $ _____

   This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

   Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**          $ _____

   *(Exhibit E)*

Debtor Name _____     Case number_____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**     $ _____

   *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?     _____

27. What is the number of employees as of the date of this monthly report?     _____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?     $ _____

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?     $ _____

30. How much have you paid this month in other professional fees?     $ _____

31. How much have you paid in total other professional fees since filing the case?     $ _____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ _____ | − | $ _____ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | − | $ _____ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | − | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:     $ _____

36. Total projected cash disbursements for the next month:     **-** $ _____

37. Total projected net cash flow for the next month:     **=** $ _____

Debtor Name _____     Case number_____

---

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☐  38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).    **See attachment**

☐  39.  Bank reconciliation reports for each account.

☐  40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.    **See attachment**

☐  41.  Budget, projection, or forecast reports.

☐  42.  Project, job costing, or work-in-progress reports.

---

Wells Solar & Electrical Services LLC

Case No. 24-10193-cgb

Official Form 425C Explanations: June 2024

**Exhibit A**

**4 -** No employees during reporting period

**5 -** All receipts for business have been deposited into the Cadence Bank account ending in 1927

**6 -** Sales Tax Report has been filed and is attached below

**Exhibit C**

- See attachments below

**Exhibit D**

- Unanticipated Expense to move Dallas-Fort Worth inventory and assets to current operating location.
  - Wells Solar engaged with Puma Van Lines to move ALL assets and inventory from 1209 Sturgeon Ct, Ste 107, Arlington, TX 76001 to 3805 Bee Creek Rd, Spicewood, TX 78669. Puma Van Lines coordinated with Savannah Lagasse, Property Manager for Fort Management to access the property and generate a quote to complete the move of ALL Wells Solar inventory and assets. After contracts were executed and payment was made in the amount of 2,836.62, Puma Van Lines scheduled the move date for 06/26/2024 and proceeded with the move as planned. When Puma Van Lines arrived at the destination address, not ALL inventory and assets were present. Upon inquiry, Puma Van Lines informed Wells Solar that they were not able to move all the assets and inventory at the agreed upon price and they did not have the equipment and/or movers needed to complete the move as planned. Puma Van Lines has requested an additional fee to move the remaining inventory and assets but has not made it clear that they will be able to complete the move with their own equipment and movers. Wells Solar needs to find a new moving company that has the necessary equipment and skills to complete the move of the remaining items present at 1209 Sturgeon Ct, Ste 107, Arlington, TX 76001.
- See attachments below

**Exhibit E**

- No debts / unpaid bills incurred since filing date.

**Exhibit F**

- No new receivables since filing date – see petition for accounts receivable summary.

**38. Bank Statement attachment below**

- Red Highlighted – corresponds to Carl Wells Personal Compensation Expense
- Yellow Highlighted - corresponds to cash disbursements

- Blue Highlighted - corresponds to cash receipts
- Green Highlighted – corresponds to opening and closing balance

**40. Financial attachments below**

- Profit & Loss
- Statement of Cash Flows

**Last attachment – Current Active eBay listings as requested**

# CADENCE
## Bank

30/1

**WELLS SOLAR & ELECTRICAL SERVICES LLC**
3900 DROSSETT DR STE H
AUSTIN TX  78744-1132

STATEMENT DATE
06/30/24
ACCOUNT NUMBER
█████192-7

INFOLINE  1-888-797-7711

\* \* \* \* \* \* \* \*  CHECKING ACCOUNT SUMMARY  \* \* \* \* \* \* \* \* \*

| | | | |
|---|---|---|---|
| PREVIOUS BALANCE | 11,900.91 | AVERAGE BALANCE | |
| +   21  CREDITS | 7,514.01 | | 8,434 |
| -   14   DEBITS | 15,034.64 | YTD INTEREST PAID | |
| -  SERVICE CHARGES | .00 | | .00 |
| +   INTEREST PAID | .00 | | |
| ENDING BALANCE | 4,380.28 | | |

DAYS IN PERIOD                                30

\* \* \* \* \* \* \* \*  CHECKING ACCOUNT TRANSACTIONS  \* \* \* \* \* \* \* \* \*
     DEPOSITS AND OTHER CREDITS

DATE.........AMOUNT.TRANSACTION DESCRIPTION        CHK NO/ATM CD

| DATE | AMOUNT | TRANSACTION DESCRIPTION | |
|---|---|---|---|
| 06/03 | 43.07 | EBAY COMMK0WUQYZ 1618206000 BRYQBFUSKUDZC63 PAYMENTS | CCD |
| 06/03 | 552.54 | EBAY COMCGHEYUWV 1618206000 ASNBA6DTBYWUT63 PAYMENTS | CCD |
| 06/04 | 1,038.34 | EBAY COM2VYXDJ4V 1618206000 ZUOIQ84TLGX6J60 PAYMENTS | CCD |
| 06/06 | 368.36 | EBAY COMUSUXI8W5 1618206000 TJPGVQ0ST2DFD6K PAYMENTS | CCD |
| 06/07 | 657.76 | EBAY COMIPGYWLFQ 1618206000 AFBWNI7RWMD5Z60 PAYMENTS | CCD |
| 06/10 | 9.49 | EBAY COMZU7CZMLG 1618206000 D5JNJUZS16NO66H PAYMENTS | CCD |
| 06/10 | 393.19 | EBAY COM7OLJBEN2 1618206000 P83JUSMWJJRH26L PAYMENTS | CCD |
| 06/10 | 929.66 | EBAY COM7DNXTWXH 1618206000 9ZQ4HVSPEWYO36C PAYMENTS | CCD |
| 06/11 | 596.56 | EBAY COMFJR0FAHA 1618206000 V2Z2LMXRXKSYE6G PAYMENTS | CCD |
| 06/17 | 66.40 | EBAY COMHGRILFUE 1618206000 8EBMF4BTBGYCP68 PAYMENTS | CCD |
| 06/17 | 512.10 | EBAY COMCMEMNJAO 1618206000 BJXVHKTQ0CWVP69 PAYMENTS | CCD |
| 06/18 | 69.09 | EBAY COM078MKSHM 1618206000 FTOTHROSJKVZE6L PAYMENTS | CCD |

NOPR-030

**CADENCE Bank**

```
                                                          30/1
    WELLS SOLAR & ELECTRICAL SERVICES LLC        PAGE     2
    3900 DROSSETT DR STE H
    AUSTIN TX  78744-1132

                                            STATEMENT DATE
                                                06/30/24
                                            ACCOUNT NUMBER
                                         [          ]192-7
```

* * * * * * * * CHECKING ACCOUNT TRANSACTIONS * * * * * * * * *

    DEPOSITS AND OTHER CREDITS

| DATE | AMOUNT | TRANSACTION DESCRIPTION | CHK NO/ATM CD |
|------|--------|--------------------------|---------------|
| 06/20 | 63.99 | EBAY COMBFVYWEKV 1618206000 IEHB2MTME05BR6F PAYMENTS CCD | |
| 06/20 | 1,104.64 | EBAY COM0FMS7B5J 1618206000 WFSE7YT32AEDT6N PAYMENTS CCD | |
| 06/21 | 245.05 | EBAY COMBYSRQWJO 1618206000 T8RMVXYRMCMUT6J PAYMENTS CCD | |
| 06/24 | 79.35 | EBAY COMIP47DPAD 1618206000 MGCU8H3SIS82Q6L PAYMENTS CCD | |
| 06/24 | 106.09 | EBAY COMJUJUCFWH 1618206000 YMDQ0VIT7OUIL6A PAYMENTS CCD | |
| 06/24 | 202.08 | EBAY COMFUSBRSCJ 1618206000 SO1FTVTNMW2LE69 PAYMENTS CCD | |
| 06/25 | 348.16 | EBAY COMJCNE1XAX 1618206000 MTD7KMAQDOFNE63 PAYMENTS CCD | |
| 06/26 | 74.02 | EBAY COMTLPZN7UW 1618206000 RX9THRDRNSQVD69 PAYMENTS CCD | |
| 06/28 | 54.07 | EBAY COMDTU9CJKH 1618206000 QVUGHSSGKW7XS6N PAYMENTS CCD | |

    CHECKS

| DATE | CHECK NO | AMOUNT | DATE | CHECK NO | AMOUNT |
|------|----------|--------|------|----------|--------|
| 06/04 | 1126 | 3,500.00 | | | |

    OTHER DEBITS

| DATE | AMOUNT | TRANSACTION DESCRIPTION | CHK NO/ATM CD |
|------|--------|--------------------------|---------------|
| 06/05 | 381.03 | GEICO *COMMERCI 866-509-9444 DC | |
| 06/05 | 391.44 | GOOGLE F770493581 US0041427Q APPS_COMME CCD | |
| 06/06 | 31.98 | WP ENGINE AUSTIN TX | |
| 06/07 | 2,000.00 | APPLECARD GSBANK 9999999999 *Carl Wells - Personal Compensation* 8649890 PAYMENT WEB | |
| 06/11 | 70.25 | EBAY COMIEQPZMJC 1395398000 A9MRAFZSUQ0J12E PAYMENTS WEB | |
| 06/12 | 35.96 | EBAY COMZ534A9XI 1395398000 3PHWPVZT62YZY2D PAYMENTS WEB | |
| 06/13 | 8.60 | EBAY COMS094QGJJ 1395398000 JMO7CXPTI2H8R2L PAYMENTS WEB | |
| 06/14 | 1,513.77 | HCM*VANGUARD R A DALLAS TX | |
| 06/17 | 98.49 | NEXT INSUR. GEN PALO ALTO CA | |
| 06/17 | 166.50 | NEXT INSUR. TOOL PALO ALTO CA | |

NOPR 930

# CADENCE
## Bank

```
                                                                    30/1
        WELLS SOLAR & ELECTRICAL SERVICES LLC            PAGE      3
        3900 DROSSETT DR STE H
        AUSTIN TX  78744-1132

                                                       STATEMENT DATE
                                                          06/30/24
                                                       ACCOUNT NUMBER
                                                        ████192-7
```

* * * * * * * * CHECKING ACCOUNT TRANSACTIONS * * * * * * * *
  OTHER DEBITS

```
DATE.........AMOUNT.TRANSACTION DESCRIPTION      CHK NO/ATM CD
06/18      2,000.00 APPLECARD GSBANK 9999999999  Carl Wells - Personal Compensation
           8649890         PAYMENT      WEB
06/26      2,836.62 PUMA VAN LINES   TEL8667308631 TX  Unanticipated Expense
06/27      2,000.00 APPLECARD GSBANK 9999999999  Carl Wells - Personal Compensation
           8649890         PAYMENT      WEB
```

* * * * * * * * * * DAILY BALANCE SUMMARY * * * * * * * * * * *

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 05/31 | 11900.91 | 06/11 | 10115.18 | 06/21 | 8353.13 |
| 06/03 | 12496.52 | 06/12 | 10079.22 | 06/24 | 8740.65 |
| 06/04 | 10034.86 | 06/13 | 10070.62 | 06/25 | 9088.81 |
| 06/05 | 9262.39 | 06/14 | 8556.85 | 06/26 | 6326.21 |
| 06/06 | 9598.77 | 06/17 | 8870.36 | 06/27 | 4326.21 |
| 06/07 | 8256.53 | 06/18 | 6939.45 | 06/28 | 4380.28 |
| 06/10 | 9588.87 | 06/20 | 8108.08 | | |

WELLS SOLAR & ELECTRICAL SERVICES LLC
Account  #  ████ 1927
Page:     4



```
WELLS SOLAR & ELECTRICAL SERVICES LLC                    1126
3000 CROSSET DR STE H
AUSTIN, TX 78744-1102                         5/21/2024

Pay to the
Order of   Michael Colvard-Subchapter V Trustee   $ 3,500.00

three thousand five hundred dollars +00/100      Dollars

CADENCE
Bank

For V.S. Bankruptcy casting 24-10193-cgb

⑆084201278⑆  ████ 1927⑈  1126
```

1126 06/04/2024 $3500.00

**THANK YOU FOR BANKING WITH US**

---

THIS SECTION IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT.

FROM _____ TO _____ 20 _____

CHECKS OUTSTANDING — NOT CHARGED TO ACCOUNT

| NO. | $ |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL** | $ |

BALANCE SHOWN ON THIS STATEMENT $ _____

ADD DEPOSITS NOT CREDITED $ _____

$ _____

$ _____

SUBTOTAL $ _____

DEDUCT OUTSTANDING CHECKS $ _____

RECONCILED STATEMENT BALANCE $ _____

CHECKBOOK BALANCE $ _____

DEDUCT SERVICE CHARGES $ _____

SUBTOTAL $ _____

ADD INTEREST CREDITED $ _____

UPDATED CHECKBOOK BALANCE $ _____

---

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:

Direct telephone inquiries to 1-888-797-7711 (TOLL FREE) or write us at Customer Service, 2910 West Jackson St., Tupelo, MS 38801 as soon as you can. If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we may recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR CREDIT LINE BILL:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us (on a separate sheet) at Customer Service, 2910 West Jackson St., Tupelo, MS 38801 as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us TOLL FREE at 1-888-797-7711, but doing so will not preserve your rights.

In your letter, give us the following information.

(1) Your name and account number.

(2) The dollar amount of the suspected error.

(3) Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

Explanation of CREDIT LINE'S AVERAGE DAILY BALANCE

We figure the FINANCE CHARGE on your account by applying the periodic rate to the "AVERAGE DAILY BALANCE", including current transactions. To get the "AVERAGE DAILY BALANCE" we take the beginning balance of your account each day and add any new advances and subtract any payments, credits and unpaid finance charges. This gives us the daily balance. Then, we add up all the daily balances of the billing cycle divide the total by the number of days in the billing cycle. This gives us "THE AVERAGE DAILY BALANCE".

# Seller Hub

wses-tx (143)

Messages (165) | Seller Help

Overview | Orders | Listings | Marketing | Advertising [NEW] | Store | Performance | Payments | Research | Reports

Tell us what you think

Payments > Payouts

Summary

All transactions

**Payouts**

Reports

Taxes

Learning Resources

## Payouts

| Custom ▼ | Start: June 01, 2024 | End: June 30, 2024 |

| Payout ID ▼ | | 🔍 | Reset |

### Results: 1-23 of 23

| Payout date | Payout ID | Payout method | Status | Memo | Amount |
|---|---|---|---|---|---|
| Jun 30, 2024 02:44:35 | 6421912631 | BANK Cadence Bank *1927 | ● Funds sent | Funds usually arrive in 1-3 business days<br>Bank reference ID 5OGWYGS1OS7BV6N | $38.96 |
| Jun 29, 2024 02:42:33 | 6420593231 | BANK Cadence Bank *1927 | ● Funds sent | Funds usually arrive in 1-3 business days<br>Bank reference ID OEVXYESTCUVES6C | $583.24 |
| Jun 28, 2024 02:46:50 | 6419416559 | BANK Cadence Bank *1927 | ● Funds sent | Funds usually arrive in 1-3 business days<br>Bank reference ID B6SNTVESQMFAZ6F | $302.40 |
| Jun 27, 2024 02:49:33 | 6417978527 | BANK Cadence Bank *1927 | ● Funds sent | Funds usually arrive in 1-3 business days<br>Bank reference ID QVUGHSSGKW7XS6N | $54.07 |
| Jun 25, 2024 03:29:42 | 6415331663 | BANK Cadence Bank *1927 | ● Funds sent | Funds usually arrive in 1-3 business days<br>Bank reference ID RX9THRDRNSQVD69 | $74.02 |
| Jun 24, 2024 03:00:41 | 6413869655 | BANK Cadence Bank *1927 | ● Funds sent | Funds usually arrive in 1-3 business days<br>Bank reference ID MTD7KMAQDOFNE63 | $348.16 |
| Jun 23, 2024 03:14:36 | 6412730471 | BANK Cadence Bank *1927 | ● Funds sent | Funds usually arrive in 1-3 business days<br>Bank reference ID MGCU8H3SIS82Q6L | $79.35 |
| Jun 22, 2024 03:08:13 | 6411359063 | BANK Cadence Bank *1927 | ● Funds sent | Funds usually arrive in 1-3 business days<br>Bank reference ID YMDQ0VIT7OUIL6A | $106.09 |
| Jun 21, 2024 03:25:44 | 6409934159 | BANK Cadence Bank *1927 | ● Funds sent | Funds usually arrive in 1-3 business days<br>Bank reference ID SO1FTVTNMW2LE69 | $202.08 |
| Jun 20, 2024 03:20:33 | 6408609335 | BANK Cadence Bank *1927 | ● Funds sent | Funds usually arrive in 1-3 business days<br>Bank reference ID T8RMVXYRMCMUT6J | $245.05 |
| Jun 19, 2024 03:09:59 | 6407443463 | BANK Cadence Bank *1927 | ● Funds sent | Funds usually arrive in 1-3 business days<br>Bank reference ID WFSE7YT32AEDT6N | $1,104.64 |
| Jun 18, 2024 03:32:41 | 6406012559 | BANK Cadence Bank *1927 | ● Funds sent | Funds usually arrive in 1-3 business days<br>Bank reference ID IEHB2MTME05BR6F | $63.99 |
| Jun 17, 2024 03:32:07 | 6404426207 | BANK Cadence Bank *1927 | ● Funds sent | Funds usually arrive in 1-3 business days<br>Bank reference ID FTOTHROSJKVZE6L | $69.09 |
| Jun 16, 2024 03:42:54 | 6403188575 | BANK Cadence Bank *1927 | ● Funds sent | Funds usually arrive in 1-3 business days<br>Bank reference ID BJXVHKTQ0CWVP69 | $512.10 |
| Jun 14, 2024 03:35:32 | 6400481255 | BANK Cadence Bank *1927 | ● Funds sent | Funds usually arrive in 1-3 business days<br>Bank reference ID 8EBMF4BTBGYCP68 | $66.40 |
| Jun 10, 2024 04:06:33 | 6394862495 | BANK Cadence Bank *1927 | ● Funds sent | Funds usually arrive in 1-3 business days<br>Bank reference ID V2Z2LMXRXKSYE6G | $596.56 |
| Jun 9, 2024 04:37:20 | 6393568535 | BANK Cadence Bank *1927 | ● Funds sent | Funds usually arrive in 1-3 business days<br>Bank reference ID 9ZQ4HVSPEWYO36C | $929.66 |
| Jun 8, 2024 04:10:41 | 6392132855 | BANK Cadence Bank *1927 | ● Funds sent | Funds usually arrive in 1-3 business days<br>Bank reference ID D5JNJUZS16NO66H | $9.49 |
| Jun 7, 2024 04:09:54 | 6390848807 | BANK Cadence Bank *1927 | ● Funds sent | Funds usually arrive in 1-3 business days<br>Bank reference ID P83JUSMWJJRH26L | $393.19 |
| Jun 6, 2024 04:18:38 | 6389553671 | BANK Cadence Bank *1927 | ● Funds sent | Funds usually arrive in 1-3 business days<br>Bank reference ID AFBWNI7RWMD5Z60 | $657.76 |

| Payout date | Payout ID | Payout method | Status | Memo | Amount |
|---|---|---|---|---|---|
| Jun 5, 2024 03:53:17 | 6388134167 | BANK Cadence Bank *1927 | ● Funds sent | Funds usually arrive in 1-3 business days<br>Bank reference ID TJPGVQ0ST2DFD6K | $368.36 |
| Jun 3, 2024 03:43:03 | 6384965135 | BANK Cadence Bank *1927 | ● Funds sent | Funds usually arrive in 1-3 business days<br>Bank reference ID ZUOIQ84TLGX6J60 | $1,038.34 |
| Jun 2, 2024 03:50:56 | 6383734439 | BANK Cadence Bank *1927 | ● Funds sent | Funds usually arrive in 1-3 business days<br>Bank reference ID ASNBA6DTBYWUT63 | $552.54 |

Results per page: 50

Want to know more? See our Help and contact, or Join our community.

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices    and AdChoice

?

**Payments**

Date range: Jun 01, 2024–Jul 14, 2024

Generated: Jul 14, 2024

## Financial overview

| | |
|---|---|
| Orders | $16,179.59 |
| Refunds | -$625.15 |
| Expenses | -$3,907.58 |
| Net transfers | -$12,234.96 |

## Transactions summary

| Orders | Debits | Credits | Net |
|---|---|---|---|
| Subtotal | $0.00 | $16,179.59 | $16,179.59 |

| Refunds | Debits | Credits | Net |
|---|---|---|---|
| Gross refunds | -$625.15 | $0.00 | -$625.15 |
| Gross claims | $0.00 | $0.00 | $0.00 |
| Gross payment disputes | $0.00 | $0.00 | $0.00 |
| Subtotal | -$625.15 | $0.00 | -$625.15 |

| Expenses | Debits | Credits | Net |
|---|---|---|---|
| Fees | -$2,341.12 | $89.78 | -$2,251.34 |
| Advanced listing upgrade fees | $0.00 | $0.00 | $0.00 |
| Insertion fees | $0.00 | $0.00 | $0.00 |
| Promoted Listings fees | $0.00 | $0.00 | $0.00 |
| Other fees | -$12.62 | $0.00 | -$12.62 |
| Transaction fees | -$2,328.50 | $89.78 | -$2,238.72 |
| Shipping labels | -$1,656.24 | $0.00 | -$1,656.24 |
| Donations | $0.00 | $0.00 | $0.00 |
| Subtotal | -$3,997.36 | $89.78 | -$3,907.58 |

**Net transfers**

| | Debits | Credits | Net |
|---|---|---|---|
| Charges | $0.00 | $133.61 | $133.61 |
| Payouts | -$12,368.57 | $0.00 | -$12,368.57 |
| Subtotal | -$12,368.57 | $133.61 | -$12,234.96 |

Hi **Carl!** ∨

**Daily Deals**     **Brand Outlet**     **Gift Cards**     **Help & Contact**

**Sell**     **Watchlist** ∨     **My eBay** ∨

🔔     🛒

ebay     Shop by category ∨     🔍 Search for anything     | All Categories ∨ |     **Search**

# My eBay Sold

**Activity**     Messages     Account

**wses-tx** ( 143 ⭐ )     🔖

**Summary**

**Recently viewed**

**Buying**                          ^

  Bids/Offers

  eBay Bucks

  Purchase History

**Watch list**

**Saved**                          ^

  Saved searches

  Saved sellers

**Selling**                        ^

  Overview

  Sell an item

  Drafts

  Scheduled

  Active

  **Sold**

  Unsold

  Payments

  Shipping labels

ⓘ **Boost your listings' impressions**
Get your listings seen with Promoted Listings Standard. **Get started**

## Sold

Period:  Last month ∨          Sort:  Most recently sold ∨

**All (88)**     Leave feedback (8)     Shipped (84)

☐ Select all items          Delete

☐     

✅ **Delivered**

**SQUARE D - HOMT220230 - Homeline - Circuit Breaker**
Item ID: 266861146945
Positive feedback received
**$18.00** Item subtotal
+ Shipping (buyer paid $6.16)
Sold on: Jun 30 ·
Buyer: John P Black **partnut55**
Buyer paid date: Jun 30
Order number: 14-11758-14613

**View order details** ∨

View tracking

Edit tracking

☐     ✅ **Delivered**

**EGAUGE SYSTEMS - EG4115 Energy Meter, Web Server, & Data Logger & CT's (Kit)**
Item ID: 266821752679
**$395.00** Item subtotal
+ Shipping (buyer paid $7.15)
Sold on: Jun 29 ·
Buyer: freddy castillo **fl258**
Buyer paid date: Jun 30
Order number: 24-11761-76880

**View order details** ∨

View tracking

Edit tracking

**Leave feedback**
How did this transaction go?                    **Leave feedback**



✅ Delivered

[HYPER ENGINEERING - SS1B16-32SN - Sure Start Single Phase Soft Starter](#)

Item ID: 266883376978

**$195.00** Item subtotal

+ Shipping (buyer paid $6.14)

Sold on: Jun 30 ·

Buyer: James Bethea [jamesymaribel](#)

Buyer paid date: Jun 30

Order number: 06-11764-47376

[ View order details ] [ ⌄ ]

View tracking

Edit tracking

---



✅ Delivered

[TESLA PN: 1509203-01-B Accessory Bag for Tesla Powerwall 2 / Gateway 2](#)

Item ID: 266809748633

**$35.00** Item subtotal

+ Shipping (buyer paid $6.23)

Sold on: Jun 29 ·

Buyer: Nate Smartt [smartt1234](#)

Buyer paid date: Jun 29

Order number: 24-11760-04330

[ View order details ] [ ⌄ ]

View tracking

Edit tracking

---

**Leave feedback**

How did this transaction go?

[ **Leave feedback** ]

---



✅ Delivered

[SQUARE D - QOM2200VH - 200 Amps 2 Poles 120/240 VAC Main Circuit Breaker](#)

Item ID: 266882875729

**$100.00** Item subtotal

+ Shipping (buyer paid $7.16)

Sold on: Jun 29 ·

Buyer: Joseph A. Wendel [breakersunlimited](#)

Buyer paid date: Jun 29

Order number: 20-11748-65070

[ View order details ] [ ⌄ ]

View tracking

Edit tracking

---

**Leave feedback**

How did this transaction go?

[ **Leave feedback** ]

---



✅ Delivered

[SOLAREDGE Cellular GSM Plug-in Kit Sim Card, 5yr plan Cell-A-R05-US-P-S2](#)

Item ID: 266827710729

**$50.00** Item subtotal

+ Shipping (buyer paid $8.41)

Sold on: Jun 29 ·

Buyer: Seth Garrepy [nocompromisegeneration](#)

Buyer paid date: Jun 29

Order number: 10-11757-74138

[ View order details ] [ ⌄ ]

View tracking

Edit tracking

---



✅ Delivered

[SIEMENS - Q230 - 30 Amp Circuit Breaker 2 Pole 120/240V 60Hz Type QP](#)

Item ID: 266803953883 · Quantity: 3

**$45.00** Item subtotal

+ Shipping (buyer paid $8.12)

Sold on: Jun 28 ·

Buyer: Charles G. Whitener [collier82x](#)

[ View order details ] [ ⌄ ]

View tracking

Edit tracking

Buyer paid date: Jun 28
Order number: 22-11743-02794



✅ **Delivered**                    View order details ⌄

SOLAREDGE - SEMTR240-NN-
S-S1 SEMTR240 - Metering Unit
Solar Energy System                        View tracking
Item ID: 266622460264
$15.00  Item subtotal                       Edit tracking
+ Shipping (buyer paid $10.92)
Sold on: Jun 27 ·
Buyer: Malcolm Galland  malcolmputer
Buyer paid date: Jun 27
Order number: 10-11751-53993



✅ **Delivered**                    View order details ⌄

SOLAREDGE Cellular GSM
Plug-In Kit Sim Card, 5yr plan
Cell-A-R05-US-P-S2                          View tracking
Item ID: 266827710729
$30.00  Item subtotal                       Edit tracking
+ Shipping (buyer paid $6.16)
Sold on: Jun 27 ·
Buyer: Gary Fleck  garysm3
Buyer paid date: Jun 27
Order number: 06-11754-98404



✅ **Delivered**                    View order details ⌄

TESLA - (1) Backup Gateway 2
PN: 1232100 -00-E for Solar
Energy Powerwall                           View tracking
Item ID: 266820505543
$500.00  Item subtotal                      Edit tracking
+ Shipping (buyer paid $129.75)
Sold on: Jun 27 ·
Buyer: Curtis Mailloux  curtimaillou_0
Buyer paid date: Jun 27
Order number: 13-11745-49357



✅ **Delivered**                    View order details ⌄

TESLA - (1) Backup Gateway 2
PN: 1232100 -00-E for Solar
Energy Powerwall                           View tracking
Item ID: 266820505543
$450.00  Item subtotal                      Edit tracking
+ Shipping (buyer paid $96.51)
Sold on: Jun 26 ·
Buyer: Justin Fant  fantom-rr
Buyer paid date: Jun 26
Order number: 06-11750-96468



✅ **Delivered**                    View order details ⌄

EATON - CHT2020 -Circuit
Breaker Cutler Hammer 20/20
Amp Two 1 Pole Tandem Twin                  View tracking
Item ID: 266874859980
$24.00  Item subtotal                       Edit tracking
+ Shipping (buyer paid $4.47)
Sold on: Jun 26 ·
Buyer: Aaron Lee  aksewi-40
Buyer paid date: Jun 26
Order number: 02-11754-72669



✅ **Delivered**

[CONTINENTAL CONTROL SYSTEMS - (1) ACTL-0750-200 200A - Current Transformer - CT](#)

Item ID: 266815906120 • Quantity: 2

**$30.00** Item subtotal

+ Shipping (buyer paid $11.15)

Sold on: Jun 26 •

Buyer: Chris Myers  smily_03

Buyer paid date: Jun 26

Order number: 06-11348-27255

**View order details**

View tracking

Edit tracking

---



✅ **Delivered**

[SIEMENS - Q235 - 35 Amp Circuit Breaker 2 Pole 120/240V 60Hz Type QP Q235](#)

Item ID: 266803944582 • Quantity: 7

Save up to 20% when you buy more

**$84.00** Item subtotal

+ Shipping (buyer paid $13.70)

Sold on: Jun 25 •

Buyer: denys shaposhnikov  denya1979

Buyer paid date: Jun 25

Order number: 16-11735-07923

**View order details**

View tracking

Edit tracking

---

**Leave feedback**
How did this transaction go?

**Leave feedback**

---



✅ **Delivered**

[Generac - Relay 12V 30A SPST Pilot Duty - PN: 0K2098 - Generac Generator Part](#)

Item ID: 266644622020

**$20.00** Item subtotal

+ Shipping (buyer paid $4.02)

Sold on: Jun 25 • Buyer: ilyas Kurt  ilku-8064

Buyer paid date: Jun 25

Order number: 12-11738-68268

ℹ️ Sent through eBay International Shipping.

**View order details**

View tracking

Edit tracking

---



✅ **Delivered**

[EATON - CHT2020 -Circuit Breaker Cutler Hammer 20/20 Amp Two 1 Pole Tandem Twin](#)

Item ID: 266853066783

Positive feedback received

**$23.00** Item subtotal

+ Shipping (buyer paid $4.43)

Sold on: Jun 23 •

Buyer: Yurii Wong  yuriiw

Buyer paid date: Jun 23

Order number: 27-11718-73151

**View order details**

View tracking

Edit tracking

---



**Refunded**

[(30) Bridgeport Liquid-Tight Connector 430-NMLT 1/2"](#)

Item ID: 266827711193

Positive feedback received

**$10.00** Item subtotal

+ Shipping (buyer paid $7.15)

Sold on: Jun 23 •

Buyer: OR Amar RACHOOM  izy944

Buyer paid date: Jun 23

Order number: 16-11728-69782

**View payment details**



✅ **Delivered**

[TESLA Internal Eaton Panelboard Kit PN1529623, GATEWAY 2/SOLAR 200A 6/12 120/240](#)

Item ID: 266649017770

**$75.00** Item subtotal

+ Shipping (buyer paid $13.17)

Sold on: Jun 23 ·

Buyer: Joel Brito [sonenergy](#)

Buyer paid date: Jun 23

Order number: 03-11738-88923

**View order details**

View tracking

Edit tracking

---



✅ **Delivered**

[ENPHASE PN: 880-00231 - Enphase IQ Envoy - Model IQ-AM1-240 - NEW IN BOX](#)

Item ID: 266856034160

Positive feedback received

**$295.00** Item subtotal

+ Shipping (buyer paid $9.56)

Sold on: Jun 22 ·

Buyer: Mark Sollack [sollack](#)

Buyer paid date: Jun 22

Order number: 10-11730-48759

**View order details**

View tracking

Edit tracking

---



✅ **Delivered**

[TESLA - (2) - 100A CT's - Current Transformers - TPN 1467316-00-B 01 - Lot of 2](#)

Item ID: 266815912702

**$55.00** Item subtotal

+ Shipping (buyer paid $5.80)

Sold on: Jun 22 ·

Buyer: Michael D Joy [ninsystems](#)

Buyer paid date: Jun 22

Order number: 04-11735-58673

**View order details**

View tracking

Edit tracking

---

**Leave feedback**
How did this transaction go?

**Leave feedback**



✅ **Delivered**

[TESLA -Neurio W1-MODBUS-TESLA 1112484-02-A, Kit, Meter w/ current xmfr e gateway](#)

Item ID: 266635178263

**$60.00** Item subtotal

+ Shipping (buyer paid $6.09)

Sold on: Jun 22 ·

Buyer: Vito Fegarotti [woodkiwi04](#)

Buyer paid date: Jun 22

Order number: 15-11724-50568

ℹ️ Sent through [eBay International Shipping](#).

**View order details**

View tracking

Edit tracking



● **Delivered**

[SIEMENS - Q235 - 35 Amp Circuit Breaker 2 Pole 120/240V 60Hz Type QP Q235](#)

Item ID: 266803944582

**$12.00**

+ Shipping (buyer paid $6.16)

Sold on: Jun 21 ·

Buyer: Richard Aey  [ric-737](#)

Buyer paid date: Jun 21

Order number: 21-11715-23436

**View order details** ⌄

View tracking

Edit tracking

---



✅ **Delivered**

[GENERAC - Starter - A0000501971 COO IN STARTER MOTOR GEAR REDUCED 1KW](#)

Item ID: 266823085483

Positive feedback received

**$95.00** Item subtotal

+ Shipping (buyer paid $12.12)

Sold on: Jun 21 ·

Buyer: Gerald Austin  [oldjerl946](#)

Buyer paid date: Jun 21

Order number: 01-11734-40971

**View order details** ⌄

View tracking

Edit tracking

---



✅ **Delivered**

[SQUARE D - HOM2100 Homeline 100A 2 Pole 120/240V Plug On Circuit Breaker](#)

Item ID: 266869074477 · Quantity: 3

Save up to 20% when you buy more

**$135.00** Item subtotal

+ Shipping (buyer paid $9.06)

Sold on: Jun 20 ·

Buyer: kevin dobbin  [2919kevin](#)

Buyer paid date: Jun 20

Order number: 22-11710-16545

**View order details** ⌄

View tracking

Edit tracking

---



✅ **Delivered**

[SQUARE D - HOM120GFI - 20 Amp Circuit Breaker - Homeline - 1 Pole - 120v 60Hz](#)

Item ID: 266865548926 · Quantity: 6

Save up to 20% when you buy more

**$192.00** Item subtotal

+ Shipping (buyer paid $12.81)

Sold on: Jun 19 ·

Buyer: Nir Olcha  [olchanir](#)

Buyer paid date: Jun 19

Order number: 16-11711-87093

**View order details** ⌄

View tracking

Edit tracking

---

**Partially refunded**

[SQUARE D - (1) HOM290 90 Amp Circuit Breaker 2 Pole 120/240V](#)

Item ID: 266805556722 · Quantity: 2

Positive feedback received

Save up to 20% when you buy more

**$76.00** Item subtotal

+ Shipping (buyer paid $7.84)

Sold on: Jun 19 ·

Buyer: Elk River Winlectric  [dalree7](#)

Buyer paid date: Jun 19

Order number: 10-11716-19743

**View payment details** ⌄

View tracking

Edit tracking



✅ **Delivered**

[SQUARE D - Q0220 Circuit Breaker 20 Amp 2 Pole](#)

Item ID: 266861163697

Positive feedback received

**$8.00** Item subtotal

+ Shipping (buyer paid $6.09)

Sold on: Jun 18 ·

Buyer: cuuck arcadi  **941noway1111**

Buyer paid date: Jun 18

Order number: 03-11721-01176

View order details ▼

View tracking

Edit tracking

---



✅ **Delivered**

[Generac - PN: 0D7178T- FUSE ATO TYPE 7.5 (BROWN) - GENERATOR PART](#)

Item ID: 266645486237

**$4.00** Item subtotal

+ Shipping (buyer paid $4.02)

Sold on: Jun 18 ·

Buyer: Chaiher Chai  **chach_4020**

Buyer paid date: Jun 18

Order number: 22-11701-73560

View order details ▼

View tracking

Edit tracking

---



✅ **Delivered**

[TESLA Internal Eaton Panelboard Kit PN1529623, GATEWAY 2/SOLAR 200A 6/12 120/240](#)

Item ID: 266649017770 · Quantity: 5

Save up to 30% when you buy more

**$375.00** Item subtotal

+ Shipping (buyer paid $24.17)

Sold on: Jun 18 ·

Buyer: tyler skillman  **collectorcare**

Buyer paid date: Jun 18

Order number: 17-11706-12178

View order details ▼

View tracking

Edit tracking

---



✅ **Delivered**

[SOLAREDGE EV Charger PN SE-EV-SA-KIT-LJ40P (SE-EV-SA-US-40P, SE-EV-CBL-SA-25J40)](#)

Item ID: 266835466334

**$375.00** Item subtotal

+ Shipping (buyer paid $80.86)

Sold on: Jun 17 · Buyer: Glen Burrows  **grb928**

Buyer paid date: Jun 17

Order number: 21-11700-13165

ℹ️ **Sent** through [eBay International Shipping](#).

View order details ▼

View tracking

Edit tracking

---

✅ **Delivered**

[SQUARE D - HOM120GFI - 20 Amp Circuit Breaker - Homeline - 1 Pole - 120v 60Hz](#)

Item ID: 266805550992 · Quantity: 5

**$125.00** Item subtotal

+ Shipping (buyer paid $9.24)

Sold on: Jun 17 ·

Buyer: Andre Ost  **kingfish0000**

Buyer paid date: Jun 17

Order number: 01-11719-38904

View order details ▼

View tracking

Edit tracking



✅ **Delivered**

[View order details] [▼]

GE - TQD22200WL - 200 Amp Molded Case Circuit Breaker - General Electric

Item ID: 266851280766

View tracking

**$425.00** Item subtotal

Edit tracking

+ Shipping (buyer paid $7.15)

Sold on: Jun 17 •

Buyer: Gustav Dickerson   gudale-tw2pyj

Buyer paid date: Jun 17

Order number: 10-11710-30121

---



✅ **Delivered**

[View order details] [▼]

ENPHASE PN: 880-00231 - Enphase IQ Envoy - Model IQ-AM1-240 - NEW IN BOX

Item ID: 266856034160

View tracking

**$350.00** Item subtotal

Edit tracking

+ Shipping (buyer paid $7.84)

Sold on: Jun 17 •

Buyer: Joseph Utasi   keoweejoe

Buyer paid date: Jun 17

Order number: 13-11707-29846

---



✅ **Delivered**

[View order details] [▼]

Generac - PN: 0D7178T- FUSE ATO TYPE 7.5 (BROWN) - GENERATOR PART

Item ID: 266645486237 • Quantity: 2

View tracking

**$8.00** Item subtotal

Edit tracking

+ Shipping (buyer paid $4.31)

Sold on: Jun 17 •

Buyer: SkyFi Audio LLC   orvoit_0

Buyer paid date: Jun 17

Order number: 02-11715-26025

---



✅ **Delivered**

[View order details] [▼]

HEYCO - S6405 Sunrunner Cable Clip - Positioning Device (Package of 100)

Item ID: 266825344987

View tracking

Positive feedback received

Edit tracking

**$15.00** Item subtotal

+ Shipping (buyer paid $8.02)

Sold on: Jun 16 •

Buyer: Carlos Zayas   caenza

Buyer paid date: Jun 16

Order number: 20-11696-65207

---

✅ **Delivered**

[View order details] [▼]

Generac - PN: A0000538695 / PN: A0002197676 - Generator Wi-Fi Module - New

Item ID: 266655070755

View tracking

**$80.00** Item subtotal

Edit tracking

+ Shipping (buyer paid $5.32)

Sold on: Jun 16 •

Buyer: Rodney Hancock   rhancock434

Buyer paid date: Jun 16

Order number: 14-11699-04198

---



✅ **Delivered**

[View order details ▾]

**TESLA -Neurio W1-MODBUS-TESLA 1112484-02-A, Kit, Meter w/ current xmfr e gateway**

View tracking

Item ID: 266635178263

Positive feedback received

Edit tracking

**$75.00** Item subtotal

+ Shipping (buyer paid $6.09)

Sold on: Jun 15 ·

Buyer: Tim Bitson affliktedone

Buyer paid date: Jun 15

Order number: 08-11702-25786



✅ **Delivered**

[View order details ▾]

**Generac - PN: 0K1534 SEAL CSHFT FLYWL SIDE RED - Generac Generator Part**

View tracking

Item ID: 266645494898

Edit tracking

**$10.00** Item subtotal

+ Shipping (buyer paid $4.02)

Sold on: Jun 14 ·

Buyer: Mark Tarallo mar_tara

Buyer paid date: Jun 14

Order number: 27-11682-37051



✅ **Delivered**

[View order details ▾]

**SQUARE D - QO115 - 15 Amp 1 Pole Circuit Breaker 120/240 Volt**

View tracking

Item ID: 266860737604

Edit tracking

**$10.00** Item subtotal

+ Shipping (buyer paid $5.32)

Sold on: Jun 14 ·

Buyer: rickie tompkins mountianmanrickie

Buyer paid date: Jun 14

Order number: 20-11688-61072



✅ **Delivered**

[View order details ▾]

**TESLA Zep Tool (1) ZepSolar - Solar Fastener Tool/Hammer P/N:CS-009000-201 REV E**

View tracking

Item ID: 266844003176

Edit tracking

**$357.00** Item subtotal

+ Shipping (buyer paid $6.23)

Sold on: Jun 13 ·

Buyer: Carrie Ingham caring-9098

Buyer paid date: Jun 14

Order number: 26-11682-17816

✅ **Delivered**

[View order details ▾]

**SOLAREDGE - SEMTR240-NN-S-S1 SEMTR240 - Metering Unit Solar Energy System**

View tracking

Item ID: 266622460264 · Quantity: 3

Save up to 50% when you buy more

Edit tracking

**$60.00** Item subtotal

+ Shipping (buyer paid $26.30)

Sold on: Jun 14 ·

Buyer: Brad Fagerlie thinker48855

Buyer paid date: Jun 14

Order number: 03-11703-80175



or 1.99



SOLAREDGE - SEMTR240-NN-S-S1 SEMTR240 - Metering Unit Solar Energy System

Item ID: 266622460264 · Quantity: 2

Save up to 50% when you buy more

**$40.00** Item subtotal

+ Shipping (buyer paid $17.36)

Sold on: Jun 14 ·

Buyer: Brad Fagerlie  thinker48855

Buyer paid date: Jun 14

Order number: 25-11682-84492

Relist

---

✅ **Delivered**





TESLA Internal Eaton Panelboard Kit PN1529623, GATEWAY 2/SOLAR 200A 6/12 120/240

Item ID: 266649017770

**$75.00** Item subtotal

+ Shipping (buyer paid $13.17)

Sold on: Jun 14 ·

Buyer: konstantin misyuk  mis_83512

Buyer paid date: Jun 14

Order number: 02-11704-51963

View order details

View tracking

Edit tracking

---

✅ **Delivered**



SQUARE D - (1) QO225 - 25 Amp Plug-On Circuit Breaker - 2 Poles

Item ID: 266850007131 · Quantity: 5

Save up to 20% when you buy more

**$100.00** Item subtotal

+ Shipping (buyer paid $11.80)

Sold on: Jun 14 ·

Buyer: robert dimery  schmeets

Buyer paid date: Jun 14

Order number: 18-11688-56561

View order details

View tracking

Edit tracking

---

**Note from buyer:** Please hold off on shipping until June 24; I'll be out of town until then and don't want it sitting on a doorstep. Thanks!



✅ **Delivered**



SOLAREDGE - SEMTR240-NN-S-S1 SEMTR240 - Metering Unit Solar Energy System

Item ID: 266622460264

**$20.00** Item subtotal

+ Shipping (buyer paid $17.23)

Sold on: Jun 13 ·

Buyer: Alexander Zbrozek  sasha_zbrozek

Buyer paid date: Jun 13

Order number: 23-11682-29941

View order details

View tracking

Edit tracking

---

✅ **Delivered**



HAYDON - 72085 N-820 1/4 EG Grip Nut Regular Spring - New Box of 100

Item ID: 266815645918

**$15.00** Item subtotal

+ Shipping (buyer paid $7.84)

Sold on: Jun 13 ·

Buyer: Daniel Bailey  d-bot21

Buyer paid date: Jun 13

Order number: 22-11683-29978

View order details

View tracking

Edit tracking





**SOLAREDGE - SEMTR240-NN-S-S1 SEMTR240 - Metering Unit Solar Energy System**
Item ID: 266622460264

**$20.00** Item subtotal
+ Shipping (buyer paid $15.14)
Sold on: Jun 12 ·
Buyer: Ryan Quintin r3vrsengnr
Buyer paid date: Jun 12
Order number: 08-11691-02291

View order details
View tracking
Edit tracking

---



✓ **Delivered**

**TESLA Internal Eaton Panelboard Kit PN1529623, GATEWAY 2/SOLAR 200A 6/12 120/240**
Item ID: 266649017770

**$50.00** Item subtotal
+ Shipping (buyer paid $6.00)
Sold on: Jun 12 ·
Buyer: Brittney Allen ilovemiked
Buyer paid date: Jun 12
Order number: 25-11674-55647

View order details
View tracking
Edit tracking

---



✓ **Delivered**

**GE - TQD22125WL - 125 Amp Molded Case Circuit Breaker - General Electric**
Item ID: 266851278054

**$350.00** Item subtotal
+ Shipping (buyer paid $6.72)
Sold on: Jun 12 ·
Buyer: Jordan Anderson eastlandelectrical
Buyer paid date: Jun 12
Order number: 14-11684-80874

View order details
View tracking
Edit tracking

---



✓ **Delivered**

**FERRAZ SHAWMUT MERSEN - (2) Tri-onic 25A 250V Fuses - PN: TR25R V1027060**
Item ID: 266809595944 · Quantity: 2
Save up to 25% when you buy more

**$10.00** Item subtotal
+ Shipping (buyer paid $7.84)
Sold on: Jun 11 ·
Buyer: PHUOC T LUAN pluan1015
Buyer paid date: Jun 11
Order number: 05-11691-53800

View order details
View tracking
Edit tracking

---



✓ **Delivered**

**TESLA Internal Eaton Panelboard Kit PN1529623, GATEWAY 2/SOLAR 200A 6/12 120/240**
Item ID: 266649017770

**$50.00** Item subtotal
+ Shipping (buyer paid $8.02)
Sold on: Jun 10 ·
Buyer: Thomas Chung tcm3
Buyer paid date: Jun 10
Order number: 11-11680-69493

View order details
View tracking
Edit tracking



**Delivered**

FERRAZ SHAWMUT MERSEN - (2) TR110R 110A 250V RK5 Tri-Onic Dual Element Fuse

Item ID: 266662147208

**$50.00** Item subtotal

+ Shipping (buyer paid $6.16)

Sold on: Jun 10 •

Buyer: Spencer Bryan Payne mrodirect

Buyer paid date: Jun 10

Order number: 20-11669-94132

View order details

View tracking

Edit tracking

---



✓ **Delivered**

EATON - CHT2020 -Circuit Breaker Cutler Hammer 20/20 Amp Two 1 Pole Tandem Twin

Item ID: 266850286276

Positive feedback received

**$24.00** Item subtotal

+ Shipping (buyer paid $4.47)

Sold on: Jun 9 •

Buyer: frank bateman baterock

Buyer paid date: Jun 9

Order number: 01-11685-09131

View order details

View tracking

Edit tracking

---



✓ **Delivered**

GE - THQP240 - 40 Amp Circuit Breaker - 2 Pole General Electric

Item ID: 266851108947

**$15.00** Item subtotal

+ Shipping (buyer paid $4.38)

Sold on: Jun 8 •

Buyer: ATLANTIC AUDIO CORPORATION atlanticaudio

Buyer paid date: Jun 8

Order number: 24-11674-26230

View order details

View tracking

Edit tracking

---



✓ **Delivered**

LITTLEFUSE - (2) Indicator Fuses - FLNR 70 ID 70 Amp 250V Class RK5 - Lot of 2

Item ID: 266809016104 • Quantity: 3

Positive feedback received

Save up to 40% when you buy more

**$54.00** Item subtotal

+ Shipping (buyer paid $9.06)

Sold on: Jun 8 •

Buyer: Touraj Taban brite12310

Buyer paid date: Jun 8

Order number: 17-11665-72599

View order details

View tracking

Edit tracking

---

✓ **Delivered**

TESLA - (1) Backup Gateway 2 PN: 1232100 -00-E for Solar Energy Powerwall

Item ID: 266820505543

**$500.00** Item subtotal

+ Shipping (buyer paid $146.56)

Sold on: Jun 8 •

Buyer: Thomas Chung tcm3

Buyer paid date: Jun 8

Order number: 08-11673-94294

View order details

View tracking

Edit tracking



● Delivered

**OUTBACK POWER - FM80-150VDC FLEXMax 80A MPPT Charge Controller Solar Controller**

Item ID: 266830813338

**$300.00** Item subtotal

+ Shipping (buyer paid $113.30)

Sold on: Jun 7 ·

Buyer: edwich albert william <u>tegrino63</u>

Buyer paid date: Jun 7

Order number: 10-11669-61259

 View order details

View tracking

Edit tracking

---



Canceled

**GENERAC - 200 Amp ATS Switch - OL2911 COO KR XFRSW HSB 200A 2P 250V**

Item ID: 266823081863

**$350.00** Item subtotal

Sold on: Jun 6 ·

Buyer: Jose daniel Perez pineda <u>josedperez65</u>

 Relist

---



● Delivered

**TESLA - Wall Connector Charger 1050067-01-H - 24ft Cable**

Item ID: 266830834168

Positive feedback received

**$400.00** Item subtotal

+ Shipping (buyer paid $120.24)

Sold on: Jun 7 ·

Buyer: Ken Ly <u>ev_parts_sales</u>

Buyer paid date: Jun 7

Order number: 22-11657-76439

View order details

View tracking

Edit tracking

---



● Delivered

**EATON - CHT2020 -Circuit Breaker Cutler Hammer 20/20 Amp Two 1 Pole Tandem Twin**

Item ID: 266838157370

**$28.00** Item subtotal

+ Shipping (buyer paid $4.47)

Sold on: Jun 7 ·

Buyer: Anthony Sakal <u>boardbusters</u>

Buyer paid date: Jun 7

Order number: 27-11652-89595

 View order details

View tracking

Edit tracking

---

● Delivered

**FERRAZ SHAWMUT TRI-ONIC - (1) TRS125R - 125A 600V Fuse - Duel-Element**

Item ID: 266809463302 · Quantity: 3

**$45.00** Item subtotal

+ Shipping (buyer paid $11.35)

Sold on: Jun 7 ·

Buyer: Spencer Bryan Payne <u>mrodirect</u>

Buyer paid date: Jun 7

Order number: 04-11673-48462

View order details

View tracking

Edit tracking

✅ **Delivered**

[TESLA Internal Eaton Panelboard Kit PN1529623, GATEWAY 2/SOLAR 200A 6/12 120/240](#)
Item ID: 266649017770

**$50.00** Item subtotal
+ Shipping (buyer paid $715)
Sold on: Jun 7 •
Buyer: Narek Hovsepyan
narehovsepya0
Buyer paid date: Jun 7
Order number: 01-11675-64656

[View order details]

View tracking

Edit tracking



---

✅ **Delivered**

[TESLA - (2) - 100A CT's - Current Transformers - TPN 1467316-00-B 01 - Lot of 2](#)
Item ID: 266815912702

**$35.00** Item subtotal
+ Shipping (buyer paid $6.09)
Sold on: Jun 6 •
Buyer: Zariph Price zariph
Buyer paid date: Jun 6
Order number: 10-11665-45011

[View order details]

View tracking

Edit tracking



---

✅ **Delivered**

[TIGO - Dual Core (300A) RSS Din Rail Transmitter 490-00000-20](#)
Item ID: 266820495182
Positive feedback received

**$50.00** Item subtotal
+ Shipping (buyer paid $8.02)
Sold on: Jun 6 •
Buyer: omar ciares carmelo351c
Buyer paid date: Jun 6
Order number: 15-11660-37651

[View order details]

View tracking

Edit tracking



---

✅ **Delivered**

[Generac - PN: 0C4138 Gasket Exhaust Port - Generac Generator Part](#)
Item ID: 266646472963 • Quantity: 2

**$12.00** Item subtotal
+ Shipping (buyer paid $4.43)
Sold on: Jun 6 •
Buyer: ed hamilton hamieds_5566
Buyer paid date: Jun 6
Order number: 10-11664-28265

[View order details]

View tracking

Edit tracking



---

✅ **Delivered**

[ENPHASE - (1) CT-200-SPLIT 200A Consumption Monitoring CTs Transformer](#)
Item ID: 266814042274 • Quantity: 7
Positive feedback received
Save up to 40% when you buy more

**$70.00** Item subtotal
+ Shipping (buyer paid $8.26)
Sold on: Jun 6 •
Buyer: Felipe Varón felva-52
Buyer paid date: Jun 6
Order number: 05-11668-71354

[View order details]

View tracking

Edit tracking



Delivered

ENPHASE - (I) CT-200-SPLIT 200A Consumption Monitoring CTs Transformer

Item ID: 266814042274

**$8.00** Item subtotal

Sold on: Jun 6 ›

Buyer: Felipe Varón **felva-52**

[ Relist ▾ ]

---



● Delivered

SOLAREDGE - SEMTR240-NN-S-S1 SEMTR240 - Metering Unit Solar Energy System

Item ID: 266622460264

**$25.00** Item subtotal

+ Shipping (buyer paid $19.65)

Sold on: Jun 6 ›

Buyer: Troy weakland **mokansoundlight**

Buyer paid date: Jun 6

Order number: 18-11655-33811

[ View order details ▾ ]

View tracking

Edit tracking

---



● Delivered

TESLA - EV Charger Tesla Wall Connector w/ 24ft Cable TPN 1457768-02-G

Item ID: 266845374338

**$340.00** Item subtotal

+ Shipping (buyer paid $18.84)

Sold on: Jun 5 ›

Buyer: Kieutrang Nguyen **redlobster0**

Buyer paid date: Jun 5

Order number: 23-11649-23862

[ View order details ▾ ]

View tracking

Edit tracking

---



● Delivered

SOLAREDGE - SEMTR240-NN-S-S1 SEMTR240 - Metering Unit Solar Energy System

Item ID: 266622460264

**$15.00** Item subtotal

+ Shipping (buyer paid $17.23)

Sold on: Jun 5 ›

Buyer: Yun liu **helene100xy**

Buyer paid date: Jun 5

Order number: 26-11644-34396

[ View order details ▾ ]

View tracking

Edit tracking

---



● Delivered

CHEMLINK - 6" E-Curb Kit Penetration Seal - FI350GR - GRAY

Item ID: 266830724099

**$40.00** Item subtotal

+ Shipping (buyer paid $26.30)

Sold on: Jun 5 ›

Buyer: Mark QI Wong **marwo_6133**

Buyer paid date: Jun 5

Order number: 02-11666-25287

[ View order details ▾ ]

View tracking

Edit tracking



✅ **Delivered**

[SQUARE D - (1) QO225 - 25 Amp Plug-On Circuit Breaker - 2 Poles](#)

Item ID: 266805616442 · Quantity: 5

Save up to 20% when you buy more

**$90.00** Item subtotal

+ Shipping (buyer paid $11.80)

Sold on: Jun 5 ·

Buyer: Michael O Connor
gabby20051959

Buyer paid date: Jun 5

Order number: 11-11656-76396

**View order details** ⌄

View tracking

Edit tracking

---



✅ **Delivered**

[GENERAC - OL3123 ASSY SMART AC MOD - Assembly Smart AC Mod - Generator Parts](#)

Item ID: 266823046705

**$75.00** Item subtotal

+ Shipping (buyer paid $5.93)

Sold on: Jun 4 ·

Buyer: Zahra Ghaiiemamani
chicboutiqueusa

Buyer paid date: Jun 4

Order number: 05-11662-11167

**View order details** ⌄

View tracking

Edit tracking

---



✅ **Delivered**

[ENPHASE PN: 880-00231 - Enphase IQ Envoy - Model IQ-AM1-240 - NEW IN BOX](#)

Item ID: 266646927353

**$350.00** Item subtotal

+ Shipping (buyer paid $7.84)

Sold on: Jun 4 ·

Buyer: Abril Duarte  tradenergy

Buyer paid date: Jun 4

Order number: 21-11644-36168

**View order details** ⌄

View tracking

Edit tracking

---



✅ **Delivered**

[GE - THQL1120GFT - 20 Amp Circuit Breaker - 1 Pole Self Test GFCI](#)

Item ID: 266838180331

Positive feedback received

**$25.00** Item subtotal

+ Shipping (buyer paid $6.09)

Sold on: Jun 4 ·

Buyer: Brian McLaws  hbk_136

Buyer paid date: Jun 4

Order number: 19-11646-38419

**View order details** ⌄

View tracking

Edit tracking

---

**Return closed**

[GENERAC - EVO 2 Controller - 10000003275 COO MX ASSY CONTROLLER 2020 AC HSB](#)

Item ID: 266823060417

Positive feedback received

**$300.00** Item subtotal

+ Shipping (buyer paid $7.57)

Sold on: Jun 4 ·

Buyer: Natividad bonilla  nativida2011

Buyer paid date: Jun 4

Order number: 14-11650-83148

ℹ️ The return is now closed. View details

**View return details** ⌄

View tracking

Edit tracking



**Delivered**

Generac - PN: G086729-Contactor, Starter Solenoid - Generac Generator Part

Item ID: 266645391775

**$25.00** Item subtotal

+ Shipping (buyer paid $4.47)

Sold on: Jun 4 ·

Buyer: David Rempel  casterman64

Buyer paid date: Jun 4

Order number: 18-11646-70632

View order details

View tracking

Edit tracking

---



**Delivered**

POLARIS SALES NSI (1) IPLMD600-3 Polaris Insulated Multi-Tap Connector 3 Port

Item ID: 266812392946

**$40.00** Item subtotal

+ Shipping (buyer paid $6.09)

Sold on: Jun 3 ·

Buyer: Kapsu Oh  ohtimothy65

Buyer paid date: Jun 3

Order number: 22-11641-50303

View order details

View tracking

Edit tracking

---



**Delivered**

Generac - PN: 0K9467 LIMIT SWITCH SPST 16A - NEW GENERAC GENERATOR PART

Item ID: 266645480672

**$10.00** Item subtotal

+ Shipping (buyer paid $4.11)

Sold on: Jun 3 ·

Buyer: jeff birchmeier  jefbirch

Buyer paid date: Jun 3

Order number: 18-11643-41888

View order details

View tracking

Edit tracking

---



**Delivered**

TESLA Zep Tool (1) ZepSolar - Solar Fastener Tool/Hammer P/N:CS-009000-201 REV E

Item ID: 266821197706

Positive feedback received

**$400.00** Item subtotal

+ Shipping (buyer paid $5.80)

Sold on: Jun 3 ·

Buyer: Felipe Varón  felva-52

Buyer paid date: Jun 3

Order number: 07-11653-38005

View order details

View tracking

Edit tracking

---

**Delivered**

SOLAREDGE - SEMTR240-NN-S-S1 SEMTR240 - Metering Unit Solar Energy System

Item ID: 266622460264

Positive feedback received

**$20.00** Item subtotal

+ Shipping (buyer paid $13.04)

Sold on: Jun 3 ·

Buyer: jarado blue  blue10960

Buyer paid date: Jun 3

Order number: 06-11653-38588

View order details

View tracking

Edit tracking

---



✓ **Delivered**

[View order details ▾]

**TESLA - (2) - 100A CT's - Current Transformers - TPN 1467316-00-B 01 - Lot of 2**
Item ID: 266815912702

View tracking

$55.00 Item subtotal

Edit tracking

+ Shipping (buyer paid $6.33)
Sold on: Jun 3 •
Buyer: Juan Ortiz gunamoan
Buyer paid date: Jun 3
Order number: 06-11652-45098



✓ **Delivered**

[View order details ▾]

**FIRERAPTOR - IMO- FRS-ESW1 - Solar Panel Emergency Shutdown -Emergency Switch**
Item ID: 266814037153

View tracking

$80.00 Item subtotal

Edit tracking

+ Shipping (buyer paid $8.52)
Sold on: Jun 2 •
Buyer: Melissa Casillas mellissaa
Buyer paid date: Jun 2
Order number: 14-11643-04584



✓ **Delivered**

[View order details ▾]

**(1) Ilsco SGB-4 Lay-in Ground Lug Wire Range 4-14 Clamp**
Item ID: 266800744481 • Quantity: 4

View tracking

$16.00 Item subtotal

Edit tracking

+ Shipping (buyer paid $7.16)
Sold on: Jun 2 •
Buyer: Kyle Hansen kylo
Buyer paid date: Jun 2
Order number: 14-11642-74837



✓ **Delivered**

[View order details ▾]

**SOLAREDGE Cellular GSM Plug-In Kit Sim Card, 5yr plan Cell-A-R05-US-P-S2**
Item ID: 266827710729

View tracking

$50.00 Item subtotal

Edit tracking

+ Shipping (buyer paid $6.16)
Sold on: Jun 1 •
Buyer: Israel Rodriguez evraink
Buyer paid date: Jun 1
Order number: 25-11629-41770

✓ **Delivered**

[View order details ▾]

**TESLA - EV Charger Tesla Wall Connector w/ 24ft Cable TPN 1457768-02-G**
Item ID: 266836853736

View tracking

$350.00 Item subtotal

Edit tracking

+ Shipping (buyer paid $18.84)
Sold on: Jun 1 •
Buyer: michel bitton mblbgblb
Buyer paid date: Jun 1
Order number: 10-11642-97830



✅ **Delivered**

[TESLA - (1) Backup Gateway 2 PN: 1232100 -00-E for Solar Energy Powerwall](#)

Item ID: 266820505543

**$600.00** Item subtotal

+ Shipping (buyer paid $129.75)

Sold on: Jun 1 ·

Buyer: Craig F. Berry  cfberry11

Buyer paid date: Jun 1

Order number: 18-11635-19126

View order details

View tracking

Edit tracking

---

✅ **Delivered**

[J&D - (2) Split Core Current Transformers - 100Amps - JS24FL-75-333mV](#)

Item ID: 266821735666

**$50.00** Item subtotal

+ Shipping (buyer paid $6.16)

Sold on: Jun 1 ·

Buyer: Kevin Jones  kejo_5982

Buyer paid date: Jun 1

Order number: 07-11645-38191

View order details

View tracking

Edit tracking

---

Items per page    200 ⌄

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices ⬌ and AdChoice ⓘ

# Wells Solar

## Transaction List by Vendor

June 2024

| VENDOR | DATE | MEMO/DESCRIPTION | ACCOUNT FULL NAME | AMOUNT | TRANSACTION TYPE |
|---|---|---|---|---|---|
| **APPLECARD GSBANK WEB PAYMENT** | | | | | |
| APPLECARD GSBANK WEB PAYMENT | 06/07/2024 | Carl Wells Personal Compensation | Cadence Business Checking (1927) | -$2,000.00 | Expense |
| APPLECARD GSBANK WEB PAYMENT | 06/18/2024 | Carl Wells Personal Compensation | Cadence Business Checking (1927) | -$2,000.00 | Expense |
| APPLECARD GSBANK WEB PAYMENT | 06/27/2024 | Carl Wells Personal Compensation | Cadence Business Checking (1927) | -$2,000.00 | Expense |
| **Total for APPLECARD GSBANK WEB PAYMENT** | | | | **-$6,000.00** | |
| **eBay Shipping** | | | | | |
| eBay Shipping | 06/11/2024 | charged to bank account instead of eBay account balance | Cadence Business Checking (1927) | -$70.25 | Expense |
| eBay Shipping | 06/12/2024 | charged to bank account instead of eBay account balance | Cadence Business Checking (1927) | -$35.96 | Expense |
| eBay Shipping | 06/13/2024 | charged to bank account instead of eBay account balance | Cadence Business Checking (1927) | -$8.60 | Expense |
| **Total for eBay Shipping** | | | | **-$114.81** | |
| **Geico Auto Insurance** | | | | | |
| Geico Auto Insurance | 06/05/2024 | Auto Insurance for 1 Work Vehicle | Cadence Business Checking (1927) | -$381.03 | Expense |
| **Total for Geico Auto Insurance** | | | | **-$381.03** | |
| **Google** | | | | | |
| Google | 06/05/2024 | Cloud Storage, Email addresses | Cadence Business Checking (1927) | -$391.44 | Expense |
| **Total for Google** | | | | **-$391.44** | |
| **Next Insurance Co** | | | | | |
| Next Insurance Co | 06/17/2024 | Tools & Equipment Insurance | Cadence Business Checking (1927) | -$166.50 | Expense |
| Next Insurance Co | 06/17/2024 | General Liability Insurance | Cadence Business Checking (1927) | -$98.49 | Expense |
| **Total for Next Insurance Co** | | | | **-$264.99** | |
| **Puma Van Lines** | | | | | |
| Puma Van Lines | 06/26/2024 | Unanticipated moving expense | Cadence Business Checking (1927) | -$2,836.62 | Expense |
| **Total for Puma Van Lines** | | | | **-$2,836.62** | |
| **U.S. Bankruptcy Trustee** | | | | | |
| U.S. Bankruptcy Trustee | 06/04/2024 | Check 1126 - U.S Trustee Michael Colvard | Cadence Business Checking (1927) | -$3,500.00 | Check |
| **Total for U.S. Bankruptcy Trustee** | | | | **-$3,500.00** | |
| **Vanguard R&R Lease Co., Inc.** | | | | | |
| Vanguard R&R Lease Co., Inc. | 06/14/2024 | Work Vehicle Lease 2021 Ford F450 (7987) | Cadence Business Checking (1927) | -$1,513.77 | Expense |
| **Total for Vanguard R&R Lease Co., Inc.** | | | | **-$1,513.77** | |
| **WP Engine** | | | | | |
| WP Engine | 06/06/2024 | Website | Cadence Business Checking (1927) | -$31.98 | Expense |
| **Total for WP Engine** | | | | **-$31.98** | |
| | | | | **-$15,034.64** | |

# Wells Solar

### Profit and Loss

June 2024

|  | TOTAL |
|---|---:|
| Income |  |
|   Sales |  |
|    Sales of Product Income |  |
|     Overstock Online Inventory Sales | 7,514.01 |
|    **Total Sales of Product Income** | **7,514.01** |
|   **Total Sales** | **7,514.01** |
| **Total Income** | **$7,514.01** |
| GROSS PROFIT | **$7,514.01** |
| Expenses |  |
|   Auto and Transport |  |
|    Work Vehicle Lease |  |
|     Vanguard Vehicle Lease Payments |  |
|      IN USE - 2021 Ford F450 (7987) Lease Vehicle | 1,513.77 |
|     **Total Vanguard Vehicle Lease Payments** | **1,513.77** |
|    **Total Work Vehicle Lease** | **1,513.77** |
|   **Total Auto and Transport** | **1,513.77** |
|   Carl Wells Personal Compensation | 6,000.00 |
|   General and Admin Expenses |  |
|    Legal & Professional Fees | 3,500.00 |
|    Shipping, Freight & Delivery | 2,951.43 |
|    Subscriptions | 423.42 |
|   **Total General and Admin Expenses** | **6,874.85** |
|   Insurance |  |
|    Auto Insurance | 381.03 |
|    General Liability Insurance | 264.99 |
|   **Total Insurance** | **646.02** |
| **Total Expenses** | **$15,034.64** |
| NET OPERATING INCOME | **$ -7,520.63** |
| NET INCOME | **$ -7,520.63** |

# Wells Solar

## Statement of Cash Flows

June 2024

| | TOTAL |
|---|---:|
| OPERATING ACTIVITIES | |
|   Net Income | -7,520.63 |
|   Adjustments to reconcile Net Income to Net Cash provided by operations: | |
| **Net cash provided by operating activities** | **$ -7,520.63** |
| NET CASH INCREASE FOR PERIOD | **$ -7,520.63** |
| Cash at beginning of period | 11,900.91 |
| CASH AT END OF PERIOD | **$4,380.28** |




## Moving Estimate

Reference No: **C4326565**

**Puma Van Lines**

**4838 Woodall St**

**Dallas TX 75247**

**US DOT: 2139244   MC: 744605**

**Registration #: 006607368C**

| Customer Rep: | Daniel |
|---|---|
| **Phone:** | **866-730-8631** Ext. **469 639 2264** |
| **Fax:** | **214-699-4420** |
| **Email:** | daniel@pumavanlines.com |
| **Web:** | http://www.pumavanlines.com |

### Moving From

**Wells Solar & Electrical Services**

1209 Sturgeon Ct, Ste 107

Arlington, TX 76001

Phone: 512-589-0444 (Ferrin)

### Moving To

**Wells Solar & Electrical Services**

3805 Bee Creek Rd

Spicewood, TX 78669

Phone: 5127670185 (carl)

carl@wellssolar.com

### Relocation Details

| | |
|---|---|
| **Job No:** | **C4326565** |
| **Estimate Date:** | 06/21/2024 |
| **Representative:** | Daniel |
| **Move Type:** Residential | Long Distance, 219 miles |
| **Estimated Volume:** | 1800 cf. (12600 lbs) |
| **Estimated Rate:** | $1.70 per cf |
| **Move Day:** | **Wednesday** |
| **Requested Move Date:** | **06/26/2024** |
| **Arrival Window:** | 09-11AM |
| **Created on:** | 05/29/2024 |

| Optional Service: Auto Transport | |
|---|---|
| 1 Van | $350.00 |
| 1 Van | $350.00 |
| 1 Forklift | $800.00 |

### Relocation Estimate

| | |
|---|---|
| Basic Estimate Price | $3060.00 |
| Basic Moving Services- Load, unload, disassembly, reassembly, tolls and taxes included | $0.01 |
| Flat rate dedicated truck with direct delivery | $0.01 |
| Daniel's Direct Line: (469) 639-2264, **PLEASE GIVE ME A CALL DIRECTLY!** | $0.01 |
| **EARLY BOOKING DISCOUNT** | **- $306.03** |
| Total Moving Estimate | $2754.00 |

### Extra Stop / Notes

This estimate is a Binding Price for one 26ft truck with direct delivery. If needed, a secondary truck can be dispatched on the day of the move at additional cost and it is subject to availability. Please keep in mind that if prioritizing, it is the shipper's responsibility to be present at the time of loading.

### Full Value Protection Amount of Liability: $75,600.00 **(Optional)**

| Deductible Levels: | $250 | $500 | $750 | $1000 | $1500 | $3000 |
|---|---|---|---|---|---|---|
| Valuation Charge: | $5292.00 | $4536.00 | $3780.00 | $3024.00 | $2268.00 | $1512.00 |
| Total Estimate Plus Valuation Charge: | $8046.00 | $7290.00 | $6534.00 | $5778.00 | $5022.00 | $4266.00 |
| Customer's Initials: | x_____ | x_____ | x_____ | x_____ | x_____ | x_____ |

**WARNING:** If a moving company loses or damages your goods, there are 2 different standards for the company's liability based on the types of rates you pay. **BY FEDERAL LAW, THIS FORM MUST CONTAIN A FILLED-IN ESTIMATE OF THE COST OF A MOVE FOR WHICH THE MOVING COMPANY IS LIABLE FOR THE FULL (REPLACEMENT) VALUE OF YOUR GOODS** in the event of loss of, or damage to, the goods. This form may also contain an estimate of the cost of a move in which the moving company is liable for **FAR LESS** than the replacement value of your goods, typically at a lower cost to you. You will select the liability level later, on the bill of lading (contract) for your move. Before selecting a liability level, please read **"Your Rights and Responsibilities When You Move"** booklet, **"Ready to Move?"** brochure provided by the moving company, and seek further information at the government website **Protect Your Move**.

**Special Promotion:** We have partnered with an industry leading Insurance Company to **save you up to 30%** on the cost of your moving insurance. You can purchase the additional level of liability directly through us based on the premium at the table above, or you can buy insurance in a few easy steps directly from an insurance company. Please keep in mind that the amount of liability in the table above is for illustration purposes and can be adjusted and chosen by you. Please visit www.movinginsurance.com and choose our company's name to receive up to 30% discount when purchasing the insurance. One of the added benefits to buying it directly from them is that in the event of a loss, or damages to your goods, your claim will be handled by an objective insurance company, and not directly through the movers.

### Articles List 1 Items, 1 Pieces

| Qty | Items | Qty | Items | Qty | Items |
|---|---|---|---|---|---|
| 1 | [2Bedrooms] | | | | |

### Understanding Your Estimate

**See what others had to say about us: https://www.instagram.com/pumavanlines/**

**Puma Van Lines is a proud PRO MOVER member of the American Trucking Association.**

**Due to seasonal rate changes and availability, please be advised that this Binding Quote or any discounts are Only Guaranteed for Booked Orders.**

**IF YOU HAVE A QUOTE BASED ON INVENTORY, CAREFULLY COMPARE ITEMS LISTED TO ACTUAL ITEMS BEING MOVED, PRIOR TO YOUR MOVE DATE. Any in-discrepancies may cause your price to increase. If you are moving any additional items which are not listed, please contact us before your move to obtain a revised quote.**

**Every long-distance move has a delivery window, please refer to the table below for the estimated time of delivery. Guaranteed service on or between agreed dates is an optional service that is available to you at an additional cost and must be in writing.**

**This Estimate INCLUDES the following :**
The above estimate includes loading, unloading, transportation with air-ride vehicles, unlimited protective moving blankets for non-fragile items, disassemble & reassembly of standard beds and standard furniture, tolls, Government fees, 30 days free storage, cargo insurance, and liability coverage against damages*.

**We do more than just moving, our friendly staff will be available to answer any question related to your move before, during, and after completion.**

**This Estimate EXCLUDES the following :**
(Unless Requested And A Fee Has Been Added Above)

Packing supplies and Labor to pack (Boxes, Tape, Mattress Covers, Bubble or Shrink Wrap, Crates, etc.)

Reassembling or dissembling of pressed wood furniture or irregular such as IKEA, electrical items or mechanical items. Please keep in mind that if we are asked to take irregular items apart, we will not be putting it together. Assembling of any furniture we did not reassembled will not be assembled by the movers on delivery.


**Additional Services If Applicable To Your Move:**


**Elevator fee** $75 up to 500 cuft.

**The first flight of stairs are free**, any additional will be charged at $75 Per Flight ("10" Stairs constitutes a flight) up to a volume of 500 cuft.

**Long carry** fee, the first 75 feet are free and each additional 75 feet will be charged at the rate of $75 up to a volume of 500 cuft.

**Shuttle service** if the tractor-trailer cannot access due to physical conditions. More details are below.

**Re-delivery + Storage** fees if delivery is attempted and failed after your first available delivery date.



**Methods and Forms Of Payment**
At the time of reservation a valid credit/debit card will be used to hold the reservation. By providing your credit card, you acknowledge that 10% of the estimate will be charged and it is refundable if you cancel your move 72 hours prior to the pickup date. Rescheduling at the last minute will not be penalized in any way but are subject to availability. **Please note that only an actual deposit and e-signature will guarantee the rate and availability herein.**

**You may pay for your move by Cash, Zelle, or Postal Money Order**. If paying in Cash, Zelle, Or Money Order, at least 50% of your total cost is due at the time of the pickup and the balance is due at delivery via Cash or Postal Money Order Only. Payment is due upon delivery prior to unloading. If the window for delivery is greater than 3 business days, we will accept personal checks on pickup only. To pay with Zelle, please send payments to **zelle@pumavanlines.com**

**You may pay for your move with a credit/debit card**. 3% credit card processing fee will be applied if you wish to pay with credit card AFTER the pickup day. 5% credit card processing fee will be applied if you wish to pay with a credit card AFTER the truck already left to destination. Credit Cards will not be accepted at the time of delivery unless arranged in writing prior to the delivery date. Please ask your representative to e-mail you the credit card form and send it back to us if you want to worry about one less thing on the move day or if you do not plan to be present.


**\*MAKE SURE YOU UNDERSTAND THE TYPE OF LIABILITY YOU SIGN FOR.** This is a common pitfall for consumers. Ask yourself if the federal minimum requirement of 60 cents per pound is enough coverage for all your household goods if the unexpected happens. Please check the table above for additional levels of coverage.

**As a PRO MOVER member of ATA - American Trucking Association - we offer, for a fee, FULL VALUATION PROTECTION (FVP) with deductibles starting at $250.00**

It is agreed that the customer provided *Puma Van Lines* with an accurate description of the items to be moved and the services to be performed. This estimate is binding based on a list of items with a minimum volume reservation. If any additional items, packing services, labor services, space (or excessive weight) are added at the origin or destination location, a new estimate which reflects the added items or services will be presented to the customer. If the volume will have to be quoted lower, the rate will be adjusted to reflect "Minimum volume reservation". *Puma Van Lines* will not be able to ship additional items or perform additional services without charging for those services. All items and services must be fully noted on the Bill Of Lading prior to loading and shipping. This is a Binding contract that is being executed based on an on-site survey, volume or based on a list of items by which the customer is agreeing to waive their right for an on-site survey. Any Notes in the section above, "Extra Stop / Notes", will govern any of our terms and conditions under this section "Understanding Your Estimate".

## Pickup Schedule

Our truck and crew will contact you 24-48 hours prior to your pick-up date via telephone to confirm that they are on their way. *Puma Van Lines* reserves the right to reschedule the pick-up date or time due to unforeseen circumstances.

## Delivery schedule:

Guaranteed service on or between agreed dates is an optional service that is available to you at an additional cost and must be in writing. This optional extra service guarantees that your shipment will be picked up, transported to the destination, and delivered on specific guaranteed dates. Absent selecting and paying for the optional extra service guaranteeing specific pick-up and delivery dates, the mover is only required to pick up and deliver your property with reasonable dispatch and in a reasonable time as this is a consolidated move. General **estimated** delivery is 1-14 business days from the **first available date for delivery** for your shipment to arrive. Any oral promises made regarding delivery or pick up dates and times are mere estimates. We guarantee delivery to take place within 30 business days of the date first available for delivery. **NOTICES OF FIRST AVAILABLE DELIVERY DATES ARE REQUIRED TO BE MADE IN WRITING.** Any changes to your order will extend this time. This time frame may change based on the time of year, weather conditions, road conditions, acts of God, delivery schedule, geographic location of the move, and other unknown factors. *Puma Van Lines* will do its best to meet any requested pick-up or delivery dates. If moving less than 300 miles, next-day delivery is guaranteed if it was requested, approved by dispatch, and specified on the bill of lading.

## General Delivery Schedule:

0-1500 miles -- 1-14 business days.

1501-3300 miles -- 1-21 business days.

*Delivery schedule begins from the first date you will be ready to accept your shipment.

**Shuttle Service Fee:** On interstate moves, an 18-wheeler will be used to deliver the property. If your pick up or destination address does not have access to an 18-wheeler the shipper will be required to pay for shuttle service. Shuttle service is used if the assigned over-the-road van is unable to make a normal pickup or delivery because of physical constraints (extremely narrow road, inadequate parking area for the truck, weak bridge, low bridge, power lines, etc.). A shuttle service is the use of a secondary, smaller vehicle to complete the pickup or delivery. Charges for this service are based on the weight or space of the shipment and the location where the service is performed. For the smallest load, the minimum service will cost $400 and a maximum of $2500 for a full 18-wheeler.

**Storage Charges-**

*Puma Van Lines* offers 30 days of free storage in the origin state. Storage is **not prorated**. Once the goods have been shipped, storage charges will apply at the destination if the customer cannot accept delivery. Payment is due monthly unless it has been prearranged to pay only at delivery. The credit card on file will be mandatory if shipments are being stored for over 30 days or if your first available date for delivery is over 30 days from the pickup date. Unless arrangements were made for a different method of payment for storage, by signing the moving documents, you are authorizing Puma Van Lines to charge your credit card on a monthly basis for storage services based on the ratio of forty cents per cubic feet stored.

**Redelivery Fee -** Full re-handling fees are applied when the carrier must make a second attempt to deliver the property if for any reason the shipper did not accept delivery on the first attempt. Storage charges will be incurred after the first attempt at delivery has been declined. If a change of destination will be required, Puma Van Lines will adjust the rate based on current seasonal rates, regional pricing, and other factors that will be relevant. A change of destination will not serve as a reason to breach the moving contract.

**Refund and Cancellation Policy** - We allow you to reschedule your job without penalties or fees. You may cancel your order for shipment with no penalty by providing notice to us **at least 72 hours prior to your scheduled pickup date.** The notice must be given in writing via fax, electronic mail, or postal mail. **A cancellation notice is not accepted by telephone.** You must provide your order number, full name, telephone number, the scheduled date of pickup, and origin and destination addresses. You may fax this information to (214)699-4420, send via electronic mail to **qualityservice@pumavanlines.com** , or send via postal mail to 4838 Woodall St. Dallas TX 75247.

Your estimated price is based on the inventory provided by you. In the event your inventory for shipment has changed, *Puma Van Lines* will provide you with a revised new estimate to reflect your changes. In the event you decide that you do not agree with the newly revised estimate to reflect your adjusted inventory list, you agree to pay 10% cancellation fee to *Puma Van Lines*.

If the goods are at or in *Puma Van Lines*' property, and for any reason, the goods need to be delivered back to the origin location or any other location within the same state, an adjusted total price will be provided by the mover, taking into consideration all the expenses and resources provided at all stages of the move, subject to a minimum of 60% of the total cost.

**Credit Card Charges and Disputes:**

You agree to have the credit card on file provided by you to be charged for services and material rendered for your relocation cost. If a dispute occurs about your charges or any damages that may have occurred during the process of your shipment, please DO NOT CONTACT YOUR CREDIT CARD COMPANY and dispute the amount charged to your credit card, as this will only delay any refunds, insurance claims, or discounts that are owed to you. Please allow 7-15 business days for proper credit to appear on your account.

**Claims:**

Unless otherwise specified, claims for damages will be valued at $0.60 per pound. Some exclusions apply. This does not apply to Full Valuation Protection or third-party insurance claims. Puma Van Lines will limit its liability for loss or damage to articles that have an extraordinary value unless you specifically provide us with a list of these articles. An article of extraordinary value is any item whose value exceeds $100 per pound. Full-value protection allows the moving company two options if any articles are lost, destroyed, or damaged during the move. The moving company, not the consumer, decides how amends will be made for the property. The moving company can either have the item repaired so it is in the same condition as it was before being damaged or they can replace the item

DocuSign Envelope ID: 44AC9DF3-7EE-42AE-A9CE-AF331866B2C5

with another of like-kind. Basically, if your two-year-old washing machine is smashed, the moving company will not replace it with a new one. You will likely be given the fair market value of a two-year-old washing machine.

Should you need to file a claim, you have up to nine months from delivery to file a claim. Please contact 1-877-476-5983 in order to begin the claims process. Mover is not liable for particle board/pressed wood or fragile items that are not packed adequately. Mover is not liable for damage to property, only that of household goods. Appliances disconnect and reconnect is not a professional service provided by the moving company and should be handled by a trained professional.

Puma Van Lines, at no time ever, are permitted to disassemble or reassemble any major appliances, to including, but not limited to, washers and dryers, freezers and refrigerators, dishwashers, stoves and ovens, microwaves, to name a few. That is only reserved for a professional licensed plumber and electrician. Please be ware that at no circumstances, the shipper is allowed to go on the truck.

By reserving your relocation services with *Puma Van Lines,* You Hereby Agree To Abide By The Rules And Regulations Stated In Our Terms And Conditions Listed In Our Tariff.

Summary of dispute settlement program:

As a household goods motor carrier licensed by the US Department of Transportation, Puma Van Lines LLC will attempt to resolve disputes that might arise between a shipper and a carrier. Section 49 U.S.C. Section 375.211 provides that a mover must have a program in place to provide shippers with an arbitration alternative. Arbitration is optional and not required under Federal law.

A. Summary of the arbitration process: Arbitration is an alternative to courtroom litigation. It provides each party to the dispute an opportunity to present their case and allows a neutral third-party arbitrator to make a decision as to the merits of each side case.

B. Applicable costs: Each party is responsible for it's own costs associated with the arbitration. A benefit to the arbitration alternative may be that it is less expensive than traditional litigation. Each party is responsible for 50% of the costs associated with securing the arbitrator and 100% of their own expenses, including but not limited to attorney fees.

C. Legal effects: If the arbitration alternative is chosen, then any decision made by the arbitrator may be binding. Additionally, an arbitration decision may not be appealed in a court of law. Please contact us directly at 1-866-730-8631 if you wish to participate in or get more information about the arbitration program.

Any lawsuit filed against Puma Van Lines LLC must be filed in Dallas, Texas, and is limited to the amount of the Administrative Fee. Shipper agrees to relinquish any rights to jurisdiction in any other County or State other than Dallas, Texas.

Customer Signature: _____ Date_____ 6/24/2024

Customer Name _____

Customer Signature _____

6/24/2024

Date



**4838 WOODALL ST**
**DALLAS, TEXAS 75247**
**OFFICE: 866-730-8631**
**FAX: 214-699-4420**

## Credit Card Authorization

I, Carl Wells _____, authorize Puma Van Lines to charge my credit card,

number ████████████_____, expiration date _____/ 10 / 2027 security

code (3 digit on back) 319_____ for moving or storage services. I furthermore agree that under no

circumstances will I put a stop payment or cancel my credit card charges. I understand the charges will be

for the amount of $ 2,754.00 , plus 5% credit card fee (if payment is made after the pickup date)

$ 82.62 for a TOTAL AMOUNT OF: $ 2,836.62 .

Please charge 3% as indicated on the moving estimate and charge card prior to
pickup date

Job #: C4326565

My Billing Address:

3805 Bee Creek Road

Spicewood, TX 78669

_____

| For Office Use Only: |
| :--- |
| Authorization: _____ |
| Date:____/____/____ Time: _____ |

**\*TERMS:** I agree to the additional 5% surcharge of the balance. I further agree that if for any reason, including any action or request be made by me or on my behalf, this charge or any part of this charge is refused, contested, declined or otherwise not paid, I am and will be personally liable for the entire charge, including interest at the rate of 12% per annum until paid, including court costs or attorney fees. I further agree that venue and jurisdiction in any action upon this authorization and these agreements be in court of the state of Texas in Dallas County.

**Cardholder's Initial's (customer) X** _____ **(Additional Cardholder Initial's) X**_____

**ADDITIONAL CARDHOLDER (if applicable)**
**I understand that I am not the Move Customer, nor the signer on the contract. By signing below I am authorizing Puma Van Lines to charge my credit card on behalf of the customer. I am also agreeing to the terms\* by initialing underneath the terms.**

This paragraph above in bold is not applicable and does not apply to the
customer signature below.

**PLEASE PRINT DOLLAR AMOUNT**

NOT
APPLICABLE

_____        _____
**CUSTOMER SIGNATURE**                          ADDITIONAL CARDHOLDER SIGNATURE

Date : 6/24/2024

 **COMPTROLLER.TEXAS.GOV** 

## ✅ Confirmation: You Have Filed Successfully

# Sales and Use Tax  Period Ending 06/30/2024 (2406)

**Taxpayer ID:** 32053093285

**User ID:** wellssolar

**Reference Number:** 20924009430

**Date and Time of Filing:**

07/27/2024, 11:25:19 AM

**Taxpayer Name:**

WELLS SOLAR & ELECTRICAL SERVICES LLC

**Taxpayer Address:**

3805 BEE CREEK RD SPICEWOOD , TX 78669-6596

**IP Address:** 70.112.148.51

**Entered By:** carl wells

**Email Address:**

accounts.payable@wellssolar.com

**Telephone Number:** (512) 767-0185

## You chose to file this report without payment.
## To avoid possible assessment of penalties and interest, do not forget to timely submit the appropriate payment.

### CREDIT SUMMARY

**Credits Taken**

Are you taking credit to reduce taxes due on this return?                                          No

**Licensed Customs Broker Exported Sales**

Did you refund sales tax for this filing period on items exported outside the United States based on a Texas Licenced Customs Broker Export Certifications?                                          No

### LOCATION SUMMARY

| Loc # | Total Texas Sales | Taxable Sales | Taxable Purchases | Subject to State Tax (Rate .0625) | State Tax Due | Subject to Local Tax | Local Tax Rate | Local Tax Due |
|---|---|---|---|---|---|---|---|---|
| 00001 | 808 | 0.00 | 0.00 | 0.00 | 0.00 | List Filer | | |
| **SubTotal** | **808** | **0** | **0** | **0** | **0** | **0** | | **0** |

**Total Tax for Locations**                                                                                          **0.00**

### LIST SUMMARY

| Jurisdiction | Jurisdiction Name | Amount Subject to Local Tax | Local Tax Rate | Local Tax Due |
|---|---|---|---|---|
| 2227016 | AUSTIN-CITY | 0.00 | 0.01000 | 0.00 |
| 3227999 | AUSTIN MTA | 0.00 | 0.01000 | 0.00 |

**Total Tax for List**                                                                                          **0.00**

| | |
|---|---|
| Total Tax Due: | $0.00 |
| Late Filing Penalty: | + $50.00 |
| Penalty: | + $2.00 |
| Balance Due: | $52.00 |
| Pending Payments: | - $0.00 |
| **Total Amount Due and Payable:** | **$52.00** |

( State amount due is $52.00 )   ( Local amount due is $0.00 )

Hi **Carl!**    Daily Deals    Brand Outlet    Gift Cards    Help & Contact                    Sell    Watchlist    My eBay    🔔    🛒

    Shop by category

Search for anything    |    All Categories ▾    Search

# My eBay Active

**Activity**    Messages    Account                    wses-tx ( 143 )

Summary

Recently viewed

**Buying** ∧

   Bids/Offers

   eBay Bucks

   Purchase History

Watch list

**Saved** ∧

   Saved searches

   Saved sellers

**Selling** ∧

   Overview

   Sell an item

   Drafts

   Scheduled

   **Active**

   Sold

   Unsold

   Payments

   Shipping labels

> We're here to guide you through the INFORM Consumers Act
> This law requires marketplaces like eBay to share contact information with buyers after purchase, but you may have choices.
> Learn more

## Active

Sort: Newly listed ▾

All (185)    Unanswered messages (8)    Missing recommended item specifics (150)    Promoted Listings eligib

**Promote it**
Boost your item's visibility to help it sell faster                    Promote listing

SQUARE D - QOM2200VH - 200 Amps 2 Poles 120/2...    Sell similar ▾
Item ID: 266901453906
**$85.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 15d 9h

0 Views    0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster                    Promote listing

SQUARE D - QOM2125VH - 125 Amps 2 Poles 120/24...    Sell similar ▾
Item ID: 266901449163
**$65.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 15d 9h

0 Views    0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster                    Promote listing

TESLA -Neurio W1-MODBUS-TESLA 1112484-02-A, Kit,....

Item ID: 266901432251 · Qty: 5

**$75.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 15d 9h

**5** Views | **1** Watcher

Sell similar

---

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

**Offer sent to buyers**
W2-Tesla 1112484-04-A, Tesla P/N:1112484-04-A, KIT,...

Item ID: 266901419865 · Qty: 2

**$100.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 15d 9h

**57** Views | **2** Watchers

Sell similar

---

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

100 Amp Generac Smart Management Module SMM ...

Item ID: 266899106202 · Qty: 3

**$150.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 13d 20h

**2** Views | **0** Watchers

Sell similar

---

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

SIEMENS - Q235 - 35 Amp Circuit Breaker 2 Pole 120/...

Item ID: 266899064122 · Qty: 3

**$12.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 13d 19h

**4** Views | **0** Watchers

Sell similar

---

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

GENERAC - 50A Transfer Switch - 0K8904 COO KR X...

Item ID: 266893749564

**$200.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 10d 3h

**19** Views | **1** Watcher

Sell similar

---

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

**Offer sent to buyers**
ENPHASE - IQ 7+ Microinverter - Black - IQPLUS-7...

Item ID: 266888078205 · Qty: 4

**$110.00** Buy It Now

Sell similar

Or best offer
+ Shipping
Listing renews in 6d 6h

37 Views  3 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

[DE - nema ss2-50 50 amp generator cord 10ft](#)
Item ID: 266883391648
**$110.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 2d 5h

Sell similar

1 View  0 Watchers

---

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

[OUTBACK POWER - PNL-125-300VDC - Breaker 125 A...](#)
Item ID: 266883362052 · Qty: 2
**$65.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 2d 4h

Sell similar

1 View  0 Watchers

---

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

[KWIKFLEX - LTS10 - 1/2" Liquidtight Nonmetallic Strai...](#)
Item ID: 266883355805 · Qty: 24
**$5.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 2d 4h

Sell similar

0 Views  0 Watchers

---

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

**Offer sent to buyers**
[SQUARE D - HOMT2020240 - Circuit Breaker 120...](#)
Item ID: 266883285421
**$20.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 2d 3h

Sell similar

2 Views  0 Watchers

---

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

[HOFFMAN - 59740 - Type 4 3R 12 13 - Knockout KO H...](#)
Item ID: 266883201185 · Qty: 6
**$6.00** Buy It Now
+ Shipping
Listing renews in 2d 3h

Sell similar

2 Views  0 Watchers



**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

GENERAL ELECTRIC - GEJ5140 R03 0808 GE Lug Kit ...
Item ID: 266883174219 · Qty: 6
$10.00 Buy It Now
+ Shipping
Listing renews in 2d 2h

Sell similar

0 Views    0 Watchers

---

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

HUBBELL RACO 1214, 1" Conduit Bushing W/ Ground ...
Item ID: 266883142505
$10.00 Buy It Now
+ Shipping
Listing renews in 2d 2h

Sell similar

0 Views    0 Watchers

---

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

EATON BRHDK125 SeriesA BR Retainer Bracket 200 A ...
Item ID: 266883122221 · Qty: 5
$10.00 Buy It Now
Or best offer
+ Shipping
Listing renews in 2d 2h

Sell similar

1 View    0 Watchers

---

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

COMMERCIAL ELECTRIC - Weatherproof Round Cov...
Item ID: 266882909923 · Qty: 2
$5.00 Buy It Now
Or best offer
+ Shipping
Listing renews in 2d

Sell similar

0 Views    0 Watchers

---

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

SIEMENS - Q2125 - 125 Amp 2 Pole Type QP Circuit B...
Item ID: 266882894815
$45.00 Buy It Now
Or best offer
+ Shipping
Listing renews in 2d

Sell similar

4 Views    0 Watchers

---

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

SIEMENS - MBK100A - 100A Riser Main Breaker Kit 2 p...

Sell similar



Item ID: 266882886246

**$60.00**  Buy It Now
Or best offer
+ Shipping
Listing renews in 2d

2
Views

1
Watcher

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

**Offer sent to buyers**
SQUARE D - QOM2150VH - 150 Amps 2 Poles 120/24...

Sell similar

Item ID: 266869713460

**$75.00**  Buy It Now
Or best offer
+ Shipping
Listing renews in 24d 9h

7
Views

2
Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

EATON - DG222NRB - General Duty Safety Switch - 3 ...

Sell similar

Item ID: 266869680454

**$100.00**  Buy It Now
Or best offer
+ Shipping
Listing renews in 24d 9h

1
View

1
Watcher

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

EATON - BR2125 Circuit Breaker 125 Amp 2 Pole 120/2...

Sell similar

Item ID: 266869449455

**$65.00**  Buy It Now
Or best offer
+ Shipping
Listing renews in 24d 4h

4
Views

0
Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

EATON - BR2100 Circuit Breaker 100 Amp 2 Pole 120/...

Sell similar

Item ID: 266869447869

**$55.00**  Buy It Now
Or best offer
+ Shipping
Listing renews in 24d 4h

1
View

0
Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing



EATON - BR250 Circuit Breaker 50 Amp 2 Pole 120/2...

Item ID: 266869442604 · Qty: 2

**$20.00** Buy It Now

Or best offer
+ Shipping
Listing renews in 24d 4h

Sell similar

0 Views   0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

EATON - BR245 Circuit Breaker 45 Amp 2 Pole 120/24...

Item ID: 266869439156

**$20.00** Buy It Now

Or best offer
+ Shipping
Listing renews in 24d 4h

Sell similar

0 Views   0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

SQUARE D - (I) HOM235 - 35A Plug On Circuit Breake...

Item ID: 266869363295 · Qty: 5

**$20.00** Buy It Now

Or best offer
+ Shipping
Listing renews in 24d 2h

Sell similar

1 View   0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

SQUARE D - HOM2100 Homeline 100A 2 Pole 120/24...

Item ID: 266869284149

**$45.00** Buy It Now

Or best offer
+ Shipping
Listing renews in 24d 1h

Sell similar

0 Views   0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

EATON - CH315 -Type CH3 - 15 Amp - Circuit Breaker...

Item ID: 266869093426

**$100.00** Buy It Now

Or best offer
+ Shipping
Listing renews in 23d 23h

Sell similar

2 Views   0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

SQUARE D - (1) HOM290 90 Amp Circuit Breaker 2 Pol...
Item ID: 266869065969 · Qty: 2
**$40.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 23d 23h

Sell similar

**2** Views | **0** Watchers

---

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

SQUARE D - Q0220 Circuit Breaker 20 Amp 2 ...
Item ID: 266869050170
**$10.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 23d 22h

Sell similar

**10** Views | **0** Watchers

---

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

SQUARE D - HOM115CP - 15 Amp - Circuit Breaker - 1 ...
Item ID: 266861157833
**$10.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 18d 10h

Sell similar

**0** Views | **0** Watchers

---

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

SQUARE D - QO115 - 15 Amp 1 Pole Circuit Breaker 12...
Item ID: 266860862528
**$12.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 18d 6h

Sell similar

**3** Views | **0** Watchers

---

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

SQUARE D - QO120 - 20 Amp 1 Pole Circuit Breaker 12...
Item ID: 266860730254
**$12.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 18d 3h

Sell similar

**0** Views | **0** Watchers

---

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

TESLA Zep Tool (l) Zepsolar - Solar Fastener Tool/Ha...
Item ID: 266859321215
**$450.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 17d 3h

**26** Views | **0** Watchers

Sell similar

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

BRIDGEPORT - 2120 Conduit Hangers for 1" Rigid/IM...
Item ID: 266856166252 · Qty: 5
**$10.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 15d 12h

**0** Views | **0** Watchers

Sell similar

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

SOLAREDGE - SECT-SPL-225A-T-20-1 Slim CT, 225A, ...
Item ID: 266856045315 · Qty: 2
**$75.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 15d 10h

**6** Views | **0** Watchers

Sell similar

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

BRIDGEPORT - 1313B - 1-1/4", "1 1/2, 2" - GROUNDING ...
Item ID: 266856029170 · Qty: 10
**$7.00** Buy It Now
+ Shipping
Listing renews in 15d 10h

**0** Views | **0** Watchers

Sell similar

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

UNISTRUT - P-1214 - 1-1/4" UNIV - PS1300 (LOT OF 10, 1...
Item ID: 266856002110 · Qty: 10
**$10.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 15d 9h

**1** View | **0** Watchers

Sell similar

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

SQUARE D - HOM2<u>00 - 80</u>A Plug On Circuit Breaker - ...
Item ID: 266855966771
**$20.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 15d 9h

Sell similar

0 Views        0 Watchers

---

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing



SQUARE D - (1) HOM240 - 40A Plug On Circuit Breake...
Item ID: 266855952001 · Qty: 2
**$20.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 15d 8h

Sell similar

1 View        0 Watchers

---

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing



BURNDY - BIBD-250-3 MULTIPLE WIRE TERMINAL #10...
Item ID: 266855707317 · Qty: 2
**$30.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 15d 5h

Sell similar

0 Views        0 Watchers

---

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing



BURNDY - BIT-4 - #14AWG-#4AWG - AL9CU - Insulat...
Item ID: 266855690893 · Qty: 10
**$10.00** Buy It Now
+ Shipping
Listing renews in 15d 4h

Sell similar

4 Views        0 Watchers

---

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing



ILSCO - KUPLER - IPC 4/0-#6 Cu9AL 600V Wire Con...
Item ID: 266855684911 · Qty: 2
**$18.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 15d 4h

Sell similar

0 Views        0 Watchers

---

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

GE - THQL2120 - 20 Amp Circuit Breaker - General E...
Item ID: 266851121438
**$20.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 12d 1h

0 Views   0 Watchers

**Sell similar**

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

GE - THQL2130 - 30 Amp Circuit Breaker - General E...
Item ID: 266851117330 · Qty: 5
**$18.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 12d 1h

0 Views   0 Watchers

**Sell similar**

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

GE - THQP230 - 30 Amp Circuit Breaker - 2 Pole Gen...
Item ID: 266851112614 · Qty: 5
**$15.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 12d

0 Views   0 Watchers

**Sell similar**

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

GE - THQP235 - 35 Amp Circuit Breaker - 2 Pole - Ge...
Item ID: 266851111058 · Qty: 8
**$15.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 12d

0 Views   0 Watchers

**Sell similar**

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

GE - THQP240 - 40 Amp Circuit Breaker - 2 Pole Gen...
Item ID: 266851108947 · Qty: 4
**$15.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 12d

1 View   0 Watchers

**Sell similar**

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

EATON - CHF120 20 Amp Circuit Breaker SWD 1 Pole 1...
Item ID: 266840496946 · Qty: 7
**$10.00**  Buy It Now
Or offer
+ Shipping
Listing renews in 5d 2h

Sell similar

0 Views    0 Watchers

---

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

EATON - BR230 Circuit Breaker 30 Amp 2 Pole 120/24...
Item ID: 266838192028
**$18.00**  Buy It Now
Or best offer
+ Shipping
Listing renews in 3d 6h

Sell similar

1 View    0 Watchers

---

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

EATON - CL235 - 35 Amp 2 Pole 120/240V Circuit Bre...
Item ID: 266838187115
**$20.00**  Buy It Now
+ Shipping
Listing renews in 3d 6h

Sell similar

1 View    0 Watchers

---

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

EATON - CHF215 Amp Circuit Breaker 2 Pole 120/240...
Item ID: 266838153888 · Qty: 3
**$20.00**  Buy It Now
Or best offer
+ Shipping
Listing renews in 3d 6h

Sell similar

0 Views    0 Watchers

---

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing



NEW NETGEAR WiFi Range Extender EX2800 - ...
Item ID: 266836840767
**$15.00**  Buy It Now
Or best offer
+ Shipping
Listing renews in 2d 8h

Sell similar

2 Views    0 Watchers

---

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

[EATON - BR240 Circuit Breaker 40 Amp 2 Pole 120/2...](#)

Item ID: 266833522985

**$18.00** Buy It Now

Or best offer

\+ Shipping

Listing renews in 2h 20m

**Sell similar**

1
View

0
Watchers

**Promote it**

Boost your item's visibility to help it sell faster

Promote listing

[EATON - CHF240 - 40 Amp Circuit Breaker 2 Pole 120...](#)

Item ID: 266833349120 · Qty: 3

**$15.00** Buy It Now

Or best offer

\+ Shipping

Listing renews in 30d 23h

**Sell similar**

1
View

0
Watchers

**Promote it**

Boost your item's visibility to help it sell faster

Promote listing

[Warning Electric Shock Hazard - Sticker / Label - 4" X...](#)

Item ID: 266831636213 · Qty: 4

**$10.00** Buy It Now

Or best offer

\+ Shipping

Listing renews in 29d 23h

**Sell similar**

0
Views

1
Watcher

**Promote it**

Boost your item's visibility to help it sell faster

Promote listing

[Caution Solar Sticker Label - 4" X 4" for Solar (Lot of 1...](#)

Item ID: 266831621787 · Qty: 3

**$10.00** Buy It Now

Or best offer

\+ Shipping

Listing renews in 29d 23h

**Sell similar**

3
Views

0
Watchers

**Promote it**

Boost your item's visibility to help it sell faster

Promote listing



[CHEMLINK - F1212 Universal General Purpose Sealant...](#)

Item ID: 266831605015 · Qty: 10

**$5.00** Buy It Now

\+ Shipping

Listing renews in 29d 23h

**Sell similar**

0
Views

0
Watchers

**Promote it**

Boost your item's visibility to help it sell faster

Promote listing

PV Meter Revenue Meter / Sticker / Label - 4" X 4" for...
Item ID: 266830941271 · Qty: 7
**$10.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 29d 12h

**Sell similar**

1
View

0
Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

GENERAC - 0F8869D - KEY VISE-ACTION LATCH SL...
Item ID: 266830802497
**$12.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 29d 11h

**Sell similar**

3
Views

0
Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

GENERAC - OIL FILTER - 070185ES - 90 LOGO ORN...
Item ID: 266830800032 · Qty: 2
**$13.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 29d 10h

**Sell similar**

1
View

0
Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

GENERAC - 0E9371AS Air Filter For Evolution S...
Item ID: 266830777792
**$12.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 29d 10h

**Sell similar**

0
Views

0
Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

IMO FireRaptor FRS-ESW1-24 Emergency Rapid Shut...
Item ID: 266830733669
**$105.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 29d 9h

**Sell similar**

2
Views

0
Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

First Alert BRACKET - Fire Extinguisher Bracket - NEW...
Item ID: 266830720529 · Qty: 6
**$10.00**  Buy It Now
Or best offer
+ Shipping
Listing renews in 29d 8h

Sell similar

2 Views    0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

OATEY - (1) No-Calk Solar Roof Flashing 11830 1/2" - 3...
Item ID: 266830699333 · Qty: 5
**$8.00**  Buy It Now
Or best offer
+ Shipping
Listing renews in 29d 8h

Sell similar

2 Views    0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

EZ Solar JB-2 Tile Rooftop PV Junction Box
Item ID: 266828969527
**$50.00**  Buy It Now
Or best offer
+ Shipping
Listing renews in 28d 6h

Sell similar

6 Views    0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

**Offer sent to buyers**
SOLAREDGE Cellular GSM Plug-In Kit Sim Card, 5yr p...
Item ID: 266827710729 · Qty: 97
**$50.00**  Buy It Now
Or best offer
+ Shipping
Listing renews in 27d 11h

Sell similar

37 Views    4 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

NVENT HOFFMAN - ASE8X8X4NK - 43330 - SCR CV...
Item ID: 266827429721
**$20.00**  Buy It Now
Or best offer
+ Shipping
Listing renews in 27d 7h

Sell similar

0 Views    0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

NVENT HOFFMAN - 13491 - A12R124NK - Norma Type ...
Item ID: 266827417044 · Qty: 2
**$50.00**  Buy It Now
Or best offer
+ Shipping

Sell similar

0

Listing renews in 27d 7h

0 Views

0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

**Offer sent to buyers**
EZ Solar JB-1.2 Asphalt Shingle Rooftop PV Junction ...

Sell similar

Item ID: 266825852807 · Qty: 4
**$40.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 26d 10h

1 View

0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

MILBANK - U7487-RL-TG-KK - 125A 4T RL OU -...

Sell similar

Item ID: 266825673240
**$75.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 26d 9h

0 Views

0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

MILBANK - (1) U4738-X-2K3-AE - 320A 4T RL STUD H...

Sell similar

Item ID: 266825619818
**$800.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 26d 8h

0 Views

0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

GE - 100 Amp Safety Switch - TGN3323R 3 Pole Gene...

Sell similar

Item ID: 266825553109 · Qty: 3
**$250.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 26d 7h

1 View

0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

GENERAC - Fuel Regulator - 0G7581 COO TW ASSY ...

Sell similar

Item ID: 266823515962
**$260.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 25d 8h

8 Views

0 Watchers



**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

GENERAC - Fuel Regulator - 0L6733B COO US ASSY ...
Item ID: 266823514390
**$260.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 25d 8h

Sell similar

7 Views    0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

GENERAC - Fuel Regulator - 0J8312 2OO CN ASSY P...
Item ID: 266823346566
**$260.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 25d 6h

Sell similar

2 Views    0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

GENERAC - 100 Amp - ATS Switch - OL2910 COO KR ...
Item ID: 266823079091
**$350.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 25d 4h

Sell similar

25 Views    1 Watcher

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

EATON - CSR2125N - CSR 25k - 125 Amps 2 Pole 120/...
Item ID: 266822772454
**$150.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 24d 23h

Sell similar

2 Views    0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

EATON - CSR2150N - CSR 25k - 150 Amps 2 Pole 120/...
Item ID: 266822765505 · Qty: 2
**$150.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 24d 23h

Sell similar

1 View    0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

EATON - CSR2200N CSR 25k - 200 Amps 2 Pole 120...
Item ID: 266822759128 · Qty: 2
**$125.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 24d 23h

**1** View | **0** Watchers

Sell similar

---

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

EATON - (1) CHF230 Circuit Breaker 30 Amp 2 Pole C...
Item ID: 266821901631 · Qty: 4
**$20.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 24d 8h

**0** Views | **0** Watchers

Sell similar

---

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

EATON - (1) CHF220 Circuit Breaker 20 Amp 2 Pole C...
Item ID: 266821897169 · Qty: 6
**$18.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 24d 8h

**1** View | **0** Watchers

Sell similar

---

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

LITTLEFUSE - (1) POWR-GARD TIME DELAY FLNR 150A...
Item ID: 266821878466
**$25.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 24d 8h

**0** Views | **0** Watchers

Sell similar

---

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing



PEGASUS SOLAR - 3/8" T-Bolt - Serrated Flange Nut -...
Item ID: 266821809379
**$45.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 24d 6h

**2** Views | **0** Watchers

Sell similar

---

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

EATON - CSR225N - CSR 225k - 2 Pole Circuit Breaker ...
Item ID: 266821796623
**$105.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 24d 6h

**2** Views

**0** Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

ILSCO KUPLER - (2) IPC500-250, Cu9AL 600V, Insula...
Item ID: 266821788273
**$50.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 24d 6h

**0** Views

**0** Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

ARLINGTON - NMLT100 - Straight PVC Liquid Tight C...
Item ID: 266821328705
**$25.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 24d

**0** Views

**0** Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

BRIDGEPORT - 141 - 1/2" STEEL SEALING LOCKNUT (1...
Item ID: 266821323081
**$35.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 24d

**0** Views

**0** Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing



SOUTHWIRE - (1) MEIBB Bonding Bridge 12" .5" 6 Ter...
Item ID: 266821312942
**$15.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 24d

**1** View

**0** Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

STEEL CITY - 1 1/4" Squeeze Connector Straight - 1 Bo...
Item ID: 266821300336
**$25.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 24d

Sell similar

0 Views | 0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

TRENDNET - TPL-406E2K - Powerline 500AV Nano Ad...
Item ID: 266821278217
**$20.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 23d 23h

Sell similar

0 Views | 0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

UNIRAC - 302029D - SM BND MIDCLAMP DK DRK SS...
Item ID: 266820561371
**$100.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 23d 10h

Sell similar

0 Views | 0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

Offer sent to buyers
TESLA - (1) Backup Gateway 2 PN: 1232100 -00-E for S...
Item ID: 266820505543
**$500.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 23d 10h

Sell similar

206 Views | 31 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

GE - Circuit Breaker -THQMV200E Amps 200 - 120/2...
Item ID: 266820488340 · Qty: 2
**$125.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 23d 9h

Sell similar

1 View | 0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

HEYCO - Critter Guard - Sunscreen 6" PVC COATED ...
Item ID: 266816230763
**$30.00** Buy It Now
Or best offer
+ Shipping

0

Listing renews in 20d 10h

0
Views

Watchers

---

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

J&D - (2) Split Core Current Transformers - 75Amps - ...
Item ID: 266816224841 · Qty: 2

**$50.00**  Buy It Now
Or best offer
+ Shipping
Listing renews in 20d 10h

Sell similar

0
Views

0
Watchers

---

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

EVEREST - CR MC Dark, 30-47mm, 13mm Hex PN:40...
Item ID: 266816220608

**$38.00**  Buy It Now
Or best offer
+ Shipping
Listing renews in 20d 10h

Sell similar

1
View

0
Watchers

---

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

BRIDGEPORT: C-42CG, 3/4" Aluminum Conduit Bod...
Item ID: 266814250634 · Qty: 2

**$55.00**  Buy It Now
Or best offer
+ Shipping
Listing renews in 19d 8h

Sell similar

0
Views

0
Watchers

---

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

BRIDGEPORT LB-44CG, 1-1/4" Aluminum LB Conduit ...
Item ID: 266814239651 · Qty: 2

**$25.00**  Buy It Now
Or best offer
+ Shipping
Listing renews in 19d 8h

Sell similar

0
Views

0
Watchers

---

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

S-5! (10) S-5-U - U11-B-16-E - U3M8438200T - CL...
Item ID: 266814193319

**$40.00**  Buy It Now
Or best offer
+ Shipping
Listing renews in 19d 7h

Sell similar

1
View

0
Watchers



Promote it
Boost your item's visibility to help it sell faster

Promote listing

SOLAR ROOF JACK (1) Kit -Plumbing/Attic Vent New i...
Item ID: 266814178327 · Qty: 2
**$35.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 19d 7h

Sell similar

**4** Views
1 Watcher

Promote it
Boost your item's visibility to help it sell faster

Promote listing

ARLINGTON (1) NMLT905 1/2" Connector 90 Degree ...
Item ID: 266814117257 · Qty: 8
**$7.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 19d 6h

Sell similar

**0** Views
0 Watchers

Promote it
Boost your item's visibility to help it sell faster

Promote listing

ENPHASE - (1) CT-200-SPLIT 200A Consumption Moni...
Item ID: 266814042274 · Qty: 2
**$10.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 19d 4h

Sell similar

**2** Views
0 Watchers

Promote it
Boost your item's visibility to help it sell faster

Promote listing

FIRERAPTOR - PV Rapid Shutdown System Equipmen...
Item ID: 266814006056 · Qty: 12
**$50.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 19d 3h

Sell similar

**1** View
0 Watchers

Promote it
Boost your item's visibility to help it sell faster

Promote listing

GENERAC - PN: G022129 Washer Lock M8-5/16 - Ge...
Item ID: 266812751181 · Qty: 2
**$5.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 18d 8h

Sell similar

**0** Views
0 Watchers

Promote it
Boost your item's visibility to help it sell faster

Promote listing

CONDUIT BODY - EATON® (1) with Cover 3/4" LB - vol...
Item ID: 266812576504 · Qty: 5
**$8.00**  Buy It Now
Or best offer
+ Shipping
Listing renews in 18d 4h

Sell similar

0 Views  0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

CONDUIT BODY - 1" - LB3CG BIZLINE-BZLOLB3CG-O...
Item ID: 266812539891
**$12.00**  Buy It Now
Or best offer
+ Shipping
Listing renews in 18d 4h

Sell similar

0 Views  0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

CONDUIT BODY - 1 1/4" - LB4CG BIZLINE-BZLOLB4C...
Item ID: 266812523588
**$15.00**  Buy It Now
Or best offer
+ Shipping
Listing renews in 18d 4h

Sell similar

0 Views  0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

ILSCO (1) PBTD-2-250 - Insulated Multi-Tap Connecto...
Item ID: 266812351302
**$20.00**  Buy It Now
Or best offer
+ Shipping
Listing renews in 18d 3h

Sell similar

0 Views  0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing



ILSCO (1) PBTD-4-350 350 Insulated Multi-Tap Conne...
Item ID: 266812346899 · Qty: 3
**$65.00**  Buy It Now
Or best offer
+ Shipping
Listing renews in 18d 3h

Sell similar

1 View  0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

BUSSMAN FUSETRON - (4) FRN-R-20 Fuses 20 Amp 2...

**Sell similar**

Item ID: 266812109930

**$15.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 17d 22h

0 Views   0 Watchers

---

**Promote it**
Boost your item's visibility to help it sell faster

**Promote listing**

BUSSMAN FUSETRON - (l) FRN-R-30 Fuse 30Amp 25...

**Sell similar**

Item ID: 266812108646 · Qty: 9

**$6.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 17d 22h

1 View   0 Watchers

---

**Promote it**
Boost your item's visibility to help it sell faster

**Promote listing**

BUSSMAN FUSETRON - (l) FRN-R-40 Fuse 40Amp 25...

**Sell similar**

Item ID: 266812106637 · Qty: 2

**$8.00** Buy It Now
+ Shipping
Listing renews in 17d 22h

0 Views   0 Watchers

---

**Promote it**
Boost your item's visibility to help it sell faster

**Promote listing**

EDISON - (l) ECNR70 - 70Amp 70A - 250VAC/125VD...

**Sell similar**

Item ID: 266812102127

**$18.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 17d 22h

0 Views   0 Watchers

---

**Promote it**
Boost your item's visibility to help it sell faster

**Promote listing**

FERRAZ SHAWMUT TRIONIC - (l) TR70RID Fuses - 70...

**Sell similar**

Item ID: 266812097073

**$18.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 17d 22h

0 Views   0 Watchers

---

**Promote it**
Boost your item's visibility to help it sell faster

**Promote listing**

**FERRAZ SHAWMUT TRIONIC - (2) TRS70RID Fuses - 7...**
Item ID: 266811305905

**$45.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 17d 11h

2 Views | 0 Watchers

**Sell similar**

---

**Promote it**
Boost your item's visibility to help it sell faster

**Promote listing**

**FERRAZ SHAWMUT TRIONIC - (2) TRS25RID Fuses - 2...**
Item ID: 266811302540

**$35.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 17d 10h

0 Views | 0 Watchers

**Sell similar**

---

**Promote it**
Boost your item's visibility to help it sell faster

**Promote listing**

**Solaredge RS485 / SE1000-RS485-IF-NA Plug-in Exp...**
Item ID: 266809612124 · Qty: 2

**$45.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 16d 7h

0 Views | 0 Watchers

**Sell similar**

---

**Promote it**
Boost your item's visibility to help it sell faster

**Promote listing**

**EZ Solar JB-1.XL Asphalt Shingle Rooftop PV Junction...**
Item ID: 266809605317 · Qty: 2

**$38.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 16d 7h

7 Views | 1 Watcher

**Sell similar**

---

**Promote it**
Boost your item's visibility to help it sell faster

**Promote listing**



**BULLET (2) ECSR300 Fuses 250V 300A Class ...**
Item ID: 266809520089

**$125.00** Buy It Now
+ Shipping
Listing renews in 16d 5h

0 Views | 0 Watchers

**Sell similar**

---

**Promote it**
Boost your item's visibility to help it sell faster

**Promote listing**

[BULLET (2) ECNR400 Fuses 250V 400A Class ...](#)

Item ID: 266809515931

**$200.00** Buy It Now

Or best offer

+ Shipping

Listing renews in 16d 5h

0 Views     0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

[FERRAZ SHAWMUT TRI-ONIC - (1) TR110RID - 150...](#)

Item ID: 266809512107 · Qty: 7

**$25.00** Buy It Now

Or best offer

+ Shipping

Listing renews in 16d 5h

0 Views     0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

[FERRAZ SHAWMUT TRI-ONIC - (1) TR150RID - 150...](#)

Item ID: 266809505007 · Qty: 2

**$25.00** Buy It Now

Or best offer

+ Shipping

Listing renews in 16d 5h

2 Views     0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

[FERRAZ SHAWMUT MERSEN - (1) TR125R 125A Fuse - ...](#)

Item ID: 266809495418

**$22.00** Buy It Now

Or best offer

+ Shipping

Listing renews in 16d 4h

5 Views     0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing



[FERRAZ SHAWMUT TRIO-ONIC - (2) TR50RID 50A Fu...](#)

Item ID: 266809489950 · Qty: 9

**$20.00** Buy It Now

Or best offer

+ Shipping

Listing renews in 16d 4h

0 Views     0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

FERRAZ SHAWMUT MERSEN - (2) Tri-onic 30A 250V F...

Item ID: 266808350627 · Qty: 6

**$8.00** Buy It Now

Or best offer

+ Shipping

Listing renews in 15d 10h

**2** Views | **0** Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

SOLAREDGE-LOT OF 15 -Cell GSM PlugIn Kits Sim Ca...

Item ID: 266808318895

**$300.00** Buy It Now

Or best offer

+ Shipping

Listing renews in 15d 9h

**0** Views | **0** Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

FERRAZ SHAWMUT MERSEN - (2) Tri-onic TR35R X10...

Item ID: 266808295028

**$10.00** Buy It Now

Or best offer

+ Shipping

Listing renews in 15d 8h

**0** Views | **0** Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

FERRAZ SHAWMUT MERSEN - (1) Fuse 400MCM 600...

Item ID: 266806732023 · Qty: 4

**$125.00** Buy It Now

Or best offer

+ Shipping

Listing renews in 14d 4h

**0** Views | **0** Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing



TESLA - ZEP SOLAR MH-007000-606 Array Skirt Grip...

Item ID: 266806717440 · Qty: 2

**$20.00** Buy It Now

Or best offer

+ Shipping

Listing renews in 14d 4h

**4** Views | **0** Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

SQUARE D - (1) HOM250 - 50A Plug On Circuit Breake...
Item ID: 266806662596 · Qty: 10
**$18.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 14d 3h

Sell similar

0 Views          0 Watchers

---

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

---

SQUARE D - (1) HOM245 - 45A Plug On Circuit Breake...
Item ID: 266806655344 · Qty: 4
**$18.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 14d 3h

Sell similar

1 View          0 Watchers

---

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

---

SQUARE D - HOM225 - 25A Plug On Circuit Breaker - ...
Item ID: 266806382559 · Qty: 2
**$12.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 13d 23h

Sell similar

6 Views          0 Watchers

---

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

---

SQUARE D - (1) HOM120 - 20A Plug On Circuit Breaker...
Item ID: 266806376377 · Qty: 5
**$10.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 13d 22h

Sell similar

0 Views          0 Watchers

---

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

---



EATON - (1) CHF250 Circuit Breaker 50 Amp 2 Pole C...
Item ID: 266805546258 · Qty: 19
**$15.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 13d 8h

Sell similar

7 Views          0 Watchers

---

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

EATON - (l) BR120 Circuit Breaker 20 Amp 1 Pole 120/2...
Item ID: 266805463326 · Qty: 12
**$15.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 13d 7h

Sell similar

0
Views

0
Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

EATON - (l) BR235 Circuit Breaker 35Amp 2 Pole 120/...
Item ID: 266805113769 · Qty: 10
**$17.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 13d 3h

Sell similar

0
Views

0
Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

SIEMENS - Q260 - 60 Amp Circuit Breaker 2 Pole 120/...
Item ID: 266803972270 · Qty: 6
**$18.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 12d 10h

Sell similar

0
Views

1
Watcher

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

SIEMENS - Q250 - 50 Amp Circuit Breaker 2 Pole 120/...
Item ID: 266803962175 · Qty: 11
**$18.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 12d 10h

Sell similar

0
Views

0
Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing



SIEMENS - Q230 - 30 Amp Circuit Breaker 2 Pole 120/...
Item ID: 266803953883 · Qty: 2
**$15.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 12d 10h

Sell similar

3
Views

0
Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing



SIEMENS - (1) QF120A 20A 1 Pole Ground Fault Circuit ...
Item ID: 266803928219
**$40.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 12d 10h

Sell similar

2 Views   0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

SIEMENS - (1) Circuit Breaker Q2020 1 Pole 20-20A 12...
Item ID: 266803922459 · Qty: 15
**$15.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 12d 9h

Sell similar

1 View   0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

EATON - (1) DG221NRB 30A 240V Type 3R General Du...
Item ID: 266803899300 · Qty: 3
**$75.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 12d 9h

Sell similar

0 Views   0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

UNIRAC 008100U SFM Trim Bonding Clamp 1 Bo...
Item ID: 266803745182 · Qty: 2
**$25.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 12d 6h

Sell similar

0 Views   0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

UNIRAC 302035M SM MIDCLAMP PRO W/CAP - Lot ...
Item ID: 266803700889 · Qty: 2
**$40.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 12d 5h

Sell similar

1 View   1 Watcher

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

UNIRAC 302035M SM MID CLAMP PRO W/CAP - 4 pi...
Item ID: 266803548628 · Qty: 15
**$10.00** Buy It Now
+ Shipping
Listing renews in 12d 3h

**4** Views   **1** Watcher

Sell similar

---

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

Dayton control station, mushroom key release 3...
Item ID: 266801588064 · Qty: 4
**$15.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 11d 7h

**0** Views   **0** Watchers

Sell similar

---

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

(2) Bridgeport Liquid-Tight Connectors 434-LT2 Size ...
Item ID: 266801556109 · Qty: 10
**$20.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 11d 7h

**0** Views   **0** Watchers

Sell similar

---

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing



Bridgeport - (1) Liquid-Tight Connector 430-NM...
Item ID: 266801407473 · Qty: 6
**$2.50** Buy It Now
Or best offer
+ Shipping
Listing renews in 11d 6h

**6** Views   **0** Watchers

Sell similar

---

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

Ilsco SGB-4 Lay-in Ground Lug Wire Range 4-14 Cla...
Item ID: 266800744481 · Qty: 100
**$6.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 11d

**6** Views   **0** Watchers

Sell similar

---

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

ILSCO (1) Copper Compression Lug Strip ILSCO CLW...

Item ID: 266800694296 · Qty: 8

**$4.50**  Buy It Now

Or best offer
+ Shipping
Listing renews in 11d

1
View

0
Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

TRENDnet - 500Mbps Compact Powerline AV Adapt...

Item ID: 266655831801 · Qty: 2

**$5.00**  Buy It Now

Or best offer
+ Shipping
Listing renews in 8d 6h

0
Views

0
Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

Generac - PN: A0000538695 / PN: A0002197676 - G...

Item ID: 266655070755 · Qty: 4

**$80.00**  Buy It Now

Or best offer
+ Shipping
Listing renews in 7d 23h

21
Views

2
Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

TESLA PN: 1125547-03-A 2CT Extension Wire Harness...

Item ID: 266653859334

**$15.00**  Buy It Now

Or best offer
+ Shipping
Listing renews in 7d 9h

12
Views

0
Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

SOLAREDGE Inverter Part - PN: VNS-PRF-FLD - Com...

Item ID: 266653818082

**$35.00**  Buy It Now

Or best offer
+ Shipping
Listing renews in 7d 8h

13
Views

0
Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

GENERAC - SnapRS Inline Disconnect Device - PN: R...
Item ID: 266653796439 · Qty: 15
**$9.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 7d 8h

**Sell similar**

0 Views | 0 Watchers

---

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

SolarEdge PN: ENET-HBNP-01 EnergyNet Communic...
Item ID: 266653697061 · Qty: 3
**$65.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 7d 7h

**Sell similar**

3 Views | 1 Watcher

---

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

**Offer sent to buyers**
TESLA Internal Eaton Panelboard Kit PN1529623, GAT...
Item ID: 266649017770 · Qty: 10
**$75.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 5d 2h

**Sell similar**

48 Views | 4 Watchers

---

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

Generac - PN: 0E9352 Gasket, Valve Cover GT530 - ...
Item ID: 266646873756 · Qty: 2
**$6.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 4d 1h

**Sell similar**

0 Views | 0 Watchers

---

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

Generac - PN: 0C3005 Gasket, Breather Cover GT-9...
Item ID: 266646479133 · Qty: 2
**$6.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 3d 20h

**Sell similar**

1 View | 0 Watchers

---

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

Generac - PN: 0C4138 Gasket Exhaust Port - Genera...
Item ID: 266646472963 · Qty: 2
**$6.00** Buy It Now
Or best offer
+ Shipping

**Sell similar**

1

Listing renews in 3d 20h

**4**
Views

Watcher

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing



[Generac - PN: 0L3247 - Harness 200 AMP SE SACM - ...](#)

Sell similar

Item ID: 266645559269
**$100.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 3d 8h

**0**
Views

**0**
Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing



[Generac - PN: 0E3812 SEAL D 35 X 48.2 VITON - Gen...](#)

Sell similar

Item ID: 266645490890 · Qty: 2
**$6.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 3d 8h

**2**
Views

**0**
Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing



[Generac - PN: 073590A - FUSE 5A X BUSS - GENERA...](#)

Sell similar

Item ID: 266645488304 · Qty: 3
**$8.00** Buy It Now
+ Shipping
Listing renews in 3d 7h

**2**
Views

**0**
Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing



[Generac - PN: G084464 LIMIT SW-SW OPERATION - ...](#)

Sell similar

Item ID: 266645476831
**$15.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 3d 7h

**2**
Views

**0**
Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing



[Generac - PN: 10000004916 - ASSY IGN COIL R128.3 ...](#)

Sell similar

Item ID: 266645363722
**$25.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 3d 6h

**5**
Views

**0**
Watchers



**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

Generac - PN: 0G3251TA - ASSY IGN COIL W/DIO GT...
Item ID: 266645357092
**$25.00**  Buy It Now
Or best offer
+ Shipping
Listing renews in 3d 6h

Sell similar

0 Views        0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

Generac - PN: 0G3251TB - ASSY IGN COIL W/DIO GT...
Item ID: 266645353184
**$25.00**  Buy It Now
+ Shipping
Listing renews in 3d 6h

Sell similar

1 View        0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

Generac - PN: 10000004931 - ASSY IGN COIL R128.3 ...
Item ID: 266645283904 · Qty: 2
**$25.00**  Buy It Now
Or best offer
+ Shipping
Listing renews in 3d 5h

Sell similar

1 View        0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

GENERAC - ASSY SOLENOID PLUNGER AND SPRING...
Item ID: 266644614046
**$20.00**  Buy It Now
Or best offer
+ Shipping
Listing renews in 2d 22h

Sell similar

1 View        0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

Generac G063617 Relay Panel 12VDC DPDT 10A @ 24...
Item ID: 266643431700
**$25.00**  Buy It Now
Or best offer
+ Shipping
Listing renews in 2d 7h

Sell similar

0 Views        0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

[Generac Low Oil Pressure Switch 5 PSI NC - PN: 0L29...](#)
Item ID: 266643420110
**$25.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 2d 7h

| 6 | 2 |
| Views | Watchers |

**Sell similar**

---

**Promote it**
Boost your item's visibility to help it sell faster

**Promote listing**

[TESLA: 2" Conduit Hub Kit GW2NA - 1594184-00-B / 1...](#)
Item ID: 266643315799 · Qty: 35
**$10.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 2d 5h

| 0 | 1 |
| Views | Watcher |

**Sell similar**

---

**Promote it**
Boost your item's visibility to help it sell faster

**Promote listing**

[SOLAREDGE - V2 Zigbee Plug In , NA  PN: SE-ZBSLV-...](#)
Item ID: 266641395836 · Qty: 3
**$50.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 1d 6h

| 10 | 0 |
| Views | Watchers |

**Sell similar**

---

**Promote it**
Boost your item's visibility to help it sell faster

**Promote listing**

[SOLAREDGE - ZIGBEE Repeater Type 5 NA PN: SE100...](#)
Item ID: 266641367525 · Qty: 4
**$50.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 1d 6h

| 9 | 0 |
| Views | Watchers |

**Sell similar**

---

**Promote it**
Boost your item's visibility to help it sell faster

**Promote listing**



[TESLA 1.25" Conduit Hub Kit GW2NA - 1549184-01-B /...](#)
Item ID: 266641324889 · Qty: 75
**$10.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 1d 6h

| 2 | 0 |
| Views | Watchers |

**Sell similar**

---

**Promote it**
Boost your item's visibility to help it sell faster

**Promote listing**

SOLTECTION -Module - Solar String Transition Box - 4...
Item ID: 266635667477 · Qty: 4
**$75.00**  Buy It Now
Or best offer
+ Shipping
Listing renews in 29d 9h

**Sell similar**

**9**
Views

**2**
Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

SOLAREDGE CELL-B-R05-US-P-S2 Cellular Plug-in wi...
Item ID: 266635553505 · Qty: 15
**$75.00**  Buy It Now
Or best offer
+ Shipping
Listing renews in 29d 7h

**Sell similar**

**8**
Views

**5**
Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

LITTLEFUSE - (2) Indicator Fuses - FLNR 150 ID 150 Am...
Item ID: 266634690294
**$40.00**  Buy It Now
Or best offer
+ Shipping
Listing renews in 28d 20h

**Sell similar**

**0**
Views

**0**
Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

LITTLEFUSE - (2) Indicator Fuses - FLNR 110 ID 110 Amp...
Item ID: 266634623337
**$40.00**  Buy It Now
+ Shipping
Listing renews in 28d 19h

**Sell similar**

**1**
View

**0**
Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing



FERRAZ SHAWMUT MERSEN - (2) TR200R 200A 250V...
Item ID: 266633620941 · Qty: 3
**$80.00**  Buy It Now
Or best offer
+ Shipping
Listing renews in 28d 5h

**Sell similar**

**0**
Views

**0**
Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

**TESLA P/N: 1112477-00-X Kit , Neurio + 2 Current Tran...**
Item ID: 266628946516 · Qty: 15
**$50.00**  Buy It Now
Or best offer
+ Shipping
Listing renews in 25d 8h

51
Views

2
Watchers

**Sell similar**

**Promote it**
Boost your item's visibility to help it sell faster

**Promote listing**



**DAYTON - Control Station - Push Button - Mushroom ...**
Item ID: 266624603478 · Qty: 6
**$25.00**  Buy It Now
Or best offer
+ Shipping
Listing renews in 22d 9h

0
Views

0
Watchers

**Sell similar**

**Promote it**
Boost your item's visibility to help it sell faster

**Promote listing**



**CONTINENTAL CONTROL SYSTEMS CTRC-03100-02...**
Item ID: 266624541121 · Qty: 2
**$75.00**  Buy It Now
Or best offer
+ Shipping
Listing renews in 22d 8h

0
Views

0
Watchers

**Sell similar**

**Promote it**
Boost your item's visibility to help it sell faster

**Promote listing**



**SOLAREDGE - SEMTR240-NN-S-S1 SEMTR240 - Mete...**
Item ID: 266622460264 · Qty: 194
**$20.00**  Buy It Now
Or best offer
+ Shipping
Listing renews in 20d 22h

25
Views

2
Watchers

**Sell similar**

Items per page  200

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices   and
AdChoice

Hi Carl !    Daily Deals    Brand Outlet    Gift Cards    Help & Contact

Sell    Watchlist    My eBay

**ebay**    Shop by category

Search for anything    |    All Categories    |    Search    Advanced

# Manage active listings (185)

Comments    Create listing

**We're here to guide you through the INFORM Consumers Act**
This law requires marketplaces like eBay to share contact information with buyers after purchase, but you may have choices.
Learn more

🛒 **Send offers on 3 of your listings!**    ✕
Help close the deal by sending targeted offers to interested buyers.
**Send offers**

Results: 1-185 of 185 ($31,744.00, Qty: 1,120) ⓘ    Customize table  |  Download ⌄  |  Upload

| | Actions | Photo | Title | Item specifics | Format | Current price | Available quantity | Views (30 days) | Promoted Listings |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | Edit ⌄ | | EATON - CHF240 - 40 Amp Circuit Breaker 2 Pole 120/240V Cutler Hammer Series | 6 recommend... Add recommended | 🔒 | $15.00 Buy It Now or Best Offer Research prices | 3 | 1 | General: Eli Suggested 13.8% Priority: Elig Promote |
| ☐ | Edit ⌄ | | EATON - BR240 Circuit Breaker 40 Amp 2 Pole 120/240V Cutler Hammer Series | 9 recommend... Add recommended | 🔒 | $18.00 Buy It Now or Best Offer Research prices | 1 | 1 | General: Eli Suggested 13.8% Priority: Elig Promote |
| ☐ | Edit ⌄ | | TESLA 1.25" Conduit Hub Kit GW2NA - 1549184-01-B / 1549184-01-A Gateway parts | 10 recommen... Add recommended | 🔒 | $10.00 Buy It Now or Best Offer Research prices | 75 | 2 | General: Eli Suggested 12% Priority: Elig Promote |
| ☐ | Edit ⌄ | | SOLAREDGE - ZIGBEE Repeater Type 5 NA PN: SE1000-ZBRPT05-NA - NEW | 11 recommend... Add recommended | 🔒 | $50.00 Buy It Now or Best Offer Research prices | 4 | 9 | General: Eli Suggested 12% Priority: Elig Promote |
| ☐ | Edit ⌄ | | SOLAREDGE - V2 Zigbee Plug In , NA  PN: SE-ZBSLV-B-S1-NA | 12 recommen... Add recommended | 🔒 | $50.00 Buy It Now or Best Offer Research prices | 3 | 10 | General: Eli Suggested 12% Priority: Elig Promote |
| ☐ | Edit ⌄ | | SIEMENS - MBK100A - 100A Riser Main Breaker Kit 2 poles 120/240V AC Type EQ8681 | 11 recommend... Add recommended | 🔒 | $60.00 Buy It Now or Best Offer Research prices | 1 | 2 | General: Eli Suggested 13.8% Priority: Elig Promote |
| ☐ | Edit ⌄ | | SIEMENS - Q2125 - 125 Amp 2 Pole Type QP Circuit Breaker | - | 🔒 | $45.00 Buy It Now or Best Offer Research prices | 1 | 4 | General: Eli Suggested 13% Priority: Elig Promote |
| ☐ | Edit ⌄ | | COMMERCIAL ELECTRIC - Weatherproof Round Cover Metal 1/2" Holes x 4" | 7 recommend... Add recommended | 🔒 | $5.00 Buy It Now or Best Offer | 2 | 0 | General: Eli Suggested 12.5% Priority: Elig |

| Actions | Photo | | Item specifics | | | | | Promoted Listings |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Research prices |
| Edit ⌄ | | EATON BRHDK125 SeriesA BR Retainer Bracket 200A Breaker Hold Down Screw Kit | - | 🔒 | $10.00 Buy It Now or Best Offer Research prices | 5 | 1 | General: Eli Suggested 12.5% Priority: Elig Promote |
| Edit ⌄ | | HUBBELL RACO 1214, 1" Conduit Bushing W/ Ground Lug Malleable Iron Zinc Plated | 11 recommend... Add recommended | 🔒 | $10.00 Buy It Now Research prices | 1 | 0 | General: Eli Suggested 12.5% Priority: Elig Promote |
| Edit ⌄ | | GENERAL ELECTRIC - GEJ5140 R03 0808 GE Lug Kit for Equipment Ground (1) | 17 recommen... Add recommended | 🔒 | $10.00 Buy It Now Research prices | 6 | 0 | General: Eli Suggested 13.8% Priority: Elig Promote |
| Edit ⌄ | | HOFFMAN - 59740 - Type 4 3R 12 13 - Knockout KO Hole Seal (1) | 11 recommend... Add recommended | 🔒 | $6.00 Buy It Now Research prices | 6 | 2 | General: Eli Suggested 11% Priority: Elig Promote |
| Edit ⌄ | | SQUARE D - HOMT2020240 - Circuit Breaker 120/240V | 12 recommen... Add recommended | 🔒 | $20.00 Buy It Now or Best Offer Research prices | 1 | 2 | General: Eli Suggested 13% Priority: Elig Promote |
| Edit ⌄ | | KWIKFLEX - LTS10 - 1/2" Liquidtight Nonmetallic Straight Fitting (1) | 10 recommen... Add recommended | 🔒 | $5.00 Buy It Now Research prices | 24 | 0 | General: Eli Suggested 13.8% Priority: Elig Promote |
| Edit ⌄ | | OUTBACK POWER - PNL-125-300VDC - Breaker 125 Amp 300VDC Panel Mount | 18 recommen... Add recommended | 🔒 | $65.00 Buy It Now Research prices | 2 | 1 | General: Eli Suggested 12% Priority: Elig Promote |
| Edit ⌄ | | TESLA: 2" Conduit Hub Kit GW2NA - 1594184-00-B / 1594184-00-C Gateway parts | 10 recommen... Add recommended | 🔒 | $10.00 Buy It Now or Best Offer Research prices | 35 | 0 | General: Eli Suggested 12% Priority: Elig Promote |
| Edit ⌄ | | DE - nema ss2-50 50 amp generator cord 10ft | 1 recommend... Add recommended | 🔒 | $110.00 Buy It Now or Best Offer Research prices | 1 | 1 | General: Eli Suggested Priority: Elig Promote |
| Edit ⌄ | | Generac Low Oil Pressure Switch 5 PSI NC - PN: 0L2917A - Generac Parts | - | 🔒 | $25.00 Buy It Now or Best Offer Research prices | 1 | 6 | General: Eli Suggested 12.5% Priority: Elig Promote |
| Edit ⌄ | | Generac G063617 Relay Panel 12VDC DPDT 10A @ 240VA - Generac Part | - | 🔒 | $25.00 Buy It Now or Best Offer Research prices | 1 | 0 | General: Eli Suggested Priority: Elig Promote |
| Edit ⌄ | | NEW NETGEAR WiFi Range Extender EX2800 - AZNA | 8 recommend... Add recommended | 🔒 | $15.00 Buy It Now or Best Offer Research prices | 1 | 2 | General: Eli Suggested 12.5% Priority: Elig |

| Actions | Photo | | Item specifics | | | | | Promoted Listings |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Promote |
| Edit ⌄ | | | GENERAC - ASSY SOLENOID PLUNGER AND SPRING - COO TW - PN: 0J8315A -Generac Parts | 5 recommend... Add recommended | 🔒 | $20.00 Buy It Now or Best Offer Research prices | 1 | 1 | General: Eli Suggested Priority: Elig Promote |
| Edit ⌄ | | | Generac - PN: 10000004931 - ASSY IGN COIL R128.3 X 390 NO GROM | - | 🔒 | $25.00 Buy It Now or Best Offer Research prices | 2 | 1 | General: Eli Suggested 12.5% Priority: Elig Promote |
| Edit ⌄ | | | EATON - CHF215 Amp Circuit Breaker 2 Pole 120/240V Cutler Hammer Series | 6 recommend... Add recommended | 🔒 | $20.00 Buy It Now or Best Offer Research prices | 3 | 0 | General: Eli Suggested 12.5% Priority: Elig Promote |
| Edit ⌄ | | | Generac - PN: 0G3251TB - ASSY IGN COIL W/DIO GTH530CYL2 - Generac Generator Part | - | 🔒 | $25.00 Buy It Now Research prices | 1 | 1 | General: Eli Suggested 12.5% Priority: Elig Promote |
| Edit ⌄ | | | Generac - PN: 0G3251TA - ASSY IGN COIL W/DIO GTH530CYL1 - Generac Generator Part | - | 🔒 | $25.00 Buy It Now or Best Offer Research prices | 1 | 0 | General: Eli Suggested Priority: Elig Promote |
| Edit ⌄ | | | Generac - PN: 10000004916 - ASSY IGN COIL R128.3 X 335 NO GROM - Generator Part | - | 🔒 | $25.00 Buy It Now or Best Offer Research prices | 1 | 5 | General: Eli Suggested 12% Priority: Elig Promote |
| Edit ⌄ | | | EATON - CL235 - 35 Amp 2 Pole 120/240V Circuit Breaker - Cutler Hammer | 8 recommend... Add recommended | 🔒 | $20.00 Buy It Now Research prices | 1 | 1 | General: Eli Suggested 13% Priority: Elig Promote |
| Edit ⌄ | | | EATON - BR230 Circuit Breaker 30 Amp 2 Pole 120/240V Cutler Hammer Series | 7 recommend... Add recommended | 🔒 | $18.00 Buy It Now or Best Offer Research prices | 1 | 1 | General: Eli Suggested 13% Priority: Elig Promote |
| Edit ⌄ | | | Generac - PN: G084464 LIMIT SW-SW OPERATION - NEW GENERAC GENERATOR PART | 12 recommen... Add recommended | 🔒 | $15.00 Buy It Now or Best Offer Research prices | 1 | 2 | General: Eli Suggested Priority: Elig Promote |
| Edit ⌄ | | | Generac - PN: 073590A - FUSE 5A X BUSS - GENERATOR PART | 12 recommen... Add recommended | 🔒 | $8.00 Buy It Now Research prices | 3 | 2 | General: Eli Suggested Priority: Elig Promote |
| Edit ⌄ | | | Generac - PN: 0E3812 SEAL D 35 X 48.2 VITON - Generac Generator Part | - | 🔒 | $6.00 Buy It Now or Best Offer Research prices | 2 | 2 | General: Eli Suggested 12% Priority: Elig Promote |
| Edit ⌄ | | | Generac - PN: 0L3247 - Harness 200 AMP SE SACM - GENERAC GENERATOR PART | 1 recommend... Add recommended | 🔒 | $100.00 Buy It Now or Best Offer Research prices | 1 | 0 | General: Eli Suggested 13% Priority: Elig Promote |

| Actions | Photo | | Item specifics | | | | | Promoted Listings |
|---|---|---|---|---|---|---|---|---|
| Edit ▾ | | Generac - PN: 0C4138 Gasket Exhaust Port - Generac Generator Part | - | 🔒 | $6.00 Buy It Now or Best Offer Research prices | 2 | 4 | General: Eli Suggested 11% Priority: Elic Promote |
| Edit ▾ | | Generac - PN: 0C3005 Gasket, Breather Cover GT-990 - Generac Generator Part | - | 🔒 | $6.00 Buy It Now or Best Offer Research prices | 2 | 1 | General: Eli Suggested 10.5% Priority: Elic Promote |
| Edit ▾ | | Generac - PN: 0E9352 Gasket, Valve Cover GT530 - Generac Generator Part | - | 🔒 | $6.00 Buy It Now or Best Offer Research prices | 2 | 0 | General: Eli Suggested 10.5% Priority: Elic Promote |
| Edit ▾ | | EATON - CHFI20 20 Amp Circuit Breaker SWD 1 Pole 120/240V Cutler Hammer Series | 10 recommen... Add recommended | 🔒 | $10.00 Buy It Now or Best Offer Research prices | 7 | 0 | General: Eli Suggested 13.8% Priority: Elic Promote |
| Edit ▾ | | TESLA Internal Eaton Panelboard Kit PN1529623, GATEWAY 2/SOLAR 200A 6/12 120/240 | 13 recommen... Add recommended | 🔒 | $75.00 Buy It Now or Best Offer Research prices | 10 | 48 | General: Eli Suggested 12% Priority: Elic Promote |
| Respond to questions ▾ | | ENPHASE - IQ 7+ Microinverter - Black - IQPLUS-72-2-US | - | 🔒 | $110.00 Buy It Now or Best Offer Research prices | 4 | 33 | General: Eli Suggested Priority: Promote |
| Respond to questions ▾ | | SolarEdge PN: ENET-HBNP-01 EnergyNet Communications Plug-In & Antenna Inverter | 11 recommen... Add recommended | 🔒 | $65.00 Buy It Now or Best Offer Research prices | 3 | 3 | General: Eli Suggested 12% Priority: Elic Promote |
| Edit ▾ | | GENERAC - SnapRS Inline Disconnect Device - PN: RS801 - Generac Generator Parts | - | 🔒 | $9.00 Buy It Now or Best Offer Research prices | 15 | 0 | General: Eli Suggested 12% Priority: Elic Promote |
| Respond to questions ▾ | | SOLAREDGE Inverter Part - PN: VNS-PRF-FLD - Communication Board for 1-Ph, Type 1 | 21 recommen... Add recommended | 🔒 | $35.00 Buy It Now or Best Offer Research prices | 1 | 13 | General: Eli Suggested 10% Priority: Elic Promote |
| Edit ▾ | | TESLA PN: 1125547-03-A 2CT Extension Wire Harness for Tesla Powerwall Gateway | 10 recommen... Add recommended | 🔒 | $15.00 Buy It Now or Best Offer | 1 | 12 | General: Eli Suggested 12% Priority: Elic Promote |
| Edit ▾ | | Generac - PN: A0000538695 / PN: A0002197676 - Generator Wi-Fi Module - New | - | 🔒 | $80.00 Buy It Now or Best Offer Research prices | 4 | 21 | General: Eli Suggested 11% Priority: Elic Promote |
| Edit ▾ | | TRENDnet - 500Mbps Compact Powerline AV Adapter Kit TPL-406E2K/A | 4 recommen... Add recommended | 🔒 | $5.00 Buy It Now or Best Offer Research prices | 2 | 0 | General: Eli Suggested 13% Priority: Promote |

| Actions | Photo | | Item specifics | | | | Promoted Listings |
|---|---|---|---|---|---|---|---|
| Edit ▾ |  | GENERAC - 50A Transfer Switch - 0K8904 COO KR XERSW 50A 2P 240V | - | 🔒 | $200.00 Buy It Now or Best Offer Research prices | 1 | 19 | General: Eli Suggested 12% Priority: Elig Promote |
| Edit ▾ |  | ILSCO (1) Copper Compression Lug Strip ILSCO CLWD-400-12-134 Sure Crimp | 6 recommend... Add recommended | 🔒 | $4.50 Buy It Now or Best Offer Research prices | 8 | 1 | General: Eli Suggested 12% Priority: Elig Promote |
| Edit ▾ |  | Ilsco SGB-4 Lay-in Ground Lug Wire Range 4-14 Clamp - Quantity Of (1) | 6 recommend... Add recommended | 🔒 | $6.00 Buy It Now or Best Offer Research prices | 100 | 6 | General: Eli Suggested 12.5% Priority: Elig Promote |
| Edit ▾ |  | Bridgeport - (1) Liquid-Tight Connector 430-NMLT 1/2" | 9 recommend... Add recommended | 🔒 | $2.50 Buy It Now or Best Offer Research prices | 6 | 6 | General: Eli Suggested 13.8% Priority: Elig Promote |
| Edit ▾ |  | (2) Bridgeport Liquid-Tight Connectors 434-LT2 Size 1 & 1/2", 1.5" Open Box of 2 | 7 recommend... Add recommended | 🔒 | $20.00 Buy It Now or Best Offer Research prices | 10 | 0 | General: Eli Suggested 13.8% Priority: Elig Promote |
| Edit ▾ |  | Dayton control station, mushroom key release 32W276 | 15 recommen... Add recommended | 🔒 | $15.00 Buy It Now or Best Offer Research prices | 4 | 0 | General: Eli Suggested 13.8% Priority: Elig Promote |
| Edit ▾ |  | GE - THQP240 - 40 Amp Circuit Breaker - 2 Pole General Electric | 14 recommen... Add recommended | 🔒 | $15.00 Buy It Now or Best Offer Research prices | 4 | 1 | General: Eli Suggested 12% Priority: Elig Promote |
| Edit ▾ |  | GE - THQP235 - 35 Amp Circuit Breaker - 2 Pole - General Electric | 14 recommen... Add recommended | 🔒 | $15.00 Buy It Now or Best Offer Research prices | 8 | 0 | General: Eli Suggested 12.5% Priority: Elig Promote |
| Edit ▾ |  | GE - THQP230 - 30 Amp Circuit Breaker - 2 Pole General Electric | 14 recommen... Add recommended | 🔒 | $15.00 Buy It Now or Best Offer Research prices | 5 | 0 | General: Eli Suggested 13.8% Priority: Elig Promote |
| Edit ▾ |  | GE - THQL2130 - 30 Amp Circuit Breaker - General Electric | 6 recommend... Add recommended | 🔒 | $18.00 Buy It Now or Best Offer Research prices | 5 | 0 | General: Eli Suggested 13.8% Priority: Elig Promote |
| Edit ▾ |  | GE - THQL2120 - 20 Amp Circuit Breaker - General Electric | 11 recommend... Add recommended | 🔒 | $20.00 Buy It Now or Best Offer Research prices | 1 | 0 | General: Eli Suggested 12% Priority: Elig Promote |
| Edit ▾ |  | UNIRAC 302035M SM MIDCLAMP PRO W/CAP - 4 pieces per bag | 11 recommend... Add recommended | 🔒 | $10.00 Buy It Now Research prices | 15 | 4 | General: Eli Suggested 12.5% Priority: Elig Promote |

| | Actions | Photo | | Item specifics | | | | | Promoted Listings |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | Edit ⌄ | | UNIRAC 302035M SM MIDCLAMP PRO W/CAP - Lot of 5 Packages w/ 4 midclamps per pack | 11 recommen... Add recommended | 🔒 | $40.00 Buy It Now or Best Offer Research prices | 2 | 1 | General: Eli Suggested 13.8% Priority: Elig Promote |
| ☐ | Edit ⌄ | | UNIRAC 008100U SFM Trim Bonding Clamp 1 Box of 10 | 13 recommen... Add recommended | 🔒 | $25.00 Buy It Now or Best Offer Research prices | 2 | 0 | General: Eli Suggested 13% Priority: Elig Promote |
| ☐ | Edit ⌄ | | EATON - (1) DG221NRB 30A 240V Type 3R General Duty Safety Switch Fusible | 10 recommen... Add recommended | 🔒 | $75.00 Buy It Now or Best Offer Research prices | 3 | 0 | General: Eli Suggested 10.5% Priority: Elig Promote |
| ☐ | Edit ⌄ | | SIEMENS - (1) Circuit Breaker Q2020 1 Pole 20-20A 120/240V - 1 Circuit Breaker | - | 🔒 | $15.00 Buy It Now or Best Offer Research prices | 15 | 1 | General: Eli Suggested 13.8% Priority: Elig Promote |
| ☐ | Edit ⌄ | | SIEMENS - (1) QF120A 20A 1 Pole Ground Fault Circuit Interrupter with Self Test | 13 recommen... Add recommended | 🔒 | $40.00 Buy It Now or Best Offer Research prices | 1 | 2 | General: Eli Suggested 13.8% Priority: Elig Promote |
| ☐ | Edit ⌄ | | SIEMENS - Q230 - 30 Amp Circuit Breaker 2 Pole 120/240V 60Hz Type QP | 13 recommen... Add recommended | 🔒 | $15.00 Buy It Now or Best Offer Research prices | 2 | 3 | General: Eli Suggested 12% Priority: Elig Promote |
| ☐ | Edit ⌄ | | SIEMENS - Q250 - 50 Amp Circuit Breaker 2 Pole 120/240V 60Hz Type QP | 13 recommen... Add recommended | 🔒 | $18.00 Buy It Now or Best Offer Research prices | 11 | 0 | General: Eli Suggested 13.8% Priority: Elig Promote |
| ☐ | Edit ⌄ | | SIEMENS - Q260 - 60 Amp Circuit Breaker 2 Pole 120/240V 60Hz Type QP | 13 recommen... Add recommended | 🔒 | $18.00 Buy It Now or Best Offer Research prices | 6 | 0 | General: Eli Suggested 12.5% Priority: Elig Promote |
| ☐ | Edit ⌄ | | EATON - (1) BR235 Circuit Breaker 35Amp 2 Pole 120/240V Cutler Hammer Series | 1 recommen... Add recommended | 🔒 | $17.00 Buy It Now or Best Offer Research prices | 10 | 0 | General: Eli Suggested 13% Priority: Elig Promote |
| ☐ | Edit ⌄ | | EATON - (1) BR120 Circuit Breaker 20 Amp 1 Pole 120/240V Cutler Hammer Series | 5 recommen... Add recommended | 🔒 | $15.00 Buy It Now or Best Offer Research prices | 12 | 0 | General: Eli Suggested 13.8% Priority: Elig Promote |
| ☐ | Edit ⌄ | | EATON - (1) CHF250 Circuit Breaker 50 Amp 2 Pole Cutler Hammer Series | 6 recommen... Add recommended | 🔒 | $15.00 Buy It Now or Best Offer Research prices | 19 | 7 | General: Eli Suggested 12% Priority: Elig Promote |
| ☐ | Edit ⌄ | | SIEMENS - Q235 - 35 Amp Circuit Breaker 2 Pole 120/240V 60Hz Type QP Q235 | 13 recommen... Add recommended | 🔒 | $12.00 Buy It Now or Best Offer Research prices | 3 | 4 | General: Eli Suggested 12.5% Priority: Elig Promote |

| | Actions | Photo | | Item specifics | | | | | Promoted Listings |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | Edit ⌄ | | 100 Amp Generac Smart Management Module SMM 0070061 G0070061 696471077520 | - | 🔒 | $150.00 Buy It Now or Best Offer Research prices | 3 | 2 | General: Eli Suggested 12% Priority: Elig Promote |
| ☐ | Edit ⌄ | | SQUARE D - (I) HOM120 - 20A Plug On Circuit Breaker - 1 Pole - 120/240V | 11 recommend... Add recommended | 🔒 | $10.00 Buy It Now or Best Offer Research prices | 5 | 0 | General: Eli Suggested 13% Priority: Elig Promote |
| ☐ | Edit ⌄ | | SQUARE D - HOM225 - 25A Plug On Circuit Breaker - 2 Pole - 120/240V | 10 recommen... Add recommended | 🔒 | $12.00 Buy It Now or Best Offer Research prices | 2 | 6 | General: Eli Suggested 13.5% Priority: Elig Promote |
| ☐ | Edit ⌄ | | SQUARE D - (I) HOM245 - 45A Plug On Circuit Breaker - 2 Pole - 120/240V | 10 recommen... Add recommended | 🔒 | $18.00 Buy It Now or Best Offer Research prices | 4 | 1 | General: Eli Suggested 13.8% Priority: Elig Promote |
| ☐ | Edit ⌄ | | SQUARE D - (I) HOM250 - 50A Plug On Circuit Breaker - 2 Pole - 120/240V | 10 recommen... Add recommended | 🔒 | $18.00 Buy It Now or Best Offer Research prices | 10 | 0 | General: Eli Suggested 12.5% Priority: Elig Promote |
| ☐ | Edit ⌄ | | TESLA - ZEP SOLAR MH-007000-606 Array Skirt Grip 850-1606-001 Qty (300) | 7 recommend... Add recommended | 🔒 | $20.00 Buy It Now or Best Offer Research prices | 2 | 4 | General: Eli Suggested 12% Priority: Elig Promote |
| ☐ | Edit ⌄ | | FERRAZ SHAWMUT MERSEN - (I) Fuse 400MCM 600V Amp Trap Cable Limiter CP400C3 | 15 recommen... Add recommended | 🔒 | $125.00 Buy It Now or Best Offer Research prices | 4 | 0 | General: Eli Suggested 12.5% Priority: Elig Promote |
| ☐ | Edit ⌄ | | ILSCO - KUPLER - IPC 4/0-#6 Cu9AL 600V Wire Connector | 5 recommen... Add recommended | 🔒 | $18.00 Buy It Now or Best Offer Research prices | 2 | 0 | General: Eli Suggested 13.8% Priority: Elig Promote |
| ☐ | Edit ⌄ | | BURNDY - BIT-4 - #14AWG-#4AWG - AL9CU - Insulated Wire Connector | 5 recommen... Add recommended | 🔒 | $10.00 Buy It Now Research prices | 10 | 4 | General: Eli Suggested 12.8% Priority: Elig Promote |
| ☐ | Edit ⌄ | | BURNDY - BIBD-250-3 MULTIPLE WIRE TERMINAL #10AWG-250KCMIL, AL9CU, BIBD2503 | - | 🔒 | $30.00 Buy It Now or Best Offer Research prices | 2 | 0 | General: Eli Suggested 13% Priority: Elig Promote |
| ☐ | Edit ⌄ | | FERRAZ SHAWMUT MERSEN - (2) Tri-onic TR35R X1027062 35A 250V Fuses | 12 recommen... Add recommended | 🔒 | $10.00 Buy It Now or Best Offer Research prices | 1 | 0 | General: Eli Suggested 12.8% Priority: Elig Promote |
| ☐ | Edit ⌄ | | SQUARE D - (I) HOM240 - 40A Plug On Circuit Breaker - 2 Pole - 120/240V | 10 recommen... Add recommended | 🔒 | $20.00 Buy It Now or Best Offer Research prices | 2 | 1 | General: Eli Suggested 13.8% Priority: Elig Promote |

| | Actions | Photo | | Item specifics | | | | | Promoted Listings |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | Edit ⌄ | | SQUARE D - HOM260 - 60A Plug On Circuit Breaker - 2 Pole - 120/240V | 10 recommen... Add recommended | 🔒 | $20.00 Buy It Now or Best Offer Research prices | 1 | 0 | General: Eli Suggested 13% Priority: Elig Promote |
| ☐ | Respond to questions ⌄ | | W2-Tesla 1112484-04-A, Tesla P/N:1112484-04-A, KIT,MTR W CRNT XF, W 2, GLOBAL | - | 🔒 | $100.00 Buy It Now or Best Offer Research prices | 2 | 56 | General: Eli Suggested Priority: Elig Promote |
| ☐ | Edit ⌄ | | TESLA -Neurio W1-MODBUS-TESLA 1112484-02-A, Kit, Meter w/ current xmfr e gateway | 12 recommen... Add recommended | 🔒 | $75.00 Buy It Now or Best Offer Research prices | 5 | 5 | General: Eli Suggested 12% Priority: Elig Promote |
| ☐ | Edit ⌄ | | SOLAREDGE-LOT OF 15 -Cell GSM PlugIn Kits Sim Card 5yr Cell-A-R05-US-P-S2 | 10 recommen... Add recommended | 🔒 | $300.00 Buy It Now or Best Offer Research prices | 1 | 0 | General: Eli Suggested 12% Priority: Elig Promote |
| ☐ | Edit ⌄ | | SQUARE D - QOM2125VH - 125 Amps 2 Poles 120/240 VAC Main Circuit Breaker | 17 recommen... Add recommended | 🔒 | $65.00 Buy It Now or Best Offer Research prices | 1 | 0 | General: Eli Suggested 12% Priority: Elig Promote |
| ☐ | Edit ⌄ | | SQUARE D - QOM2200VH - 200 Amps 2 Poles 120/240 VAC Main Circuit Breaker | 18 recommen... Add recommended | 🔒 | $85.00 Buy It Now or Best Offer Research prices | 1 | 0 | General: Eli Suggested 12% Priority: Elig Promote |
| ☐ | Edit ⌄ | | UNISTRUT - P-1214 - 1-1/4" UNIV - PS1300 (LOT OF 10, 10 PIECES) | - | 🔒 | $10.00 Buy It Now or Best Offer Research prices | 10 | 1 | General: Eli Suggested 12.5% Priority: Elig Promote |
| ☐ | Edit ⌄ | | FERRAZ SHAWMUT MERSEN - (2) Tri-onic 30A 250V Fuses - PN: TR30R W1017061 | 12 recommen... Add recommended | 🔒 | $8.00 Buy It Now or Best Offer Research prices | 6 | 2 | General: Eli Suggested 13% Priority: Elig Promote |
| ☐ | Edit ⌄ | | BRIDGEPORT - 1313B - 1-1/4", "1 1/2, 2" - GROUNDING CLAMP | 6 recommend... Add recommended | 🔒 | $7.00 Buy It Now Research prices | 10 | 0 | General: Eli Suggested 12.8% Priority: Elig Promote |
| ☐ | Edit ⌄ | | SOLAREDGE - SECT-SPL-225A-T-20-1 Slim CT, 225A, 5060Hz, Twisted - Box of 2 | 15 recommen... Add recommended | 🔒 | $75.00 Buy It Now or Best Offer Research prices | 2 | 6 | General: Eli Suggested 13% Priority: Elig Promote |
| ☐ | Edit ⌄ | | BRIDGEPORT - 2120 Conduit Hangers for 1" Rigid/IMC/EMT with Bolt #2 (Lot Of 10) | 10 recommen... Add recommended | 🔒 | $10.00 Buy It Now or Best Offer Research prices | 5 | 0 | General: Eli Suggested 12.5% Priority: Elig Promote |
| ☐ | Edit ⌄ | | FERRAZ SHAWMUT TRIO-ONIC - (2) TR50RID 50A Fuses 250V AC - Smart Spot | 10 recommen... Add recommended | 🔒 | $20.00 Buy It Now or Best Offer Research prices | 9 | 0 | General: Eli Suggested 12.8% Priority: Elig Promote |

| | Actions | Photo | | Item specifics | | | | | Promoted Listings |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | Edit ⌄ | | FERRAZ SHAWMUT MERSEN - (1) TR125R 125A Fuse - Time Delay 250VAC Dual Element | 10 recommen... Add recommended | 🔒 | $22.00 Buy It Now or Best Offer Research prices | 1 | 5 | General: Eli Suggested 12.5% Priority: Elig Promote |
| ☐ | Edit ⌄ | | FERRAZ SHAWMUT TRI-ONIC - (1) TR150RID - 150A Fuse | 13 recommen... Add recommended | 🔒 | $25.00 Buy It Now or Best Offer Research prices | 2 | 2 | General: Eli Suggested 13.8% Priority: Elig Promote |
| ☐ | Edit ⌄ | | FERRAZ SHAWMUT TRI-ONIC - (1) TR110RID - 150A Fuse | 13 recommen... Add recommended | 🔒 | $25.00 Buy It Now or Best Offer Research prices | 7 | 0 | General: Eli Suggested 13.8% Priority: Elig Promote |
| ☐ | Edit ⌄ | | BULLET (2) ECNR400 Fuses 250V 400A Class RK5 | 14 recommen... Add recommended | 🔒 | $200.00 Buy It Now or Best Offer Research prices | 1 | 0 | General: Eli Suggested 12.8% Priority: Elig Promote |
| ☐ | Edit ⌄ | | BULLET (2) ECSR300 Fuses 250V 300A Class RK5 | 14 recommen... Add recommended | 🔒 | $125.00 Buy It Now Research prices | 1 | 0 | General: Eli Suggested 13.8% Priority: Elig Promote |
| ☐ | Edit ⌄ | | EZ Solar JB-1.XL Asphalt Shingle Rooftop PV Junction Box with Pass Through Kit | 12 recommen... Add recommended | 🔒 | $38.00 Buy It Now or Best Offer Research prices | 2 | 7 | General: Eli Suggested 16% Priority: Elig Promote |
| ☐ | Edit ⌄ | | Solaredge RS485 / SE1000-RS485-IF-NA Plug-in Expansion Kit | 11 recommend... Add recommended | 🔒 | $45.00 Buy It Now or Best Offer Research prices | 2 | 0 | General: Eli Suggested 10% Priority: Elig Promote |
| ☐ | Edit ⌄ | | TESLA Zep Tool (1) ZepSolar - Solar Fastener Tool/Hammer P/N:CS-009000-201 REV E | 11 recommend... Add recommended | 🔒 | $450.00 Buy It Now or Best Offer Research prices | 1 | 24 | General: Eli Suggested 12% Priority: Elig Promote |
| ☐ | Edit ⌄ | | FERRAZ SHAWMUT TRIONIC - (2) TRS25RID Fuses - 25A 600V AC 300V DC - Time Delay | 12 recommen... Add recommended | 🔒 | $35.00 Buy It Now or Best Offer Research prices | 1 | 0 | General: Eli Suggested 12.8% Priority: Elig Promote |
| ☐ | Edit ⌄ | | FERRAZ SHAWMUT TRIONIC - (2) TRS70RID Fuses - 70A 250V AC/DC - Time Delay | 12 recommen... Add recommended | 🔒 | $45.00 Buy It Now or Best Offer Research prices | 1 | 2 | General: Eli Suggested 12.8% Priority: Elig Promote |
| ☐ | Edit ⌄ | | FERRAZ SHAWMUT TRIONIC - (1) TR70RID Fuses - 70A 250V AC/DC - Time Delay | 12 recommen... Add recommended | 🔒 | $18.00 Buy It Now or Best Offer Research prices | 1 | 0 | General: Eli Suggested 12.8% Priority: Elig Promote |
| ☐ | Edit ⌄ | | EDISON - (1) ECNR70 - 70Amp 70A - 250VAC/125VDC Fuse Time Delay | 14 recommen... Add recommended | 🔒 | $18.00 Buy It Now or Best Offer Research prices | 1 | 0 | General: Eli Suggested 13.8% Priority: Elig Promote |

| Actions | Photo | | Item specifics | | | | | Promoted Listings |
|---|---|---|---|---|---|---|---|---|
| Edit ⌄ | | | BUSSMAN FUSETRON - (1) FRN-R-40 Fuse 40Amp 250VAC 125VDC Time Delay | 9 recommend... Add recommended | 🔒 | $8.00 Buy It Now Research prices | 2 | 0 | General: Eli Suggested 13% Priority: Eliç Promote |
| Edit ⌄ | | | BUSSMAN FUSETRON - (1) FRN-R-30 Fuse 30Amp 250VAC 125VDC Time Delay | 10 recommen... Add recommended | 🔒 | $6.00 Buy It Now or Best Offer Research prices | 9 | 1 | General: Eli Suggested 12% Priority: Eliç Promote |
| Edit ⌄ | | | BUSSMAN FUSETRON - (4) FRN-R-20 Fuses 20 Amp 250VAC 125VDC Time Delay | 10 recommen... Add recommended | 🔒 | $15.00 Buy It Now or Best Offer Research prices | 1 | 0 | General: Eli Suggested 13.8% Priority: Eliç Promote |
| Edit ⌄ | | | ILSCO (1) PBTD-4-350 350 Insulated Multi-Tap Connector 4-Port | 5 recommend... Add recommended | 🔒 | $65.00 Buy It Now or Best Offer Research prices | 3 | 1 | General: Eli Suggested 12.8% Priority: Eliç Promote |
| Edit ⌄ | | | ILSCO (1) PBTD-2-250 - Insulated Multi-Tap Connector 2-Port | 5 recommend... Add recommended | 🔒 | $20.00 Buy It Now or Best Offer Research prices | 1 | 0 | General: Eli Suggested 13% Priority: Eliç Promote |
| Edit ⌄ | | | SQUARE D - QO120 - 20 Amp 1 Pole Circuit Breaker 120/240 Volt | 16 recommen... Add recommended | 🔒 | $12.00 Buy It Now or Best Offer Research prices | 1 | 0 | General: Eli Suggested 13% Priority: Eliç Promote |
| Edit ⌄ | | | CONDUIT BODY - 1 1/4" - LB4CG BIZLINE-BZLOLB4CG-OL-450-OLB-4 KILLARK, Type: LB | 8 recommend... Add recommended | 🔒 | $15.00 Buy It Now or Best Offer Research prices | 1 | 0 | General: Eli Suggested 13% Priority: Eliç Promote |
| Edit ⌄ | | | CONDUIT BODY - 1" - LB3CG BIZLINE-BZLOLB3CG-OL-30-OL-3 KILLARK, Type: LB | 8 recommend... Add recommended | 🔒 | $12.00 Buy It Now or Best Offer Research prices | 1 | 0 | General: Eli Suggested 12.4% Priority: Eliç Promote |
| Edit ⌄ | | | CONDUIT BODY - EATON - (1) with Cover 3/4" LB - vol. 7.3 cu. in. - E121488 | 6 recommend... Add recommended | 🔒 | $8.00 Buy It Now or Best Offer Research prices | 5 | 0 | General: Eli Suggested 13.8% Priority: Eliç Promote |
| Edit ⌄ | | | SQUARE D - QO115 - 15 Amp 1 Pole Circuit Breaker 120/240 Volt | 16 recommen... Add recommended | 🔒 | $12.00 Buy It Now or Best Offer Research prices | 1 | 3 | General: Eli Suggested 12.5% Priority: Eliç Promote |
| Edit ⌄ | | | GENERAC - PN: G022129 Washer Lock M8-5/16 - Generac Generator Part | - | 🔒 | $5.00 Buy It Now or Best Offer Research prices | 2 | 0 | General: Eli Suggested 11% Priority: Eliç Promote |
| Edit ⌄ | | | SQUARE D - HOM115CP - 15 Amp - Circuit Breaker - 1 Pole - 120/240 VAC - Homeline | 2 recommend... Add recommended | 🔒 | $10.00 Buy It Now or Best Offer Research prices | 1 | 0 | General: Eli Suggested 13% Priority: Eliç Promote |

| | Actions | Photo | | Item specifics | | | | | Promoted Listings |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | Edit ⌄ | | FIRERAPTOR - PV Rapid Shutdown System Equipment - FRS-01 - IMO | - | 🔒 | $50.00 Buy It Now or Best Offer Research prices | 12 | 1 | General: Eli Suggested 11% Priority: Elig Promote |
| ☐ | Edit ⌄ | | ENPHASE - (l) CT-200-SPLIT 200A Consumption Monitoring CTs Transformer | 7 recommend... Add recommended | 🔒 | $10.00 Buy It Now or Best Offer Research prices | 2 | 2 | General: Eli Suggested 12% Priority: Elig Promote |
| ☐ | Edit ⌄ | | ARLINGTON (l) NMLT905 1/2" Connector 90 Degree Non-Metallic Liquid Tight | 9 recommend... Add recommended | 🔒 | $7.00 Buy It Now or Best Offer Research prices | 8 | 0 | General: Eli Suggested 12.5% Priority: Elig Promote |
| ☐ | Edit ⌄ | | SOLAR ROOF JACK (l) Kit -Plumbing/Attic Vent New in Bag w/ Instruction Sheet | 14 recommen... Add recommended | 🔒 | $35.00 Buy It Now or Best Offer Research prices | 2 | 4 | General: Eli Suggested 12% Priority: Elig Promote |
| ☐ | Edit ⌄ | | S-5! (10) S-5-U - U11-B-16-E - U3M8438200T - CLAMPS | 18 recommen... Add recommended | 🔒 | $40.00 Buy It Now or Best Offer Research prices | 1 | 1 | General: Eli Suggested 12.6% Priority: Elig Promote |
| ☐ | Edit ⌄ | | BRIDGEPORT LB-44CG, 1-1/4" Aluminum LB Conduit Body Assembly | 7 recommend... Add recommended | 🔒 | $25.00 Buy It Now or Best Offer Research prices | 2 | 0 | General: Eli Suggested 13% Priority: Elig Promote |
| ☐ | Edit ⌄ | | BRIDGEPORT: C-42CG, 3/4" Aluminum Conduit Body Assembly - BOX OF 10 | 7 recommend... Add recommended | 🔒 | $55.00 Buy It Now or Best Offer Research prices | 2 | 0 | General: Eli Suggested 13% Priority: Elig Promote |
| ☐ | Edit ⌄ | | EVEREST - CR MC Dark, 30-47mm, 13mm Hex PN:4000602-H BOX OF 20 | 10 recommen... Add recommended | 🔒 | $38.00 Buy It Now or Best Offer Research prices | 1 | 1 | General: Eli Suggested 12.6% Priority: Elig Promote |
| ☐ | Edit ⌄ | | J&D - (2) Split Core Current Transformers - 75Amps - JS16FL-75-333mV | 17 recommen... Add recommended | 🔒 | $50.00 Buy It Now or Best Offer Research prices | 2 | 0 | General: Eli Suggested 12.8% Priority: Elig Promote |
| ☐ | Respond to questions ⌄ | | HEYCO - Critter Guard - Sunscreen 6" PVC COATED 100' ROLL - S6466 | 11 recommen... Add recommended | 🔒 | $30.00 Buy It Now or Best Offer Research prices | 1 | 0 | General: Eli Suggested 12.9% Priority: Elig Promote |
| ☐ | Edit ⌄ | | SOLAREDGE - SEMTR240-NN-S-S1 SEMTR240 - Metering Unit Solar Energy System | 12 recommen... Add recommended | 🔒 | $20.00 Buy It Now or Best Offer Research prices | 194 | 24 | General: Eli Suggested 12% Priority: Elig Promote |
| ☐ | Edit ⌄ | | CONTINENTAL CONTROL SYSTEMS CTRC-03100-0250 Flexible Coil Current Transformer | 18 recommen... Add recommended | 🔒 | $75.00 Buy It Now or Best Offer Research prices | 2 | 0 | General: Eli Suggested 13% Priority: Elig Promote |

| Actions | Photo | Item specifics | | | | Promoted Listings |
|---|---|---|---|---|---|---|
| Edit ⌄ |  | DAYTON - Control Station - Push Button - Mushroom Key Release - 32W276 | 14 recommen... Add recommended | 🔒 | $25.00 Buy It Now or Best Offer Research prices | 6 | 0 | General: Eli Suggested 13% Priority: Elig Promote |
| Edit ⌄ |  | GE - Circuit Breaker -THQMV200E Amps 200 - 120/240VAC 2 Pole Model K | 10 recommen... Add recommended | 🔒 | $125.00 Buy It Now or Best Offer Research prices | 2 | 1 | General: Eli Suggested 12% Priority: Elig Promote |
| Respond to questions ⌄ |  | TESLA - (1) Backup Gateway 2 PN: 1232100 -00-E for Solar Energy Powerwall | 12 recommen... Add recommended | 🔒 | $500.00 Buy It Now or Best Offer Research prices | 1 | 206 | General: Eli Suggested Priority: Elig Promote |
| Edit ⌄ |  | UNIRAC - 302029D - SM BND MIDCLAMP DK DRK SS - SolarMount - 1 Box of 20 | - | 🔒 | $100.00 Buy It Now or Best Offer Research prices | 1 | 0 | General: Eli Suggested 13.8% Priority: Elig Promote |
| Edit ⌄ |  | SQUARE D - Q0220 Circuit Breaker 20 Amp 2 Pole | 15 recommen... Add recommended | 🔒 | $10.00 Buy It Now or Best Offer Research prices | 1 | 10 | General: Eli Suggested 12% Priority: Elig Promote |
| Edit ⌄ |  | SQUARE D - (1) HOM290 90 Amp Circuit Breaker 2 Pole 120/240V | 10 recommen... Add recommended | 🔒 | $40.00 Buy It Now or Best Offer Research prices | 2 | 2 | General: Eli Suggested 13% Priority: Elig Promote |
| Edit ⌄ |  | EATON - CH315 -Type CH3 - 15 Amp - Circuit Breaker 3-Pole - 240 Volt AC | 14 recommen... Add recommended | 🔒 | $100.00 Buy It Now or Best Offer Research prices | 1 | 2 | General: Eli Suggested 12% Priority: Elig Promote |
| Edit ⌄ |  | TRENDNET - TPL-406E2K - Powerline 500AV Nano Adapter Kit | 6 recommend... Add recommended | 🔒 | $20.00 Buy It Now or Best Offer Research prices | 1 | 0 | General: Eli Suggested 13% Priority: Elig Promote |
| Edit ⌄ |  | STEEL CITY - 1 1/4" Squeeze Connector Straight - 1 Box of 5 pieces | 11 recommen... Add recommended | 🔒 | $25.00 Buy It Now or Best Offer Research prices | 1 | 0 | General: Eli Suggested 12.5% Priority: Elig Promote |
| Edit ⌄ |  | SOUTHWIRE - (1) MEIBB Bonding Bridge 12" .5" 6 Terminating Points | 11 recommen... Add recommended | 🔒 | $15.00 Buy It Now or Best Offer Research prices | 1 | 1 | General: Eli Suggested 13.8% Priority: Elig Promote |
| Edit ⌄ |  | BRIDGEPORT - 141 - 1/2" STEEL SEALING LOCKNUT (1 BOX of 50) | 7 recommen... Add recommended | 🔒 | $35.00 Buy It Now or Best Offer | 1 | 0 | General: Eli Suggested 10% Priority: Elig Promote |
| Edit ⌄ |  | ARLINGTON - NMLT100 - Straight PVC Liquid Tight Connectors (1 Box of 5) | 9 recommen... Add recommended | 🔒 | $25.00 Buy It Now or Best Offer Research prices | 1 | 0 | General: Eli Suggested 13% Priority: Elig Promote |

| | Actions | Photo | | Item specifics | | | | | Promoted Listings |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | Edit ⌄ |  | SQUARE D - HOM2100 Homeline 100A 2 Pole 120/240V Plug On Circuit Breaker | 16 recommen... Add recommended | 🔒 | $45.00 Buy It Now or Best Offer Research prices | 1 | 0 | General: Eli Suggested 12% Priority: Elig Promote |
| ☐ | Edit ⌄ |  | SQUARE D - (l) HOM235 - 35A Plug On Circuit Breaker - 2 Pole - 120/240V | 10 recommen... Add recommended | 🔒 | $20.00 Buy It Now or Best Offer Research prices | 5 | 1 | General: Eli Suggested 12.5% Priority: Elig Promote |
| ☐ | Edit ⌄ |  | EATON - BR245 Circuit Breaker 45 Amp 2 Pole 120/240V Cutler Hammer Series | 9 recommend... Add recommended | 🔒 | $20.00 Buy It Now or Best Offer Research prices | 1 | 0 | General: Eli Suggested 12.5% Priority: Elig Promote |
| ☐ | Edit ⌄ |  | EATON - BR250 Circuit Breaker 50 Amp 2 Pole 120/240V Cutler Hammer Series | 9 recommend... Add recommended | 🔒 | $20.00 Buy It Now or Best Offer Research prices | 2 | 0 | General: Eli Suggested 13% Priority: Elig Promote |
| ☐ | Edit ⌄ |  | EATON - BR2100 Circuit Breaker 100 Amp 2 Pole 120/240V Cutler Hammer Series | 9 recommend... Add recommended | 🔒 | $55.00 Buy It Now or Best Offer Research prices | 1 | 1 | General: Eli Suggested 12.5% Priority: Elig Promote |
| ☐ | Edit ⌄ |  | EATON - BR2125 Circuit Breaker 125 Amp 2 Pole 120/240V Cutler Hammer Series | 10 recommen... Add recommended | 🔒 | $65.00 Buy It Now or Best Offer Research prices | 1 | 4 | General: Eli Suggested 12% Priority: Elig Promote |
| ☐ | Edit ⌄ |  | ILSCO KUPLER - (2) IPC500-250, Cu9AL 600V, Insulating Piercing Connectors | 7 recommend... Add recommended | 🔒 | $50.00 Buy It Now or Best Offer Research prices | 1 | 0 | General: Eli Suggested 13.8% Priority: Elig Promote |
| ☐ | Edit ⌄ |  | EATON - CSR225N - CSR 25k - 2 Pole Circuit Breaker 225A 120 / 240V / 60 hz | 10 recommen... Add recommended | 🔒 | $105.00 Buy It Now or Best Offer Research prices | 1 | 2 | General: Eli Suggested 13% Priority: Elig Promote |
| ☐ | Edit ⌄ |  | PEGASUS SOLAR - 3/8" T-Bolt - Serrated Flange Nut - 1/2" Socket P#: PSR-UTN | 11 recommen... Add recommended | 🔒 | $45.00 Buy It Now or Best Offer Research prices | 1 | 2 | General: Eli Suggested 10% Priority: Elig Promote |
| ☐ | Edit ⌄ |  | LITTLEFUSE - (l) POWR-GARD TIME DELAY FLNR 150A 250VAC FUSE | 10 recommend... Add recommended | 🔒 | $25.00 Buy It Now or Best Offer Research prices | 1 | 0 | General: Eli Suggested 13.8% Priority: Elig Promote |
| ☐ | Edit ⌄ |  | EATON - (l) CHF220 Circuit Breaker 20 Amp 2 Pole Cutler Hammer Series | 6 recommend... Add recommended | 🔒 | $18.00 Buy It Now or Best Offer Research prices | 6 | 1 | General: Eli Suggested 12.5% Priority: Elig Promote |
| ☐ | Edit ⌄ |  | EATON - (l) CHF230 Circuit Breaker 30 Amp 2 Pole Cutler Hammer Series | 7 recommend... Add recommended | 🔒 | $20.00 Buy It Now or Best Offer Research prices | 4 | 0 | General: Eli Suggested 12% Priority: Elig Promote |

| | Actions | Photo | Item specifics | | | | Promoted Listings |
|---|---|---|---|---|---|---|---|
| ☐ | Edit ⌄ |  | EATON - DG222NRB - General Duty Safety Switch - 3 Wire S/N Fusible - 60A 240V | 9 recommen... Add recommended | 🔒 | $100.00 Buy It Now or Best Offer Research prices | 1 | 1 | General: Eli Suggested 12% Priority: Elig Promote |
| ☐ | Respond to questions ⌄ |  | SQUARE D - QOM2150VH - 150 Amps 2 Poles 120/240 VAC Main Circuit Breaker | 17 recommen... Add recommended | 🔒 | $75.00 Buy It Now or Best Offer Research prices | 1 | 7 | General: Eli Suggested 12% Priority: Elig Promote |
| ☐ | Edit ⌄ |  | EATON - CSR2200N - CSR 25k - 200 Amps 2 Pole 120/240 VAC 60HZ | 10 recommen... Add recommended | 🔒 | $125.00 Buy It Now or Best Offer Research prices | 2 | 1 | General: Eli Suggested 13% Priority: Elig Promote |
| ☐ | Edit ⌄ |  | EATON - CSR2150N - CSR 25k - 150 Amps 2 Pole 120/240 VAC 60HZ | 10 recommen... Add recommended | 🔒 | $150.00 Buy It Now or Best Offer Research prices | 2 | 1 | General: Eli Suggested 12.5% Priority: Elig Promote |
| ☐ | Edit ⌄ |  | EATON - CSR2125N - CSR 25k - 125 Amps 2 Pole 120/240 VAC 60HZ | 10 recommen... Add recommended | 🔒 | $150.00 Buy It Now or Best Offer Research prices | 1 | 2 | General: Eli Suggested 12.5% Priority: Elig Promote |
| ☐ | Edit ⌄ |  | GENERAC - 100 Amp - ATS Switch - OL2910 COO KR XFRSW HSB 100A 2P 250V | - | 🔒 | $350.00 Buy It Now or Best Offer Research prices | 1 | 25 | General: Eli Suggested 12% Priority: Elig Promote |
| ☐ | Edit ⌄ |  | GENERAC - Fuel Regulator - 0J8312 2OO CN ASSY PRESSURE STABILIZER REG | - | 🔒 | $260.00 Buy It Now or Best Offer Research prices | 1 | 2 | General: Eli Suggested 13% Priority: Elig Promote |
| ☐ | Edit ⌄ |  | GENERAC - Fuel Regulator - 0L6733B COO US ASSY REGULATOR 34 INCH INLET - Parts | 1 recommen... Add recommended | 🔒 | $260.00 Buy It Now or Best Offer Research prices | 1 | 7 | General: Eli Suggested 13% Priority: Elig Promote |
| ☐ | Edit ⌄ |  | GENERAC - Fuel Regulator - 0G7581 COO TW ASSY PRESSURE STABILIZER REG - Parts | 1 recommen... Add recommended | 🔒 | $260.00 Buy It Now or Best Offer Research prices | 1 | 8 | General: Eli Suggested Priority: Elig Promote |
| ☐ | Edit ⌄ |  | TESLA P/N: 1112477-00-A Kit, Neurio + 2 Current Transformers 2 CT's + Wiretap | - | 🔒 | $50.00 Buy It Now or Best Offer Research prices | 15 | 51 | General: Eli Suggested Priority: Elig Promote |
| ☐ | Edit ⌄ |  | GE - 100 Amp Safety Switch - TGN3323R 3 Pole General Duty - Outdoor Enclosure 3R | 10 recommen... Add recommended | 🔒 | $250.00 Buy It Now or Best Offer Research prices | 3 | 1 | General: Eli Suggested 13% Priority: Elig Promote |
| ☐ | Edit ⌄ |  | MILBANK - (1) U4738-X-2K3-AE - 320A 4T RL STUD HD LVR - | 16 recommen... Add recommended | 🔒 | $800.00 Buy It Now or Best Offer Research prices | 1 | 0 | General: Eli Suggested 13% Priority: Elig Promote |

| | Actions | Photo | | Item specifics | | | | | Promoted Listings |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | Edit ⌄ | | MILBANK - U7487-RL-TG-KK - 125A 4T RL OU - KK-TG | 13 recommen... Add recommended | 🔒 | $75.00 Buy It Now or Best Offer Research prices | 1 | 0 | General: Eli Suggested 13% Priority: Elig Promote |
| ☐ | Edit ⌄ | | EZ Solar JB-1.2 Asphalt Shingle Rooftop PV Junction Box with Pass Through Kit | 12 recommen... Add recommended | 🔒 | $40.00 Buy It Now or Best Offer Research prices | 4 | 1 | General: Eli Suggested 13% Priority: Elig Promote |
| ☐ | Edit ⌄ | | NVENT HOFFMAN - 13491 - A12R124NK - Norma Type 3R Enclosure No Knockouts 12X12X4 | 14 recommen... Add recommended | 🔒 | $50.00 Buy It Now or Best Offer Research prices | 2 | 0 | General: Eli Suggested 13% Priority: Elig Promote |
| ☐ | Edit ⌄ | | NVENT HOFFMAN - ASE8X8X4NK - 43330 - SCR CVR PULL BOX - 8"x8"x4" | 15 recommen... Add recommended | 🔒 | $20.00 Buy It Now or Best Offer Research prices | 1 | 0 | General: Eli Suggested 13% Priority: Elig Promote |
| ☐ | Respond to questions ⌄ | | SOLAREDGE Cellular GSM Plug-In Kit Sim Card, 5yr plan Cell-A-R05-US-P-S2 | 10 recommen... Add recommended | 🔒 | $50.00 Buy It Now or Best Offer Research prices | 97 | 37 | General: Eli Suggested 12% Priority: Elig Promote |
| ☐ | Edit ⌄ | | FERRAZ SHAWMUT MERSEN - (2) TR200R 200A 250VAC Fuses -RK5 Tri-Onic Dual Element | 13 recommen... Add recommended | 🔒 | $80.00 Buy It Now or Best Offer Research prices | 3 | 0 | General: Eli Suggested 12.5% Priority: Elig Promote |
| ☐ | Edit ⌄ | | EZ Solar JB-2 Tile Rooftop PV Junction Box | 12 recommen... Add recommended | 🔒 | $50.00 Buy It Now or Best Offer Research prices | 1 | 6 | General: Eli Suggested 16% Priority: Elig Promote |
| ☐ | Edit ⌄ | | LITTLEFUSE - (2) Indicator Fuses - FLNR 110 ID 110 Amp 250V Class RK5 | 14 recommen... Add recommended | 🔒 | $40.00 Buy It Now Research prices | 1 | 1 | General: Eli Suggested 12.8% Priority: Elig Promote |
| ☐ | Edit ⌄ | | LITTLEFUSE - (2) Indicator Fuses - FLNR 150 ID 150 Amp 250V Class RK5 | 13 recommen... Add recommended | 🔒 | $40.00 Buy It Now or Best Offer Research prices | 1 | 0 | General: Eli Suggested 13.8% Priority: Elig Promote |
| ☐ | Edit ⌄ | | SOLAREDGE CELL-B-R05-US-P-S2 Cellular Plug-in with Data Plan - SetApp Inverter | 10 recommen... Add recommended | 🔒 | $75.00 Buy It Now or Best Offer Research prices | 15 | 8 | General: Eli Suggested 12% Priority: Elig Promote |
| ☐ | Edit ⌄ | | OATEY - (1) No-Calk Solar Roof Flashing 11830 1/2" - 3/4" - 1" | 4 recommend... Add recommended | 🔒 | $8.00 Buy It Now or Best Offer Research prices | 5 | 2 | General: Eli Suggested 12% Priority: Elig Promote |
| ☐ | Edit ⌄ | | First Alert BRACKET2 Fire Extinguisher Bracket - NEW IN BOX | - | 🔒 | $10.00 Buy It Now or Best Offer Research prices | 6 | 2 | General: Eli Suggested 12% Priority: Elig Promote |

| | Actions | Photo ↕↑ | | Item specifics ⓘ ↕↑ | ↕↑ | ↕↑ | ↕↑ | ⓘ ↕↑ | Promoted Listings |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | Edit ⌄ | | [SOLTECTION -Module - Solar String Transition Box - 4 String - PN: RU-2-LP](#) | 15 recommen... Add recommended | 🔒 | $75.00 Buy It Now or Best Offer Research prices | 4 | 9 | General: Elig Suggested 13% Priority: Elig Promote |
| ☐ | Edit ⌄ | | [IMO FireRaptor FRS-ESW1-24 Emergency Rapid Shutdown Switch](#) | 12 recommen... Add recommended | 🔒 | $105.00 Buy It Now or Best Offer Research prices | 1 | 2 | General: Elig Suggested 10% Priority: Elig Promote |
| ☐ | Edit ⌄ | | [GENERAC - 0E9371AS Air Filter For Evolution Series](#) | - | 🔒 | $12.00 Buy It Now or Best Offer Research prices | 1 | 0 | General: Elig Suggested 12% Priority: Elig Promote |
| ☐ | Edit ⌄ | | [GENERAC - OIL FILTER - 070185ES - 90 LOGO ORNG-CAN](#) | - | 🔒 | $13.00 Buy It Now or Best Offer Research prices | 2 | 1 | General: Elig Suggested 13% Priority: Elig Promote |
| ☐ | Edit ⌄ | | [GENERAC - 0F8869D - KEY VISE-ACTION LATCH SLOT CIR](#) | 1 recommend... Add recommended | 🔒 | $12.00 Buy It Now or Best Offer Research prices | 1 | 3 | General: Elig Suggested 12.5% Priority: Elig Promote |
| ☐ | Edit ⌄ | | [PV Meter Revenue Meter - Sticker / Label - 4" X 4" for Solar (Lot of 10 Labels)](#) | 12 recommen... Add recommended | 🔒 | $10.00 Buy It Now or Best Offer Research prices | 7 | 1 | General: Elig Suggested 16% Priority: Elig Promote |
| ☐ | Edit ⌄ | | [CHEMLINK - F1212 Universal General Purpose Sealant - 10.1 Oz. - Clear](#) | 1 recommend... Add recommended | 🔒 | $5.00 Buy It Now Research prices | 10 | 0 | General: Elig Suggested 13% Priority: Elig Promote |
| ☐ | Edit ⌄ | | [Caution Solar Sticker Label - 4" X 4" for Solar (Lot of 10 Labels)](#) | 12 recommen... Add recommended | 🔒 | $10.00 Buy It Now or Best Offer Research prices | 3 | 3 | General: Elig Suggested 12% Priority: Elig Promote |
| ☐ | Edit ⌄ | | [Warning Electric Shock Hazard - Sticker / Label - 4" X 2" for Solar (Lot of 12)](#) | 12 recommen... Add recommended | 🔒 | $10.00 Buy It Now or Best Offer Research prices | 4 | 0 | General: Elig Suggested 12% Priority: Elig Promote |

Items per page  **200** ⌄

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices  and AdChoice