**Reset hearing shall be held on 10/7/2024 at 09:30 AM in Austin Courtroom 2. Movant is responsible for notice.**



**The relief described hereinbelow is SO ORDERED.**

**Signed August 16, 2024.**

_____
 **CHRISTOPHER G. BRADLEY
 UNITED STATES BANKRUPTCY JUDGE**
_____

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 24-10193-CGB |
| | § | |
| WELLS SOLAR & ELECTRIC, LLC | § | |
| | § | |
| DEBTOR. | § | CHAPTER 11, SUBCHAPTER V |

**ORDER GRANTING THE MOTION TO CONTINUE CONFIRMATION HEARING**

ON THIS DATE, came on for consideration the Motion filed by Michael G. Colvard, Sub Chapter V Trustee (herein "Sub V Trustee") within the Wells Solar & Electric, LLC (herein "Wells" or "Debtor") Small Business Chapter 11 case, requesting to reset the hearing on the Plan of Reorganization (the "Plan") [ECF No. 77] (the "Confirmation Hearing") currently set for August 27, 2024 (the "Motion to Continue"), and the Court having considered the Motion to Continue, and having determined that the Motion Continue is presented for good cause. It is therefore…

ORDERED, ADJUDGED and DECREED that the Confirmation Hearing is reset for the date and time listed above.

###

Submitted by:

**MARTIN & DROUGHT, P.C.**
112 East Pecan Street, Suite 1616
San Antonio, Texas 78205
Telephone: (210) 227-7591
Facsimile: (210) 227-7924
Email: mcolvard@mdtlaw.com

By: \_\_/s/ Michael G. Colvard
      Michael G. Colvard
      State Bar No. 04629200

**SUBCHAPTER V TRUSTEE**

United States Bankruptcy Court

Western District of Texas

| | |
|---|---|
| In re: | Case No. 24-10193-cgb |
| Wells Solar & Electrical Services LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Aug 16, 2024 | Form ID: pdfintp | Total Noticed: 10 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Wells Solar & Electrical Services LLC, 3805 Bee Creek Road, Spicewood, TX 78669-6596 |
| aty | + | C. Michael Judd, Parsons Behle & Latimer, 201 S. Main St, Suite 1800, Salt Lake City, UT 84111-2218 |
| cr | + | Ben Benny Koonce, 208 Alpine Lane, Bertram, TX 78605-4688 |
| cr | + | Dror Baldinger, 3431 Oakdale, #2610, San Antonio, TX 78229-2407 |
| cr | + | EnFin Corp., c/o Misty A. Segura, Spencer Fane LLP, 3040 Post Oak Blvd., Ste. 1400, Houston, TX 77056 UNITED STATES 77056-6584 |
| cr | + | Jane Greenberg, c/o Daniels & Tredennick PLLC, Attn: J. Maxwell Beatty, 6363 Woodway Dr., Suite 700, Houston, TX 77057-1713 |
| cr | + | Rebecca Becky Koonce, 208 Alpine Lane, Bertram, TX 78605, UNITED STATES 78605-4688 |
| cr | + | Rexel USA, Inc., c/o Coats Rose, P.C., 9 Greenway Plaza, Suite 1000, Houston, TX 77046-0900 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | ^ | MEBN | Aug 16 2024 21:44:53 | Texas Comptroller of Public Accounts, Revenue Acco, Jamie Kirk, PO Box 12548, Austin, TX 78711-2548 |
| cr | + | Email/Text: BKECF@traviscountytx.gov | Aug 16 2024 21:52:00 | Travis County, c/o Jason A Starks, PO Box 1748, Austin, TX 78767-1748 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2024          Signature:     /s/Gustava Winters

24-10193-cgb Doc#106 Filed 08/18/24 Entered 08/18/24 23:21:09 Imaged Certificate of Notice Pg 4 of 5

| District/off: 0542-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 16, 2024 | Form ID: pdfintp | Total Noticed: 10 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Abigail Ventress | on behalf of Creditor Ben "Benny" Koonce abigail@vbpenalaw.com paralegal@vbpenalaw.com;Blayre@vbpenalaw.com |
| Abigail Ventress | on behalf of Creditor Rebecca "Becky" Koonce abigail@vbpenalaw.com paralegal@vbpenalaw.com;Blayre@vbpenalaw.com |
| Andrew Lamb Pattillo | on behalf of Creditor Clark Roofing and Construction Inc. pattillo@thetexasfirm.com |
| Charles Murnane | on behalf of Debtor Wells Solar & Electrical Services LLC murnaneci@yahoo.com cchristensen@bn-lawyers.com;plevine@bn-lawyers.com;mcalderon@bn-lawyers.com |
| David D. Ritter | on behalf of Creditor M Judge dritter@ritterspencer.com |
| David D. Ritter | on behalf of Creditor Dror Baldinger dritter@ritterspencer.com |
| David D. Ritter | on behalf of Creditor Faith Bushen dritter@ritterspencer.com |
| David D. Ritter | on behalf of Creditor De Sossamon dritter@ritterspencer.com |
| David D. Ritter | on behalf of Creditor Joe Pohlman dritter@ritterspencer.com |
| David D. Ritter | on behalf of Creditor Steve Jernigan dritter@ritterspencer.com |
| David Neal Stern | on behalf of Debtor Wells Solar & Electrical Services LLC dstern@bn-lawyers.com mcalderon@bn-lawyers.com;plevine@bn-lawyers.com;cchristensen@bn-lawyers.com |
| Gary W. Wright | on behalf of U.S. Trustee United States Trustee - AU12 gary.wright3@usdoj.gov |
| Jamie Kirk | on behalf of Creditor Texas Comptroller of Public Accounts Revenue Accounting Division bk-jkirk@texasattorneygeneral.gov, sherri.simpson@oag.texas.gov |
| Jason A. Starks | on behalf of Creditor Travis County bkecf@traviscountytx.gov |
| Jeff Carruth | on behalf of Creditor Consolidated Electrical Distributors Inc. d/b/a Greentech Renewables, Inc. jcarruth@wkpz.com, jcarruth@aol.com;ATTY_CARRUTH@bluestylus.com;jcarruth@ecf.courtdrive.com |
| Jon Maxwell Beatty | on behalf of Creditor Jane Greenberg max@dtlawyers.com 7671921420@filings.docketbird.com |
| Michael G. Colvard | on behalf of Trustee Michael G. Colvard mcolvard@mdtlaw.com mcolvard@ecf.axosfs.com;amartinez@mdtlaw.com |
| Michael G. Colvard | mcolvard@mdtlaw.com mcolvard@ecf.axosfs.com;amartinez@mdtlaw.com |
| Michelle E. Shriro | on behalf of Creditor PS Business Parks L.P. mshriro@singerlevick.com, scotton@singerlevick.com;tguillory@singerlevick.com |
| Misty Ann Segura | on behalf of Creditor EnFin Corp. msegura@spencerfane.com misty-segura-9690@ecf.pacerpro.com |
| Richard Alan Fulton | on behalf of Creditor Rexel USA Inc. rfulton@coatsrose.com, mfitzwater@coatsrose.com;jolvera@coatsrose.com |
| Stephen W. Sather | on behalf of Debtor Wells Solar & Electrical Services LLC ssather@bn-lawyers.com phammer@bn-lawyers.com;cmurnane@bn-lawyers.com;plevine@bn-lawyers.com;cchristensen@bn-lawyers.com;BarronNewburgerPCAustin@jubileebk.net;mcalderon@bn-lawyers.com;kparsley@bn-lawyers.com |
| Steven B. Bass | on behalf of Creditor United States Small Business Administration Steven.Bass@usdoj.gov tina.travieso@usdoj.gov |
| Tara T. LeDay | |

| | | |
|---|---|---|
| District/off: 0542-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Aug 16, 2024 | Form ID: pdfintp | Total Noticed: 10 |

| | |
|---|---|
| Tara T. LeDay | on behalf of Creditor Edouard-Alexandre Sabatier TARA.LEDAY@CHAMBERLAINLAW.COM lisa.adair@chamberlainlaw.com;vcovington@mvbalaw.com;bankruptcy@mvbalaw.com;Crystal.eudy@mvbalaw.com;Karla.alexander@mvbalaw.com;valerie.herrera@chamberlainlaw.com;lara.coleman@chamberlainlaw.com |
| | on behalf of Creditor Astrid Roos Sabatier TARA.LEDAY@CHAMBERLAINLAW.COM lisa.adair@chamberlainlaw.com;vcovington@mvbalaw.com;bankruptcy@mvbalaw.com;Crystal.eudy@mvbalaw.com;Karla.alexander@mvbalaw.com;valerie.herrera@chamberlainlaw.com;lara.coleman@chamberlainlaw.com |
| United States Trustee - AU12 | ustpregion07.au.ecf@usdoj.gov |

TOTAL: 26