| Fill in this information to identify the case: | |
|---|---|
| Debtor Name | Wells Solar & Electrical Services LLC |
| United States Bankruptcy Court for the: | Western District of Texas |
| Case number: | 24-10193-CGB |

☐ Check if this is an
amended filing

## Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11

12/17

| | | | |
|---|---|---|---|
| **Month:** | July 2024 | Date report filed: | 08/20/2024 |
| | | | MM / DD / YYYY |
| Line of business: | Electrical Contractor | NAISC code: | 238210 |

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Carl Wells

Original signature of responsible party _[signature]_

Printed name of responsible party Carl Wells

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☑ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*

| | | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name _____  Case number_____

17.  Have you paid any bills you owed before you filed bankruptcy?    ☐    ☐    ☐

18.  Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ☐    ☐    ☐

## 2. Summary of Cash Activity for All Accounts

19.  **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$  4380.28

20.  **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.  <span style="color:red">See Exhibit C</span>

Report the total from *Exhibit C* here.

$ _____

21.  **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.  <span style="color:red">See Exhibit D</span>

Report the total from *Exhibit D* here.

− $ _____

22.  **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ _____

23.  **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

= $ _____

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24.  **Total payables**

$ _____

*(Exhibit E)*

Debtor Name _____    Case number_____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                                   $ _____

   *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                               _____

27. What is the number of employees as of the date of this monthly report?                  _____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?          $ _____

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ _____

30. How much have you paid this month in other professional fees?                            $ _____

31. How much have you paid in total other professional fees since filing the case?          $ _____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | *Column A* | − | *Column B* | = | *Column C* |
|---|---|---|---|---|---|
|  | **Projected** | | **Actual** | | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ _____ | − | $ _____ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | − | $ _____ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | − | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:                                         $ _____

36. Total projected cash disbursements for the next month:                                  − $ _____

37. Total projected net cash flow for the next month:                                        = $ _____

Debtor Name _____     Case number_____

| | |
|---|---|
| ■ | **8. Additional Information** |

If available, check the box to the left and attach copies of the following documents.

☐   38.   Bank statements for each open account (redact all but the last 4 digits of account numbers).   <span style="color:red">See Attachment</span>

☐   39.   Bank reconciliation reports for each account.

☐   40.   Financial reports such as an income statement (profit & loss) and/or balance sheet.   <span style="color:red">See Attachment</span>

☐   41.   Budget, projection, or forecast reports.

☐   42.   Project, job costing, or work-in-progress reports.   <span style="color:red">See Explanation</span>

Wells Solar & Electrical Services LLC

Case No. 24-10193-cgb

**Official Form 425C Explanations: July 2024**

**Exhibit A**

**4 -** No employees during reporting period

**5 -** All receipts for business have been deposited into the Cadence Bank account ending in 1927

**6 -** Sales Tax Report has been filed and is attached below

**Exhibit C**

- See attachments below

**Exhibit E**

- No debts / unpaid bills incurred since filing date.

**Exhibit F**

- No new receivables since filing date – see petition for accounts receivable summary.

**38. Bank Statement attachment below**

- Red Highlighted – corresponds to Carl Wells Personal Compensation Expense
- Yellow Highlighted - corresponds to cash disbursements
- Blue Highlighted - corresponds to cash receipts
- Green Highlighted – corresponds to opening and closing balance

**40. Financial attachments below**

- Profit & Loss
- Statement of Cash Flows

**42. Work-in-progress reports**

- 1-2 electrical service new build starting in August
- 2-5 general electrical service calls starting in August
- 10-20 SolarEdge manufacturer provided inverters are scheduled for replacement in August.
- Wells Solar will complete the move of the remaining items and assets in the Arlington warehouse space in August
- eBay account has been upgraded to star seller, allowing for lower fees and larger item quantity and selling limits.

**Current Active eBay listings and eBay reports as requested**

# CADENCE Bank

30/0

WELLS SOLAR & ELECTRICAL SERVICES LLC
3900 DROSSETT DR STE H
AUSTIN TX 78744-1132

STATEMENT DATE
07/31/24
ACCOUNT NUMBER
███192-7

INFOLINE  1-888-797-7711

\* \* \* \* \* \* \* \* \* CHECKING ACCOUNT SUMMARY \* \* \* \* \* \* \* \* \* \*

| | | | |
|---|---|---|---|
| PREVIOUS BALANCE | 4,380.28 | AVERAGE BALANCE | |
| + 16 CREDITS | 7,393.56 | | 3,815 |
| - 14 DEBITS | 7,815.21 | YTD INTEREST PAID | |
| - SERVICE CHARGES | .00 | | .00 |
| + INTEREST PAID | .00 | | |
| ENDING BALANCE | 3,958.63 | | |

DAYS IN PERIOD                                          31

\* \* \* \* \* \* \* \* CHECKING ACCOUNT TRANSACTIONS \* \* \* \* \* \* \* \* \*
DEPOSITS AND OTHER CREDITS

| DATE | AMOUNT | TRANSACTION DESCRIPTION | CHK NO/ATM CD |
|---|---|---|---|
| 07/01 | 38.96 | EBAY COMO4GUKBM8 1618206000 5OGWYGS1OS7BV6N PAYMENTS CCD | |
| 07/01 | 302.40 | EBAY COMSYZQNOSZ 1618206000 B6SNTVESQMFAZ6F PAYMENTS CCD | |
| 07/01 | 583.24 | EBAY COMOR9LYV6P 1618206000 OEVXYESTCUVES6C PAYMENTS CCD | |
| 07/02 | 133.45 | EBAY COMLECPBICI 1618206000 A09NQVLQC2PH96I PAYMENTS CCD | |
| 07/03 | 494.45 | EBAY COMWTQIKZ3V 1618206000 AKWTTRWRJI6MQ6D PAYMENTS CCD | |
| 07/05 | 990.23 | EBAY COMEBVOZHDY 1618206000 KJFX8G0R4C50963 PAYMENTS CCD | |
| 07/05 | 1,403.99 | EBAY COMB1SKHKAO 1618206000 1DQCGUSCSVFWH6E PAYMENTS CCD | |
| 07/08 | 103.89 | EBAY COMUSIXEDLS 1618206000 7YP4EZQK2BZU86K PAYMENTS CCD | |
| 07/09 | 85.08 | EBAY COMHCYHYPG2 1618206000 SHH9DKET8W94V6B PAYMENTS CCD | |
| 07/10 | 274.67 | EBAY COMV6UXSM8N 1618206000 NMCBSXRTDYSK36G PAYMENTS CCD | |
| 07/15 | 123.32 | EBAY COMAMM1WOIH 1618206000 G6MZTFTUICQSS6D PAYMENTS CCD | |
| 07/15 | 363.95 | EBAY COMPP9X7M2I 1618206000 KUOKPMTGKDWWY69 PAYMENTS CCD | |

NOPR-030

# CADENCE
## Bank

```
                                                                    30/0
     WELLS SOLAR & ELECTRICAL SERVICES LLC              PAGE     2
     3900 DROSSETT DR STE H
     AUSTIN TX  78744-1132

                                               STATEMENT DATE
                                                   07/31/24
                                               ACCOUNT NUMBER
                                                        192-7
```

* * * * * * * * CHECKING ACCOUNT TRANSACTIONS * * * * * * * * *

DEPOSITS AND OTHER CREDITS

```
DATE.........AMOUNT.TRANSACTION DESCRIPTION          CHK NO/ATM CD
07/29      78.96 EBAY COMN6OOOUUK 1618206000
               I6G4WKRE4FFJQ6H PAYMENTS     CCD
07/29     503.75 EBAY COMSX4UNRIP 1618206000
               MJILPSFSRSJVF66 PAYMENTS     CCD
07/30     126.08 EBAY COMZVZLBE93 1618206000
               XMIINSKSZIDNF6L PAYMENTS     CCD
07/31   1,787.14 DEPOSIT
```

OTHER DEBITS

```
DATE.........AMOUNT.TRANSACTION DESCRIPTION          CHK NO/ATM CD
07/01   1,000.00 APPLECARD GSBANK 9999999999
               8649890         PAYMENT     WEB
07/05     381.03 GEICO  *COMMERCI 866-509-9444   DC
07/05     391.44 GOOGLE         F770493581
               US0041KOZN     APPS_COMME CCD
07/05   1,000.00 APPLECARD GSBANK 9999999999
               8649890         PAYMENT     WEB
07/08      31.98 WP ENGINE      AUSTIN        TX
07/08       8.29 EBAY COMOCSYSVWB 1395398000
               AOJZEJ5RAMUBS2D PAYMENTS     WEB
07/08      10.51 EBAY COMKDTEXYBR 1395398000
               EEXZFPSTUAH5N25 PAYMENTS     WEB
07/11   1,000.00 APPLECARD GSBANK 9999999999
               8649890         PAYMENT     WEB
07/15     166.50 NEXT INSUR. TOOL PALO ALTO    CA
07/15   1,000.00 APPLECARD GSBANK 9999999999
               8649890         PAYMENT     WEB
07/17      98.49 NEXT INSUR. GEN  PALO ALTO    CA
07/17   1,513.77 HCM*VANGUARD R A DALLAS       TX
07/26   1,000.00 APPLECARD GSBANK 9999999999
               8649890         PAYMENT     WEB
07/29     213.20 INTUIT *QBooks O CL.INTUIT.COM CA
```

* * * * * * * * DAILY BALANCE SUMMARY * * * * * * * * *

```
  DATE.......BALANCE   DATE.......BALANCE   DATE.......BALANCE
06/30     4380.28   07/08     5607.64   07/17     2675.90
07/01     4304.88   07/09     5692.72   07/26     1675.90
07/02     4438.33   07/10     5967.39   07/29     2045.41
07/03     4932.78   07/11     4967.39   07/30     2171.49
07/05     5554.53   07/15     4288.16   07/31     3958.63
```

**THANK YOU FOR BANKING WITH US**

---

**THIS SECTION IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT.**

FROM _____ TO _____ 20 _____

CHECKS OUTSTANDING — NOT CHARGED TO ACCOUNT

| NO. | $ | | |
|-----|---|---|---|
| | | BALANCE SHOWN ON THIS STATEMENT $ _____ | CHECKBOOK BALANCE $ _____ |
| | | ADD DEPOSITS NOT CREDITED $ _____ | DEDUCT SERVICE CHARGES $ _____ |
| | | $ _____ | |
| | | $ _____ | |
| | | SUBTOTAL $ _____ | SUBTOTAL $ _____ |
| | | DEDUCT OUTSTANDING CHECKS $ _____ | ADD INTEREST CREDITED $ _____ |
| | | RECONCILED STATEMENT BALANCE $ _____ | UPDATED CHECKBOOK BALANCE $ _____ |
| **TOTAL** | $ | | |

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

Direct telephone inquiries to 1-888-797-7711 (TOLL FREE) or write us at Customer Service, 2910 West Jackson St., Tupelo, MS 38801 as soon as you can. If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we may recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR CREDIT LINE BILL:**

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us (on a separate sheet) at Customer Service, 2910 West Jackson St., Tupelo, MS 38801 as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us TOLL FREE at 1-888-797-7711, but doing so will not preserve your rights.

In your letter, give us the following information.

(1) Your name and account number.

(2) The dollar amount of the suspected error.

(3) Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**Explanation of CREDIT LINE'S AVERAGE DAILY BALANCE**

We figure the FINANCE CHARGE on your account by applying the periodic rate to the "AVERAGE DAILY BALANCE", including current transactions. To get the "AVERAGE DAILY BALANCE" we take the beginning balance of your account each day and add any new advances and subtract any payments, credits and unpaid finance charges. This gives us the daily balance. Then, we add up all the daily balances of the billing cycle divide the total by the number of days in the billing cycle. This gives us "THE AVERAGE DAILY BALANCE".

20 Exhibit C

Hi **Carl!** ⌄

**Daily Deals** | **Brand Outlet** | **Gift Cards** | **Help & Contact**

Sell | Watchlist ⌄ | My eBay ⌄

🔔 🛒

ebay

Shop by category ⌄

🔍 Search for anything | All Categories ⌄ | **Search**

# My eBay Orders

**Activity** | Messages | Account

wses-tx ( 148★ )

**Summary**

**Recently viewed**

**Buying** ⌃

  Bids/Offers

  eBay Bucks

  Purchase History

**Watch list**

**Saved** ⌃

  Saved searches

  Saved sellers

**Selling** ⌃

  Overview

  Sell an item

  Drafts

  Scheduled

  Active

  **Orders**

  Unsold

  Payments

  Shipping labels

ℹ️ **Boost your listings' impressions**
Get your listings seen with Promoted Listings Standard. **Get started**

## Orders

Period: Last month ⌄ | Sort: Most recently sold ⌄

**All (53)** | Leave feedback (13) | Shipped (50)

☐ Select all orders | Delete

---

**Leave feedback**
How did this transaction go? | **Leave feedback**

✅ **Delivered**

SOLAREDGE Cellular GSM Plug-In Kit Sim Card, 5yr plan Cell-A-R05-US-P-S2
Item ID: 266827710729

**$50.00** Item subtotal
+ Shipping (buyer paid $6.09)
Sold on: Jul 31 ·
Buyer: daniel e copeland  leroy24171
Buyer paid date: Jul 31
Order number: 24-11888-96189

**View order details** ⌄

View tracking
Edit tracking

---

**Leave feedback**
How did this transaction go? | **Leave feedback**

✅ **Delivered**

TESLA Internal Eaton Panelboard Kit PN1529623, GATEWAY 2/SOLAR 200A 6/12 120/240
Item ID: 266649017770 · Quantity: 3
Save up to 30% when you buy more

**$225.00** Item subtotal
+ Shipping (buyer paid $12.24)
Sold on: Jul 31 ·
Buyer: David Paez  pa_36768
Buyer paid date: Jul 31
Order number: 02-11893-87502

**View order details** ⌄

View tracking
Edit tracking

Leave feedback
How did this transaction go?

Leave feedback



✓ **Delivered**

View order details

EATON - (l) CHF250 Circuit
Breaker 50 Amp 2 Pole Cutler
Hammer Series
Item ID: 266805546258

View tracking

$10.00 Item subtotal
+ Shipping (buyer paid $6.23)
Sold on: Jul 30
Buyer: Eldon Coles weldineldon
Buyer paid date: Jul 30
Order number: 02-11891-83318

Edit tracking

Leave feedback
How did this transaction go?

Leave feedback



✓ **Delivered**

View order details

HOFFMAN - 59740 - Type 4 3R
12 13 - Knockout KO Hole Seal
(1)
Item ID: 266928590445
Positive feedback received
$4.00 Item subtotal
+ Shipping (buyer paid $5.32)
Sold on: Jul 30 ·
Buyer: Michael Mannella clashrawk
Buyer paid date: Jul 30
Order number: 05-11888-76680

View tracking

Edit tracking

Leave feedback
How did this transaction go?

Leave feedback



✓ **Delivered**

View order details

100 Amp Generac Smart
Management Module SMM
0070061 G0070061
696471077520
Item ID: 266899106202 · Quantity: 3
$384.00 Item subtotal
+ Shipping (buyer paid $19.92)
Sold on: Jul 30 ·
Buyer: James McCracken biscomac
Buyer paid date: Jul 30
Order number: 25-11867-54729

View tracking

Edit tracking

Leave feedback
How did this transaction go?

Leave feedback



✓ **Delivered**

View order details

TESLA Internal Eaton
Panelboard Kit PN1529623,
GATEWAY 2/SOLAR 200A 6/12
120/240
Item ID: 266649017770 · Quantity: 3
Save up to 30% when you buy more
$225.00 Item subtotal
+ Shipping (buyer paid $13.99)
Sold on: Jul 30 ·
Buyer: Jamel Mansour janselim
Buyer paid date: Jul 30
Order number: 26-11866-22587

View tracking

Edit tracking

My eBay Orders

**Leave feedback**
How did this transaction go?

**Leave feedback**



✓ **Delivered**

SQUARE D - (1) HOM290 90
Amp Circuit Breaker 2 Pole
120/240V
Item ID: 266869065969 · Quantity: 2
Save up to 20% when you buy more
**$80.00** Item subtotal
+ Shipping (buyer paid $7.43)
Sold on: Jul 30 ·
Buyer: Michael Walvatine  elec_walv
Buyer paid date: Jul 30
Order number: 18-11873-27895

**View order details** ⌄

View tracking

Edit tracking

**Leave feedback**
How did this transaction go?

**Leave feedback**



**Shipped**

EATON - DG222NRB - General Duty
Safety Switch - 3 Wire S/N Fusible -
60A 240V
Item ID: 266869680454
**$100.00** Item subtotal
+ Shipping (buyer paid $8.76)
Sold on: Jul 29 ·
Buyer: Sapir Sosnovsky  sapisosnovsk-0
Buyer paid date: Jul 29
Order number: 11-11877-96301

ⓘ **Sent**
through eBay International Shipping.

**View order details** ⌄

View tracking

Edit tracking

**Leave feedback**
How did this transaction go?

**Leave feedback**



✓ **Delivered**

EZ Solar JB-1.XL Asphalt
Shingle Rooftop PV Junction
Box with Pass Through Kit
Item ID: 266809605317 · Quantity: 2
**$64.00** Item subtotal
+ Shipping (buyer paid $10.13)
Sold on: Jul 29 ·
Buyer: Rachel Davis  rdavis_thx1138
Buyer paid date: Jul 29
Order number: 20-11867-60938

**View order details** ⌄

View tracking

Edit tracking

**Leave feedback**
How did this transaction go?

**Leave feedback**



✓ **Delivered**

SQUARE D - QOM2150VH - 150
Amps 2 Poles 120/240 VAC
Main Circuit Breaker
Item ID: 266869713460
Positive feedback received
**$60.00** Item subtotal
+ Shipping (buyer paid $6.14)
Sold on: Jul 29 ·
Buyer: Yang Wang  jepg4
Buyer paid date: Jul 29
Order number: 06-11881-31222

**View order details** ⌄

View tracking

Edit tracking



**Refunded**

**HOFFMAN - 59740 - Type 4 3R 12 13 - Knockout KO Hole Seal (1)**

Item ID: 266883201185 · Quantity: 2

Positive feedback received

Save up to 20% when you buy more

**$12.00** Item subtotal

+ Shipping (buyer paid $8.70)

Sold on: Jul 29 ·

Buyer: Michael Mannella  clashrawk

Buyer paid date: Jul 29

Order number: 16-11870-39926

View payment details

---

**Leave feedback**
How did this transaction go?

Leave feedback

---



✓ **Delivered**

**SOLAREDGE - SEMTR240-NN-S-S1 SEMTR240 - Metering Unit Solar Energy System**

Item ID: 266622460264 · Quantity: 2

Save up to 50% when you buy more

**$40.00** Item subtotal

+ Shipping (buyer paid $17.36)

Sold on: Jul 28 ·

Buyer: Chris Lott  chlo-5759

Buyer paid date: Jul 28

Order number: 23-11862-30800

View order details

View tracking

Edit tracking

---

**Leave feedback**
How did this transaction go?

Leave feedback

---



✓ **Delivered**

**TRENDnet - 500Mbps Compact Powerline AV Adapter Kit TPL-406E2K/A**

Item ID: 266655831801

**$4.50** Item subtotal

+ Shipping (buyer paid $5.45)

Sold on: Jul 28 ·

Buyer: Brian Sullivan  sulsys_computers

Buyer paid date: Jul 28

Order number: 11-11873-91179

View order details

View tracking

Edit tracking

---

✓ **Delivered**

**FERRAZ SHAWMUT MERSEN - (2) Tri-onic TR35R X1027062 35A 250V Fuses**

Item ID: 266808295028

**$10.00** Item subtotal

+ Shipping (buyer paid $4.38)

Sold on: Jul 28 ·

Buyer: Michael Holt  heavy2_2480

Buyer paid date: Jul 28

Order number: 04-11880-38144

View order details

View tracking

Edit tracking



✓ **Delivered**

[W2-Tesla 1112484-04-A, Tesla P/N:1112484-04-A, KIT,MTR W CRNT XF, W 2, GLOBAL](#)

Item ID: 266901419865

**$100.00** Item subtotal
+ Shipping (buyer paid $7.17)
Sold on: Jul 28 ·
Buyer: David Gargiulo   dagarg_36
Buyer paid date: Jul 28
Order number: 11-11871-83481

View order details

View tracking

Edit tracking

---



✓ **Delivered**

[EZ Solar JB-1.2 Asphalt Shingle Rooftop PV Junction Box with Pass Through Kit](#)

Item ID: 266825852807

**$35.00** Item subtotal
+ Shipping (buyer paid $8.29)
Sold on: Jul 28 ·
Buyer: scott Cheng   swc-sac
Buyer paid date: Jul 28
Order number: 16-11866-13201

View order details

View tracking

Edit tracking

---



✓ **Delivered**

[SOLAREDGE - SEMTR240-NN-S-S1 SEMTR240 - Metering Unit Solar Energy System](#)

Item ID: 266622460264

Positive feedback received

**$20.00** Item subtotal
+ Shipping (buyer paid $15.69)
Sold on: Jul 27 ·
Buyer: Muqeem Lodhi   swifthusky
Buyer paid date: Jul 27
Order number: 23-11858-65119

View order details

View tracking

Edit tracking

---



✓ **Delivered**

[EATON - (1) CHF250 Circuit Breaker 50 Amp 2 Pole Cutler Hammer Series](#)

Item ID: 266805546258 · Quantity: 2

**$20.00** Item subtotal
+ Shipping (buyer paid $9.02)
Sold on: Jul 27 ·
Buyer: John R Weismantel   jrweissr
Buyer paid date: Jul 27
Order number: 21-11859-79535

View order details

View tracking

Edit tracking

---



✓ **Delivered**

[W2-Tesla 1112484-04-A, Tesla P/N:1112484-04-A, KIT,MTR W CRNT XF, W 2, GLOBAL](#)

Item ID: 266901419865

**$75.00** Item subtotal
+ Shipping (buyer paid $8.29)
Sold on: Jul 27 ·
Buyer: Sepehr Zarrabi   szarrabi3n1g
Buyer paid date: Jul 27
Order number: 14-11866-30050

View order details

View tracking

Edit tracking



✅ Delivered

TESLA -Neurio W1-MODBUS- TESLA 1112484-02-A, Kit, Meter w/ current xmfr e gateway

Item ID: 266901432251

**$50.00** Item subtotal

+ Shipping (buyer paid $7.34)

Sold on: Jul 26 ·

Buyer: Sean Skehan  time.saver

Buyer paid date: Jul 26

Order number: 16-11860-59373

View order details

View tracking

Edit tracking



✅ Delivered

EATON - CHF225 Amp Circuit Breaker 2 Pole 120/240V Cutler Hammer Series

Item ID: 266837692287 · Quantity: 3

**$42.00** Item subtotal

+ Shipping (buyer paid $9.77)

Sold on: Jul 26 ·

Buyer: Robert Barnes Thomas  rctentp.

Buyer paid date: Jul 26

Order number: 07-11869-62893

View order details

View tracking

Edit tracking



✅ Delivered

Generac - PN: 10000005117 - FUSE 6.3A 250VAC 5MMX20MM NEW - GENERATOR PART

Item ID: 266645484875 · Quantity: 2

**$12.00** Item subtotal

+ Shipping (buyer paid $4.31)

Sold on: Jul 26 ·

Buyer: Bryan D Boatright  austxbdb

Buyer paid date: Jul 26

Order number: 07-11868-35165

View order details

View tracking

Edit tracking



✅ Delivered

TESLA - (1) Backup Gateway 2 PN: 1232100 -00-E for Solar Energy Powerwall

Item ID: 266820505543

**$475.00** Item subtotal

+ Shipping (buyer paid $113.05)

Sold on: Jul 25 ·

Buyer: Craig Brackbill  divtype

Buyer paid date: Jul 25

Order number: 10-11862-66611

View order details

View tracking

Edit tracking



✅ Delivered

ENPHASE - IQ 7+ Microinverter - Black - IQPLUS-72-2-US

Item ID: 266888078205

Positive feedback received

**$99.00** Item subtotal

+ Shipping (buyer paid $13.21)

Sold on: Jul 12 ·

Buyer: walter r Stocker  russ8129

Buyer paid date: Jul 12

Order number: 26-11795-62825

View order details

View tracking

Edit tracking



✓ **Delivered**

Generac - PN: 0D7178T- FUSE ATO TYPE 7.5 (BROWN) - GENERATOR PART

Item ID: 266645486237 • Quantity: 2

**$8.00** Item subtotal

+ Shipping (buyer paid $4.31)

Sold on: Jul 12

Buyer: SkyFi Audio LLC orvoit_0

Buyer paid date: Jul 12

Order number: 02-11818-51486

View order details

View tracking

Edit tracking



✓ **Delivered**

GENERAC - PN: 077220A - COIL-HSB ATS STANDBYS STANDBY - Generator Part

Item ID: 266645401575

**$70.00** Item subtotal

+ Shipping (buyer paid $6.62)

Sold on: Jul 12 •

Buyer: Lawrence P Loehmer lhardware13

Buyer paid date: Jul 12

Order number: 23-11797-40193

View order details

View tracking

Edit tracking



✓ **Delivered**

SOLAREDGE - SEMTR240-NN-S-S1 SEMTR240 - Metering Unit Solar Energy System

Item ID: 266622460264 • Quantity: 4

Save up to 50% when you buy more

**$80.00** Item subtotal

+ Shipping (buyer paid $29.07)

Sold on: Jul 11 •

Buyer: Malcolm Galland malcolmputer

Buyer paid date: Jul 11

Order number: 18-11799-64840

View order details

View tracking

Edit tracking



✓ **Delivered**

EATON - CH320 - 20 Amp Circuit Breaker - 3-Pole, Type CH3 Cutler-Hammer

Item ID: 266869109272

**$90.00** Item subtotal

+ Shipping (buyer paid $7.94)

Sold on: Jul 11 •

Buyer: Lloyd Leinbach lelllle_splahpcvr9

Buyer paid date: Jul 11

Order number: 17-11800-38911

View order details

View tracking

Edit tracking



✓ **Delivered**

SOLAREDGE - FLD-1PH-HD-PRT-03, FLD Comm. Board PLEN for Inv. w/ HD-Wave Tech P&P

Item ID: 266628971468

Positive feedback received

**$10.00** Item subtotal

+ Shipping (buyer paid $4.47)

Sold on: Jul 11 •

Buyer: Jeffrey Bussells jeffbri410

Buyer paid date: Jul 11

Order number: 13-11804-19012

View order details

View tracking

Edit tracking



✅ **Delivered**

[ View order details ▾ ]

SOLAREDGE - FLD-1PH-HD-PRT-02, FLD Comm. Board PL for Inv. w/ HD-Wave Tech P&P

Item ID: 266801756983

Positive feedback received

View tracking

Edit tracking

**$15.00** Item subtotal
+ Shipping (buyer paid $5.32)
Sold on: Jul 11 •
Buyer: Jeffrey Bussells jeffbri410
Buyer paid date: Jul 11
Order number: 21-11794-51550

---



✅ **Delivered**

[ View order details ▾ ]

ILSCO (1) Copper Compression Lug Strip ILSCO CLWD-400-12-134 Sure Crimp

Item ID: 266800694296 • Quantity: 2

Save up to 25% when you buy more

View tracking

Edit tracking

**$9.00** Item subtotal
+ Shipping (buyer paid $7.43)
Sold on: Jul 10 •
Buyer: Aaron Madtson amadtson
Buyer paid date: Jul 10
Order number: 09-11803-49879

---



✅ **Delivered**

[ View order details ▾ ]

MILBANK - Meter Socket - U4801-XL-5T9 - 200A 5T HD BYPS S2 - 1092206

Item ID: 266825891320

View tracking

Edit tracking

**$160.00** Item subtotal
+ Shipping (buyer paid $24.51)
Sold on: Jul 10 •
Buyer: Arthur Penny arthupenn
Buyer paid date: Jul 10
Order number: 20-11792-71833

---



✅ **Delivered**

[ View order details ▾ ]

ENPHASE - IQ 7+ Microinverter - Black - IQPLUS-72-2-US

Item ID: 266888078205 • Quantity: 3

Positive feedback received

View tracking

Edit tracking

**$285.00** Item subtotal
+ Shipping (buyer paid $20.73)
Sold on: Jul 10 •
Buyer: Piotr Kosmider piotr518
Buyer paid date: Jul 10
Order number: 06-11805-99872

---

✅ **Delivered**

[ View order details ▾ ]

EGAUGE SYSTEMS - EG4115 Energy Meter, Web Server, & Data Logger (Kit)

Item ID: 266821749705

View tracking

Edit tracking

**$350.00** Item subtotal
+ Shipping (buyer paid $8.70)
Sold on: Jul 7 •
Buyer: freddy castillo fl258
Buyer paid date: Jul 7
Order number: 17-11781-79203



✓ **Delivered**

[SOLAREDGE Cellular GSM Plug-In Kit Sim Card, 5yr plan Cell-A-R05-US-P-S2](#)
Item ID: 266827710729

**$30.00** Item subtotal
+ Shipping (buyer paid $6.23)
Sold on: Jul 6 ·
Buyer: Dan Luu drugster20042
Buyer paid date: Jul 6
Order number: 22-11774-54257

View order details

View tracking

Edit tracking

---



✓ **Delivered**

[SOLAREDGE - FLD-1PH-HD-PRT-02, FLD Comm. Board PL for Inv, w/ HD-Wave Tech P&P](#)
Item ID: 266801756983

**$10.00** Item subtotal
+ Shipping (buyer paid $5.45)
Sold on: Jul 6 ·
Buyer: David Afana titanitron
Buyer paid date: Jul 6
Order number: 04-11791-59955

View order details

View tracking

Edit tracking

---



**Canceled**

[GENERAC - 50A Transfer Switch - 0K8904 COO KR XERSW 50A 2P 240V](#)
Item ID: 266823071699

**$200.00** Item subtotal
+ Shipping (buyer paid $6.35)
Sold on: Jul 6 ·
Buyer: Rawanda Mendoza nrm200511
Buyer paid date: Jul 6
Order number: 13-11783-13963

Relist

---



✓ **Delivered**

[HEYCO - S6405 Sunrunner Cable Clip - Positioning Device (Package of 100)](#)
Item ID: 266825344987 · Quantity: 4
Save up to 40% when you buy more

**$60.00** Item subtotal
+ Shipping (buyer paid $12.88)
Sold on: Jul 6 ·
Buyer: Alex N Griffiths dub.215
Buyer paid date: Jul 6
Order number: 18-11776-43448

View order details

View tracking

Edit tracking

---



✓ **Delivered**

[TESLA Internal Eaton Panelboard Kit PN1529623, GATEWAY 2/SOLAR 200A 6/12 120/240](#)
Item ID: 266649017770

**$50.00** Item subtotal
+ Shipping (buyer paid $8.29)
Sold on: Jul 3 ·
Buyer: Alex Luna alexxxiittoo
Buyer paid date: Jul 3
Order number: 20-11765-46948

View order details

View tracking

Edit tracking

---



✅ **Delivered**

**EATON - DG222URB - General Duty Safety Switch - 2 Pole Non-Fusible 60A 240V**

Item ID: 266808370699

Positive feedback received

**$55.00** Item subtotal

+ Shipping (buyer paid $8.76)

Sold on: Jul 3 ·

Buyer: Larry Bowman jjc-10

Buyer paid date: Jul 3

Order number: 23-11762-21529

View order details

View tracking

Edit tracking

---



✅ **Delivered**

**ENPHASE- IQ7A MICROINVERTER IQ7A-72-2-US**

Item ID: 266888084495 · Quantity: 6

**$450.00** Item subtotal

+ Shipping (buyer paid $59.61)

Sold on: Jul 2 ·

Buyer: jesse diaz rdc0007

Buyer paid date: Jul 2

Order number: 02-11780-17407

View order details

View tracking

Edit tracking

---



✅ **Delivered**

**SOLAREDGE - SEMTR240-NN-S-S1 SEMTR240 - Metering Unit Solar Energy System**

Item ID: 266622460264

**$20.00** Item subtotal

+ Shipping (buyer paid $17.23)

Sold on: Jul 2 ·

Buyer: Hoang Doan doanthanhhoang

Buyer paid date: Jul 2

Order number: 15-11766-59351

View order details

View tracking

Edit tracking

---



✅ **Delivered**

**EATON - CH280 - Circuit Breaker - 80 Amp Type CH 2 Pole - Cutler Hammer Series**

Item ID: 266850287409

Positive feedback received

**$55.00** Item subtotal

+ Shipping (buyer paid $6.09)

Sold on: Jul 2 ·

Buyer: Larry Bowman jjc-10

Buyer paid date: Jul 2

Order number: 14-11767-37737

View order details

View tracking

Edit tracking

---

✅ **Delivered**

**Generac - PN: 10000005117 - FUSE 6.3A 250VAC 5MMX20MM NEW - GENERATOR PART**

Item ID: 266645484875

**$6.00** Item subtotal

+ Shipping (buyer paid $4.36)

Sold on: Jul 2 ·

Buyer: angel ruiz kayak24inc

Buyer paid date: Jul 2

Order number: 16-11764-83732

View order details

View tracking

Edit tracking



Delivered

GENERAC - 200 Amp Smart Switch Transfer Switch - 10000011659

View order details

View tracking

Item ID: 266876342137

Edit tracking

$600.00 Item subtotal
+ Shipping (buyer paid $98.73)
Sold on: Jul 2 ·
Buyer: Collette Warren cmwodaat
Buyer paid date: Jul 2
Order number: 14-11765-79288



Canceled

SOLAREDGE - FLD-1PH-HD-PRT-02, FLD Comm. Board PL for Inv. w/ HD-Wave Tech P&P

Relist

Item ID: 266801756983

$15.00 Item subtotal
+ Shipping (buyer paid $5.45)
Sold on: Jul 1 · Buyer: Ajay Arora ajar_1
Buyer paid date: Jul 1
Order number: 06-11771-49679



Delivered

ENPHASE - IQ8A Micro Inverter (IQ8A-72-2-US)

View order details

View tracking

Item ID: 266883384394

Edit tracking

$80.00 Item subtotal
+ Shipping (buyer paid $8.70)
Sold on: Jul 1 ·
Buyer: Michael Flicek mike38449
Buyer paid date: Jul 1
Order number: 27-11750-72741

Delivered

SIEMENS - Q235 - 35 Amp Circuit Breaker 2 Pole 120/240V 60Hz Type QP Q235

View order details

Item ID: 266803944582 · Quantity: 10

View tracking

Positive feedback received

Save up to 20% when you buy more

Edit tracking

$120.00 Item subtotal
+ Shipping (buyer paid $14.99)
Sold on: Jul 1 ·
Buyer: Ernie Rodriguez
mccelectricalsupply.ventura
Buyer paid date: Jul 1
Order number: 06-11770-07389



Delivered

ILSCO - PBTS-3-4 Insulated Multi-Tap Connector, 3 Tap, 4-14 Wire Size

View order details

Item ID: 266855701485 · Quantity: 28

View tracking

$420.00 Item subtotal
+ Shipping (buyer paid $26.30)
Sold on: Jul 1 ·
Buyer: Cameron Lanyk
old_comic_seller
Buyer paid date: Jul 1
Order number: 10-11765-56939

Edit tracking



**Refunded**

[ENPHASE - IQ8A Micro Inverter (IQ8A-72-2-US)](#)

Item ID: 266883384394 · Quantity: 2

Save up to 15% when you buy more

**$190.00** Item subtotal

+ Shipping (buyer paid $11.34)

Sold on: Jul 1 ·

Buyer: Val Steil bayrentsf

Buyer paid date: Jul 1

Order number: 21-11754-60111

ⓘ The return is now closed. View details

View return details ⌄

View tracking

Edit tracking

---



✅ **Delivered**

[ENPHASE - IQ8A Micro Inverter (IQ8A-72-2-US)](#)

Item ID: 266883384394

**$95.00** Item subtotal

+ Shipping (buyer paid $7.43)

Sold on: Jul 1 ·

Buyer: Jackie Augur jacau_3941

Buyer paid date: Jul 1

Order number: 01-11773-93397

View order details ⌄

View tracking

Edit tracking

---



✅ **Delivered**

[TESLA Internal Eaton Panelboard Kit PN1529623, GATEWAY 2/SOLAR 200A 6/12 120/240](#)

Item ID: 266649017770

**$50.00** Item subtotal

+ Shipping (buyer paid $8.29)

Sold on: Jul 1 ·

Buyer: Phil Nguyen ngphucok

Buyer paid date: Jul 1

Order number: 19-11756-43839

View order details ⌄

View tracking

Edit tracking

---

✅ **Delivered**

[GENERAC - 200 Amp ATS Switch - OL2911 COO KR XFRSW HSB 200A 2P 250V](#)

Item ID: 266855656766

**$300.00** Item subtotal

+ Shipping (buyer paid $9.95)

Sold on: Jul 1 ·

Buyer: Juan Almeida juaalmeid-7

Buyer paid date: Jul 1

Order number: 15-11759-09274

View order details ⌄

View tracking

Edit tracking

---

Items per page 200 ⌄

Payments > Payouts

# Payouts

Custom | Start: July 01, 2024 | End: July 31, 2024

Payout ID | Reset

Results: 1-13 of 13

| Payout date | Payout ID | Payout method | Status | Memo | A |
|---|---|---|---|---|---|
| Jul 31, 2024 02:27:11 | 6467922431 | BANK Cadence Bank *1927 | Funds sent | Funds usually arrive in 1-3 business days Bank reference ID BR63XPHQPCMSQ65 | |
| Jul 29, 2024 02:01:09 | 6464045279 | BANK Cadence Bank *1927 | Funds sent | Funds usually arrive in 1-3 business days Bank reference ID XMIINSKSZIDNF6L | |
| Jul 28, 2024 02:08:18 | 6463058231 | BANK Cadence Bank *1927 | Funds sent | Funds usually arrive in 1-3 business days Bank reference ID I6G4WKRE4FFJQ6H | |
| Jul 27, 2024 01:55:59 | 6461797487 | BANK Cadence Bank *1927 | Funds sent | Funds usually arrive in 1-3 business days Bank reference ID MJILPSFSRSJVF66 | |
| Jul 14, 2024 02:23:11 | 6442247255 | BANK Cadence Bank *1927 | Funds sent | Funds usually arrive in 1-3 business days Bank reference ID G6MZTFTUICQSS6D | |
| Jul 12, 2024 02:52:50 | 6438307127 | BANK Cadence Bank *1927 | Funds sent | Funds usually arrive in 1-3 business days Bank reference ID KUOKPMTGKDWWY69 | |
| Jul 9, 2024 03:33:03 | 6434095199 | BANK Cadence Bank *1927 | Funds sent | Funds usually arrive in 1-3 business days Bank reference ID NMCBSXRTDYSK36G | |
| Jul 8, 2024 03:26:11 | 6432591503 | BANK Cadence Bank *1927 | Funds sent | Funds usually arrive in 1-3 business days Bank reference ID SHH9DKET8W94V6B | |
| Jul 5, 2024 02:58:01 | 6428813543 | BANK Cadence Bank *1927 | Funds sent | Funds usually arrive in 1-3 business days Bank reference ID 7YP4EZQK2BZU86K | |
| Jul 4, 2024 03:19:06 | 6427509623 | BANK Cadence Bank *1927 | Funds sent | Funds usually arrive in 1-3 business days Bank reference ID 1DQCGUSCSVFWH6E | **$1** |
| Jul 3, 2024 03:06:51 | 6426324719 | BANK Cadence Bank *1927 | Funds sent | Funds usually arrive in 1-3 business days Bank reference ID KJFX8G0R4C50963 | |
| Jul 2, 2024 03:53:17 | 6424847687 | BANK Cadence Bank *1927 | Funds sent | Funds usually arrive in 1-3 business days Bank reference ID AKWTTRWRJI6MQ6D | |
| Jul 1, 2024 03:10:06 | 6423191423 | BANK Cadence Bank *1927 | Funds sent | Funds usually arrive in 1-3 business days Bank reference ID A09NQVLQC2PH96I | |

Results per p

Want to know more? See our Help and contact, or Join our community.

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Pri
AdChoice



# Wells Solar

## Transaction List by Vendor

### July 2024

| VENDOR | DATE | MEMO/DESCRIPTION | ACCOUNT FULL NAME | AMOUNT | TRANSACTION TYPE |
|---|---|---|---|---|---|
| **APPLECARD GSBANK WEB PAYMENT** | | | | | |
| APPLECARD GSBANK WEB PAYMENT | 07/01/2024 | Carl Wells Personal Compensation | Cadence Business Checking (1927) | -$1,000.00 | Expense |
| APPLECARD GSBANK WEB PAYMENT | 07/05/2024 | Carl Wells Personal Compensation | Cadence Business Checking (1927) | -$1,000.00 | Expense |
| APPLECARD GSBANK WEB PAYMENT | 07/11/2024 | Carl Wells Personal Compensation | Cadence Business Checking (1927) | -$1,000.00 | Expense |
| APPLECARD GSBANK WEB PAYMENT | 07/15/2024 | Carl Wells Personal Compensation | Cadence Business Checking (1927) | -$1,000.00 | Expense |
| APPLECARD GSBANK WEB PAYMENT | 07/26/2024 | Carl Wells Personal Compensation | Cadence Business Checking (1927) | -$1,000.00 | Expense |
| **Total for APPLECARD GSBANK WEB PAYMENT** | | | | **-$5,000.00** | |
| **eBay Shipping** | | | | | |
| eBay Shipping | 07/08/2024 | charged to bank account instead of eBay account balance | Cadence Business Checking (1927) | -$8.29 | Expense |
| eBay Shipping | 07/08/2024 | charged to bank account instead of eBay account balance | Cadence Business Checking (1927) | -$10.51 | Expense |
| **Total for eBay Shipping** | | | | **-$18.80** | |
| **Geico Auto Insurance** | | | | | |
| Geico Auto Insurance | 07/05/2024 | Auto Insurance for 1 Work Vehicle | Cadence Business Checking (1927) | -$381.03 | Expense |
| **Total for Geico Auto Insurance** | | | | **-$381.03** | |
| **Google** | | | | | |
| Google | 07/05/2024 | Cloud Storage, Email addresses | Cadence Business Checking (1927) | -$391.44 | Expense |
| **Total for Google** | | | | **-$391.44** | |
| **Intuit** | | | | | |
| Intuit | 07/29/2024 | Bookkeeping Software | Cadence Business Checking (1927) | -$213.20 | Expense |
| **Total for Intuit** | | | | **-$213.20** | |
| **Next Insurance Co** | | | | | |
| Next Insurance Co | 07/15/2024 | Tools & Equipment Insurance | Cadence Business Checking (1927) | -$166.50 | Expense |
| Next Insurance Co | 07/17/2024 | General Liability Insurance | Cadence Business Checking (1927) | -$98.49 | Expense |
| **Total for Next Insurance Co** | | | | **-$264.99** | |
| **Vanguard R&R Lease Co., Inc.** | | | | | |
| Vanguard R&R Lease Co., Inc. | 07/17/2024 | Work Vehicle Lease 2021 Ford F450 (7987) | Cadence Business Checking (1927) | -$1,513.77 | Expense |
| **Total for Vanguard R&R Lease Co., Inc.** | | | | **-$1,513.77** | |
| **WP Engine** | | | | | |
| WP Engine | 07/08/2024 | Website | Cadence Business Checking (1927) | -$31.98 | Expense |
| **Total for WP Engine** | | | | **-$31.98** | |
| | | | | **-$7,815.21** | |

 **COMPTROLLER.TEXAS.GOV**

 Menu

✓ Confirmation: You Have Filed Successfully

# Sales and Use Tax    Period Ending 07/31/2024 (2407)

**Taxpayer ID:** 32053093285

**User ID:** wellssolar

**Reference Number:** 23224212159

**Date and Time of Filing:**

08/19/2024, 12:24:56 PM

**Taxpayer Name:**

WELLS SOLAR & ELECTRICAL SERVICES LLC

**Taxpayer Address:**

3805 BEE CREEK RD SPICEWOOD , TX 78669-6596

**IP Address:** 70.112.148.51

**Entered By:** carl wells

**Email Address:**

accounts.payable@wellssolar.com

**Telephone Number:** (512) 767-0185

## CREDIT SUMMARY

### Credits Taken

Are you taking credit to reduce taxes due on this return?                                No

### Licensed Customs Broker Exported Sales

Did you refund sales tax for this filing period on items exported                      No
outside the United States based on a Texas Licenced Customs Broker
Export Certifications?

## LOCATION SUMMARY

| Loc # | Total Texas Sales | Taxable Sales | Taxable Purchases | Subject to State Tax (Rate .0625) | State Tax Due | Subject to Local Tax | Local Tax Rate | Local Tax Due |
|---|---|---|---|---|---|---|---|---|
| 00001 | 278 | 0.00 | 0.00 | 0.00 | 0.00 | List Filer | | |
| **SubTotal** | **278** | **0** | **0** | **0** | **0** | **0** | | **0** |

**Total Tax for Locations**                                                                  0.00

## LIST SUMMARY

| Jurisdiction | Jurisdiction Name | Amount Subject to Local Tax | Local Tax Rate | Local Tax Due |
|---|---|---|---|---|
| 2227016 | AUSTIN-CITY | 0.00 | 0.01000 | 0.00 |
| 3227999 | AUSTIN MTA | 0.00 | 0.01000 | 0.00 |

**Total Tax for List**                                                                        0.00

|  |  |
|---|---|
| Total Tax Due: | $0.00 |
| Balance Due: | $0.00 |
| Pending Payments: | - $0.00 |
| **Total Amount Due and Payable:** | **$0.00** |

( State amount due is $0.00 )   ( Local amount due is $0.00 )

# Wells Solar

## Profit and Loss

### July 2024

| | TOTAL |
|---|---|
| Income | |
| Sales | |
| Sales of Product Income | |
| Overstock Online Inventory Sales | 7,393.56 |
| **Total Sales of Product Income** | **7,393.56** |
| **Total Sales** | **7,393.56** |
| **Total Income** | **$7,393.56** |
| GROSS PROFIT | **$7,393.56** |
| Expenses | |
| Auto and Transport | |
| Work Vehicle Lease | |
| Vanguard Vehicle Lease Payments | |
| IN USE - 2021 Ford F450 (7987) Lease Vehicle | 1,513.77 |
| **Total Vanguard Vehicle Lease Payments** | **1,513.77** |
| **Total Work Vehicle Lease** | **1,513.77** |
| **Total Auto and Transport** | **1,513.77** |
| Carl Wells Personal Compensation | 5,000.00 |
| General and Admin Expenses | 213.20 |
| Shipping, Freight & Delivery | 18.80 |
| Subscriptions | 423.42 |
| **Total General and Admin Expenses** | **655.42** |
| Insurance | |
| Auto Insurance | 381.03 |
| General Liability Insurance | 264.99 |
| **Total Insurance** | **646.02** |
| **Total Expenses** | **$7,815.21** |
| NET OPERATING INCOME | **$ -421.65** |
| NET INCOME | **$ -421.65** |

40. Financial attachments

# Wells Solar

## Statement of Cash Flows

July 2024

| | TOTAL |
|---|---|
| OPERATING ACTIVITIES | |
|   Net Income | -421.65 |
|   Adjustments to reconcile Net Income to Net Cash provided by operations: | |
| **Net cash provided by operating activities** | **$ -421.65** |
| NET CASH INCREASE FOR PERIOD | **$ -421.65** |
| Cash at beginning of period | 4,380.28 |
| CASH AT END OF PERIOD | **$3,958.63** |

24-10193-cgb Doc#108

**Payments**

Date range: Jul 01, 2024–Jul 31, 2024

Generated: Aug 07, 2024

## Financial overview

| | |
|---|---:|
| Orders | $6,647.25 |
| Refunds | -$438.14 |
| Expenses | -$1,567.28 |
| Net transfers | -$4,791.00 |

## Transactions summary

| Orders | Debits | Credits | Net |
|---|---:|---:|---:|
| Subtotal | $0.00 | $6,647.25 | $6,647.25 |

| Refunds | Debits | Credits | Net |
|---|---:|---:|---:|
| Gross refunds | -$438.14 | $0.00 | -$438.14 |
| Gross claims | $0.00 | $0.00 | $0.00 |
| Gross payment disputes | $0.00 | $0.00 | $0.00 |
| Subtotal | -$438.14 | $0.00 | -$438.14 |

| Expenses | Debits | Credits | Net |
|---|---:|---:|---:|
| Fees | -$965.02 | $63.62 | -$901.40 |
| Transaction fees | -$965.02 | $63.62 | -$901.40 |
| Shipping labels | -$665.88 | $0.00 | -$665.88 |
| Donations | $0.00 | $0.00 | $0.00 |
| Subtotal | -$1,630.90 | $63.62 | -$1,567.28 |

| Net transfers | Debits | Credits | Net |
|---|---:|---:|---:|
| Charges | $0.00 | $18.80 | $18.80 |
| Payouts | -$4,809.80 | $0.00 | -$4,809.80 |
| Subtotal | -$4,809.80 | $18.80 | -$4,791.00 |



Region: USA

Tutorial

## Your seller level

Past seller level
As of Jun 20, 2024
Top Rated

Current seller level
As of Jul 20, 2024
Top Rated

If we evaluated you today
Next evaluation on Aug 20, 2024
Your seller level would be
Top Rated

Transaction defect rate — 0.33%
1 of 301 transactions

Late shipment rate — 0.33%
1 of 301 transactions

Cases closed without seller resolution — 0.00%
0 of 301 transactions

Tracking uploaded on time and validated — 99.58%
236 of 237 transactions

Transactions and sales — 301
transactions
$36,249.99
sales

See monthly breakdown

Hi Carl! ∨  **Daily Deals**  **Brand Outlet**  **Gift Cards**  **Help & Contact**      Sell  Watchlist ∨  My eBay ∨

ebay  Shop by category ∨      Search for anything    All Categories ∨    **Search**

# My eBay Active

Activity | Messages | Account                                wses-tx ( 148 ⭐ )

Summary

Recently viewed

Buying ∧
  Bids/Offers
  eBay Bucks
  Purchase History

Watch list

Saved ∧
  Saved searches
  Saved sellers

Selling ∧
  Overview
  Sell an item
  Drafts
  Scheduled
  **Active**
  Orders
  Unsold
  Payments
  Shipping labels

## Active

Sort: Newly listed ∨

[ All (200) ]  [ Unanswered messages (5) ]  [ Missing recommended item specifics (163) ]  [ Promoted Listings eligi... ]

---

**Promote it**
Boost your item's visibility to help it sell faster                    **Promote listing**

SS2-50P - 50 AMP Generator Power Inlet Box - Outdo...        [ Sell similar ▾ ]
Item ID: 266939916937 · Qty: 2
**$50.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 30d 23h
                                                    0 Views        0 Watchers

---

**Promote it**
Boost your item's visibility to help it sell faster                    **Promote listing**

SQUARE D - (1) B075 - B HUB 3/4 In. Conduit Electrica...      [ Sell similar ▾ ]
Item ID: 266939897379 · Qty: 5
**$9.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 30d 22h
                                                    0 Views        0 Watchers

---

**Promote it**
Boost your item's visibility to help it sell faster                    **Promote listing**

EATON - (1) TICSR300 CSR/CSH/BWH TERMINAL INS...       [ Sell similar ▾ ]
Item ID: 266939890325 · Qty: 5
**$15.00** Buy It Now
+ Shipping
Listing renews in 30d 22h
                                                    0 Views        0 Watchers

---

**Promote it**
Boost your item's visibility to help it sell faster                    **Promote listing**

BURNDY - BIT-4 - #14AWG-#4AWG - AL9CU - Insulat...       [ Sell similar ▾ ]
Item ID: 266939887659 · Qty: 10
**$10.00** Buy It Now

+ Shipping
Listing renews in 30d 22h

**0** Views    **0** Watchers

---

**Promote it**
Boost your item's visibility to help it sell faster

**Promote listing**



EATON Cutler Hammer - (1) CH125RB - CH Breaker Ho...
Item ID: 266939884560 · Qty: 20
**$10.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 30d 22h

**Sell similar** ⌄

**0** Views    **0** Watchers

---

**Promote it**
Boost your item's visibility to help it sell faster

**Promote listing**

BRIDGEPORT - (1) 251-SRT 3/4" EMT Compression Co...
Item ID: 266939873423 · Qty: 10
**$2.50** Buy It Now
Or best offer
+ Shipping
Listing renews in 30d 22h

**Sell similar** ⌄

**0** Views    **0** Watchers

---

**Promote it**
Boost your item's visibility to help it sell faster

**Promote listing**

BRIDGEPORT- (1) 251-RT2 - RAINTIGHT EMT CONNEC...
Item ID: 266939074427 · Qty: 6
**$4.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 30d 9h

**Sell similar** ⌄

**0** Views    **0** Watchers

---

**Promote it**
Boost your item's visibility to help it sell faster

**Promote listing**

BRIDGEPORT - (1) 261-RT RAINTIGHT EMT COUPLING ...
Item ID: 266939068494 · Qty: 14
**$1.50** Buy It Now
Or best offer
+ Shipping
Listing renews in 30d 9h

**Sell similar** ⌄

**0** Views    **0** Watchers

---

**Promote it**
Boost your item's visibility to help it sell faster

**Promote listing**

BRIDGEPORT - (1) 262-RT 1 INCH RAINTIGHT EMT CO...
Item ID: 266939056924 · Qty: 45
**$2.50** Buy It Now
Or best offer
+ Shipping
Listing renews in 30d 9h

**Sell similar** ⌄

**0** Views    **0** Watchers



**Promote it**
Boost your item's visibility to help it sell faster
Promote listing

BRIDGEPORT - (1) 382-DC Insulated Grounding Bushi...
Item ID: 266939045998 · Qty: 20
**$5.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 30d 8h

Sell similar
0 Views | 0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster
Promote listing

BRIDGEPORT - (1) 2 SCREW NM-B CONNECTOR 650-...
Item ID: 266939035795 · Qty: 20
**$6.00** Buy It Now
+ Shipping
Listing renews in 30d 8h

Sell similar
0 Views | 0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster
Promote listing

PV CONNECTOR (1) Terminator Cap for Q Cable ends ...
Item ID: 266939005601 · Qty: 20
**$10.00** Buy It Now
+ Shipping
Listing renews in 30d 8h

Sell similar
0 Views | 0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster
Promote listing

PV CONNECTOR Terminator Cap for Q Cable ends. Q...
Item ID: 266938994354 · Qty: 2
**$90.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 30d 8h

Sell similar
0 Views | 0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster
Promote listing

HOFFMAN - (1) 59750 Hole Seal 1-1/2 Inch Type 4. 3R, ...
Item ID: 266938980461 · Qty: 5
**$12.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 30d 8h

Sell similar
0 Views | 0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster
Promote listing

BURNDY - (1 Tap) YGHC2C2 2Str Compression Grou...

Sell similar

8/7/24, 3:24 PM



$15.00 Buy It Now
Or best offer
+ Shipping
Listing renews in 30d 7h

Item ID: 266938938932 · Qty: 1

0 Views    0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

HAYDON - (1) 72085 N-820 1/4 EG Grip Nut Regular S...
Item ID: 266938510616 · Qty: 50
$1.00 Buy It Now
Or best offer
+ Shipping
Listing renews in 30d

Sell similar

0 Views    0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

Offer sent to buyers
SOLAREDGE - 25ft - EV Car Charger Cord & Holder O...
Item ID: 266938496903
$300.00 Buy It Now
Or best offer
+ Shipping
Listing renews in 30d

Sell similar

1 View    1 Watcher

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

BRIDGEPORT-(1) REDUCING WASHER-CatNo. 1068 - 1...
Item ID: 266938440573 · Qty: 20
$1.00 Buy It Now
Or best offer
+ Shipping
Listing renews in 29d 23h

Sell similar

0 Views    0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

BRIDGEPORT-(1) REDUCING WASHER-CatNo. 1065 - 1...
Item ID: 266938438209 · Qty: 40
$1.00 Buy It Now
Or best offer
+ Shipping
Listing renews in 29d 23h

Sell similar

0 Views    0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing



BRIDGEPORT-(1) REDUCING WASHER-CatNo. 1078 - ...

Item ID: 266938434025 · Qty: 40

**$1.50** Buy It Now

Or best offer

+ Shipping

Listing renews in 29d 23h

Sell similar

0 Views  0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing



BRIDGEPORT-(1) REDUCING WASHER-CatNo. 1077 - ...

Item ID: 266938421604 · Qty: 40

**$1.50** Buy It Now

Or best offer

+ Shipping

Listing renews in 29d 23h

Sell similar

0 Views  0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing



BRIDGEPORT- (1) REDUCING WASHER- Cat No. 1070 1...

Item ID: 266938417539 · Qty: 25

**$1.50** Buy It Now

Or best offer

+ Shipping

Listing renews in 29d 23h

Sell similar

0 Views  0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing



BRIDGEPORT- (1) REDUCING WASHER- No. 1079 -2 1/...

Item ID: 266938413793 · Qty: 40

**$2.50** Buy It Now

Or best offer

+ Shipping

Listing renews in 29d 22h

Sell similar

0 Views  0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

BRIDGEPORT - (1) REDUCING WASHER- Cat No. 1074 ...

Item ID: 266938408190 · Qty: 40

**$1.50** Buy It Now

Or best offer

+ Shipping

Listing renews in 29d 22h

Sell similar

0 Views  0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing



BRIDGEPORT - (1) R... DING WASHER - Cat No. 1072...
Item ID: 266938404410 · Qty: 75
**$1.50** Buy It Now
Or best offer
+ Shipping
Listing renews in 29d 22h

Sell similar

0 Views · 0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

RACO - (1) 2904RT - Compression Connector, 1" Con...
Item ID: 266938393554 · Qty: 100
**$3.00** Buy It Now
+ Shipping
Listing renews in 29d 22h

Sell similar

1 View · 0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

RACO - (1) 2924RT 1" Emt Compression Conduit Cou...
Item ID: 266938387348 · Qty: 30
**$1.50** Buy It Now
+ Shipping
Listing renews in 29d 22h

Sell similar

0 Views · 0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

ENPHASE PN: 880-00231 - Enphase IQ Envoy - Model ...
Item ID: 266938366550 · Qty: 2
**$350.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 29d 21h

Sell similar

4 Views · 0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

Offer sent to buyers
TESLA - (1) Backup Gateway 2 PN: 1232100 -00-E for S...
Item ID: 266934430289 · Qty: 4
**$600.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 26d 22h

Sell similar

28 Views · 2 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing



SQUARE D - QOM2200VH - 200 Amps 2 Poles 120/2...
Item ID: 266901453906
**$70.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 4d 7h

Sell similar

1 View    0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

SQUARE D - QOM2125VH - 125 Amps 2 Poles 120/24...
Item ID: 266901449163
**$65.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 4d 7h

Sell similar

3 Views    0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

TESLA -Neurio W1-MODBUS-TESLA 1112484-02-A, Kit,...
Item ID: 266901432251 · Qty: 3
**$75.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 4d 7h

Sell similar

48 Views    2 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

GENERAC - 50A Transfer Switch - 0K8904 COO KR X...
Item ID: 266893749564
**$175.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 30d 1h

Sell similar

36 Views    2 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

50 amp generator cord 10ft - DE - nema ss2-50
Item ID: 266883391648
**$90.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 22d 3h

Sell similar

0 Views    0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing



OUTBACK POWER - FNR-125-300VDC - Breaker 125 A...
Item ID: 266883362052 · Qty: 2
**$65.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 22d 2h

Sell similar

0 Views   0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

KWIKFLEX - LTS10 - 1/2" Liquidtight Nonmetallic Strai...
Item ID: 266883355805 · Qty: 24
**$5.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 22d 2h

Sell similar

0 Views   0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

SQUARE D - HOMT2020240 - Circuit Breaker 120...
Item ID: 266883285421
**$20.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 22d 1h

Sell similar

6 Views   0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

GENERAL ELECTRIC - GEJ5140 R03 0808 GE Lug Kit ...
Item ID: 266883174219 · Qty: 6
**$10.00** Buy It Now
+ Shipping
Listing renews in 22d

Sell similar

0 Views   0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

HUBBELL RACO 1214, 1" Conduit Bushing W/ Ground ...
Item ID: 266883142505
**$10.00** Buy It Now
+ Shipping
Listing renews in 22d

Sell similar

0 Views   0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing



EATON BRHDK125 Series BR Retainer Bracket 200A ...

Item ID: 266883122221 · Qty: 5

**$10.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 22d

1 View

0 Watchers

---

**Promote it**
Boost your item's visibility to help it sell faster

**Promote listing**

COMMERCIAL ELECTRIC - Weatherproof Round Cov...

Item ID: 266882909923 · Qty: 2

**$5.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 21d 22h

0 Views

0 Watchers

---

**Promote it**
Boost your item's visibility to help it sell faster

**Promote listing**

SIEMENS - Q2125 - 125 Amp 2 Pole Type QP Circuit B...

Item ID: 266882894815

**$45.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 21d 22h

6 Views

0 Watchers

---

**Promote it**
Boost your item's visibility to help it sell faster

**Promote listing**

SIEMENS - MBK100A - 100A Riser Main Breaker Kit 2 p...

Item ID: 266882886246

**$60.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 21d 22h

4 Views

1 Watcher

---

**Promote it**
Boost your item's visibility to help it sell faster

**Promote listing**

EATON - BR2125 Circuit Breaker 125 Amp 2 Pole 120/2...

Item ID: 266869449455

**$65.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 13d 2h

2 Views

0 Watchers

---

**Promote it**
Boost your item's visibility to help it sell faster

**Promote listing**



EATON - BR2100 Circuit Breaker 100 Amp 2 Pole 120/...

Item ID: 266869447869
**$55.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 13d 2h

Sell similar

0 Views    0 Watchers

---

**Promote it**
Boost your item's visibility to help it sell faster

**Promote listing**

EATON - BR250 Circuit Breaker 50 Amp 2 Pole 120/2...

Item ID: 266869442604 · Qty: 2
**$20.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 13d 2h

Sell similar

0 Views    0 Watchers

---

**Promote it**
Boost your item's visibility to help it sell faster

**Promote listing**

EATON - BR245 Circuit Breaker 45 Amp 2 Pole 120/24...

Item ID: 266869439156
**$20.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 13d 2h

Sell similar

1 View    0 Watchers

---

**Promote it**
Boost your item's visibility to help it sell faster

**Promote listing**

SQUARE D - (1) HOM235 - 35A Plug On Circuit Breake...

Item ID: 266869363295 · Qty: 5
**$20.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 13d

Sell similar

0 Views    0 Watchers

---

**Promote it**
Boost your item's visibility to help it sell faster

**Promote listing**

SQUARE D - HOM2100 Homeline 100A 2 Pole 120/24...

Item ID: 266869284149
**$45.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 12d 23h

Sell similar

3 Views    0 Watchers

---

**Promote it**
Boost your item's visibility to help it sell faster

**Promote listing**



EATON - CH315 -Type CHB - 15 Amp - Circuit Breaker ...

Item ID: 266869093426

**$100.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 12d 21h

**4** Views    **0** Watchers

**Promote it**
Boost your item's visibility to help it sell faster

**Promote listing**

SQUARE D - Q0220 Circuit Breaker 20 Amp 2 ...

Item ID: 266869050170

**$10.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 12d 20h

**6** Views    **0** Watchers

**Promote it**
Boost your item's visibility to help it sell faster

**Promote listing**

SQUARE D - HOM115CP - 15 Amp - Circuit Breaker - 1 ...

Item ID: 266861157833

**$10.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 7d 8h

**1** View    **0** Watchers

**Promote it**
Boost your item's visibility to help it sell faster

**Promote listing**

SQUARE D - QO115 - 15 Amp 1 Pole Circuit Breaker 12...

Item ID: 266860862528

**$12.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 7d 4h

**1** View    **0** Watchers

**Promote it**
Boost your item's visibility to help it sell faster

**Promote listing**

SQUARE D - QO120 - 20 Amp 1 Pole Circuit Breaker 12...

Item ID: 266860730254

**$12.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 7d 1h

**1** View    **0** Watchers

**Promote it**
Boost your item's visibility to help it sell faster

**Promote listing**

TESLA Zep Tool (I) Zep Solar - Solar Fastener Tool/Ha...

Item ID: 268859321215
**$450.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 6d 1h

16 Views · 0 Watchers

**Sell similar**

---

**Promote it**
Boost your item's visibility to help it sell faster

**Promote listing**

BRIDGEPORT - 2120 Conduit Hangers for 1" Rigid/IM...

Item ID: 268856166252 · Qty: 5
**$10.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 4d 10h

0 Views · 0 Watchers

**Sell similar**

---

**Promote it**
Boost your item's visibility to help it sell faster

**Promote listing**

Offer sent to buyers
SOLAREDGE - SECT-SPL-225A-T-20-1 Slim CT, 225A, ...

Item ID: 268856045315 · Qty: 2
**$75.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 4d 8h

32 Views · 1 Watcher

**Sell similar**

---

**Promote it**
Boost your item's visibility to help it sell faster

**Promote listing**

BRIDGEPORT - 1313B - 1-1/4", "1 1/2, 2" - GROUNDING ...

Item ID: 268856029170 · Qty: 10
**$7.00** Buy It Now
+ Shipping
Listing renews in 4d 8h

2 Views · 0 Watchers

**Sell similar**

---

**Promote it**
Boost your item's visibility to help it sell faster

**Promote listing**

UNISTRUT - P-1214 - 1-1/4" UNIV - PS1300 (LOT OF 10, 1...

Item ID: 268856002110 · Qty: 10
**$10.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 4d 7h

1 View · 0 Watchers

**Sell similar**

---

**Promote it**
Boost your item's visibility to help it sell faster

**Promote listing**

SQUARE D - HOM260 - 60A Plug On Circuit Breaker - ...

Item ID: 268855966771
**$20.00** Buy It Now
Or best offer
+ Shipping

0

**Sell similar**

Listing renews in 4d 7h

0
Views

0
Watchers

**Promote it**
Boost your item's visibility to help it sell faster

**Promote listing**

SQUARE D - (1) HOM240 - 40A Plug On Circuit Breake...

Item ID: 266855952001 · Qty: 2

**$20.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 4d 6h

Sell similar

1
View

0
Watchers

**Promote it**
Boost your item's visibility to help it sell faster

**Promote listing**

BURNDY - BIBD-250-3 MULTIPLE WIRE TERMINAL #10...

Item ID: 266855707317 · Qty: 2

**$30.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 4d 3h

Sell similar

1
View

0
Watchers

**Promote it**
Boost your item's visibility to help it sell faster

**Promote listing**

ILSCO - KUPLER - IPC 4/0-#6 Cu9AL 600V Wire Con...

Item ID: 266855684911 · Qty: 2

**$18.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 4d 2h

Sell similar

0
Views

0
Watchers

**Promote it**
Boost your item's visibility to help it sell faster

**Promote listing**

GE - THQL2120 - 20 Amp Circuit Breaker - General E...

Item ID: 266851121438

**$20.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 23h 8m

Sell similar

1
View

0
Watchers

**Promote it**
Boost your item's visibility to help it sell faster

**Promote listing**

GE - THQL2130 - 30 Amp Circuit Breaker - General E...

Item ID: 266851117330 · Qty: 5

**$18.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 23h 3m

Sell similar

0
Views

0
Watchers







**Promote it**
Boost your item's visibility to help it sell faster
Promote listing

GE - THQP230 - 30 Amp Circuit Breaker - 2 Pole Gen...
Item ID: 266851112614 · Qty: 5
**$15.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 22h 55m

Sell similar
0 Views | 0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster
Promote listing

GE - THQP235 - 35 Amp Circuit Breaker - 2 Pole - Ge...
Item ID: 266851111058 · Qty: 8
**$15.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 22h 52m

Sell similar
0 Views | 0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster
Promote listing

GE - THQP240 - 40 Amp Circuit Breaker - 2 Pole Gen...
Item ID: 266851108947 · Qty: 4
**$15.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 22h 48m

Sell similar
1 View | 0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster
Promote listing

EATON - CHF120 20 Amp Circuit Breaker SWD 1 Pole 1...
Item ID: 266840496946 · Qty: 7
**$10.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 25d

Sell similar
0 Views | 0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster
Promote listing

EATON - BR230 Circuit Breaker 30 Amp 2 Pole 120/24...
Item ID: 266838192028
**$18.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 23d 4h

Sell similar
0 Views | 0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster
Promote listing

EATON - CL235 - 35 Amp 2 Pole 120/240V Circuit Bre...
Item ID: 266838187115
**$20.00** Buy It Now
+ Shipping
Listing renews in 23d 4h

Sell similar

**0** Views   **0** Watchers

---

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

EATON - CHF215 Amp Circuit Breaker 2 Pole 120/240...
Item ID: 266838153888 · Qty: 3
**$20.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 23d 4h

Sell similar

**0** Views   **0** Watchers

---

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

NEW NETGEAR WiFi Range Extender EX2800 - ...
Item ID: 266836840767
**$15.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 22d 6h

Sell similar

**1** View   **0** Watchers

---

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

EATON - BR240 Circuit Breaker 40 Amp 2 Pole 120/2...
Item ID: 266833522985
**$18.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 20d

Sell similar

**1** View   **0** Watchers

---

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

EATON - CHF240 - 40 Amp Circuit Breaker 2 Pole 120...
Item ID: 266833349120 · Qty: 3
**$15.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 19d 21h

Sell similar

**0** Views   **0** Watchers

---

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

Warning Electric Shock Hazard - Sticker / Label - 4" X...

Item ID: 266831636213 · Qty: 4

**$10.00** Buy It Now

Or best offer

+ Shipping

Listing renews in 18d 21h

Sell similar

2 Views | 1 Watcher

---

**Promote it**

Boost your item's visibility to help it sell faster

Promote listing

Caution Solar Sticker Label - 4" X 4" for Solar (Lot of 1...

Item ID: 266831621787 · Qty: 3

**$10.00** Buy It Now

Or best offer

+ Shipping

Listing renews in 18d 21h

Sell similar

2 Views | 0 Watchers

---

**Promote it**

Boost your item's visibility to help it sell faster

Promote listing

Offer sent to buyers

CHEMLINK - F1212 Universal General Purpose Sealant...

Item ID: 266831605015 · Qty: 10

**$5.00** Buy It Now

+ Shipping

Listing renews in 18d 21h

Sell similar

3 Views | 1 Watcher

---

**Promote it**

Boost your item's visibility to help it sell faster

Promote listing

PV Meter Revenue Meter - Sticker / Label - 4" X 4" for...

Item ID: 266830941271 · Qty: 7

**$10.00** Buy It Now

Or best offer

+ Shipping

Listing renews in 18d 11h

Sell similar

0 Views | 0 Watchers

---

**Promote it**

Boost your item's visibility to help it sell faster

Promote listing

GENERAC - 0F8869D - KEY VISE-ACTION LATCH SL...

Item ID: 266830802497

**$12.00** Buy It Now

Or best offer

+ Shipping

Listing renews in 18d 9h

Sell similar

3 Views | 0 Watchers

---

**Promote it**

Boost your item's visibility to help it sell faster

Promote listing





GENERAC - OIL FILTER - 070185ES - 90 LOGO ORN...
Item ID: 266830800032 · Qty: 2
**$13.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 18d 8h

1 View          0 Watchers

Sell similar

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

GENERAC - 0E9371AS Air Filter For Evolution S...
Item ID: 266830777792
**$12.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 18d 8h

0 Views          0 Watchers

Sell similar

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

IMO FireRaptor FRS-ESW1-24 Emergency Rapid Shut...
Item ID: 266830733669
**$105.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 18d 7h

0 Views          0 Watchers

Sell similar

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

First Alert BRACKET2 Fire Extinguisher Bracket - NEW...
Item ID: 266830720529 · Qty: 6
**$10.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 18d 7h

5 Views          0 Watchers

Sell similar

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

OATEY - (l) No-Calk Solar Roof Flashing 11830 1/2" - 3...
Item ID: 266830699333 · Qty: 4
**$8.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 18d 6h

2 Views          0 Watchers

Sell similar

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

EZ Solar JB-2 Tile Rooftop PV Junction Box

Item ID: 266828969527

**$50.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 17d 4h

Sell similar

4 Views | 0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

SOLAREDGE Cellular GSM Plug-In Kit Sim Card, 5yr p...

Item ID: 266827710729 · Qty: 96

**$50.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 16d 9h

Sell similar

17 Views | 5 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

NVENT HOFFMAN - ASE8X8X4NK - 43330 - SCR CV...

Item ID: 266827429721

**$20.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 16d 5h

Sell similar

0 Views | 0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

NVENT HOFFMAN - 13491 - A12R124NK - Norma Type ...

Item ID: 266827417044 · Qty: 2

**$50.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 16d 5h

Sell similar

0 Views | 0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

Offer sent to buyers
EZ Solar JB-1.2 Asphalt Shingle Rooftop PV Junction ...

Item ID: 266825852807 · Qty: 2

**$40.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 15d 8h

Sell similar

10 Views | 0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

MILBANK - U7487-RL-TG-KK - 125A 4T RL OU -...

Item ID: 266825673240

**$75.00** Buy It Now
Or best offer
+ Shipping

0







Listing renews in 15d 7h

0 Views | Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

[MILBANK - (1) U4738-X-2K3-AE - 320A 4T RL STUD H...]

Item ID: 266825619818
**$800.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 15d 6h

Sell similar

0 Views | 0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

[GE - 100 Amp Safety Switch - TGN3323R 3 Pole Gene...]

Item ID: 266825553109 · Qty: 3
**$250.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 15d 5h

Sell similar

1 View | 0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

[GENERAC - Fuel Regulator - 0G7581 COO TW ASSY ...]

Item ID: 266823515962
**$260.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 14d 6h

Sell similar

13 Views | 0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

[GENERAC - Fuel Regulator - 0L6733B COO US ASSY ...]

Item ID: 266823514390
**$260.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 14d 6h

Sell similar

1 View | 0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

[GENERAC - Fuel Regulator - 0J8312 2OO CN ASSY P...]

Item ID: 266823346566
**$260.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 14d 4h

Sell similar

2 Views | 0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster
Promote listing

GENERAC - 100 Amp - ATS Switch - OL2910 COO KR ...
Item ID: 266823079091
**$350.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 14d 2h
Sell similar
20 Views | 1 Watcher

**Promote it**
Boost your item's visibility to help it sell faster
Promote listing

EATON - CSR2150N - CSR 25k - 150 Amps 2 Pole 120/...
Item ID: 266822765505 · Qty: 2
**$150.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 13d 21h
Sell similar
1 View | 0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster
Promote listing

EATON - CSR2200N - CSR 25k - 200 Amps 2 Pole 120...
Item ID: 266822759128 · Qty: 2
**$125.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 13d 21h
Sell similar
1 View | 0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster
Promote listing

EATON - (1) CHF230 Circuit Breaker 30 Amp 2 Pole C...
Item ID: 266821901631 · Qty: 4
**$20.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 13d 6h
Sell similar
1 View | 0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster
Promote listing

EATON - (1) CHF220 Circuit Breaker 20 Amp 2 Pole C...
Item ID: 266821897169 · Qty: 6
**$18.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 13d 6h
Sell similar
0 Views | 0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster
Promote listing

LITTLEFUSE - (I) POWR-GARD TIME DELAY FLNR 150A...
Item ID: 266821878466
**$25.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 13d 6h

Sell similar

0 Views    0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

PEGASUS SOLAR - 3/8" T-Bolt - Serrated Flange Nut -...
Item ID: 266821809379
**$45.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 13d 4h

Sell similar

3 Views    0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

EATON - CSR225N - CSR 25k - 2 Pole Circuit Breaker ...
Item ID: 266821796623
**$105.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 13d 4h

Sell similar

2 Views    0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

ILSCO KUPLER - (2) IPC500-250, Cu9AL 600V, Insula...
Item ID: 266821788273
**$50.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 13d 4h

Sell similar

0 Views    0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

ARLINGTON - NMLT100 - Straight PVC Liquid Tight C...
Item ID: 266821328705
**$25.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 12d 22h

Sell similar

0 Views    0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing



BRIDGEPORT - 141 - 1/2" STEEL SEALING LOCKNUT (1...
Item ID: 268821323081
**$35.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 12d 22h

Sell similar

0 Views    0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

SOUTHWIRE - (1) MEIBB Bonding Bridge 12" .5" 6 Ter...
Item ID: 268821312942
**$15.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 12d 22h

Sell similar

1 View    0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

STEEL CITY - 1 1/4" Squeeze Connector Straight - 1 Bo...
Item ID: 268821300336
**$25.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 12d 22h

Sell similar

0 Views    0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

TRENDNET - TPL-406E2K - Powerline 500AV Nano Ad...
Item ID: 268821278217
**$20.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 12d 21h

Sell similar

0 Views    0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

UNIRAC - 302029D - SM BND MIDCLAMP DK DRK SS...
Item ID: 268820561371
**$100.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 12d 8h

Sell similar

0 Views    0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing





GE - Circuit Breaker - THQMV200E Amps 200 - 120/2...

Item ID: 266820488340 · Qty: 2

**$125.00** Buy It Now

Or best offer

+ Shipping

Listing renews in 12d 7h

Sell similar

3 Views | 0 Watchers

**Promote it**

Boost your item's visibility to help it sell faster

Promote listing

HEYCO - Critter Guard - Sunscreen 6" PVC COATED ...

Item ID: 266816230763

**$30.00** Buy It Now

Or best offer

+ Shipping

Listing renews in 9d 8h

Sell similar

0 Views | 0 Watchers

**Promote it**

Boost your item's visibility to help it sell faster

Promote listing

J&D - (2) Split Core Current Transformers - 75Amps - ...

Item ID: 266816224841 · Qty: 2

**$50.00** Buy It Now

Or best offer

+ Shipping

Listing renews in 9d 8h

Sell similar

0 Views | 0 Watchers

**Promote it**

Boost your item's visibility to help it sell faster

Promote listing

EVEREST - CR MC Dark, 30-47mm, 13mm Hex PN:40...

Item ID: 266816220608

**$38.00** Buy It Now

Or best offer

+ Shipping

Listing renews in 9d 8h

Sell similar

1 View | 0 Watchers

**Promote it**

Boost your item's visibility to help it sell faster

Promote listing

BRIDGEPORT: C-42CG, 3/4" Aluminum Conduit Bod...

Item ID: 266814250634 · Qty: 2

**$55.00** Buy It Now

Or best offer

+ Shipping

Listing renews in 8d 6h

Sell similar

0 Views | 0 Watchers

**Promote it**

Boost your item's visibility to help it sell faster

Promote listing

BRIDGEPORT LB-4400G, 1/4" Aluminum LB Conduit ...
Item ID: 266814239651 · Qty: 2
**$25.00**  Buy It Now
Or best offer
+ Shipping
Listing renews in 8d 6h

**0** Views    **0** Watchers

**Promote it**
Boost your item's visibility to help it sell faster
**Promote listing**

S-5! (10) S-5-U - U11-B-16-E - U3M8438200T - CL...
Item ID: 266814193319
**$40.00**  Buy It Now
Or best offer
+ Shipping
Listing renews in 8d 5h

**1** View    **0** Watchers

**Promote it**
Boost your item's visibility to help it sell faster
**Promote listing**

SOLAR ROOF JACK (1) Kit -Plumbing/Attic Vent New i...
Item ID: 266814178327
**$35.00**  Buy It Now
Or best offer
+ Shipping
Listing renews in 8d 5h

**13** Views    **1** Watcher

**Promote it**
Boost your item's visibility to help it sell faster
**Promote listing**

ARLINGTON (1) NMLT905 1/2" Connector 90 Degree ...
Item ID: 266814117257 · Qty: 8
**$7.00**  Buy It Now
Or best offer
+ Shipping
Listing renews in 8d 4h

**14** Views    **0** Watchers

**Promote it**
Boost your item's visibility to help it sell faster
**Promote listing**

ENPHASE - (1) CT-200-SPLIT 200A Consumption Moni...
Item ID: 266814042274 · Qty: 2
**$10.00**  Buy It Now
Or best offer
+ Shipping
Listing renews in 8d 2h

**7** Views    **0** Watchers

**Promote it**
Boost your item's visibility to help it sell faster
**Promote listing**



FIRERAPTOR - PV Rapid Shutdown System Equipmen...
Item ID: 266814006056 · Qty: 12
**$50.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 8d 1h

**Sell similar**

0 Views    0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

**Promote listing**

GENERAC - PN: G022129 Washer Lock M8-5/16 - Ge...
Item ID: 266812751181 · Qty: 2
**$5.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 7d 6h

**Sell similar**

0 Views    0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

**Promote listing**

CONDUIT BODY - EATON - (1) with Cover 3/4" LB - vol...
Item ID: 266812576504 · Qty: 5
**$8.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 7d 2h

**Sell similar**

0 Views    0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

**Promote listing**

CONDUIT BODY - 1" - LB3CG BIZLINE-BZLOLB3CG-O...
Item ID: 266812539891
**$12.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 7d 2h

**Sell similar**

0 Views    0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

**Promote listing**

CONDUIT BODY - 1 1/4" - LB4CG BIZLINE-BZLOLB4C...
Item ID: 266812523588
**$15.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 7d 2h

**Sell similar**

0 Views    0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

**Promote listing**



ILSCO (1) PBTD-2-250  Insulated Multi-Tap Connecto...
Item ID: 266812351302
$20.00  Buy It Now
Or best offer
+ Shipping
Listing renews in 7d 1h

Sell similar

0 Views    0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

ILSCO (1) PBTD-4-350 350 Insulated Multi-Tap Conne...
Item ID: 266812346899 · Qty: 3
$65.00  Buy It Now
Or best offer
+ Shipping
Listing renews in 7d 1h

Sell similar

2 Views    0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

BUSSMAN FUSETRON - (4) FRN-R-20 Fuses 20 Amp 2...
Item ID: 266812109930
$15.00  Buy It Now
Or best offer
+ Shipping
Listing renews in 6d 20h

Sell similar

0 Views    0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

BUSSMAN FUSETRON - (1) FRN-R-30 Fuse 30Amp 25...
Item ID: 266812108646 · Qty: 9
$6.00  Buy It Now
Or best offer
+ Shipping
Listing renews in 6d 20h

Sell similar

2 Views    0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

BUSSMAN FUSETRON - (1) FRN-R-40 Fuse 40Amp 25...
Item ID: 266812106637 · Qty: 2
$8.00  Buy It Now
+ Shipping
Listing renews in 6d 20h

Sell similar

0 Views    0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing



EDISON - (1) ECNR70 - 70 Amp 70A - 250VAC/125VD...

Item ID: 266812102127

**$18.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 6d 20h

0 Views    0 Watchers

Sell similar

---

**Promote it**
Boost your item's visibility to help it sell faster

**Promote listing**

FERRAZ SHAWMUT TRIONIC - (1) TR70RID Fuses - 70...

Item ID: 266812097073

**$18.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 6d 20h

1 View    0 Watchers

Sell similar

---

**Promote it**
Boost your item's visibility to help it sell faster

**Promote listing**

FERRAZ SHAWMUT TRIONIC - (2) TRS70RID Fuses - 7...

Item ID: 266811305905

**$45.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 6d 9h

1 View    0 Watchers

Sell similar

---

**Promote it**
Boost your item's visibility to help it sell faster

**Promote listing**

FERRAZ SHAWMUT TRIONIC - (2) TRS25RID Fuses - 2...

Item ID: 266811302540

**$35.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 6d 8h

0 Views    0 Watchers

Sell similar

---

**Promote it**
Boost your item's visibility to help it sell faster

**Promote listing**

Solaredge RS485 / SE1000-RS485-IF-NA Plug-in Exp...

Item ID: 266809612124 · Qty: 2

**$45.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 5d 5h

7 Views    0 Watchers

Sell similar

---

**Promote it**
Boost your item's visibility to help it sell faster

**Promote listing**



BULLET (2) ECSR300 Fuses 250V 300A Class ...

Item ID: 266809520089

**$125.00** Buy It Now

+ Shipping

Listing renews in 5d 3h

Sell similar

**1** View    **0** Watchers

---

**Promote it**
Boost your item's visibility to help it sell faster

**Promote listing**

BULLET (2) ECNR400 Fuses 250V 400A Class ...

Item ID: 266809515931

**$200.00** Buy It Now

Or best offer

+ Shipping

Listing renews in 5d 3h

Sell similar

**0** Views    **0** Watchers

---

**Promote it**
Boost your item's visibility to help it sell faster

**Promote listing**

FERRAZ SHAWMUT TRI-ONIC - (1) TR110RID - 150...

Item ID: 266809512107 · Qty: 7

**$25.00** Buy It Now

Or best offer

+ Shipping

Listing renews in 5d 3h

Sell similar

**0** Views    **0** Watchers

---

**Promote it**
Boost your item's visibility to help it sell faster

**Promote listing**

FERRAZ SHAWMUT TRI-ONIC - (1) TR150RID - 150...

Item ID: 266809505007 · Qty: 2

**$25.00** Buy It Now

Or best offer

+ Shipping

Listing renews in 5d 3h

Sell similar

**1** View    **0** Watchers

---

**Promote it**
Boost your item's visibility to help it sell faster

**Promote listing**

FERRAZ SHAWMUT MERSEN - (1) TR125R 125A Fuse - ...

Item ID: 266809495418

**$22.00** Buy It Now

Or best offer

+ Shipping

Listing renews in 5d 2h

Sell similar

**5** Views    **0** Watchers

---

**Promote it**
Boost your item's visibility to help it sell faster

**Promote listing**



FERRAZ SHAWMUT TRIO-ONIC - (2) TR50RID 50A Fu...
Item ID: 266809489950 · Qty: 9
**$20.00**  Buy It Now
Or best offer
+ Shipping
Listing renews in 5d 2h

Sell similar

0 Views   0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

FERRAZ SHAWMUT MERSEN - (2) Tri-onic 30A 250V F...
Item ID: 266808350627 · Qty: 6
**$8.00**  Buy It Now
Or best offer
+ Shipping
Listing renews in 4d 8h

Sell similar

0 Views   0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

SOLAREDGE-LOT OF 15 -Cell GSM PlugIn Kits Sim Ca...
Item ID: 266808318895
**$300.00**  Buy It Now
Or best offer
+ Shipping
Listing renews in 4d 7h

Sell similar

0 Views   0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

FERRAZ SHAWMUT MERSEN - (1) Fuse 400MCM 600...
Item ID: 266806732023 · Qty: 4
**$125.00**  Buy It Now
Or best offer
+ Shipping
Listing renews in 3d 2h

Sell similar

0 Views   0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

TESLA - ZEP SOLAR MH-007000-606 Array Skirt Grip...
Item ID: 266806717440
**$20.00**  Buy It Now
Or best offer
+ Shipping
Listing renews in 3d 2h

Sell similar

15 Views   1 Watcher

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

SQUARE D - (1) HOM250 - 50A Plug On Circuit Breaker...
Item ID: 266806662596 · Qty: 10
**$18.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 3d 1h

Sell similar

0 Views
0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

SQUARE D - (1) HOM245 - 45A Plug On Circuit Breake...
Item ID: 266806655344 · Qty: 4
**$18.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 3d 1h

Sell similar

2 Views
0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

Offer sent to buyers
SQUARE D - HOM225 - 25A Plug On Circuit Breaker - ...
Item ID: 266806382559 · Qty: 2
**$12.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 2d 21h

Sell similar

13 Views
0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

SQUARE D - (1) HOM120 - 20A Plug On Circuit Breaker...
Item ID: 266806376377 · Qty: 5
**$10.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 2d 20h

Sell similar

0 Views
0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

EATON - (1) CHF250 Circuit Breaker 50 Amp 2 Pole C...
Item ID: 266805546258 · Qty: 8
**$15.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 2d 6h

Sell similar

30 Views
0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

EATON - (1) BR120 Circuit Breaker 20 Amp 1 Pole 120/2...
Item ID: 266805463326 · Qty: 12
**$15.00** Buy It Now
Or best offer
+ Shipping

0

Listing renews in 2d 5h

1
View

**Promote it**
Boost your item's visibility to help it sell faster

**Promote listing**

EATON - (1) BR235 Circuit Breaker 35Amp 2 Pole 120/...
Item ID: 266805113769 · Qty: 10
**$17.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 2d 1h

Sell similar

1
View

0
Watchers

**Promote it**
Boost your item's visibility to help it sell faster

**Promote listing**

SIEMENS - Q260 - 60 Amp Circuit Breaker 2 Pole 120/...
Item ID: 266803972270 · Qty: 6
**$18.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 1d 8h

Sell similar

0
Views

1
Watcher

**Promote it**
Boost your item's visibility to help it sell faster

**Promote listing**

SIEMENS - Q250 - 50 Amp Circuit Breaker 2 Pole 120/...
Item ID: 266803962175 · Qty: 11
**$18.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 1d 8h

Sell similar

0
Views

0
Watchers

**Promote it**
Boost your item's visibility to help it sell faster

**Promote listing**

SIEMENS - Q230 - 30 Amp Circuit Breaker 2 Pole 120/...
Item ID: 266803953883 · Qty: 2
**$15.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 1d 8h

Sell similar

1
View

0
Watchers

**Promote it**
Boost your item's visibility to help it sell faster

**Promote listing**

SIEMENS - (1) QF120A 20A 1 Pole Ground Fault Circuit ...
Item ID: 266803928219
**$40.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 1d 8h

Sell similar

1
View

0
Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

SIEMENS - (1) Circuit Breaker Q2020 1 Pole 20-20A 12...

Item ID: 266803922459 · Qty: 15

**$15.00** Buy It Now

Or best offer

+ Shipping

Listing renews in 1d 7h

Sell similar

0 Views | 0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

EATON - (1) DG221NRB 30A 240V Type 3R General Du...

Item ID: 266803899300 · Qty: 3

**$75.00** Buy It Now

Or best offer

+ Shipping

Listing renews in 1d 7h

Sell similar

0 Views | 0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

UNIRAC 008100U SFM Trim Bonding Clamp 1 Bo...

Item ID: 266803745182 · Qty: 2

**$25.00** Buy It Now

Or best offer

+ Shipping

Listing renews in 1d 4h

Sell similar

0 Views | 0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

UNIRAC 302035M SM MIDCLAMP PRO W/CAP - Lot ...

Item ID: 266803700889 · Qty: 2

**$40.00** Buy It Now

Or best offer

+ Shipping

Listing renews in 1d 3h

Sell similar

1 View | 1 Watcher

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

UNIRAC 302035M SM MIDCLAMP PRO W/CAP - 4 pi...

Item ID: 266803548628 · Qty: 15

**$10.00** Buy It Now

+ Shipping

Listing renews in 1d 1h

Sell similar

0 Views | 1 Watcher

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing





Dayton control station, mushroom key release 3...
Item ID: 268801588064 · Qty: 4
**$15.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 5h 38m

Sell similar

0 Views    0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

(2) Bridgeport Liquid-Tight Connectors 434-LT2 Size ...
Item ID: 266801556109 · Qty: 10
**$20.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 5h 23m

Sell similar

0 Views    0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

Bridgeport - (1) Liquid-Tight Connector 430-NM...
Item ID: 266801407473 · Qty: 6
**$2.50** Buy It Now
Or best offer
+ Shipping
Listing renews in 4h 8m

Sell similar

2 Views    0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

Ilsco SGB-4 Lay-in Ground Lug Wire Range 4-14 Cla...
Item ID: 266800744481 · Qty: 100
**$6.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 30d 22h

Sell similar

2 Views    0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

ILSCO (1) Copper Compression Lug Strip ILSCO CLW...
Item ID: 266800694296 · Qty: 8
**$4.50** Buy It Now
Or best offer
+ Shipping
Listing renews in 30d 22h

Sell similar

3 Views    0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing



TRENDnet - 500Mbps Compact Powerline AV Adapt...
Item ID: 266655831801
**$5.00**  Buy It Now
Or best offer
+ Shipping
Listing renews in 28d 4h

6 Views     0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

**Promote listing**

Sell similar

Generac - PN: A0000538695 / PN: A0002197676 - G...
Item ID: 266655070755 · Qty: 4
**$80.00**  Buy It Now
Or best offer
+ Shipping
Listing renews in 27d 21h

28 Views     3 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

**Promote listing**

Sell similar

SOLAREDGE Inverter Part - PN: VNS-PRF-FLD - Com...
Item ID: 266653818082
**$35.00**  Buy It Now
Or best offer
+ Shipping
Listing renews in 27d 6h

4 Views     0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

**Promote listing**

Sell similar

GENERAC - SnapRS Inline Disconnect Device - PN: R...
Item ID: 266653796439 · Qty: 15
**$9.00**  Buy It Now
Or best offer
+ Shipping
Listing renews in 27d 6h

0 Views     0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

**Promote listing**

Sell similar

SolarEdge PN: ENET-HBNP-01 EnergyNet Communic...
Item ID: 266653697061 · Qty: 3
**$65.00**  Buy It Now
Or best offer
+ Shipping
Listing renews in 27d 5h

4 Views     1 Watcher

**Promote it**
Boost your item's visibility to help it sell faster

**Promote listing**

Sell similar



**TESLA Internal Eaton Panelboard Kit PN1529623, GAT...**
Item ID: 266649017770 · Qty: 4
$75.00  Buy It Now
Or best offer
+ Shipping
Listing renews in 25d

47 Views          4 Watchers

Sell similar

**Promote it**
Boost your item's visibility to help it sell faster          Promote listing

**Generac - PN: 0E9352 Gasket, Valve Cover GT530 - ...**
Item ID: 266646873756 · Qty: 2
$6.00  Buy It Now
Or best offer
+ Shipping
Listing renews in 23d 23h

0 Views          0 Watchers

Sell similar

**Promote it**
Boost your item's visibility to help it sell faster          Promote listing

**Generac - PN: 0C3005 Gasket, Breather Cover GT-9...**
Item ID: 266646479133 · Qty: 2
$6.00  Buy It Now
Or best offer
+ Shipping
Listing renews in 23d 18h

1 View          0 Watchers

Sell similar

**Promote it**
Boost your item's visibility to help it sell faster          Promote listing

**Generac - PN: 0C4138 Gasket Exhaust Port - Genera...**
Item ID: 266646472963 · Qty: 2
$6.00  Buy It Now
Or best offer
+ Shipping
Listing renews in 23d 18h

4 Views          1 Watcher

Sell similar

**Promote it**
Boost your item's visibility to help it sell faster          Promote listing

**Generac - PN: 0L3247 - Harness 200 AMP SE SACM - ...**
Item ID: 266645559269
$100.00  Buy It Now
Or best offer
+ Shipping
Listing renews in 23d 6h

0 Views          0 Watchers

Sell similar

**Promote it**
Boost your item's visibility to help it sell faster          Promote listing



Generac - PN: 0E38P2 SEAL D 35 X 48.2 VITON - Gen...
Item ID: 266645490890 · Qty: 2
$6.00  Buy It Now
Or best offer
+ Shipping
Listing renews in 23d 6h
2 Views     0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster     **Promote listing**

Generac - PN: 073590A - FUSE 5A X BUSS - GENERA...
Item ID: 266645488304 · Qty: 3
$8.00  Buy It Now
+ Shipping
Listing renews in 23d 6h
2 Views     0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster     **Promote listing**

Generac - PN: G084464 LIMIT SW-SW OPERATION - ...
Item ID: 266645476831
$15.00  Buy It Now
Or best offer
+ Shipping
Listing renews in 23d 5h
2 Views     0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster     **Promote listing**

Generac - PN: 10000004916 - ASSY IGN COIL R128.3 ...
Item ID: 266645363722
$25.00  Buy It Now
Or best offer
+ Shipping
Listing renews in 23d 4h
5 Views     0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster     **Promote listing**

Generac - PN: 0G3251TA - ASSY IGN COIL W/DIO GT...
Item ID: 266645357092
$25.00  Buy It Now
Or best offer
+ Shipping
Listing renews in 23d 4h
0 Views     0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster     **Promote listing**



Generac - PN: 0G3291TB - ASSY IGN COIL W/DIO GT...
Item ID: 266645353184
**$25.00** Buy It Now
+ Shipping
Listing renews in 23d 4h

**2** Views    **0** Watchers

**Promote it**
Boost your item's visibility to help it sell faster    **Promote listing**

Generac - PN: 10000004931 - ASSY IGN COIL R128.3 ...
Item ID: 266645283904 - Qty: 2
**$25.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 23d 3h

**0** Views    **0** Watchers

**Promote it**
Boost your item's visibility to help it sell faster    **Promote listing**

GENERAC - ASSY SOLENOID PLUNGER AND SPRING...
Item ID: 266644614046
**$20.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 22d 20h

**2** Views    **0** Watchers

**Promote it**
Boost your item's visibility to help it sell faster    **Promote listing**

Generac G063617 Relay Panel 12VDC DPDT 10A @ 24...
Item ID: 266643431700
**$25.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 22d 5h

**0** Views    **0** Watchers

**Promote it**
Boost your item's visibility to help it sell faster    **Promote listing**

Generac Low Oil Pressure Switch 5 PSI NC - PN: 0L29...
Item ID: 266643420110
**$25.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 22d 5h

**4** Views    **2** Watchers

**Promote it**
Boost your item's visibility to help it sell faster    **Promote listing**



**TESLA: 2" Conduit Hub Kit GW2NA - 1594184-00-B / 1...**
Item ID: 266643315799 · Qty: 32
**$10.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 22d 3h

Sell similar

**6** Views     **1** Watcher

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

**SOLAREDGE - V2 Zigbee Plug In , NA  PN: SE-ZBSLV-...**
Item ID: 266641395836 · Qty: 2
**$50.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 21d 4h

Sell similar

**16** Views     **0** Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

**SOLAREDGE - ZIGBEE Repeater Type 5 NA PN: SE100...**
Item ID: 266641367525 · Qty: 2
**$50.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 21d 4h

Sell similar

**10** Views     **0** Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

**TESLA 1.25" Conduit Hub Kit GW2NA - 1549184-01-B /...**
Item ID: 266641324889 · Qty: 75
**$10.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 21d 4h

Sell similar

**5** Views     **0** Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

**SOLTECTION -Module - Solar String Transition Box - 4...**
Item ID: 266635667477 · Qty: 4
**$75.00** Buy It Now
Or best offer
+ Shipping
Listing renews in 18d 7h

Sell similar

**2** Views     **1** Watcher

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing



SOLAREDGE CELL-B-R09-US-P-S2 Cellular Plug-in wi...
Item ID: 266635553505 · Qty: 15
$75.00  Buy It Now
Or best offer
+ Shipping
Listing renews in 18d 5h

Sell similar

15 Views    5 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

LITTLEFUSE - (2) Indicator Fuses - FLNR 150 ID 150 Am...
Item ID: 266634690294
$40.00  Buy It Now
Or best offer
+ Shipping
Listing renews in 17d 18h

Sell similar

0 Views    0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

LITTLEFUSE - (2) Indicator Fuses - FLNR 110 ID 110 Amp...
Item ID: 266634623337
$40.00  Buy It Now
+ Shipping
Listing renews in 17d 18h

Sell similar

0 Views    0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

FERRAZ SHAWMUT MERSEN - (2) TR200R 200A 250V...
Item ID: 266633620941 · Qty: 3
$80.00  Buy It Now
Or best offer
+ Shipping
Listing renews in 17d 3h

Sell similar

1 View    0 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

TESLA P/N: 1112477-00-A Kit, Neurio + 2 Current Tran...
Item ID: 266628946516 · Qty: 12
$50.00  Buy It Now
Or best offer
+ Shipping
Listing renews in 14d 6h

Sell similar

79 Views    6 Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing



**DAYTON - Control Station - Push Button - Mushroom ...**
Item ID: 266624603478 · Qty: 6
**$20.00**   Buy It Now
Or best offer
+ Shipping
Listing renews in 11d 7h

Sell similar

0
Views

0
Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

**CONTINENTAL CONTROL SYSTEMS CTRC-03100-02...**
Item ID: 266624541121 · Qty: 2
**$75.00**   Buy It Now
Or best offer
+ Shipping
Listing renews in 11d 6h

Sell similar

0
Views

0
Watchers

**Promote it**
Boost your item's visibility to help it sell faster

Promote listing

**SOLAREDGE - SEMTR240-NN-S-S1 SEMTR240 - Mete...**
Item ID: 266622460264 · Qty: 191
**$20.00**   Buy It Now
Or best offer
+ Shipping
Listing renews in 9d 20h

Sell similar

53
Views

4
Watchers

Items per page   200

About eBay     Announcements     Community     Security Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice