IN THE UNITED STATED BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § § § § § | CHAPTER 11 |
| **WELLS SOLAR & ELECTRICAL SERVICES, LLC** | § § § § | CASE NO. 24-10193 |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE
OF NOTICE AND OTHER DOCUMENTS
& NOTICE OF CHANGE OF FIRM AFFILIATION**

CREDITOR, BOSQUE CREEK RANCH, LLC hereby designates Dylan B. Russell as attorney-in-charge under Mr. Russell's new firm affiliation, requesting that all futures notices and filings as required under applicable law be e-served as follows:

Respectfully submitted,

**SORRELS LAW**

By: */s/ Dylan B. Russell*
Dylan B. Russell
State Bar No. 24041839
5300 Memorial Dr., Suite 270
Houston, Texas 77007
Tel: (713) 496-1100
Fax: (713) 238-9500
Email: dylan@sorrelslaw.com

**ATTORNEYS FOR CREDITOR,
BOSQUE CREEK RANCH, LLC**

## CERTIFICATE OF SERVICE

    I hereby certify that on the 6th day of September, 2024, a true and correct copy of the foregoing document was served via ECF service to all counsel of record and parties.

                                          */s/ Dylan B. Russell*
                                          Dylan B. Russell